# EXHIBIT 13

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 525

ANSWERED ON:14.07.2014

DISCONTINUATION RESCHEDULING OF AIR INDIA FLIGHTS

RAVNEET SINGH

(a) the details of Air India flights discontinued/rescheduled during the last three years  and the current year along with the reasons therefore;

(b) whether Air India has decided to  discontinue its  only tri-weekly Ludhiana-Delhi flight  and if so, the details thereof along with the reasons therefor;

(c) whether the Union Government has received any request from the State Government of Punjab  on run flights  between New Delhi and Amritsar as well as between New Delhi and Jammu via  Ludhiana; and

(d) if so, the details thereof along with the action taken by the Union Government thereon?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

Minister of State in the Ministry of CIVIL AVIATION (Shri G. M. Siddeshwara)

(a) : Air India has withdrawn / restructured certain flights which have not been able to recover  the ATF costs/Variable cost of operations. The details of flights withdrawn/ restructured  by  Air India during the last three years  and current year are enclosed at Annexure A.

(b) : Alliance Air (a wholly subsidiary of Air India) has withdrawn its thrice weekly ATR flight Delhi/Ludhiana/Delhi effective 01st June 2014 due to persistent losses incurred on this route.

(c) & (d):  Yes, Madam. A meeting was held in the Ministry with the officials from Punjab Government and airlines on 26.06.2014 to resolve the issue concerning connectivity to Punjab and Airlines have been requested to explore the possibility of connecting these places.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 7

ANSWERED ON:24.11.2014

PERFORMANCE OF AIR INDIA

KAUSHALENDRA KUMAR

(a) whether the Government monitors the performance of Air India on regular basis;

(b) if so, the details thereof; and

(c) the performance of Air India after its merger with Indian Airlines?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

Minister of State in the Ministry of CIVIL AVIATION        (Dr. Mahesh Sharma)

(a) and (b): The Government approved Turn around Plan (TAP) and a Financial Restructuring Plan (FRP) to improve the operation and financial performance of Air India. Under TAP/FRP Government approved the infusion of equity of Rs.30231 crores upto 2021, subject to the achievement of certain  laid down milestones by Air India. In this regard, an Oversight  Committee comprising of Secretary Civil Aviation, Expenditure Secretary, AS&FA and Joint  Secretary of MoCA has been constituted in order to closely monitor performance of Air  India vis-a-vis milestones set in the Turn Around Plan (TAP). So far nine meetings of the  Oversight Committee have taken place. The Financial and Operational Performance  of Air  India in 2013-14 (RE) vis-a-vis 2012-2013 (Actual) is as follows:

i. Passenger Load Factor (PLF) has improved from 72.4% to 73.6 %.

ii. Passengers travelled on total network has increased from 14.10 million   to 15.30  million i.e. by 8.5%.

iii. Passenger Revenue has increased  from Rs.12494.44 cr to Rs.14300 cr. i.e. by 14.45%.

iv. The Operating  loss has  declined from Rs.3807.15 cr. to Rs.2123.78 cr. i.e. by 44.2%.

v.Cash Losses have  reduced from Rs.3647.18 cr. to Rs.3371.95 cr. i.e. by 7.5%.

vi. EBIDTA  has improved from Rs.191.67 cr. to Rs.770.94 cr. i.e. an improvement of almost 300%.

(c): The performance of Air India has improved post merger. A comparison of some operational and financial parameters for 2013-14 vis-a-vis 2010-11 is as follows :

i.  Network OTP improved to 77.9%

ii. Passenger Load Factor has improved to 73.6% from 66.1%.

iii. Network Yield improved to 4.31/RPKM from 3.46/RPKM.

iv. Operating Loss is estimated to reduce by 47% i.e. by Rs.1898 crores in 2013-14.

v. The Company is expected to be EBIDTA positive by Rs.771 cores as against the negative EBIDTA of Rs.1659 crores.

vi. Total Revenue increased by Rs.4975 crores i.e. 35%.

vii. Utilisation of Pilots has increased from 52 hours to 64 hours per month.

viii. Complete Industrial peace in the Company. No man days lost during the last 24 months.

3

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 81

ANSWERED ON:24.11.2014

PROFIT MAKING ROUTES OF AIR INDIA

JITENDRA CHAUDHURY


(a) the details of the profit-making routes of Air India both in domestic as well as in  international sector;

(b) whether certain private airlines have been permitted to operate flights on these  profit-making routes of Air India;

(c) if so, the details thereof along with the extent to which profits of Air India are  likely to get affected by this; and

(d) whether any objections from certain quarters have been received in this regard and  if so, the details thereof?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

Minister of State in the Ministry of CIVIL AVIATION      (Dr. Mahesh Sharma)

(a) : The details of Profit making routes of Air India both in domestic as well as   international sectors as on date are as under:

```
International Sector

(i)  Cochin-Kozhikode-Jeddah and v v

(ii) Kozhikode-Sharjah and v v

(iii) Kolkata-Yangon and v v



Domestic Sector

(i)  Delhi-Leh and v v

(ii) Delhi-Kolkata

(iii) Leh-Jammu and v v

(iv) Delhi-Srinagar and v v

(v)  Srinagar-Leh and v v

(vi) Delhi-Hyderabad-Vijayawada and v v
```

(b) and (c)  : The Indian carriers are eligible to operate to foreign destinations as per  the respective bilateral air services agreements with concerned foreign countries. Grant  of traffic rights to scheduled Indian carriers depends on requests received from designated  Indian carriers based on their commercial judgement and availability of bilateral rights to  operate on international routes. However, priority is given to the operational plan of Air  India while granting traffic rights.

The domestic air services in the country have been deregulated. It is up to the airlines  to provide air services to specific places depending upon the traffic demand and commercial  viability.  The Scheduled domestic airlines are free to operate anywhere within the country  subject to compliance of Route Dispersal Guidelines.

(d) : Do not arise in view of (b) and (c) above.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 1362

ANSWERED ON:01.12.2014

PAYMENT OF HOUSE RENT ALLOWANCE TO AIR INDIA EMPLOYEES

RAJAN BABURAO  VICHARE

(a) whether it has come to the notice of the Government that a number of employees of Air India Express including air hostesses are not being paid House Rent Allowance;

(b) if so, the details thereof and the reasons therefor; and

(c) the action taken or proposed to be taken by the Government in this regard?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

Minister of State in the Ministry of CIVIL AVIATION (Dr Mahesh Sharma)

 (a) to (c): The Cabin Crew in Air India Charters Limited is employed on Contractual Basis for Fixed Term Emoluments, which are based on fixed components and HRA is not provided as per the terms of the Contract.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 1103

ANSWERED ON:02.03.2015

GROUNDED AIRCRAFT OF AIR INDIA

SUPRIYA SADANAND SULE

(a) whether the number of grounded aircraft in Air India`s fleet is against the acceptable norm;

(b) if so, the details thereof and the reasons therefor;

(c) whether the Government proposes to take any action to bring the number within the acceptable norm; and

(d) if so, the details thereof along with the steps taken by the Government to ensure that Air India`s flights are not delayed?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

Minister of State in the Ministry of CIVIL AVIATION      (Dr Mahesh Sharma)

(a) to (c): There is no acceptable norm for the grounding of Aircraft. However, it may be noted that the aircraft  grounding is kept minimum to the extent possible. The various reasons for grounding of the aircraft are as follows:

Scheduled Grounding : To carry out the maintenance of the aircraft after completion of certain Flight Hours/Flight  Cycles, e.g. A Check, C Check, etc.
Un-scheduled Grounding : This can be mainly because of the  following:
i) Engine Failure at non-parent base;
ii) Aircraft involved in any incident / accident with some structural damage;
iii) Aircraft defects at non-parent base where the man-power and spares/components are not available or due to shortage  of spares.;;

(d): All the applicable maintenance procedures, inspections and checks as required by manufacturer and DGCA are  complied with and aircraft maintained as per applicable norms.

# GOVERNMENT OF INDIA

## MINISTRY OF CIVIL AVIATION

## LOK SABHA

## UNSTARRED  QUESTION NO: 935

## ANSWERED ON:02.03.2015

## AMRITSAR -TORONTO FLIGHT OF AIR INDIA

## RAVNEET SINGH

(a) whether Air India has discontinued its Amritsar-Toronto flight;

(b) if so, the details thereof along with the reasons therefor;

(c) whether Air India intends to restart the said flight in near future; and

(d) if so, the time by which it is likely to be started?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

### ANSWER

Minister of State in the Ministry of CIVIL AVIATION  (Dr Mahesh Sharma)

(a) and (b): Air India commenced operations of Amritsar-Toronto flight with effect from winter 2010 schedule and  operated the services on this route as per following details:

```
RoutingAircraftFrequency
```

```
Amritsar-Delhi-B777-300ERDaily
Toronto and vv
```

Air India discontinued its Amritsar-Toronto flight effective 12th May, 2012. The reasons for discontinuation of  Amritsar-Toronto flight were:

(i)    Recurring cash loss on the flight

(ii)   Crew constraints

(c) and (d): Air India is currently not considering the resumption of flights from Amritsar to Toronto.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 1106

ANSWERED ON:02.03.2015

EMERGENCY LANDING OF AIR INDIA`S FLIGHT

MUTHAMSETTI SRINIVASA RAO (AVNTHI)


(a) whether an Air India Boeing 787 Dreamliner enroute from London to Mumbai recently made an emergency landing at Budapest International Airport due to an engine problem;

(b) if so the details thereof;

(c) whether Boeing 787 Dreamliners have been facing such engine problems frequently; and

(d) if so, the action taken by the Government in this regard?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

Minister of State in the Ministry of CIVIL AVIATION      (Dr Mahesh Sharma)

(a) and (b):  Air India Boeing 787-8 Aircraft VT-ANL operating Flight AI-130, Sector  London - Mumbai , dated 22  January 15 experienced  ENG FAIL R message. RH Engine was shut down and a diversion was made to Budapest. An uneventful single engine landing was carried out. GE team arrived at Budapest and investigation revealed internal failure of the engine.

(c):  Boeing 787 Dreamliners have been facing engine problems as there have been 10 unscheduled engine removals since  inception.

