# EXHIBIT 19



Business News › Industry › Transportation › Airlines / Aviation › Show cause notice to AI's COO Baldauf for his reported remarks

# Show cause notice to AI's COO Baldauf for his reported remarks

PTI     Last Updated: Feb 24, 2011, 01:21 PM IST

**Synopsis**
Air India's Chief Operating Officer Capt Gustav Baldauf has been served a show cause notice following his reported remarks about political interference in the airline's day-to-day affairs.

MUMBAI: Air India's Chief Operating Officer Capt Gustav Baldauf has been served a show cause notice following his reported remarks about political interference in the airline's day-to-day affairs.

The national carrier issued the notice last evening after an interview Baldauf gave to a daily, which quoted him as saying, "It is certainly a difficult environment, in the Indian environment, the stakeholder - the government - plays too prominent a role in operations".

Tha Austrian national, who earlier worked in senior capacities in several airlines including Jet Airways and Austrian Airlines, was quoted as saying, "When you call someone from outside, let him work. The government should control but let him work. It should not be involved in day-to-day operations."

An Air India official said, "The management has not taken his remarks lightly and has sought his explaination on the issue".



IN THE SPOTLIGHT
Sanjiv Goenka highlighted the recovery of India

**RELATED** | MOST READ | MOST SHARED

Milk Mantra appoints Sandipan Ghosh as COO

Cuemath COO Govind Rajan passes away

Noise appoints Nicobar Design's Utsav Malhotra as COO

Policybazaar COO learnt patience & resilience from golf

Mandatory 5-day work week unlikely to return again: Unilever COO

Pandemic increased momentum of digitisation: NPCI COO

Ad  immigrationdo
Sad news confirmed for Sandra Bullock.



VISIT SITE

Baldauf, who also met Civil Aviation Minister Vayalar Ravi, refused to comment on the matter.

Baldauf has been opposing the removal of Capt Pawan Arora as the COO of Air India Express, saying it would affect the turnaround plan of the ailing national carrier.

After Baldauf's appointment last April, the Air India Board had appointed Arora and also Stefan Sukumar as the Chief Training Officer on a hefty pay package. Sukumar put in his papers recently after the Directorate General of Civil Aviation raised objections to the status of license as CTO.

Baldauf was appointed at an annual salary package of Rs three crore with the mandate to implement Air India's turnaround plan.

Soon after taking over, he had brought in Arora and Sukumar, as also Kamaljeet Rattan from Reliance as the airline's Corporate Communication head.

After a meeting with the management and unions in Mumbai last week, the Civil Aviation Minister had said that the ministry would evaluate the performance of Air India top management besides carrying out their performance review on a regular basis.

He had said that expectations about rescuing the sick company needed to be realistic and it cannot be done in a short time.

Air India's pilots union ICPA called for a strike on March nine on several demands.

The ICPA and other unions have alleged that in the last one year, the airline has doled out its profitable routes to private carriers, resulting in the steep decline in its market share.

With a market share of 15.8 percent in January this year, down from 18 percent in the same period last year, the flag carrier today stands at fourth position after Jet Airways, Kingfisher and budget carrier IndiGo.

READ MORE NEWS ON

COO    AIS    Air India    Vayalar Ravi

*(Catch all the **Business News**, **Breaking News** Events and **Latest News** Updates on **The Economic Times**.)*

**Top Trending Industry Terms**

Oppo A74 Price   L&T   Citigroup
Petrol Price Today   Tata Steel   Airtel
Mahindra & Mahindra   Jio   Pfizer Vaccine
Citibank   Maharashtra Lockdown Updates
Telecom News   Banking News
Finance News   Auto News

## ETPrime stories of the day



**INVESTING**

Quality stocks provide cushion against the market fall. But does that justify their valuations?

8 mins read



**RECENT HIT**

Silence of the lions: Did Ambuja Cements' star independent directors speak up for its shareholders?

9 mins read

**PHARMA**

How to win the US: Alembic Pharma will have to crack the complex-products game

9 mins read

Subscribe to **ETPrime**



Search News, Stock Quotes & NAV

BROWSE COMPANIES: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z
1 2 3 4 5 6 7 8 9

### Trending Now

| | |
|---|---|
| Bharti Airtel | Jiopages |
| IRCTC News | Railways ministry |
| Indian Navy News | Netflix News |
| Ministry of Corporate Affairs | Delhi Metro |
| Reliance Jio | |

### Popular Categories

| | |
|---|---|
| Auto | Banking/Finance |
| Cons. Products | Energy |
| Renewables | Ind'l Goods/Svs |
| Healthcare/Biotech | Services |
| Media/Entertainment | Transportation |
| Tech | Telecom |
| Miscellaneous | CSR |
| Environment | |

### Hot On Web

| | |
|---|---|
| West Bengal elections Live | Indian economy |
| Mukesh Ambani | Covid Live updates |
| Mutual funds SIP 2021 | Sensex today |
| What are multi asset funds | What are balanced mutual funds |
| Global markets | Mutual funds |
| Breaking news | LTC Cash Voucher Scheme |
| SGX Nifty | Sensex Live |
| IRCTC share price | Infosys share price |
| Rupee | |

### In Case You Missed It

| | |
|---|---|
| Oppo A74 Price | L&T |
| Citigroup | Petrol Price Today |
| Tata Steel | Airtel |
| Mahindra & Mahindra | Jio |
| Pfizer Vaccine | Citibank |
| Maharashtra Lockdown Updates | Delhi Rains |
| Russia Covid Vaccine | Indian Navy News |
| Jiopages | AGR dues |
| Auto News | |



## ET Verticals

| | |
|---|---|
| Auto News | Retail News |
| Health News | Telecom News |
| Energy News | IT News |
| Real Estate News | Marketing & Advertising News |
| Technology News | CFO News |
| IT Security News | |

## More From Our Network

| | | |
|---|---|---|
| इकनॉमिक टाइम्स | Pune Mirror | Bangalore Mirror |
| Ahmedabad Mirror | ItsMyAscent | Education Times |
| Brand Capital | Mumbai Mirror | Times Now |
| Indiatimes | महाराष्ट्र टाइम्‌ | ವಿಜಯ ಕರ್ನಾಟಕ |
| Go Green | AdAge India | Eisamay |
| IGN India | IamGujarat | Times of India |
| Samayam Tamil | Samayam Telugu | Miss Kyra |
| Bombay Times | Filmipop | MX Player |
| Colombia | NBT Gold Podcast | Ei Samay Gold Podcast |
| MX ShareKaro App | MX TakaTak App | |

## Other Useful Links

| | |
|---|---|
| About Us | Book your Newspaper Subscription |
| Create Your Own Ad | Advertise with Us |
| Terms of Use & Grievance Redressal | Privacy policy |
| Contact Us | RSS |
| DNPA Code of Ethics | Do not sell my info |

## Services

Longwalks App

Copyright © 2021 Bennett, Coleman & Co. Ltd. All rights reserved. For reprint rights: Times Syndication Service