# EXHIBIT 20

BENCHMARKS **CLOSED** Sensex 48,832.03 28.35 | NSE LOSER-LARGE CAP IGL 515.15 -9.80 | FEATURED FUNDS ★★★★★ ICICI Prudential Multica... | 5Y RETURN 13.75 % **INVEST NOW** | **MARKET WATCH**

Sign In

**The Economic Times** | Industry
English Edition ▾ | E-Paper

Special Offer on ET Prime

Home  ETPrime  Markets  News  Industry  RISE  Politics  Wealth  MF  Tech  Jobs  Opinion  NRI  Panache  ET NOW  More ▾

Auto ▾  Banking/Finance ▾  Cons. Products ▾  Energy ▾  Renewables  Ind'l Goods/Svs ▾  Healthcare/Biotech ▾  Services ▾  Media/Entertainment ▾  More ▾

Business News › Industry › Transportation › Airlines / Aviation › Air India clips COO, CTO's wings

# Air India clips COO, CTO's wings

By Manisha Singhal, ET Bureau  Last Updated: Feb 15, 2011, 05:41 AM IST

**Synopsis**
Air India has watered down the powers of its expat chief operating officer and chief training officer.

MUMBAI: State carrier Air **India** has watered down the powers of its expat chief operating officer and chief training officer three days after sacking its low-cost subsidiary **COO** Pawan Arora, toeing the line taken by the new civil aviation minister who wants to take a re-look at expensive recruitments.

While the airline has asked its chief operating officer (COO) Gustav Baldauf not to travel abroad for any negotiations on behalf of Air India, it has decided to put the process of issuing foreign aircrew temporary authorisation (**FATA**) to its chief operating training officer Stephan Sukumar on hold, according to three independent people close to Air India.

Foreign pilots are allowed to fly and train in India under FATA issued by the Directorate General of Civil Aviation. Arvind Jadhav, chairman and managing director of Air India, recruited the expats and these appointments were ratified by the board in June and September 2010, respectively.

These top recruitments ran into controversy as Baldauf and Sukumar were given expensive salaries of over Rs 3 crore and Rs 1.5 crore, respectively. Restrictions on Baldauf's foreign travel will put a spoke in Air India's entry into Star Alliance. This former Canadian airline executive was mainly brought in last year to ramp up Air India's global operations. "Whatever political decisions are there to be taken, will be taken.


**IN THE SPOTLIGHT**
Sanjiv Goenka highlighted the recovery of India


**RELATED** | MOST READ | MOST SHARED

Milk Mantra appoints Sandipan Ghosh as COO
Cuemath COO Govind Rajan passes away
Noise appoints Nicobar Design's Utsav Malhotra as COO
Policybazaar COO learnt patience & resilience from golf
Mandatory 5-day work week unlikely to return again: Unilever COO
Pandemic increased momentum of digitisation: NPCI COO





Ad Keto

Drink 1 cup before bed, watch your body fat melt like crazy

VISIT SITE

Sponsored by

But at the moment I am not worried of these things as the turnaround of the airline is more important and for me, the time is running out both for stopping the slipping airline into bankruptcy and also for the airline joining the Star alliance which is coming to its deadline by June this year," said Baldauf.

Sukumar could not be contacted. However, people close to him told ET that he was finding it extremely difficult to take things forward. He was brought in to ramp up training to fill in for the shortage of cabin crew and cockpit staff. DGCA, the civil aviation regulator, has raised objections to some papers submitted for Sukumar's appointment.

The airline, struggling to pay salaries for employees, will have to pay hefty amounts to expats if they are given the marching orders. "If they want to remove Sukumar, they will have to pay a sixmonth salary," said an Air India official.

READ MORE NEWS ON

COO    CTO    India    Recruitment    FATA

(Catch all the **Business News**, **Breaking News** Events and **Latest News** Updates on **The Economic Times**.)
Download **The Economic Times News App** to get Daily Market Updates & Live Business News.

### Top Trending Industry Terms

Oppo A74 Price · L&T · Citigroup · Petrol Price Today · Tata Steel · Airtel · Mahindra & Mahindra · Jio · Pfizer Vaccine · Citibank · Maharashtra Lockdown Updates · Telecom News · Banking News · Finance News · Auto News

### ETPrime stories of the day



INVESTING
Quality stocks provide cushion against the

RECENT HIT

PHARMA
How to win the US: Alembic Pharma will have



Silence of the lions: Did Ambuja Cements' star independent directors speak up for its shareholders?

8 mins read    9 mins read    9 mins read

Subscribe to **ETPrime**



Search News, Stock Quotes & NAV

BROWSE COMPANIES: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z
1 2 3 4 5 6 7 8 9

## Trending Now
| | |
|---|---|
| Bharti Airtel | Jiopages |
| IRCTC News | Railways ministry |
| Indian Navy News | Netflix News |
| Ministry of Corporate Affairs | Delhi Metro |
| Reliance Jio | |

## Popular Categories
| | |
|---|---|
| Auto | Banking/Finance |
| Cons. Products | Energy |
| Renewables | Ind'l Goods/Svs |
| Healthcare/Biotech | Services |
| Media/Entertainment | Transportation |
| Tech | Telecom |
| Miscellaneous | CSR |
| Environment | |

## Hot On Web
| | |
|---|---|
| West Bengal elections Live | Indian economy |
| Mukesh Ambani | Covid Live updates |
| Mutual funds SIP 2021 | Sensex today |
| What are multi asset funds | What are balanced mutual funds |
| Global markets | Mutual funds |
| Breaking news | LTC Cash Voucher Scheme |
| SGX Nifty | Sensex Live |
| IRCTC share price | Infosys share price |
| Rupee | |

## In Case You Missed It
| | |
|---|---|
| Oppo A74 Price | L&T |
| Citigroup | Petrol Price Today |
| Tata Steel | Airtel |
| Mahindra & Mahindra | Jio |
| Pfizer Vaccine | Citibank |
| Maharashtra Lockdown Updates | Delhi Rains |
| Russia Covid Vaccine | Indian Navy News |
| Jiopages | AGR dues |
| Auto News | |

## ET Verticals
| | |
|---|---|
| Auto News | Retail News |
| Health News | Telecom News |
| Energy News | IT News |
| Real Estate News | Marketing & Advertising News |
| Technology News | CFO News |
| IT Security News | |

## More From Our Network
| | | |
|---|---|---|
| इकनॉमिक टाइम्स | Pune Mirror | Bangalore Mirror |
| Ahmedabad Mirror | ItsMyAscent | Education Times |
| Brand Capital | Mumbai Mirror | Times Now |
| Indiatimes | महाराष्ट्र टाइम्स | ವಿಜಯ ಕರ್ನಾಟಕ |
| Go Green | AdAge India | Eisamay |
| IGN India | IamGujarat | Times of India |
| Samayam Tamil | Samayam Telugu | Miss Kyra |
| Bombay Times | Filmipop | MX Player |
| Colombia | NBT Gold Podcast | Ei Samay Gold Podcast |
| MX ShareKaro App | MX TakaTak App | |



Other Useful Links

Services

About Us | Book your Newspaper Subscription | Longwalks App
Create Your Own Ad | Advertise with Us
Terms of Use & Grievance Redressal | Privacy policy
Contact Us | RSS
DNPA Code of Ethics | Do not sell my info

Copyright © 2021 Bennett, Coleman & Co. Ltd. All rights reserved. For reprint rights: Times Syndication Service

Is Bengal ready for another poriborton? FOLLOW ELECTIONS WITH ET