# EXHIBIT 23

# Board of Directors

**Quick Links**

Home › About Air India › Management › Board of Directors

History
Management
**Board of Directors**
The Air India Brand
Financials
Annual Reports 2018-2019
Annual Reports 2019-2020



**Shri Rajiv Bansal**
Chairman and Managing Director



**Shri S K Mishra**
Govt Nominee Director



**Shri V Patwardhan**
Govt Nominee Director



**Shri K M Birla**
Independent Director



**Smt Purandeswari**
Independent Director



**Shri Vinod Hejmadi**
Director - Finance



**Smt Amrita Sharan**
Director - Personnel







**Ms Meenakshi Mallik**
Director - Commercial



**Capt R S Sandhu**
Director - Operations



**Registered Office**
Air India Limited
Airlines House, 113,
Gurudwara Rakabganj Road,
New Delhi - 110 001

**Headquarter**
Air India Limited
Airlines House, 113,
Gurudwara Rakabganj Road,
New Delhi - 110 001

| | | | |
|---|---|---|---|
| About Air India | Media Center | Right to Information | Sitemap |
| Engineering Services | Citizen's Charter | Vigilance | Careers |
| Air India Airport Services | Forms and Downloads | Tenders | Travel Agents |
| Conditions of Carriage | Canada Regulations | Feedback | FAQs |
| US DOT Regulations | Corporate Environment Policy | Feedback Status | Customer Support |
| Instrument of Delegation of Financial Powers | Instrument of Delegation of Administrative Powers | Contact Details | Alliance Air |
| | | Air India Express | |

Share now

DOWNLOAD AIR INDIA MOBILE APP ON

All donations towards the Prime Minister's National Relief Fund (PMNRF) are notified for 100% deduction from taxable income under Section 80G of the Income Tax Act, 1961.

Copyright © 2018 Air India Ltd. All rights reserved.      Visitors: 315795397

Terms & Conditions   Hyperlinking Policy   Accessibility Statement   Disclaimer   Help   Page last updated on: 12/4/2021