# EXHIBIT 24

Rajiv Bansal is Air India's next chairman and managing director | Hindustan Times                    https://www.hindustantimes.com/india-news/rajiv-bansal-appointed-as-air-india-chief/story-9x...

**Explore**　　　　　　　　　　　　HT　　　　　　　　　　　　　　　　　　　　FREE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　E-Paper

**Home**　　　Latest　　　Most Read　　　My Reads　　　Saved　　　Ind

Elections　　　World News　　　IPL 2021　　　#SamsungF12　　　Trending

Home / India News / Rajiv Bansal is Air India's next chairman and managing director

Advertisement

OPEN APP

### INDIA NEWS

# Rajiv Bansal is Air India's next chairman and managing director

Bansal, a 1988-batch IAS officer of Nagaland cadre, is at present additional secretary in the ministry of petroleum and natural gas.

New Delhi | By HT Correspondent
UPDATED ON SEP 15, 2020 10:28 PM IST



Bansal, a 1988-batch IAS officer of Nagaland cadre, is at present additional secretary in the ministry of petroleum and natural gas.(REUTERS)

Air India on Thursday got a new chief after senior bureaucrat Rajiv Bansal was appointed as the chairman and managing director (CMD) of the national carrier, according to a Personnel Ministry order.

Advertisement

A 1988-batch IAS officer of Nagaland cadre, Bansal is serving as present additional secretary in the ministry of petroleum and natural gas.

The Appointments Committee of the Cabinet has approved his appointment as chairman and managing director, Air India in the rank and pay of additional secretary, the order said, without mentioning further details.

ALSO WATCH | Govt to sell entire stake in Air India; Congress hits out at Modi Govt

**OPEN APP**

Rajiv Bansal is Air India's next chairman and managing director | Hindustan Timeshttps://www.hindustantimes.com/india-news/rajiv-bansal-appointed-as-air-india-chief/story-9x...

**MORE FROM THIS SECTION**



Everyone above 25 must be able to get vaccinated: Sonia at CWC



Former Karnataka CM HD Kumaraswamy admitted to hospital after testing Covid-19 positive



Amid spike in cases, lockdow Chhattisgarh's extended till A

OPEN APP

Advertisement

Bansal succeeds Ashwani Lohani who has completed his one year tenure.

The ACC has also appointed Debasish Panda, a 1987-batch IAS officer of the Uttar Pradesh cadre, as secretary, department of financial services. The cabinet committee comprising Prime Minister Narendra Modi and Home Minister Amit Shah has approved his appointment in place of Rajiv Kumar, who superannuates this month end.

SHARE THIS ARTICLE ON

**TOPICS**

Air India      Rajiv Bansal