# **EXHIBIT 25**

48048.98  -33.09    1416.25  -66.70    Fund(G)    +171.4

MORE MARKET STATS

# Government promotes Air India chief Rajiv Bansal to secretary-level rank

By: PTI

April 26, 2020 7:13 PM

The Appointments Committee of the Cabinet (ACC), headed by Prime Minister Narendra Modi, has approved in-situ upgradation of a total of 10 officers to the level of special secretary in the rank and pay of secretary by temporarily upgrading the posts held by them.



Bansal, a 1988 batch Indian Administrative Service (IAS) officer of the Nagaland cadre, has been given the rank and pay of secretary to the government of India, the order said. (IE photo)

Air India chief Rajiv Bansal has been promoted to the secretary-level rank, according to a Personnel Ministry order issued on Sunday. The Appointments Committee of the Cabinet (ACC),

held by them.

Bansal, a 1988 batch Indian Administrative Service (IAS) officer of the Nagaland cadre, has been given the rank and pay of secretary to the government of India, the order said. He was appointed the chairman and managing director of Air India in February this year at the rank of additional secretary.

**RELATED NEWS**

Indian Oil refineries operating at 95% capacity, say sources

Indian Overseas Bank appoints E&Y as digital consultant

Housing demand is here to stay: HDFC chairman Deepak Parekh

Besides him, Airports Authority of India (AAI) chairman Arvind Singh has also been promoted to the top rank.
Praveen Kumar Srivastava will be special secretary, Department of Home. He is at present additional secretary in the same department.

Apurva Chandra has been made special secretary and Director General (Acquisition) in the Defence Ministry. He is currently additional secretary and Director General (Acquisition). Senior bureaucrat Ali Raza Rizvi, additional secretary and financial adviser in the Information and Broadcasting Ministry, has been promoted as special secretary and financial adviser in the same organisation.

Gujarat-cadre IAS officer Bidyut Bihari Swain will be special secretary in the Department of Commerce. He is additional secretary in the same department.

The government has also approved promotion of Indevar Pandey as special secretary, Ministry of Development of North Eastern Region. He is working as the additional secretary in the same department.



**Subscribe to Financial Express' weekly SME newsletter for latest and all-round coverage from the world of the biggest business in India - the Micro, Small and Medium Business.**

## FINANCIAL EXPRESS

Subscribe

Get live Stock Prices from BSE, NSE, US Market and latest NAV, portfolio of Mutual Funds, Check out latest IPO News, Best Performing IPOs, calculate your tax by Income Tax Calculator, know market's Top Gainers, Top Losers & Best Equity Funds. Like us on Facebook and follow us on Twitter.

Financial Express is now on Telegram. Click here to join our channel and stay updated with the latest Biz news and updates.

HOME  |  INDUSTRY  |  Government Promotes Air India Chief Rajiv Bansal To Secretary-Level Rank

### The buzz around Bitcoin: why 2021 may be the year to invest
eToro | Sponsored

### Recalculate Your 2021 House Payment In A Few Steps
With rates at near-historic lows, homeowners can lower their monthly payment and save thousands overall. Use our easy tool to run the numbers and see what your new payment could …
Quicken Loans NMLS#3030 | Sponsored          Learn More

### After abusing Delhi cops, couple give absurd excuses: 'Wife doesn't let me wear mask,' says man; woman complains of suffocation
Delhi Viral Video update: The residents of the Patel Nagar is in Central Delhi, the couple now claim that they had the mask with them but didn't wear as they didn't think it was needed. They also didn't have curfe…
Financial Express

### Bitcoin for beginners: what you need to know before buying Bitcoin
eToro | Sponsored

### Here's What Full Mouth Dental Implants Should Cost
Branded Links | Sponsored

### Ashish Yechury, elder son of Sitaram Yechury, dies of COVID-19 in Gurugram Hospital
Sitaram Yechury confirmed the unfortunate news in a tweet.

Financial Express

### These Cars Are So Loaded It's Hard to Believe They're So Cheap
Luxury SUVs | Search Ads | Sponsored



## Stock Market



## Most Read

**10 stocks to buy now that could make you rich**



**Coronavirus April 22 Highlights: Bengal, UP, Gujarat, Kerala, report biggest single-day surge; PM Modi to chair high-level meetings on Friday**



**Share Market Highlights: Sensex crosses 48,000 on closing, Nifty ends at 14,406; ICICI Bank, HDFC top gainers**



**Rakesh Jhunjhunwala expects bull run to continue for years; finds opportunity in midcaps, smallcaps**



Hiring to grow by 7% in April-June if further lockdowns not imposed: Report



Infosys stock Nomura's preferred pick post Q4 results; share price may rally 20%



Provident Fund: Special Deposit Scheme interest rate for Non-Government PF, Gratuity Funds for Q1 2021-22 notified



