# EXHIBIT 26

HINDI@INDJOURNALS     MARATHI@INDJOURNALS.IN



# INDJOURNALS
India's First Independent Media Cooperative Initiative

Search …



# Air India may send 5000 employees on compulsory leave

BY **INDJOURNALS BUREAU**    JULY 16, 2020    LEAVE A COMMENT

BUSINESS NEWS, ECONOMY

**RECENT POSTS**

METRO CAR SHED IN KANJURMARG WAS PLANNED BY THE FADNAVIS GOVT, MVA GOVT ONLY IMPLEMENTING THE PLAN: SACHIN SAWANT
NOVEMBER 6, 2020

IS MODI'S 'SABKA VISHWAS' JUST A HOLLOW SLOGAN : CONGRESS ASKS BJP
OCTOBER 17, 2020

TRP SCAM – A MEDIA PLANNERS VIEW.
OCTOBER 13, 2020

## Unions to challenge in court

**Mumbai:**

While the Narendra Modi government is eager to sell Air India, the AI has now decided to reduce its burden of salary, perks by reducing the existing staff. In a move meant to reduce its number of employees, the board of Directors of Air India has allowed the airline's Chairman and Managing Director (CMD) to recommend that a non-performing staff member be compulsorily sent on leave without pay for a period of up to five years.

As per the reliable sources, AI may send at least 5,000 employees on compulsory leave without pay which is indirectly equal to sacking them. Employees union has warned to challenge this move in the court.

" This move will witness job-loss for at least 5,000 employees. Most of them may be those who are nearing retirement," a highly placed employee in AI told Indjournals.

The move comes at a time when the government is attempting to sell off the airline, a process which has been delayed because of the outbreak of coronavirus.

" After 1995, there was no recruitment of permanent employee. AI has around 13,000 permanent employees in the country. The last batch of employees recruited in 1995 is now around 48 years of their age. Management may send on leaves to those who are in the age group of 52 to 55. In this way they will be indirectly retired or sacked from duty," an official said.

Air India CMD Rajiv Bansal can now send employees on leave without pay "for six months or for a period of two years extendable up to five years," an official order said on Tuesday. Employees will be assessed by a board in the following categories: Suitability, efficiency, competence, quality of performance, health of the employee, instance of non-availability of the employee for duty in the past as a result of ill health or otherwise.

BJP leaders & Birla on AI Management

BJP leaders D. Purandeswari and Dr.Syed Zafar Islam are independent directors and members of Board of Directors which gave power to

THE POLITICAL DACOITS. OCTOBER 12, 2020

30,000 CRORE TRP SCAM OCTOBER 12, 2020

GREAT RELIEF TO MAHARASHTRA; THE NUMBER OF NEW CORONA PATIENTS IS OVER 10,000 OCTOBER 5, 2020

25 THOUSAND FARMERS WILL GET FULL TIME POWER SUPPLY DURING THE DAY TIME: DR. NITIN RAUT OCTOBER 5, 2020

THE PATIENT RECOVERY RATE IN THE STATE IS 80 PER CENT… OCTOBER 3, 2020

**POPULAR**

Uddhav Thackeray Orders look into Electricity Billing Complaints
JULY 1, 2020

CMD Bansal to send employees on compulsory leave. Purandeswari is daughter of veteran film icon and politician N.T. Ramarao. She was also Minister of State during UPA government between 2009-14. After this she joined BJP but lost Lok Sabha election in 2014. She has been now accommodated by BJP as an independent director. Dr. Islam is BJP spokesperson and also a former Managing Director of Deutsche Bank.

Well known businessman Kumar Mangalam Birla is also an independent director of AI. Apart from them Dr. Ravindra Kumar Tyagi is also an independent director. Joint Secretaries Vimalendra Patwardhan and Satyendra Kumar Mishra along with Vinod Hejmadi, Director Finance are members of this board.

**Will challenge in Court- Union**

The Employees unions are strongly against this move. They are having series of meetings on this issue.

" Sending employees on long leave without pay is against the law. There is no such provisions in the law which gives power to Air India to do so. We will draw attention of AI management to this. If they do not drop this idea, we will challenge this in the court," George Abraham, General Secretary of All India Air India Employees Union Guild.

" We can understand offer of voluntary retirements or lay-offs. But sending employees on leave without pay is not acceptable," he warned.

BJP leaderDr.Syed Zafar Islam are independent directors and members

Why Maharashtra is not protesting against Farm bills?
SEPTEMBER 26, 2020

Female Harassment in Corona Times....
JULY 29, 2020

**RECENT COMMENTS**

NARAYANGHULE ON WHY MAHARASHTRA IS NOT PROTESTING AGAINST FARM BILLS?

ANKITASR ON FEMALE HARASSMENT IN CORONA TIMES....

