# EXHIBIT 27



 Search      English

Home / About us / Leadership Team

# Mr. Kumar Mangalam Birla

Share



Mr. Kumar Mangalam Birla is the Chairman of the Aditya Birla Group.

He chairs the Boards of all of the Group's major companies in India and globally. The global companies include Novelis, Birla Carbon, Aditya Birla Minerals, Aditya Birla Chemicals, Domsjö Fabriker and Terrace Bay Pulp Mill. In India, he chairs the Boards of Hindalco, Grasim, UltraTech, Vodafone Idea and Aditya Birla Capital Limited.

The Group's businesses are spread across a swath of industries. These include aluminium, copper, cement, textiles (pulp, fibre, yarn, fabric and branded apparel), carbon black, insulators, natural resources, solar power, agribusiness, telecommunications, financial services, retail and trading.

## Business record

Mr. Birla took over as Chairman of the Group in 1995, at the age of 28, after the untimely demise of his father. As Chairman, Mr. Birla has taken the Aditya Birla Group to an altogether higher growth trajectory. In the 24 years that he has been at the helm of the Group, he has accelerated growth, built a meritocracy and enhanced stakeholder value.

In the process, he has raised the Group's turnover from US$ 2 billion in 1995, to US$ 46.3 billion. Mr. Birla has restructured the businesses to emerge as a global/national leader in the sectors in which the Group operates. He has made over 40 acquisitions in 20 years in India and globally, the highest by an Indian multinational in India.

The acquisition of Novelis, a global metals major, in 2007, the second largest acquisition ever by an Indian company, led to a new found respect for Indian comp

ABG Site Assistant



Search   English

consolidate its global position. The acquisition of CTP GmbH – Chemicals & Technologies for Polymers in Germany was yet another milestone acquisition.

Recently, Mr. Birla through Novelis, our Group company, had bid for Aleris, a US major metals company for a consideration of 2.6 billion dollars.

Besides these, over the years Mr. Birla has acquired manufacturing plants in Canada, China, Indonesia and mines in Australia, set up new plants in Egypt, Thailand and China. Alongside, he has expanded capacities in all of the Group's manufacturing units.

In India as well, he has made major acquisitions, among which feature (a selective list) Jaypee Cement plants, Binani Cement, Cement division of Larsen & Toubro, Indal from Alcan, Madura Garments from Coats Viyella, the Chlor Alkali division of Kanoria Chemicals and Solaris Chemtech Industries.

The most recent merger of Vodafone and Idea engineered by Mr. Birla has created the largest telecom operator in India and the world's second largest player.

Under his stewardship, the Aditya Birla Group enjoys a position of leadership in all the major sectors in which it operates. Over the years, Mr. Birla has built a highly successful meritocratic organization, anchored by an extraordinary force of 120,000 employees belonging to 42 different nationalities. The Aditya Birla Group has been ranked 4th in the world and 1st in Asia Pacific in the 'Top Companies for Leaders' study 2011, conducted by AON Hewitt, Fortune Magazine and RBL (a strategic HR and leadership Advisory firm). The Group has topped Nielsen's Corporate Image Monitor 2014-15 and emerged as the Number 1 corporate, the 'Best in Class', for the third successive year.  The Group won yet again the coveted recognition of 'The Best Employers to work for in India' by AON – Hewitt in 2018.

### In key responsible positions on various regulatory bodies

Mr. Birla holds several key positions on various regulatory and professional boards. He was a Director on the Central Board of Directors of the Reserve Bank of India. He was Chairman of the Advisory Committee constituted by the Ministry of Company Affairs and also served on The Prime Minister of India's Advisory Council on Trade and Industry.

ABG Site Assistant



Administrative and Legal Simplifications, the extensive recommendations made by him in his report, have been implemented in totality. Mr. Birla also served as Chairman of SEBI's committee on Insider Trading, which formulated Corporate Governance principles for Indian corporates.

He is on the National Council of the Confederation of Indian Industry and the Apex Advisory Council of the Associated Chambers of Commerce and Industry of India.

### On the Board of Educational Institutions

Mr. Birla is deeply engaged with Educational Institutions. He is the Chancellor, of the renowned Birla Institute of Technology & Science (BITS), with campuses in Pilani, Goa, Hyderabad and Dubai.

Mr. Birla is the Chairman of IIM, Ahmedabad.

He is a Director of the G. D. Birla Medical Research & Education Foundation.

He serves on the London Business School's Asia Pacific Advisory Board and is a Honorary Fellow of the London Business School.