(d): Air India has taken up the issues with Aircraft Manufacturer (Boeing) and Engine Manufacturer (GE). M/s Boeing/GE  are investigating and working together to resolve the issues.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 1136

ANSWERED ON:02.03.2015

SHORTAGE OF PILOTS IN AIR INDIA

RADHESHYAM BISWAS

(a) the total number of pilots in Air India at present along with the number of pilots recruited by Air India during the last three years and the current year;

(b) whether there is a shortage of pilots in Air India and if so, the details thereof and the reasons therefor along  with the steps taken by the Government to recruit more pilots in Air India;

(c) whether Air India has employed or is considering to employ a number of foreign pilots and if so, the details thereof along with the salaries being paid or likely to be paid to them in comparison to Indian pilots;

(d) whether there have been any instances in the recent past wherein some pilots including pilots of Air India have been made to work extra time due to shortage of pilots and if so, the details thereof, airline-wise along with the normal  working hours of a pilot; and

(e) whether the Government proposes to amend the pilots working hour rules and if so, the details thereof along with the  time by which they are likely to be amended?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

Minister of State in the Ministry of CIVIL AVIATION        (Dr Mahesh Sharma)

(a): The total number of Pilots in Air India as on 01.02.2015 is 1464. Number of pilots recruited during last 3 years and current year is 42 with following details:-

```
2011-12-    39
2012-13-    02
2013-14-    Nil
2014-15-01
```

(b): In view of the fleet augmentation and the retirements to take place in the next two years, Air India has advertised for filling up of 197 vacancies.

(c): No foreign Pilots are working in Air India at present and Air India has no plans to engage foreign pilots.

(d): No, Madam. The Pilots are subjected to fly only within the applicable Flight Duty and Time Limitations (FDTL). Necessary system has been in place, whereby, all operational situations are catered for exercising better supervision and control. However, only in exceptional and unavoidable, unforeseen circumstances beyond the control of airline, pilots are requested to complete the flight to avoid delays which cause inconvenience to passengers by giving extensions within applicable rules. Such extensions are approved and ratified by the Directorate General of Civil Aviation (DGCA).

(e): Civil Aviation Requirements (CAR) Section 7, Series J, part-III has been notified by DGCA which specify the requirements for Flight and Duty Time Limitations and Rest Requirements of flight crew engaged in scheduled/ non-scheduled air transport operations and general aviation aeroplanes operations. However, at present there is no proposal to amend the requirement.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 1864

ANSWERED ON:09.03.2015

NARROW ESCAPE OF AIR INDIA AIRCRAFT

RAM CHARITRA

(a) whether an Air India aircraft had a narrow escape after suffering a tail strike while landing at Mumbai airport recently;

(b) if so, the details thereof;

(c) whether the Government has ordered a probe into this incident; and

(d) if so, the details and the findings thereof?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

Minister of State in the Ministry of CIVIL AVIATION        (Dr Mahesh Sharma)

(a) & (b): Yes Madam.  A321 Aircraft VT-PPD operating flight AI-680 (Mangalore-Mumbai) of 15.02.2015 was involved in  tail strike and hard landing incident at Mumbai. The impact resulted in damage to the Aircraft and injury to the Cabin crew. No passenger  was injured in the occurrence. Aircraft has been withdrawn from service and Aircraft on ground (AOG) at Mumbai for further damage assessment.

(c) & (d): The incident has been classified as `Serious Incident` by   Aircraft Accident Investigation Bureau(AAIB).  The  inquiry committee has been constituted by the AAIB, Ministry of Civil Aviation and Mr. A.X.Joseph,  Dy.Director-Air Safety, DGCA(Hqrs) is  designated as Chairman- Committee of Inquiry.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 3051

ANSWERED ON:16.03.2015

SITTING FACILITIES IN AIR INDIA AIRCRAFT

DARSHANA VIKRAM JARDOSH

(a) whether the sitting facilities in domestic and international aircraft of Air India are in bad condition;

(b) if so, the details thereof along with the action taken by Air India for proper maintenance of sitting facilities  in its aircraft; and

(c) the action taken by the Government to streamline the functioning of Air India?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

Minister of State in the Ministry of CIVIL AVIATION        (Dr Mahesh Sharma)

(a): No, Madam.  However, in case any defect seat is reported by any passenger, the same is investigated through Engineering Quality Control and rectified.

(b): Does not arise in view of (a) above.

(c): Government has set up an Oversight Committee to monitor the progress of Air India in respect of the achievements  of the milestone set by the Government for release of equity under Turnaround Plan.  This committee meets regularly to review the performance of Air India.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 3077

ANSWERED ON:16.03.2015

WORKING OF AIR INDIA AND FORMER INDIAN AIRLINES

BHARTRUHARI MAHTAB

(a) whether the technical staff of the merged entity of Air India and Indian Airlines and former Indian Airlines are governed with different rules and regulations;

(b) if so, the details thereof and the reasons therefor;

(c) whether the technical staff of former Air India and former Indian Airlines work for five days and six days a week  respectively despite their merger long time ago;

(d) if so, the details thereof and the reasons therefor;

(e) the areas of the merged entity of Air India and Indian Airlines which are yet to be harmonized along with the time by which these areas are likely to be harmonized; and

(f) the other steps taken or being taken by the Government to govern technical staff of merged entity by uniform rules and regulations?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

Minister of State in the Ministry of CIVIL AVIATION        (Dr Mahesh Sharma)

 (a) and (b): The workmen category of employees both technical and non technical of the merged entity of Air India  and Indian Airlines are governed by the Service Rules and Standing Orders of the respective erstwhile companies.  A Committee headed by Justice DM Dharmadhikari, was constituted  to address the various Industrial Relations issues  including pay/wage rationalization, pursuant to amalgamation of both the erstwhile airlines (Air India & Indian Airlines). Justice Dharmadhikari Committee submitted its report to the Government on 31.01.2012. The Government has accepted  Dharmadhikari Committee Report and directed Air India to constitute an Implementation-cum-Anomaly Rectification Committee (IARC).  Aggrieved by the above decision of implementation of Justice Dharmadhikari Committee Report, various Union/Associations/Guild of both the erstwhile Airlines (Air India Limited/Indian Airlines Limited) filed Writ Petitions before the Hon'ble Bombay High Court.  On 27.01.2014,  after hearing the submissions of the parties, the Hon'ble court was of the view that notice under Section 9A of the Industrial Disputes (ID) Act should be given  by Air India Limited to the petitioner unions of the change in conditions of service in the prescribed manner.  Air  India preferred to challenge the aforesaid order of Bombay High Court by way of filing Special Leave Petitions (SLPs)  before Hon'ble Supreme Court of India.  The case is sub-judice.

 (c) and (d): The working hours of both erstwhile Air India and Indian Airlines  have been harmonised in 2013 at Delhi  and Kolkata but the same could not be done at Chennai and Mumbai due to pending court cases.

 (e) and (f):  The pay and allowances in respect of pilots, cabin crew and service engineers are yet to be harmonised due to on going court case in the Supreme Court.  However, in respect of all other categories of employees, the uniform pay structure, as per the recommendations of the Justice Dharmadhikari Committee report has been implemented.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

STARRED   QUESTION NO: 472

ANSWERED ON:27.04.2015

STRESSED AIR INDIA PILOTS

CH. MALLA REDDY

(a)whether some pilots of Air India and other crew are reportedly highly stressed and financially burdened because of a unilateral change in the employment conditions;

(b)if so, the details thereof and the reaction of the Government thereto;

(c)whether the Government has received any representation from the Indian Commercial Pilots' Association in this regard;

(d)if so, the details thereof along with the corrective measures taken/proposed to be taken by  the Government in this regard; and

(e)whether some co-pilots who were hired by Air India on permanent basis were made contract workers and if so, the details thereof along with the reasons therefor?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

Minister of CIVIL AVIATION(Shri Ashok Gajapathi Raju Pusapati)

(a) to (e): A statement is laid on the Table of the House.

Statement in reply to parts (a),(b),(c),(d)AND (e) OF LOK SABHA STARRED QUESTION NO.472 TO BE ANSWERED  ON 27.4.2015 REGARDING STRESSED AIR INDIA PILOTS BY SHRI CH. MALLA REDDY AND SHRIMAT APARUPA PODDAR, MPs.

(a) and (b): No, Madam.

(c) to (e): Indian Commercial Pilot`s Association (ICPA) in their representation addressed to the Directorate General of Civil Aviation (DGCA) and a copy thereof to Air India had raised the following major issues pertaining to co-pilots:

i. They are being paid an ad-hoc payment

ii. They are forced to work overtime without any remunaration

iii No payment of domestic night stops which adds up to their financial burden

iv. Leave is not granted which causes illness.

In view of the fleet augmentation of Air India, an exercise for recruitment of Trainee Pilots having Commercial Pilots` Licence (CPL) from IGRUA was carried out in September, 2010 and candidates selected  in this recruitment exercise were issued appointment letters as Trainee Pilot enumerating the terms and  conditions of training scheme. However, before training could commence representation against the recruitment  process was received which was finalized only in November, 2012.

The Board of Air India in July, 2012 has decided that pilots in future would be engaged on contract  basis. Contract letters in respect of Pilots who have successfully completed training and all the  required checks, was issued by Air India indicating therein the terms and conditions of their contractual appointment. These include the pay scale, payment of other allowances as admissible to  other regular Pilots of Narrow Body in equivalent grade including Provident Fund, Gratuity and also  their entitlement for passages, medical and leave etc. All the Pilots have been given initial contract  for 5 years which is extendable for another 5 years subject to satisfactory performance.

The said co-pilots, as per the contract, would have been paid an amount of approx. , Rs.L82 lacs per month for fixed flying of 72 hours. Since they have not signed the contract letters, they are presently being paid an adhoc amount of Rs.1.50 lacs per months. The average flying of these co-pilots  is approx. 60.35 hours per month, which is less than the average flying hours of a regular co-pilot  on A-320 family aircraft. As per DGCA CAR, they can fly to a maximum of 1000 hours in a year which is  about 84 hours per month. Also there is no payment for domestic night stop to a regular pilot in Air  India. The said pilots are being provided with hotel accommodation, pickup & drop facility for  operating the domestic sector night stop. The regulatory leave in respect of these pilots are being  strictly complied. As regards obligatory leave from the employers perspective, the same are granted  to these pilots on case to case basis taking into account the operational and other requirements in  the Regions and the reasons behind the leave requisition. These pilots have been advised to accept /  sign the contract letter and on the post-acceptance, they will be entitled to all the terms and  conditions mentioned in the said contract letter.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 967

ANSWERED ON:27.07.2015

Air India Flights from Kanpur and Allahabad

BHAIRON PRASAD MISHRA

(a) whether the flights of Air India are expected to be operational from Kanpur and Allahabad cities of Uttar Pradesh;

(b) if so, the details thereof along with the time by which they are likely to be operational;

(c) whether there is any plan for expanding the flights to different areas; and

(d) if so, the details thereof and if not,the reasons therefor?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

Minister of State in the Ministry of CIVIL AVIATION

(Dr Mahesh Sharma)

(a) to (d) : Presently, Alliance Air (a wholly owned subsidiary of Air India) is operating on Delhi/Allahabad/ Delhi route with seven flights
per week and on Mumbai/Allahabad route with two flights per week. However, Alliance Air has no plans to introduce services to/from
Kanpur due to capacity constraints. The current and planned deployment of aircraft is fully committed within the operational resources with the airline. Any increase in service or introduction of flights on new routes can be considered only upon increase in capacity and subject to commercial viability.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 3365

ANSWERED ON:10.08.2015

Sale of Properties of Air India

RAMACHANDRAN MULLAPPALLY

(a) whether Air India proposes to sell and lease its properties in various States/ UTs of the country especially in Delhi, Mumbai, Chennai and Coimbatore;

(b) if so, the details thereof along with the reasons therefor and the total land/ properties proposed to be sold by Air India;

(c) whether the Public Undertakings will get the priority to acquire the properties and if so, the details thereof;

(d) whether there is any delay in getting approval for sale of these properties of Air India and if so, the details thereof and the reasons therefor; and

(e) the estimated amount of revenue earned as a result of selling and leasing of the said properties along with the extent to which it is likely to help to reduce Air India debt burden?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

Minister of State in the Ministry of CIVIL AVIATION

(Dr Mahesh Sharma)

(a) : Yes, Madam.