Coronavirus April 21 Highlights: Kerala, Bihar, MP, Chhattisgarh announce free vaccine for all above 18 years



Sun Pharma, Jindal Steel among top stocks to buy, sell; intraday chart suggests Nifty may fall up to 14,130





## Top News

Jindal Steel and Power share price jumps 9% so far this week; steel cycle could help extend rally

Coronavirus India Live Updates: PM Modi chairs meet with CMs of high burden states; India reports 3,32,730 new COVID-19 cases

Market LIVE: Sensex jumps 100 points, Nifty above 14,400; financials rebound, Bank Nifty surges higher

Toyota to temporarily halt operations at its factories: Reason is not Covid-19

Sachin Vaze case: NIA arrests Mumbai police inspector Sunil Mane in Ambani security scare incident

Gold prices edge higher, follow international market; check MCX gold resistance, support levels

World Book Day 2021: Lockdown or not, these Indian authors blazed the publishing trail during the pandemic

Canada bans passenger flights from India, Pakistan for 30 days due to surge in COVID-19 cases

Oxygen crisis: 25 'sickest' patients die at Delhi's Sir Ganga Ram Hospital in last 24 hrs

Indian Oil refineries operating at 95% capacity, say sources

STAY CONNECTED

MOBILE APPS

TOP TRENDING

Assam Assembly Elections 2021 Live

Share Market LIVE

Coronavirus In India Live

West Bengal Elections 2021 Live

Covid-19 Vaccine Registration

IPO

Best Performing IPO

| LATEST NEWS | POPULAR CATEGORIES |
|---|---|
| INDIA NEWS | JOBS |
| MARKET NEWS | SME |
| STOCK QUOTES | MUTUAL FUNDS |
| INDUSTRY | RAILWAYS |
| TECHNOLOGY | BRAND WAGON |

# FINANCIAL EXPRESS

AUTO

ECONOMY

**FE EXPLAINED**

CASH RESERVE RATIO

FORM-16

FISCAL POLICY OF INDIA

REVERSE REPO RATE

REVENUE DEFICIT

GDP

INTERIM BUDGET

CESS

CUSTOMS DUTY

**MORE**

TAX CALCULATOR

EPAPER

PHOTO GALLERY

VIDEOS

OPINION

COMMODITIES

DEFENCE

BANKING & FINANCE

TODAY'S PAPER

SCIENCE

IFSC CODE

**QUICK LINKS**

FE HINDI

PAN CARD

AADHAAR CARD

PASSPORT-VISA

INSURANCE

WORLD NEWS

ENTERTAINMENT

TRAVEL & TOURISM

AIRLINES/AVIATION

## Top NSE/BSE Companies Share Price

| | | | | |
|---|---|---|---|---|
| Yes Bank Share Price | Reliance Industries Share Price | State Bank of India Share Price | Tata Motors Share Price | HDFC Bank Share Price |
| Infosys Share Price | ICICI Bank Share Price | Tata Consultancy Services Share Price | ITC Share Price | Bajaj Finance Share Price |
| Maruti Suzuki India Share Price | Tata Steel Share Price | Bajaj Finserv Share Price | Larsen and Toubro Share Price | Indusind Bank Share Price |
| Sun Pharmaceutical Industries Share Price | Bharat Petroleum Corporation Share Price | Titan Company Share Price | Indian Oil Corporation Share Price | Axis Bank Share Price |

**FINANCIAL EXPRESS**

## Popular Banks IFSC Code

| | | | | |
|---|---|---|---|---|
| SBI Bank IFSC Code | HDFC Bank IFSC Code | ICICI Bank IFSC Code | Axis Bank IFSC Code | Canara Bank IFSC Code |
| Bank of Baroda IFSC Code | Indian Bank IFSC Code | PNB Bank IFSC Code | Bank of India IFSC Code | Kotak Mahindra Bank IFSC Code |
| Union Bank of India IFSC Code | Central Bank of India IFSC Code | IDBI Bank IFSC Code | Indian Overseas Bank IFSC Code | Yes Bank IFSC Code |

INDIAN EXPRESS GROUP • THE INDIAN EXPRESS • LOKSATTA • JANSATTA • INUTH • RAMNATH GOENKA AWARDS

MYINSURANCECLUB • IE TAMIL • IE MALAYALAM • IE BANGLA • THIS WEBSITE FOLLOWS THE DNPA'S CODE OF CONDUCT

Advertise with us   Feedback   Sitemap   Privacy Policy   Contact Us

Copyright © 2021 The Indian Express [P] Ltd. All Rights Reserved