VINOD CHAND ON UDDHAV THACKERAY ORDERS LOOK INTO ELECTRICITY BILLING COMPLAINTS

ARIF PATEL ON UDDHAV THACKERAY ORDERS LOOK INTO ELECTRICITY BILLING COMPLAINTS

of Board of Directors which gave power to CMD Bansal to send employees on compulsory leave. Dr. Islam is BJP spokesperson and also a former Managing Director of Deutsche Bank.

Purandeswari is daughter of veteran film icon and politician N.T. Ramarao. She was also Minister of State during UPA government between 2009-14. After this she joined BJP but lost Lok Sabha election in 2014. She has been now accommodated by BJP as an independent director.

Well known businessman Kumar Mangalam Birla is also an independent director of AI. Apart from them Dr. Ravindra Kumar Tyagi is also an independent director. Joint Secretaries Vimalendra Patwardhan and Satyendra Kumar Mishra along with Vinod Hejmadi, Director Finance are members of this board.

Air India     Economic Impact of Corona     Joblessness

Leave Without Pay

IIT-Delhi develops a Corona Test kit for Rs 600/-     AAP launches campaign against high electricity bills for consumers across Maharashtra

# Leave a Reply

You must be logged in to post a comment.

## ARCHIVES

NOVEMBER 2020

OCTOBER 2020

SEPTEMBER 2020

AUGUST 2020

JULY 2020

## CATEGORIES

AGRICULTURE

BANKING

BENGALURU

BUSINESS NEWS

BUSINESS NEWS – TELECOM

CITIZEN JOURNALISTS

CIVIC ISSUES

COLUMNISTS

CORONA PANDEMIC

## ABOUT US

About indjournals.in

indjournals is owned by about 1000 share holders who contribute to the running of the site on an annual basis.

The site has an editorial board comprising of journalists that take decisions about the stories to run. These journalists are share holders too.

As the ownership of the site is distributed among many people, the editorial board is supervised in times of crisis by the other common share holders to do course correction and resolve disputes.

indjournals.in will remain free for its readers and will not carry any advertisements on its site ever. It is self-financed by the owners of the cooperative.

## RECENT COMMENTS

NARAYANGHULE ON WHY MAHARASHTRA IS NOT PROTESTING AGAINST FARM BILLS?

ANKITASR ON FEMALE HARASSMENT IN CORONA TIMES….

VINOD CHAND ON UDDHAV THACKERAY ORDERS LOOK INTO ELECTRICITY BILLING COMPLAINTS

ARIF PATEL ON UDDHAV THACKERAY ORDERS LOOK INTO ELECTRICITY BILLING COMPLAINTS

## RECENT POSTS

METRO CAR SHED IN KANJURMARG WAS PLANNED BY THE FADNAVIS GOVT, MVA GOVT ONLY IMPLEMENTING THE PLAN: SACHIN SAWANT NOVEMBER 6, 2020

IS MODI'S 'SABKA VISHWAS' JUST A HOLLOW SLOGAN : CONGRESS

CYBER CRIME

DELHI NCR

DEMOCRACY

ECONOMY

EDUCATION

ELECTRICITY

EUROPE

FACT CHECK

FITNESS

GOVERNANCE

GUJARAT

HEALTH

INTERNATIONAL NEWS

IPR

JOBS

JUDICIARY

MAHARASHTRA NEWS

METRO CITIES

MUMBAI

NATIONAL NEWS

ASKS BJP OCTOBER 17, 2020

TRP SCAM – A MEDIA PLANNERS VIEW. OCTOBER 13, 2020

THE POLITICAL DACOITS. OCTOBER 12, 2020

30,000 CRORE TRP SCAM OCTOBER 12, 2020

GREAT RELIEF TO MAHARASHTRA; THE NUMBER OF NEW CORONA PATIENTS IS OVER 10,000 OCTOBER 5, 2020

25 THOUSAND FARMERS WILL GET FULL TIME POWER SUPPLY DURING THE DAY TIME: DR. NITIN RAUT OCTOBER 5, 2020

THE PATIENT RECOVERY RATE IN THE STATE IS 80 PER CENT… OCTOBER 3, 2020

RELIEF FROM CORONA OUTBREAK: 15 THOUSAND 591 NEW PATIENTS REGISTERED TODAY OCTOBER 2, 2020

CORONA OUTBREAK CONTINUES IN THE STATE: 18 THOUSAND 317 NEW PATIENTS REGISTERED TODAY SEPTEMBER 30, 2020

NATIONAL POLITICS

OPINION

POLICY

POLITICS

POWER

STATE NEWS

STATE POLITICS

TECH

UNCATEGORIZED

UP NEWS

US NEWS

VIEWS

YOUTH

All Rights Reserved. Metro Magazine | Developed By Rara Theme. Powered by WordPress.