Accolades conferred on Mr. Birla

Mr. Birla has won recognition for his exemplary contribution to leadership processes and institution/systems building. A selective list:

- ABLF Global Asian Award, 2019
- Amity University, Haryana – 'Doctor of Philosophy (D.Phil.) Honoris Causa', 2019
- CNBC-TV18 – IBLA 'Outstanding Businessman of the Year 2017'
- Frost & Sullivan's 'The GIL Visionary Leadership Award' (Global Innovation Leader) 2017
- International Advertising Association's (IAA) 'CEO of the Year Award 2016'
- Inducted as an Honorary Member – Rotary Club of Mumbai (November 2014)
- Hello Hall of Fame – Business Leader of the Year 2014 (November 2014)





Indore Management Association's Award 'National Indian Business Icon', 2013

Forbes India Leadership Award – Flagship Award 'Entrepreneur of the Year, 2012'

NDTV Profit Business Leadership Awards 2012 – 'Most Inspiring Leader'

The Degree of Doctor of Science (Honoris Causa) in recognition of his role in 'Pioneering great engineering products involving multi-disciplinary engineering thought processes in the country' by the Visvesvaraya Technological University, Karnataka, 2012

NASSCOM's 'Global Business Leader Award' 2012.

CNBC-TV18 India Business Leader Award 2012 for 'Taking India Abroad'

'GQ Business Leader of the Year Award - 2011' from Condé Nast India Pvt. Ltd., an affiliate of Condé Nast Global

'CNN-IBN Indian of the Year 2010 – Business', 'for being the most outstanding business person and making a success out of most businesses including the sunrise sector', 2010

The All India Management Association's (AIMA), Managing India Awards 2010 'Business Leader of the Year', 2010

The AIMA – 'RD Tata Corporate Leadership Award', 2008

The Honorary Degree of Doctor of Science (Honoris causa) in ''recognition of his invaluable contribution in the field of business administration'' by the G. D. Pant University of Agriculture & Technology, 2008

'For the development of technology and also for the involvement in the field of Industries in bringing the country at par with other countries in the field of Industries', the SRM University in Tamil Nadu conferred the Degree of Doctor of Literature, 2008

The Asia Pacific Global HR Excellence – 'Exemplary Leader' Award, 2007

'The Global Indian Leader of the Year' by NDTV Profit in their Business Leader Awards category, 2007

The Lakshmipat Singhania – IIM, Lucknow 'National Leadership Award, Business Leader', 2006

Represented India at the Ernst & Young World Entrepreneur Award in Monte Carlo, Monaco in June 2006, where he was inducted as a 'Member of the Ernst & Young World Entrepreneur of the Year Academy'

'The Ernst & Young Entrepreneur of the Year' Award, 2005

'Young Super Performer in the CEO Category' by Business Today, 2005

Chosen by the World Economic Forum (Davos) as one of the 'Young Global Leaders', 2004

'The D. Litt (honoris Causa) Degree' by The Banaras Hindu University, 2004

'Honorary Fellowship' by the All India Management Association, 2004


ABG Site Assistant



Search     English

- The National HRD Network, 'The Outstanding Business Man of the Year', 2001
- The Institute of Directors' 'Golden Peacock National Award for Business Leadership', 2001
- Hindustan Times, 'The Businessman of the Year', 2001
- The Bombay Management Association – 'The Management Man of the Year 1999-2000'
- 'Among the 10 super Stars of Corporate Finance' – Global Finance, 1998
- 'Among the top 10 of India's most admired and respected CEOs and the top CEO of the coming millennium', Business World, 1998

**Beyond business: Reaching out to the marginalized sections of society**

A firm practitioner of the trusteeship concept, Mr. Birla has institutionalized the concept of caring and giving at the Aditya Birla Group. With his mandate, the Group is involved in meaningful welfare driven activities that distinctively impact the quality of life of the weaker sections of society, surrounding hundreds of villages that are among the poorest in India, Thailand, Indonesia, Philippines and Egypt.

Under Mr. Birla's stewardship, the Group's CSR investment is around Rs.250 crore.

In India, the Group is engaged in 5,000 villages, reaching out to 7.5 million people annually and making a difference to their lives through meticulously conceived projects focusing on health care, education, sustainable livelihood, infrastructure and social causes. For instance, the Group runs 56 schools which provide quality education to 45,000 children. Of these, over 18,000 children are from underprivileged communities. Additionally, over a 100,000 youngsters benefit from bridge educational programmes and vocational training. Its 22 hospitals tend to more than a million villagers. In line with its commitment to sustainable development, has partnered with the Columbia University in establishing the Columbia Global Centre's Earth Institute in Mumbai. To embed CSR as a way of life in organizations, has set up the FICCI – Aditya Birla CSR Centre for Excellence, in Delhi.

**Educational background**

A Commerce Graduate from the University of Mumbai, Mr. Birla is a Chartered Accountant. He earned an MBA from the London Business School.

ABG Site Assistant



Search　　　 English 

 

---



*8 minutes ago*

We are talking about the most relatable emotion right now: comforting ourselves in these trying times. Do you have other ideas? Share them with us below! #StaySafe #AdityaBirlaGroup #BigInYourLife

---

**Aditya Birla Group**

*9 hours ago*

---



ABG Site Assistant



Search    English

ABOUT US   BUSINESSES   INVESTORS   CSR   SUSTAINABILITY   INNOVATION   MEDIA   CAREERS   CONTACT US

© 2021 All Rights Reserved, Aditya Birla Management Corporation Pvt. Ltd.

Terms and Conditions   Privacy Policy   Site Map   Discontinuation of banking services   Beware of fraudulent job offers



TIC



ABG Site Assistant