(b) to (e) : As per Turn Around Plan/Financial Re-Structuring plan approved by the Cabinet Committee on Economic Affairs (CCEA), Air
India is required to monetize its assets and generate Rs.5000 crore over a period of 10 years by way of sale, leasing or developing an asset as a joint venture.Specific approval of the cabinet is necessary for each case of sale or long term lease of land belonging to Govt. or Govt. controlled statuary authorities as per the instructions laid by Ministry of Finance.

Air India is in possession of some properties which are lying vacant and unused for a long time because of shifting of its offices to Airport
Terminal Bldg., City location and also as a result of stopping of its operation from such locations etc. Monetizing such properties by way of sale/ rent or to develop as a Joint Venture, to raise Non Operating Revenue, would help the company to retire its huge debts. Government has received proposals for monetisation of following properties from Air India:

1. Residential plot measuring 0.99 acres approx. at Pankaja Mill, Road, Coimbatore

2. Residential cum commercial Plot of Land measuring 1.33 acres approx. at Mount Road, Teynampet, Chennai.

3. 04 nos Flats measuring 2033 sq. ft. approx at Sterling Apartment, Mumbai.

The Government has drafted these proposals for the approval of the Cabinet. Air India has approached Govt./Public sector undertakings such as Income Tax Deptt., Service Tax Deptt., State Bank of India etc for leasing space in it"s office building at Nariman Point, Mumbai.The details of earnings of Air India from monetisation of assets are as under:

```
Year            Earning
14-15 -         Rs 35.97. crores
15-16 -         Rs 90.24 crores ( Prov. Estimates)
```

The revenue generated from monetisation will be utilized by Air India to reduce its debts, and improve its fiscal health.

*****

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 3179

ANSWERED ON:17.12.2015

Complaints against Air India Services

SUPRIYA SADANAND SULE

(a) the number and details of complaints received against Air India about the quality of services to customers on board as well as ground services during the last three years and the current year, year-wise and the action taken by Air India on each such complaint;

(b) whether Air India proposes to put in place a speedy grievance redressal mechanism including immediate response to any adverse feedback about the quality of its both on board and on ground services;

(c) if so, the details thereof;

(d) the time by which this redressal mechanism is likely to be made operational;and

(e) the other steps taken/being taken by the Government in this regard?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

Minister of State in the Ministry of CIVIL AVIATION

(Dr Mahesh Sharma)

(a) : The total number of passenger complaints received by Air India during the last three years and the current year are as follows:

```
Period              No. of Complaints
Jan - Dec 2012          3440
Jan - Dec 2013          3396
Jan - Dec 2014          5234
Jan - Nov 2015          6988
```

The Complaints are broadly categorized under the following heads/areas:

i) Airport Handling

ii) Delay/cancellation/rescheduling/disruption

iii) Reservations/refunds

iv) In flight Services/Catering

v) Baggage

vi) Staff Behaviour

vii) Miscellaneous

(b) to (e) : Air India has a well defined complaint Handling procedure. On receipt of a complaint,the same is acknowledged within three working days. Endeavour is made to give a final reply within 21 days based on the investigation report. Besides the above, passengers can also log on Air India website i.e. www.airindia.in and forward their feedback/suggestions/observations online.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 817

ANSWERED ON:28.04.2016

Grounding of Air India Aircraft

G. HARI

(a) whether Air India"s Dreamliner aircraft was forced to ground after a rat was spotted on the flight;

(b) if so, the details thereof;

(c) whether the rats on board can lead to a catastrophe if they start chewing up electric wires; and

(d) if so, the steps taken by the Government to keep rats away from flights and its surrounding places?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

Minister of State in the Ministry of CIVIL AVIATION

(Dr Mahesh Sharma)

(a) & (b) : A rodent was sighted on Air India"s Dreamliner, B787-8, aircraft VT-ANV by a Cabin Crew while operating flight AI 309 (Melbourne-Delhi) on 16th April, 2016. Aircraft was diverted to Singapore. Pest/Rodent treatment was accomplished at Singapore using glue plates.
Aircraft was declared serviceable and operated on 17th April, 2016 back to Delhi.

(c) : Since the wiring in the Aircraft is generally bundled it is difficult for the rat to gnaw them. However affect on flight will depend on the aircraft system damaged by the rat.

(d) : Rat menaces are tackled by individual airlines by using:

1) Periodic fumigation for pest/rodent control etc.

2) By conducting Spot-Checks in catering bonded stores.

In addition the aerodrome operator/owner take actions to eliminate or to prevent the establishment of garbage disposal dumps or any other source which may attract wildlife/rodent to the aerodrome.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 838

ANSWERED ON:28.04.2016

Air India Flight Delay

ELUMALAI VELLAIGOUNDER

(a) whether the passengers of an Air India Kolkata-Delhi flight (AI701) had a harrowing time after it was delayed by 13 hours very recently;

(b) if so, the details thereof and the reasons therefor;

(c) whether Air India is continuously taking steps to minimize such incidents;

(d) if so, the details thereof; and

(e) the number of times Air India faced technical glitches in Dreamliner aircraft?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

Minister of State in the Ministry of CIVIL AVIATION

(Dr Mahesh Sharma)

(a) & (b): VT-ANN operating AI 701 on 20th March, 2016 was withdrawn due to technical snag of electrical generation systems. Several components have to be replaced which were not available at Kolkata. The components had to be flown from base. A relief aircraft VT-PPO (A-321) was operated to fly the passengers to Delhi.

(c) & (d): The Dreamliner aircraft have experienced technical issues, since induction into Air India fleet. However, these issues do not adversely affect the safety of the airplane due to the system design and inbuilt system redundancy. Regular improvements are incorporated as a part of reliability enhancement process. This is a normal process followed as an intrinsic part of maintenance throughout the entire lifespan of aircraft in operation.

(e): There have been 334 delays greater than 15 minutes in last one year (April, 2015 to March, 2016) due to technical snags of Boeing 78  Dreamliner aircraft.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 892

ANSWERED ON:28.04.2016

Operation of Flights by Air India

MAJ. GEN. (RETD) BHUWAN CHANDRA KHANDURI AVSM

(a) the airlines which are operating between Delhi-Dehradun-Delhi and the number of flights being operated and occupancy in these flights;

(b) whether private airlines have inducted more flights in this sector recently in view of profitability and occupancy in this route;

(c) if so, the details thereof;

(d) the flights being operated by Air India in this sector and the type of aircraft and its occupancy; and

(e) the reasons for Air India not operating more flights and use bigger aircraft despite frequent demands for the same?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

Minister of State in the Ministry of CIVIL AVIATION

(Dr Mahesh Sharma)

(a) to (c): As per approved Summer Schedule 2016, Alliance Air, IndiGo, Jet Airways and SpiceJet are operating on Delhi-Dehradun-Delhi sector. Details of the flight schedule being operated by these airlines are as follows:

| Airline | Sector | No. of flights/week |
|---|---|---|
| Alliance Air | Delhi-Dehradun & vv | 07 |
| Indigo | Delhi- Dehradun & vv | 21 |
| Jet Airways | Delhi-Dehradun & vv | 35 |
| SpiceJet | Delhi- Dehradun & vv | 21 |

Sector wise profitability and occupancy data is not being maintained by this Ministry.

(d): Alliance Air subsidiary of Air India is operating on Delhi-Dehradun- Delhi sector with 07 flights per week with ATR-72 aircraft.

(e): Currently Air India does not have spare capacity to undertake the new services. The available resources of the Airlines are fully deployed to maintain the existing schedule.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 707

ANSWERED ON:21.07.2016

Air India Flight Incident

C. MAHENDRAN

(a) whether the Air India Delhi-Kochi Plane was delayed at the Delhi airport after a fight broke out between two flight attendants in full view of passengers on board;

(b) if so, the details thereof;

(c) whether any action has been taken by the Government against these flight attendants; and

(d) if so, the details thereof?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

Minister of State in the Ministry of CIVIL AVIATION

(Shri Jayant Sinha)

(a) and (b): Yes, Madam. Due to an argument between two cabin crew relating to pre-flight briefing matter, the flight got delayed.  Subsequently, on the instruction of the Captain of the flight, these two crew were off loaded and replaced.

(c) and (d): The crew were placed under immediate suspension.  A committee was constituted to enquire into the case.  On the basis of the report of the committee, the services of these two crew were terminated w.e.f. 19.03.2016.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 4692

ANSWERED ON:15.12.2016

Leasing of Dornier Aircraft by Air India

K. GOPAL

(a) whether Air India proposes to lease ten Dornier aircraft to boost its regional operations;

(b) if so, the details thereof;

(c) whether Air India has set up three committees regarding induction of a new type of jetliner and a final decision on the matter would be taken up after receiving reports from the panels;

(d) if so, the details thereof; and

(e) whether Air India would operate more regional flights through Air India''s Alliance Air and if so, the details thereof?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

Minister of State in the Ministry of CIVIL AVIATION

(Shri Jayant Sinha)

(a) to (d) :  Yes Madam. Alliance Air (a wholly owned subsidiary of Air India)  would induce Dornier aircraft in its fleet for operations to new stations after operational resources are properly augmented, and subject to commercial and operational viability.;
;

(e) : Yes, Madam. Alliance Air is in the process of inducting 70 seater ATR-72-600 type of turbo prop aircraft in order to improve regional air connectivity in the country. Eight aircraft have already been inducted and are already serving smaller routes within the country.  These aircraft are proposed to be deployed on Tier 2 & 3 cities to improve regional connectivity as proposed in the new National Civil Aviation Policy as envisaged by Ministry of Civil Aviation.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 43

ANSWERED ON:02.02.2017

Air India Spot Fare Scheme

YERRAM VENKATA SUBBAREDDY

(a) the aims and objectives of "Spot Fares" scheme introduced by Air India (AI) in July, 2016 and its performance till date;

(b) whether AI has tied up with Indian Railway Catering and Tourism Corporation Limited (IRCTC) for passengers with waitlisted ticket to buy tickets from AI at Rajdhani AC II fares;

(c) if so, whether this proposal did not materialize with Indian Railways due to some reservation;

(d) if so, whether AI has started offering vacant seats on the fare of Rajdhani trains AC II fares, if so, the sectors for which these are available;

(e) whether keeping in view the good response, AI proposes to open more sectors for such facilities, if so, the details thereof; and

(f) the total earnings made by AI after this scheme as compared to earlier vacant seats?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

Minister of CIVIL AVIATION

(Shri Jayant Sinha)

(a):  The aim and objective of the scheme was to make last-minute bookings more affordable  and to reduce seat spoilage . The scheme was short term and effective from 9th July 2016 to 30th September 2016 (Both days inclusive) . 21,678 passengers availed the above scheme during this period.;
;
(b): No, Sir.;
;
(c): Does not arise in view of (b) above.;
;
(d): Air India introduced a short term promotional scheme "Spot Fares" offering fares commensurating to Rajdhani Express (IIA) only during a short term period on  following select domestic sectors in Economy Class.
Delhi-Mumbai-Delhi
Delhi-Kolkata-Delhi
Delhi-Bengaluru-Delhi
Delhi-Chennai-Delhi
Delhi-Ranchi-Delhi
Delhi-Ahmedabad-Delhi
Delhi-Hyderabad-Delhi
Delhi-Bhubaneshwar-Delhi
Delhi-Goa-Delhi
Delhi-Patna -Delhi
Delhi-Raipur-Delhi
;
The offer was valid only up to 30th September 2016. The scheme which was specific to lean season has not been extended.;
;
(e): Air India currently has introduced another scheme "Special Fares", in a different variant  on select 48 domestic routes of Air India in Economy Class for purchase of ticket being made 20 days or more in advance, with fares matching Rajdhani II AC Express routes of Indian Railways.

Sale Period:    06th January 2017 to  10th April 2017. (Both days Inclusive)
Travel Period:  26th January, 2017 to  30th April 2017.  (Both days Inclusive)

(f)  The total revenue earnings made on the Spot Fare schemes from Rajdhani  II AC  valid from 9th July 2016 to 30th September 2016 (Both days inclusive) was to the tune of Rs 4.79 crores.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 3584

ANSWERED ON:23.03.2017

Induction of Aircraft into Air India Fleet

KAVITHA KALVAKUNTLA

(a) whether the Government has signed an agreement for the dry leasing of 22 Airbus A-320 Neo aircraft for delivery starting from February, 2017;

(b) if so, the details thereof;

(c) the lease rates and the tentative due dates of delivery of the 22 aircrafts;

(d) the routes on which new planes are scheduled to fly; and

(e) whether Air India has signed a pact with the Kuwait based company for leasing 14 A-320 Neo aircraft and the delivery of these planes is to start from early next year and if so, the details thereof?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

Minister of State in the Ministry of CIVIL AVIATION

(Shri Jayant Sinha)

(a) & (b): Air India has signed three agreements for dry lease of total 22 A320 NEOs aircraft for a period of 12 years.  Out of these,  two units are already in service.  20 units will be delivered between March 2017 up to March 2019.;

(c): The monthly base aircraft lease rental rates agreed with the aircraft lessors are indicated in the Aircraft Lease Agreements, which are subject to adjustment for economic conditions on delivery dates of individual aircraft. Such terms are finalized after competitive global tenders and are considered commercially sensitive as these agreements  are subject to Non-disclosure provisions. Therefore, such commercial terms are not disclosed as it could be used by competitors adversely. Tentative delivery of 22 aircraft is attached as Annexure-1. ;

(d):  In addition to some of the existing routes, Air India is exploring the possibility of operation of the A-320 Neo aircrafts on following new routes:

1.    Delhi-Bangkok-Delhi
2.    Chandigarh-Bangkok-Chandigarh
3.    Kolkata-Bangkok-Kolkata;

(e): The initial Term Sheet for leasing of 14 A320 Neo aircraft was signed with Alafco Aviation Lease and Finance Company KSCP, which is based in Kuwait. However, the Lease Agreements for dry leasing of 14 A320 Neo aircraft have been signed with Alafco Irish Aircraft Leasing Six Limited, which is a company incorporated under the laws of the Ireland and whose registered office is in Ireland. As per the Lease Agreements, Alafco Aviation Lease and Finance Company KSCP is the Lessor Parent as well as Manager of Alafco Irish Aircraft Leasing Six Limited.   The tentative delivery of these aircraft are given in Annexure-1.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 886

ANSWERED ON:20.07.2017

Insurance Premium Paid by Air India for Grounded Aircraft

SATYA PAL SINGH

(a) whether insurance premium paid by Air India for grounded aircrafts have increased in the country during each of the last three years;

(b) if so, the details thereof and the reasons therefor along with the reaction of the Government thereto;

(c) the total number of such grounded aircrafts along with leased grounded aircrafts in Air India, as on date;

(d) the number of leased grounded aircrafts handed over to the lessor by Air India along with the amount of insurance premium saved on such leased aircrafts during the said period;

(e) whether the Government has received suggestions from various quarters to reduce expenditure on insurance premium of grounded aircrafts during the said period;and

(f) if so, the details thereof along with the action taken/being taken by the Government on such suggestions so far?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

The Minister of State in the Ministry of CIVIL AVIATION

 (Shri Jayant Sinha)

(a) to (c): The details of the insurance premium paid for the last three years together with the insurance premium paid on the grounded aircraft is available at Annexure. In comparison to the total premium paid, the premium paid on Grounded aircraft is negligible and is reducing year by year. Also, in case of grounded aircraft Air India is required to pay only 30% of the flying premium rate.;

(d): The Savings on Insurance Premium due to Grounded Aircraft after it has been handed over to the Lessor by Airline Allied Services Ltd. are as follows :

1) CRJ -700 Aircraft, VT-RJC
    Financial Year 2015-16 :     Rs. 6,27,115.38
2.) ATR-42 Aircraft, VT-ABD;
    Financial Year : 2015-16:     Rs.116309.32                    ;
    Financial Year : 2016-17:     Rs.85811.88

(e) & (f):  Aircraft being high value assets insuring the same is essential. The aircraft on ground remain exposed to all types of risk and it is a customary practice for airline operators to insure the grounded aircraft against own damage as well as third party liability risks. Air India has not received any suggestion in this regard.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 3004

ANSWERED ON:03.08.2017

Irregularities in Purchase of Aircraft for Air India

BALASUBRAMANIAM SENGUTTUVAN

(a) whether the Central Bureau of Investigation (CBI) has registered three FIRs relating to cheating, criminal breach of trust and abuse of official position and one preliminary enquiry on the direction of the Supreme Court based on a Public Interest Litigation against unknown persons in the Ministry, Air India and certain other private individuals and if so, the details thereof;

(b) whether the FIRs relate to the purchase of 111 aircrafts for Air India (AI) and Indian Airlines (IA) from Airbus Industries and Boeing with a view to benefitting them while the national carrier was financially too stressed to afford it, which was described by the Comptroller and Auditor General of India as a recipe for disaster, leasing of aircrafts for IA and AI while the acquisition programme was on causing further loss and also to giving up profit-making international and domestic routes to favour other private airlines and if so, the details thereof;

(c) whether the merger of AI and IA further compounded the situation and caused more losses and if so, the details thereof;

(d) whether the new aircrafts which were needlessly purchased were junked as unsuitable and sold for less-than-the-market prices occasioning further loss and if so, the details thereof; and

(e) whether the evidence gathered makes out the prima-facie culprits and traitors who betrayed the national interest and if so, the action taken by the Government in this regard?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

The Minister of State in the Ministry of CIVIL AVIATION

(Shri Jayant Sinha)

(a): Central Bureau of Investigation (CBI) has recently registered the following reports:

i. Preliminary Enquiry Registration Report -PE-DAI-2017-A-0004 dated 29.05.2017

ii. FIR No. RC-DAI-2017-A-0020 dated 29.05.2017;

iii. FIR No. RC-DAI-2017-A-0021 dated 29.05.2017;

iv.  FIR No. RC-DAI-2017-A-0022 dated 29.05.2017.

(b): The FIR No. RC-DAI-2017-A-0020 dated 29.05.2017 pertains to the acquisition of 111 aircraft from Airbus Industries and Boeing. The erstwhile Air India (AI) had placed an order of 68 Boeing Aircraft in December, 2005 and the erstwhile Indian Airlines (IA) had placed an order for 43 Airbus Aircraft in February, 2006. These orders were mainly placed for replacing ageing fleet, improving schedule integrity etc.

(c): Merger of AI and IA led to HR issues affecting the working of airline. Air India has been facing losses for the past many years on account of a multitude of factors which include:
i High fuel prices;

ii High interest burden;

iii Increase in competition especially from low cost carriers;

iv High Debt Equity Ratio;

v High Airport User Charges;

vi Adverse impact of exchange rate variation due to weakening of the Indian Rupee.

(d): No, Madam.

(e): FIR has already been registered by CBI regarding the alleged irregularities in procurement/purchase of aircraft.

GOVERNMENT OF INDIA
MINISTRY OF CIVIL AVIATION
LOK SABHA
UNSTARRED QUESTION NO. : 1139
(To be answered on the 21st December 2017)

Sale of Air India Properties

1139.    SHRI T. RADHAKRISHNAN
         SHRIMATI K. MARAGATHAM
         SHRI DUSHYANT SINGH
         SHRI NARANBHAI KACHHADIYA
         SHRI ASHOK SHANKARRAO CHAVAN
         SHRI SUDHEER GUPTA
         SHRI BIDYUT BARAN MAHATO

Will the Minister of CIVIL AVIATION
नागर विमानन मंत्री
be pleased to state:-

(a) whether the Air India has started selling its land and properties in 13 cities and if so, the details thereof and the location of all such properties;

(b) whether the Government has appointed any consultant to ensure realization of maximum proceeds against the sale of Air India's properties and if so, the details thereof;

(c) the process and mechanism through which these properties would be sold;

(d) the estimated quantum of funds likely to be generated from the sale; and

(e) whether the Ministry has any specific rationale behind the sale of the properties of Air India to State Bank of India (SBI) in South Mumbai and if so, the details thereof and if not, the reasons therefor?

ANSWER

Minister of State in the Ministry of CIVIL AVIATION
नागर विमानन मंत्रालय में राज्य मंत्री
(Shri Jayant Sinha)

_____

(a): Yes, Madam. Air India has started the process of selling its Lands & Buildings through E-Auction in 13 cities, viz. 01 property each in Delhi, Chennai, Trivandrum, Pune, Goa, Nashik, Gwalior and Lucknow, 02 properties each in Kolkata and Bhuj, 03 properties each in Bangaluru and

Ahmedabad and 12 properties in Mumbai.

(b): Air India has appointed  M/s Cushman & Wakefield India (Formerly DTZ) as consultant for helping in the process of  monetisation of its properties.

(c): The mechanism for Monetisation of properties is through E-Auction by M/s MSTC, a Govt. of India company and the process to be vetted by oversight committee comprising Justice Dharmadhikari, Retd. Supreme Court Judge, Sh. V.N. Kaul, Ex-CAG and Sh. P. Sinha, Ex-CVC.

(d): The properties put up for auction is likely to yield a sum of Rs. 670 crores.

(e): 4 flats have been sold earlier to State Bank Of India based on the competitive bidding  and negotiating the price  with SBI higher than the quoted price at rupees 22 crore each with total amount of Rs.88 crore. The price was negotiated which was duly vetted by Oversight Committee on Monetisation. The sale proposal was approved  by Cabinet before flats were sold to SBI.

*****

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 935

ANSWERED ON:08.02.2018

Salary/Payment to Air India Pilots

RAGHAV LAKHANPAL

(a) whether Air India is still withholding the salary/payments to some of its pilots, staff and sub-staff;

(b) if so, the details thereof and the reasons therefor; and

(c) the reaction of the Government thereto?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

The Minister of State in the Ministry of CIVIL AVIATION
 (Shri Jayant Sinha)

(a) to (c): As per the Justice Dharmadhikari Committee Report, revised Basic Pay & Allowances has been  implemented for Pilots (all Narrow Body Pilots & Executive Pilots of Wide Body) with effect from 01.01.2016.  With implementation of the same, 100% monthly Salary & Allowances of these Pilots has been restored.  However, a group of wide body pilots did not accept the revised Basic Pay & Allowances and represented against the same.  Consequently, several meetings were held with the representatives of both Narrow Body & Wide Body Pilots and a common proposal, acceptable to both, was arrived at and all Pilots (both Narrow Body & Wide Body) have given their consent for the new proposal effective October, 2017. In the interim period, an adhoc of Rs.1.5 lacs to P2 (Commanders & above) and  Rs.75,000/- to P1 (First Officers & Captains) has been released.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

STARRED    QUESTION NO: 544

ANSWERED ON:05.04.2018

Acquisition of Aircraft by Air India

ELUMALAI VELLAIGOUNDER

(a) whether the disinvestment bound flag carrier Air India has taken delivery of its 23rd and the last Boeing 777 plane which can be used in ultra long haul routes;

(b) if so, the details thereof;

(c) whether Air India has acquired all the 68 aircraft for which orders were placed with the US plane maker more than a decade ago; and

(d) if so, the details thereof?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

The Minister of State in the Ministry of CIVIL AVIATION
(Shri Jayant Sinha)

(a) to (d): A Statement is laid on the Table of the House.

STATEMENT IN REPLY TO PARTS (a) TO (d) OF LOK SABHA STARRED QUESTION NO.544 TO BE ANSWERED ON 05.04.2018 REGARDING ACQUISITION OF AIRCRAFT BY AIR INDIA TABLED BY SHRI V. ELUMALAI, MP.; ; (a) & (b): Air India took delivery of the 23rd B777 aircraft in second week of March, 2018 which was part of the purchase order for 68 Boeing aircraft in 2005.; ; (c) & (d): Erstwhile Air India had placed an order for 68 aircraft with Boeing in December, 2005. All 68 aircraft have been delivered to Air India. The details of 68 aircraft are as following: 1. B777-200LR    :    8 aircraft 2.   B777-300ER   :    15 aircraft 3.   B787-8    :    27 aircraft 4.    B737-800 (For Air India Express)    :    18 aircraft.; ;

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 325

ANSWERED ON:19.07.2018

Sale of Air India Building in Mumbai

AJAY (TENI) MISRA

(a) whether the Government has started discussions for the sale of Air India's iconic building in Mumbai to Jawaharlal Nehru Port Trust and if so, the details thereof;

(b) whether a section of Air India is vehemently opposing any such move, if so, the details thereof; and

(c) whether Air India is considering to liquidate its other properties in many parts of the country as well and if so, the details thereof and the improvement likely to be made in the financial condition of Air India due to same?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

The Minister of State in the Ministry of CIVIL AVIATION
(Shri Jayant Sinha)

(a): Monetisation of various assets has been initiated as per the Turn Around Plan (TAP) where the target was Rs. 5000 crore on monetisation over a period of 10 years from FY 2013 onwards. Accordingly, the proposal for the sale of Air India building, Nariman Point to Government Department has been taken up with the Ministry of Shipping, Government of India.
;
(b): Employees have not yet submitted any written opposition to the sale of Air India building.
;
(c): Air India has initiated the monetisation of its non-core assets. In the 1st Phase, sale of 30 Properties has been taken up by e-auction through MSTC, a PSU. The list of 30 properties is available at Annexure.

Out of the above properties, a total of 20 units have been sold through e-auction.  Further, Ministry of External Affairs, Government of India purchased vacant land at Chennai and also two Air India Flats in  Hong Kong. NBCC purchased vacant land at Coimbatore and SBI purchased 06 Air India flats in Sterling Apartments at Mumbai.  The revenue realized till date is Rs. 724 crore including rentals for space at different locations.

The proceeds earned from monetisation of the Air India assets are used to reduce the debt burden of Air India.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 2722

ANSWERED ON:02.08.2018

Sale of Air India Building

KIRTI VARDHAN SINGH

(a)  whether  the  Government  has initiated  the  sale  of Air  India  building headquarters located at Nariman Point in Mumbai  to Jawaharlal  Nehru Port  Trust and if so, the details thereof;

(b)  whether  the  Government  has appointed  an  evaluator  to  ascertain  the value of  the building  and undertake  the takeover  process  and  if  so,  the  details thereof  including  financial evaluation process of the takeover;

(c) whether the provisions of the Real Estate (Regulation and Development) Act, 2016 are being applied for the takeover and if so, the details thereof;

(d)  whether  the  Government proposes  to  dispose  off  collection  of around  4000  paintings and  artworks present in the building, if so, the details thereof; and

(e) whether these paintings are to be donated to the National Gallery of Modern Art and if so, the details thereof?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

The Minister of State in the Ministry of CIVIL AVIATION
(Shri Jayant Sinha)

(a) Monetisation of various assets has been initiated as per the Turnaround Plan where the target was Rs. 5000 crore over a period of 10 years from FY 2013 onwards. The proposal for the Sale of Air India Building, Nariman Point to Government Department has been taken up with the Ministry of Shipping, Government of India.;

(b) M/s Cushman & Wakefield has been appointed as consultant.;

(c) All applicable laws shall be followed.;

(d) & (e) Air India is in possession of about 4000 paintings.  Paintings under possession of Air India are the precious heritage of the country.  Government has decided that the paintings will be handed over to Ministry of Culture, GOI. The paintings and artefacts will be preserved and displayed in museum for the benefit of Public by National Gallery of Modern Arts (NGMA), an organization under Ministry of Culture, GOI.  Ministry of Culture has formed a committee of persons, who are well versed in the art collection and restoration process and also have technical expertise to oversee the work.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 2751

ANSWERED ON:02.08.2018

Air India Software Glitch in Check-in System

VASANTHI M.

(a) whether at least 25 Air India flights were delayed globally due to a software glitch that hampered the airline's check in system recently;

(b) if so, the details thereof;

(c) whether the Government has launched an investigation into the incident; and

(d) if so, the details thereof and action taken by the Government in this regard?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

The Minister of State in the Ministry of CIVIL AVIATION
(Shri Jayant Sinha)

(a) and (b):  Because of a network issue with the Passenger Service System (PSS) at service provider''s (SITA) data centre,  check-in systems of Air India were down from 12:08 to 15:10 IST on 23rd June 2018 all over the world. About 125 flights of Air India and its subsidiaries were affected by this software glitch.;

;
(c) and (d): The incident was taken up with CEO of the service provider (SITA) to take necessary steps to avoid repetition of such incidents. The service provider has carried out root cause analysis and initiated action to curb reoccurrence of  such incidents in future.

GOVERNMENT OF INDIA

MINISTRY OF CIVIL AVIATION

LOK SABHA

UNSTARRED  QUESTION NO: 1778

ANSWERED ON:20.12.2018

Distribution Deal for Air India

KINJARAPU RAM MOHAN NAIDU

(a) the details of distribution deal for Air India, if any, with Travelport ticketing agency;

(b) whether the agency is related to Indigo Airlines;

(c) if so, the details thereof; and

(d) whether the Government has conducted any evaluation of conflict of interest before the deal was finalised, if so,the details thereof?

Will the Minister of CIVIL AVIATIONbe pleased to state:-

ANSWER

The Minister of State in the Ministry of CIVIL AVIATION
(Shri Jayant Sinha)

(a): Air India has entered into an exclusive arrangement with Travelport Global Distribution System (GDS) for distribution of Air India"s domestic flights in Point of Sale-India. The exclusive arrangement will start from 01st January 2020 and will end on 31st December 2024. ;
;
(b) & (c): Travelport is a UK-headquartered technology company which operates a travel commerce platform which provides distribution, technology, payment and other solutions for the global travel and tourism industry. It is a New York Stock Exchange (NYSE) listed company. ;
;
Inter Globe Enterprises Private Ltd. is an Indian company with presence in Aviation, Hospitality and Travel related services. Its portfolio includes IndiGo Airlines (Inter Globe Aviation) and Inter Globe Technology Quotient (ITQ).
Inter Globe Technology Quotient (ITQ) markets and distributes Travelport products in India.
Inter Globe Technology Quotient (ITQ) and IndiGo Airlines (Inter Globe Aviation) are separate legal entities.
Air India"s agreement is with Travelport GDS and not with InterGlobe Technology Quotient (ITQ).
;
(d): There is no conflict of interest as Air India has been distributing its inventory through Travelport GDS for over 25 years globally. In India Travelport GDS has been employing the services of InterGlobe Technology Quotient (ITQ) for over a decade now for distribution of its products and services. In the contract,there is a clear confidentiality and data protection clause. Travelport has in place appropriate technical and organisational measures to protect All India data in accordance with data protection laws.

**GOVERNMENT OF INDIA**
**MINISTRY OF CIVIL AVIATION**
**LOK SABHA**
**STARRED QUESTION NO. : 264**
(To be answered on the 11th July 2019)

**SALE OF AIR INDIA**

*264.      SHRI SANJAY SADASHIV RAO MANDLIK
           SHRI BIDYUT BARAN MAHATO

Will the Minister of CIVIL AVIATION
          नागर विमानन मंत्री                                    be pleased to state:-

(a) whether the Government is preparing a fresh proposal for sale of Air India after failing to attract bidders for the national carrier during the last year and if so, the details thereof along with the reasons for considering the proposal for sale of Air India;

(b) the time by which the final/fresh proposal is likely to be completed for sale;

(c) whether Air India is having huge tracts of unutilized land in various States/ cities of the country and if so, the details thereof, State/city-wise;

(d) whether Air India has proposed to sell its unutilized land and cut losses; and

(e) if so, the details thereof and the amount of revenue likely to be generated therefrom along with the other steps taken/ being taken by the Government to save Air India from debt trap?

**ANSWER**

**Minister of State (IC) in the Ministry of CIVIL AVIATION**
          नागर विमानन मंत्रालय में राज्य मंत्री ( स्वतंत्र प्रभार)          **(Shri Hardeep Singh Puri)**

_____

(a) to (e): A statement is laid on the table of the House.

*****

Statement in reply to part (a) to (e) of Lok Sabha Starred Q.No.264 for 11.07.2019 regarding "Sale of Air India" tabled by Shri Sanjay Sadashiv Rao Mandlik, M.P and Shri Bidyut Baran Mahato, M.P.

(a) & (b): Yes, Sir. The Government is committed to the strategic disinvestment of Air India. NITI Aayog in its recommendations, on Strategic Disinvestment of the Central Public Sector Enterprises in May 12, 2017 had given the rationale for the disinvestment of Air India and has referred to the fragile finances of the company, among various other reasons. Further, NITI Aayog in its report on Air India has stated that further financial support in a mature and competitive aviation market would not be the best use of scarce financial resources of the Government.

The Cabinet Committee on Economic Affairs (CCEA), in its meeting held on 28.06.2017, had given an in-principle approval for considering strategic disinvestment of Air India and its five subsidiaries.

After no bid was received for strategic disinvestment of Air India by the last date i.e 31.05.2018, the Air India Specific Alternative Mechanism (AISAM) in its meeting held on 18.06.2018, had, inter-alia, decided the following:
i) in the meantime all near medium term efforts should be made to capture operational efficiency and to improve performance of Air India,
ii) the non-core land and building assets, that have already been identified should be monetized,
iii) the assets could be shifted to Air India Assets Holding Limited so as to retire the debt of Air India and
iv) the services of extant advisers should be used to carry out above mentioned activities.

Government has also directed Air India Limited to get financials of Air India and its subsidiaries finalized. Further, an AISAM with new members on its re-constitution will finalise the parameters for disinvestment of Air India.

(c): Air India possesses 30 un-utilised tracts of land, details of which are at Annexure.

(d) & (e): The Cabinet Committee of Economic Affairs (CCEA) had approved Turn Around Plan (TAP) and Financial Restructure Plan (FRP) of Air India on 12th April 2012 which, inter-alia, includes the monetization of Real Estate Assets in Air India to the tune of Rs.5000 crore over a 10 years period with the annual target of Rs.500 crore from the financial year 2013 onward.

Air India has planned to monetize its unutilised/surplus immovable real estate assets. Till date, Air India has realized an amount of Rs.534.65 crore through sale of its non-core assets in various cities in India and abroad. Air India has also realized a rental income of Rs.314 crore approx. Further, amount of revenue likely to be generated from monetisation of land/properties depends

on the bid process and subject to No Objection Certificates (NOCs) from concerned authorities.

Further, even as the Government is committed to the disinvestment of Air India, the Government has approved a Revival Plan of Air India with financial support which focusses on building a competitive and profitable airline Group. The financial support, inter-alia, includes a cash support of Rs. 3975 crore to Air India, transfer of debt amounting to Rs. 29464 crore from Air India Limited to Special Purpose Vehicle (SPV) i.e Air India Assets Holding Limited (AIAHL), providing Government guarantee of Rs. 7600 crore to Air India Limited and Rs. 1300 crore to SPV to meet the interest for Q3/Q4 of Financial Year 2018-19 on the debt transferred to the SPV. Also the entire debt on the SPV debt would be serviced by the Government from Financial Year 2019-20 for which Rs. 2600 crore has been provided.

The Revival Plan of Air India also focuses on the financial and operational efficiencies so that substantial increase in revenue or cost saving can be achieved. Also, as decided in the meeting taken by Finance Minister on 07.09.2018, operational and financial performance parameters and milestones were fixed by the Government and are regularly reviewed via review meetings held under the chairmanship of Secretary, Ministry of Civil Aviation.

*****

ANNEXURE

| Sl.No. | Description/Location | Area (inSqm. | Status |
|---|---|---|---|
| 1. | AI Plot of land at Baba Kharak Singh Marg, New Delhi | 14326* | |
| 2. | Residential Plot at Gurgaon | 420 | Sold |
| 3. | Commercial Land at Rail Head Comples, RakhBahu, Residency Rd. Jammu | 1518 | |
| 4. | Residential land at Sector 3, Trikuta Nagar, Jammu | 1138 | |
| 5. | Land for Housing Colony (13 Flats) Vidyadhar Housing Colony, Khasra No. 16C & 17K SADA. Khajuraho | 8094 | |
| 6. | Residential land for Housing Colony 8, Haderpura Bye Pass West Distt. Badgam, Srinagar | `9861 | |
| 7. | Land for Booking Office, Near Bus Stand, Behind Telephone Exchange,  Khajuraho | 2090 | |
| 8. | Commercial Land for Booking Office at Indira Nagar, Bengaluru | 804 | Sold |
| 9. | Land for office premises at Udaygiri, Bengaluru | 25617 | Sold/Returned to KIADB |
| 10. | Land for Housing Colony at Gangamuthanahali, Bengaluru | 5827 | |
| 11. | Land for Housing Colony at NCC Nagar, Thiruvananthapuram | 2479 | |
| 12. | Residential Plot at Krishnaswamy Nagar, Pankaja Mills Road, Sowripalayam Village, Ramanathapuram, Coimbatore, Tamilnadu | 4024 | Sold |
| 13. | Vacant Land at Plot No. 1 & 4 under Dag No. 404 & 405 of Patta No. 180, Mouza Dibrugarh Town, Ward Gabherupathar, Sub District Dibrugarh ( Assam) | 3519 | |
| 14. | Commercial Vacant Land at B, No.6 of Dag No. 414, Tourist Lodge Compound, Kohima Road, Near Super Market, Dimapur | 1038 | |
| 15. | Vacant Residential land at Dag No. 487, Village Borjhar, Mouza – Kakhin Rani under Palasbari Circle, Guwahati (Assam) | 1405 | |
| 16. | Residential Plot for Staff Quarters at Khaikhali, Kolkata | 10684 | |

| | | | |
|---|---|---|---|
| 17. | Commercial Land at Plot Nos 951,953 and 954, Wart No.1, Street No. 46, Revenue Village – Muharrampur, East Gandhi Maidan, Patna | 566 | |
| 18. | Land for Staff Quarters at Sardar Nagar, Site No. 1 Vibhag-1, Hansol, Near Indira Bridge, Ahmedabad | 16000 | |
| 19. | Land & Building for Booking Office, Airlines House, Station Road, New SBI, Bhuj | 399 | |
| 20. | Plot No. 21, Ghanshyam Nagar, Bhuj, Kutch, Gujarat | 2500 | |
| 21. | Commercial Land for Booking office at Jamnagar | 1000 | |
| 22. | 06 Residential Plots, Charkop, Kandivali, Mumbai | 5410 | |
| 23. | Residential Plot No. 24, Sector 27, CIDCO, Nerul, Navi Mumbai | 100021 | |
| 24. | Residential Plot No. 2, Sector 27, CIDCO, Nerul, Navi Mumbai | 69973 | |
| 25. | Land for Booking Office at Angels Chamber, Dheber Road, Rajkot | 1076 | |
| 26. | Residential Plot No. 43, 44, 78 & 79, Village Nana Mava, Rajkot | 1331 | |
| 27. | Land for Booking Office, T.P Scheme No.9, Plot No.1, Vadodra | 2000 | |
| 28. | Land for Staff Qtrs. Plot No. 8,9,10, Survey No.3 (Part) Town Center, Bajipura, Aurangabad | 706 | |
| 29. | Bungalow Plot No. ASL-56 Survey No. 925 in Ashwin L at New Nashik | 385 | |
| 30. | Residential cum Commercial Land at Laxmi House, Mount Road, Teynampet, Chennai | 5371 | Sold |

*Note Property handed over to Ministry of Housing and Urban Affairs on 18th August, 2017 on as is where is basis.

50

**GOVERNMENT OF INDIA**
**MINISTRY OF CIVIL AVIATION**
**LOK SABHA**
**UNSTARRED QUESTION NO. : 2882**
(To be answered on the 5th December 2019)

**POST MERGER PERFORMANCE OF AIR INDIA**

2882.   **SHRI SHIVAKUMAR C. UDASI**

**Will the Minister of CIVIL AVIATION**
       नागर विमानन मंत्री                                  **be pleased to state:-**

(a) whether the Government has assessed the performance of Air India after its merger with Indian Airlines and if so, the details thereof;
(b) whether the functioning of Air India has improved after merger;
(c) if so, the extent to which it has been improved after its merger; and
(d) the steps taken by the Government to make Air India more competitive and profit earning PSU?

**ANSWER**

**Minister of State (IC) in the Ministry of CIVIL AVIATION**
       नागर विमानन मंत्रालय में राज्य मंत्री ( स्वतंत्र प्रभार )        **(Shri Hardeep Singh Puri)**

_____

(a) to (c): Post merger, the total Net Loss (after tax) of Air India Ltd since its formation in 2007-08 till 2018-19 are given below:

| Financial Year | Net Loss (Rs Crore) |
|---|---|
| 2007-08 | 2226.16 |
| 2008-09 | 5548.26 |
| 2009-10 | 5552.44 |
| 2010-11 | 6865.17 |
| 2011-12 | 7559.74 |
| 2012-13 | 5490.16 |
| 2013-14 | 6279.60 |
| 2014-15 | 5859.91 |
| 2015-16 | 3836.78 |
| 2016-17 | 6452.89 |
| 2017-18 | 5348.18 |
| 2018-19 | 8556.35 (provisional) |

In view of the continuous losses suffered by Air India since merger i.e 2007-08 and its mounting debt burden, the overall performance of Air India Limited was reviewed by a Group of Ministers (GoM) and thereafter, the Cabinet Committee on Economic Affairs (CCEA) in its meeting held on 12.4.2012, approved a Turnaround Plan (TAP) / Financial Restructuring Plan (FRP) for operational and financial turnaround of Air India. The TAP/ FRP approved by CCEA for Air India provided that equity would be infused by the Government subject to achievement of certain laid down milestones which were regularly monitored/reviewed by an Oversight Committee under the chairmanship of Secretary, Ministry of Civil Aviation. It is stated in this regard that Air India has received an equity infusion of Rs. 30520.21 crore till date from FY 2011-12 which includes financial support as per TAP/FRP and cash support in FY 2018-19.

(d):The government is committed to disinvestment of Air India. As decided in the meeting taken by Finance Minister on 07.09.2018, operational and financial performance parameters and milestones have been fixed and are being regularly reviewed by the Government. Further, in order to prepare Air India for strategic disinvestment, a strategic plan has been approved by the Government to establish a strong competitive and self-sustaining airline. The plan has several components, which, inter-alia, includes financial package and focuses on increasing the operational efficiencies whereby substantial increase in revenue or cost saving can be achieved. The major components of financial package for F.Y. 2018-19, inter-alia, included:

i) A total debt amounting to Rs 29464 crore to be transferred from Air India Ltd to the SPV viz Air India Assets Holding Co Ltd.(AIAHL).
ii) A cash support of Rs 3975 crore to Air India, inclusive of Rs 1630 crore already infused in AI in FY 2018- 19.
iii) Provide a Govt Guarantee of Rs 7600 crore, inclusive of Rs 3000 crore already provided to AI in F.Y. 2018-19, to raise new debt for payment of stretched liabilities.

*****

# GOVERNMENT OF INDIA
## MINISTRY OF CIVIL AVIATION
## LOK SABHA
## UNSTARRED QUESTION NO. : 772
### (To be answered on the 6th February 2020)

## LOSS OF AIR INDIA

**772.**       **SHRI V.K. SREEKANDAN**

**Will the Minister of CIVIL AVIATION**
नागर विमानन मंत्री                                         **be pleased to state:-**

(a) whether the Government has cut the financial lifeline to the loss making national carrier, Air India, which is being sold or disinvested through a listing;

(b) if so, the details thereof;

(c) whether this operationally profitable airline is now running the show with the meager earning of its several arms; and

(d) whether Air India is managing to meet its operational expenses because of its in-house organizations not found in many airlines including foreign airlines and if so, the details thereof?

### ANSWER

**Minister of State (IC) in the Ministry of CIVIL AVIATION**
नागर विमानन मंत्रालय में राज्य मंत्री (स्वतंत्र प्रभार)          **(Shri Hardeep Singh Puri)**

---

**(a) & (b): No Sir.** Proposals from Air India seeking support in form of Government Guarantee are received from time to time. These proposals are examined in consultation with Ministry of Finance and appropriate decisions are taken. In the current year, Government guarantee support of Rs. 11750 crore have been renewed and new Government Guarantee of Rs. 500 crore has been given to Air India. Apart from this, Government Guarantee of USD 819 million has also been renewed for Bridge Loans for seven aircraft.

**(c) & (d):** Air India Limited and its Subsidiary companies operate and function at an Arm's length from each other. The operations and day to day functioning of all these companies is independent of each other. Air India meets its financial commitments/requirements from its internal accruals, bank borrowing and financial support from the Government of India.

x x x x x

**GOVERNMENT OF INDIA**
**MINISTRY OF CIVIL AVIATION**
**LOK SABHA**
**UNSTARRED QUESTION NO. : 1861**
**(To be answered on the 22nd September 2020)**

**UNUTILISED LAND OF AIR INDIA**

1861.      DR. VISHNU PRASAD M.K.

Will the Minister of CIVIL AVIATION
नागर विमानन मंत्री                                    be pleased to state:-

(a) whether Air India is having huge tracts of unutilised land at various cities in the country;

(b) if so, the details thereof, city-wise;

(c) whether Air India has proposed to sell its unutilised land including prime land;

(d) if so, the details thereof and the amount of revenue likely to be generated therefrom; and

(e) the steps taken to overcome the public carrier from debt trap?

**ANSWER**

Minister of State (IC) in the Ministry of CIVIL AVIATION
नागर विमानन मंत्रालय में राज्य मंत्री ( स्वतंत्र प्रभार)          (Shri Hardeep Singh Puri)

---

(a) & (b): Air India possessed 30 parcels of un-utilised tracts of land, details of which are at Annexure.

(c) & (d): Air India has planned to monetize its unutilised land. The amount of revenue likely to be generated from monetisation of land depends on the bid process and subject to No Objection Certificates (NOCs) from concerned authorities.

(e): The Government had approved a Turnaround Plan (TAP) as well as the Financial Restructuring Plan (FRP) in 2012 and as a part of the Turnaround strategy for Air India Ltd. The company with the overall support of the Govt. initiated a number of steps in order to improve operational and financial performance.These steps, interalia, include the following:

i) Rationalization of Staff Costs
ii) Enhancing revenue
iii) Optimizing Fuel and Oil Consumption
iv) Route rationalization
v) Controlling Aircraft Maintenance expenses
vi) Reducing Finance Costs

Since the implementation of Turn Around Plan and Financial Restructuring Plan (2012), the Government has infused an equity of Rs. 30520.21 crore over a period of eight years (FY 2011-12 to FY 2018-19).

Further, to improve the financial conditions of Air India, the Government had approved a Plan in 2018 with financial support which focusses on building a competitive and profitable airline Group. The financial support, inter-alia, includes a cash support of Rs. 3975 crore to Air India, transfer of debt amounting to Rs. 29464 crore from Air India Limited to Special Purpose Vehicle (SPV) i.e Air India Assets Holding Limited (AIAHL), providing Government guarantee of Rs. 7600 crore to Air India Limited and Rs. 1300 crore to the SPV to meet the interest for Q3/Q4 of Financial Year 2018-19, on the debt transferred to the SPV. Also the entire debt on the SPV would be serviced by the Government from Financial Year 2019-20 for which Rs. 2600 crore in FY 2019-20 and Rs. 2205 crore in FY 2020-21 has been provided.

The Plan also focuses on the financial and operational efficiencies so that substantial increase in revenue or cost saving can be achieved. Also, as decided in the meeting taken by Finance Minister on 07.09.2018, operational and financial performance parameters and milestones were fixed by the Government and are regularly reviewed via review meetings held under the chairmanship of Secretary, Ministry of Civil Aviation. The Government is committed to the disinvestment of Air India.

*****

**ANNEXURE to LSUQ No. 1861**

| Sl. No. | Description/Location | Area (in Sqm. | Status |
|---|---|---|---|
| 1. | Al Plot of land at Baba Kharak Singh Marg, New Delhi | 14326* | Returned to MoHUA |
| 2. | Residential Plot at Gurgaon | 420 | Sold |
| 3. | Commercial Land at Rail Head Comples, RakhBahu, Residency Rd. Jammu | 1518 | To be returned to allotting authority against suitable compensation |
| 4. | Residential land at Sector 3, Trikuta Nagar, Jammu | 1138 | To be returned to allotting authority against suitable compensation |
| 5. | Land for Housing Colony (13 Flats) Vidyadhar Housing Colony, Khasra No. 16C & 17K SADA. Khajuraho | 8094 | To be returned to allotting authority against suitable compensation |
| 6. | Residential land for Housing Colony 8, Haderpura Bye Pass West Distt. Badgam, Srinagar | 9861 | To be returned to allotting authority against suitable compensation |
| 7. | Land for Booking Office, Near Bus Stand, Behind Telephone Exchange, Khajuraho | 2090 | Returned to Khajuraho Nagar Parishad for 1.12lac on 26/09/2017 |
| 8. | Commercial Land for Booking Office at Indira Nagar, Bengaluru | 804 | Sold |
| 9. | Land for office premises at Udaygiri, Bengaluru | 25617 | Sold/Returned to KIADB |
| 10. | Land for Housing Colony at Gangamuthanahali, Bengaluru | 5827 | To be sold |
| 11. | Land for Housing Colony at NCC Nagar, Thiruvananthapuram | 2479 | To be sold |
| 12. | Residential Plot at Krishnaswamy Nagar, Pankaja Mills Road, Sowripalayam Village, Ramanathapuram, Coimbatore, Tamilnadu | 4024 | Sold |
| 13. | Vacant Land at Plot No. 1 & 4 under Dag No. 404 & 405 of Patta No. 180, Mouza Dibrugarh Town, Ward Gabherupathar, Sub District Dibrugarh ( Assam) | 3519 | To be returned to allotting authority against suitable compensation |
| 14. | Commercial Vacant Land at B, No.6 of Dag No. 414, Tourist Lodge Compound, Kohima Road, Near Super Market, Dimapur | 1038 | To be returned to allotting authority against suitable compensation |
| 15. | Vacant Residential land at Dag No. 487, Village Borjhar, Mouza – Kakhin Rani under Palasbari Circle, Guwahati (Assam) | 1405 | To be returned to allotting authority against suitable compensation |

| | | | |
|---|---|---|---|
| 16. | Residential Plot for Staff Quarters at Khaikhali, Kolkata | 10684 | To be returned to allotting authority against suitable compensation |
| 17. | Commercial Land at Plot Nos 951,953 and 954, Wart No.1, Street No. 46, Revenue Village – Muharrampur, East Gandhi Maidan, Patna | 566 | To be returned to allotting authority against suitable compensation |
| 18. | Land for Staff Quarters at Sardar Nagar, Site No. 1 Vibhag-1, Hansol, Near Indira Bridge, Ahmedabad | 16000 | To be returned to allotting authority against suitable compensation |
| 19. | Land & Building for Booking Office, Airlines House, Station Road, New SBI, Bhuj | 399 | To be sold |
| 20. | Plot No. 21, Ghanshyam Nagar, Bhuj, Kutch, Gujarat | 2500 | To be sold |
| 21. | Commercial Land for Booking office at Jamnagar | 1000 | To be returned to allotting authority against suitable compensation |
| 22. | 06 Residential Plots, Charkop, Kandivali, Mumbai | 5410 | To be returned to allotting authority against suitable compensation |
| 23. | Residential Plot No. 24, Sector 27, CIDCO, Nerul, Navi Mumbai | 100021 | Vacant areas to be monetised through CIDCO |
| 24. | Residential Plot No. 2, Sector 27, CIDCO, Nerul, Navi Mumbai | 69973 | To be returned to CIDCO |
| 25. | Land for Booking Office at Angels Chamber, Dheber Road, Rajkot | 1076 | To be returned to allotting authority against suitable compensation |
| 26. | Residential Plot No. 43, 44, 78 & 79, Village Nana Mava, Rajkot | 1331 | To be returned to allotting authority against suitable compensation |
| 27. | Land for Booking Office, T.P Scheme No.9, Plot No.1, Vadodra | 2000 | To be returned to allotting authority against suitable compensation |
| 28. | Land for Staff Qtrs. Plot No. 8,9,10, Survey No.3 (Part) Town Center, Bajipura, Aurangabad | 706 | To be returned to allotting authority against suitable compensation |
| 29. | Bungalow Plot No. ASL-56 Survey No. 925 in Ashwin L at New Nashik | 385 | To be returned to allotting authority against suitable compensation |
| 30. | Residential cum Commercial Land at Laxmi House, Mount Road, Teynampet, Chennai | 5371 | Sold |

*Note Property handed over to Ministry of Housing and Urban Affairs on 18th August, 2017 on as is where is basis.

GOVERNMENT OF INDIA
MINISTRY OF CIVIL AVIATION
LOK SABHA
UNSTARRED QUESTION NO. : 649
(To be answered on the 4th February 2021)

DISINVESTMENT OF AIR INDIA

649.    SHRI DEEPAK BAIJ

Will the Minister of CIVIL AVIATION
    नागर विमानन मंत्री                                          be pleased to state:-

(a) the current status of the process of disinvestment of Air India;
(b) the Government's plan for Government-run international air services after disinvestment of Air India;
(c) the amount of money being owed by Government Departments to Air India in lieu of air travel tickets; and
(d) the number of days for which Air India gives credit to the Government Department and whether Air India receives any interest on the amount of travel tickets not paid during the said period?

ANSWER

Minister of State (IC) in the Ministry of CIVIL AVIATION
    नागर विमानन मंत्रालय में राज्य मंत्री (स्वतंत्र प्रभार)              (Shri Hardeep Singh Puri)

_____

(a) The Preliminary Information Memorandum (PIM) for inviting Expression of Interest (EOI) for strategic disinvestment of 100% stake of Government of India in Air India along with 100% stake in Air India Express Ltd and 50% stake in Air India SATS was issued on 27.01.2020. Due to the COVID-19 pandemic, the last date for submission of EOI was extended from to time. The Last date for submission of EOI was 14.12.2020. As per the process of the disinvestment, the Expression of Interest in response to PIM by any group or entity was to be submitted to the Transaction Advisor. Post completion of the evaluation of the EOIs received, the Transaction Advisor will directly intimate the Qualified Interested Bidders in relation to their qualification and the next steps for the proposed transaction.
(b) Even after the disinvestment of Air India and its subsidiaries, Air India as well as other scheduled airlines will be available to provide international air services.
(c) As on 31.12.2020, the total Air India dues against various Government Departments on account of airfare including dues towards VVIP Operations were Rs. 498.17 crore.
(d): Usually, the credit period for Government of India Departments varies from 15 to 30 days from the receipt of invoice and no interest is paid to Air India in case of non-payment within the credit period.

*****

GOVERNMENT OF INDIA
MINISTRY OF CIVIL AVIATION
LOK SABHA
UNSTARRED QUESTION NO. : 662
(To be answered on the 4th February 2021)

## STATUS OF AIR INDIA

662.     SHRI RAJIV RANJAN SINGH
         ALIAS LALAN SINGH

Will the Minister of CIVIL AVIATION
नागर विमानन मंत्री                                          be pleased to state:-

(a) the steps being taken for sale of Air India and its present status thereof;
(b) whether the Government has any plan to provide some economic package for revival of Air India; and
(c) if so, the details thereof?

## ANSWER

Minister of State (IC) in the Ministry of CIVIL AVIATION
नागर विमानन मंत्रालय में राज्य मंत्री ( स्वतंत्र प्रभार)                   (Shri Hardeep Singh Puri)

---

(a) The Preliminary Information Memorandum (PIM) for inviting Expression of Interest (EOI) for strategic disinvestment of 100% stake of Government of India in Air India along with 100% stake in Air India Express Ltd and 50% stake in Air India SATS was issued on 27.01.2020. Due to the COVID-19 pandemic, the last date for submission of EOI was extended from to time. The Last date for submission of EOI was 14.12.2020. As per the process of the disinvestment, the Expression of Interest in response to PIM by any group or entity was to be submitted to the Transaction Advisor. Post completion of the evaluation of the EOIs received, the Transaction Advisor will directly intimate the Qualified Interested Bidders in relation to their qualification and the next steps for the proposed transaction.

(b) and (c) The Government is committed to the disinvestment of Air India. In order to effectively prepare Air India for disinvestment, the Government prepared a plan to bring operational and financial efficiency in Air India. This Plan focuses on the financial and operational efficiencies so that substantial increase in revenue or cost saving could be achieved. Also, operational and financial performance parameters and milestones as fixed by the Government are regularly being reviewed. Further, in FY 2020-21, GoI Guarantee support of Rs 964 crore has been provided to Air India which has helped them to raise new working capital loans from Indian banks. Further, Government has also extended the existing GoI Guarantee of Rs 6693 crore for working capital requirements and USD 819 million for refinancing of aircraft bridge loans. National Small Saving Fund (NSSF) loan of Rs 4500 crore has also been provided to Air India in FY 2020-21.

x x xx

# GOVERNMENT OF INDIA
## MINISTRY OF CIVIL AVIATION
## LOK SABHA
## UNSTARRED QUESTION NO. : 4894
(To be answered on the 25th March 2021)

## LOSS OF AIR INDIA

**4894.      SHRI MARGANI BHARAT**

**Will the Minister of CIVIL AVIATION**
           नागर विमानन मंत्री                                    **be pleased to state:-**

(a) whether Air India suffered loss of around Rs. 10,000 crore during 2020-21 if so, the details thereof and the response of the Government thereto;
(b) whether the loss will impact valuation of sale of Air India (AI) and if so, the details thereof;
(c) the details of funds raised by Air India (AI) to meet its operational and other costs during 2020-21 and the manner in which it can be compared with previous years; and
(d) the current status of process of Air India disinvestment and the time by which it will be completed?

### ANSWER

**Minister of State (IC) in the Ministry of CIVIL AVIATION**
      नागर विमानन मंत्रालय में राज्य मंत्री ( स्वतंत्र प्रभार)                **(Shri Hardeep Singh Puri)**

---

(a): The COVID-19 pandemic alongwith its related impact on aviation industry has worsened the financial position of the airlines including Air India. During the lockdown period Air India had operations of Charters/Vande Bharat Mission flights.As such the revenue stream of the airline was impacted due to the complete stoppage of flights during lockdown period whereas fixed costs had to be incurred. As per provisional figures for the financial year 2020-21, Air India is likely to incur a Net Loss of about Rs. 9779 crore.

This Ministry regularly reviews the financial and operational performance of the Air India and accordingly Air India took various measures to overcome the adverse financial impact arising out of COVID-19 pandemic which include rationalization of allowances of employees, introduction of shorter working week, Leave without Pay Scheme and closures of foreign stations with less traffic potential. Further, Air India has also negotiated with lessors to secure cuts in lease rentals.

**(b):** The valuation of Air India will be done closer to the financial bid stage with the help of the Transaction Advisor and in accordance with the guidance provided by Department of Investment and Public Asset Management (DIPAM).

**(c):** During FY 2020-21 there has been no Equity infusion by Government of India into Air India. However, in FY 2020-21, GoI Guarantee support of Rs 964 crore has been provided to Air India which has helped them to raise new working capital loans from Indian banks. Further, Government has also extended the existing GoI Guarantee of Rs 6693 crore for working capital requirements and USD 819 million for refinancing of aircraft bridge loans. National Small Saving Fund (NSSF) loan of Rs 4500 crore has also been provided to Air India in FY 2020-21. During the FY 2019-20, FY 2018-19 and FY 2017-18, the equity infusion provided by the Government to Air India Ltd was Rs 0.01 crore, Rs 3975 crore and Rs 1800 crore respectively.

**(d):** In response to Preliminary Information Memorandum (PIM) issued for disinvestment of Air India on 27.01.2020, multiple Expression of Interests (EoIs) were received, which have been evaluated by the Transaction Advisor. As per the process, post completion of the evaluation of the EOIs received, the Transaction Advisor will directly intimate the Qualified Interested Bidders in relation to their qualification and the next steps for the proposed transaction.

*****

# GOVERNMENT OF INDIA
## MINISTRY OF CIVIL AVIATION
## LOK SABHA
## UNSTARRED QUESTION NO. : 5018
### (To be answered on the 25th March 2021)

## SALE OF AIR INDIA

**5018.    SHRI BHARTRUHARI MAHTAB**

**Will the Minister of CIVIL AVIATION**

नागर विमानन मंत्री                                    **be pleased to state:-**

(a) whether the Government has found any bidder for its stake sale in Air India so far;

(b) if so, the details thereof and if not, the reasons therefor along with the present debt burden of Air India;

(c) whether the Government has formulated any plan to get Air India out of its debt during each of the last three years and the current year;

(d) if so, the details and its success thereof;

(e) the impact of current COVID 19 Pandemic on earnings and debt of Air India; and

(f) the corrective steps taken/being taken by the Government to protect Air India and the rights of its employees along with achievements thereof;

## ANSWER

**Minister of State (IC) in the Ministry of CIVIL AVIATION**

नागर विमानन मंत्रालय में राज्य मंत्री ( स्वतंत्र प्रभार )                     **(Shri Hardeep Singh Puri)**

---

(a) and (b): In response to Preliminary Information Memorandum (PIM) issued for disinvestment of Air India Ltd. on 27.01.2020, multiple Expression of Interests (EoIs) were received, which have been evaluated by the Transaction Advisor. As per the process, post completion of the evaluation of the EOIs received, the Transaction Advisor will directly intimate the Qualified Interested Bidders in relation to their qualification and the next steps for the proposed transaction. Further, the Transaction Advisor has to maintain the confidentiality of the identity of the bidders.

The total debt of Air India Ltd. as per the audited accounts of FY 2019-2020 (Prov) is Rs. 38,366.39 crore. The above amount is after the transfer of debt amounting to Rs. 22,064 crore during the FY 2019-20 to Air India Assets Holding Limited, a Special Purpose Vehicle (SPV).

(c) and (d): In order to effectively prepare Air India for disinvestment, the Government prepared a plan to bring operational and financial efficiency in Air India. This plan focuses on improving financial and operational performance of Air India and the parameters and milestones as fixed by the Government are monitored and regularly reviewed. During the last three years, the total equity infusion provided by the government to Air India is as given below:

| Year | Equity Infusion by GoI (Rs. in Crore) |
|------|---------------------------------------|
| 2020-21 | NIL |
| 2019-20 | 0.01 |
| 2018-19 | 3,975 |

In FY 2020-21, GoI Guarantee support of Rs 964 crore has been provided to Air India which has helped it to raise new working capital loans from Indian banks. Further, Government has also extended the existing GoI Guarantee of Rs. 6693 crore for working capital requirements and USD 819 million for refinancing of aircraft bridge loans. National Small Saving Fund (NSSF) loan of Rs. 4500 crore has also been provided to Air India in FY 2020-21.

(e): The COVID-19 pandemic alongwith its related impact on aviation industry has worsened the financial position of the airlines including Air India.

During the lockdown period, Air India had operations of Charters/Vande Bharat Mission flights. As per provisional figures, Air India is likely to incur a Net Loss of about Rs. 9779 crore in FY 2020-21 as compared to the Net loss of Rs 7982.83 crore in FY 2019-20 (Prov).

(f): The Government is committed to the disinvestment of Air India. The disinvestment of the airline will bring private investment, robust management and faster decision making processes which will improve the efficiency of the airline and build a viable and vibrant Air India. The interest of the employees of Air India will be safeguarded in accordance with the guidance of Department of Investment and Public Asset Management, Ministry of Finance on strategic disinvestment of CPSEs and same will be reflected in the Share Purchase Agreement to be signed with new owner, post disinvestment.

*****