# EXHIBIT 30

# THE CONSTITUTION OF INDIA

Case 1:21-cv-04375-PGG   Document 1-30   Filed 05/14/21   Page 3 of 10



# THE CONSTITUTION OF INDIA

*(As on 9th November, 2015)*

*Published by*
GOVERNMENT OF INDIA
MINISTRY OF LAW AND JUSTICE
(LEGISLATIVE DEPARTMENT)

*Published by*

GOVERNMENT OF INDIA
MINISTRY OF LAW AND JUSTICE
(LEGISLATIVE DEPARTMENT)
NEW DELHI - 110 001

*Printed by*

JAINCO ART INDIA
13/10, W.E.A., Karol Bagh,
New Delhi-110 005.

# PREFACE

Constitution is a living document, an instrument which makes the government system work. Its flexibility lies in its amendments. In this edition, the text of the Constitution of India has been brought up-to-date by incorporating therein all amendments made by Parliament up to and including the Constitution (One Hundredth Amendment) Act, 2015 which contains details of acquired and transferred territories between the Governments of India and Bangladesh and the same has been included in Annexure.

The Constitution applies to the State of Jammu and Kashmir with certain exceptions and modifications as provided in article 370 and the Constitution (Application to Jammu and Kashmir) Order, 1954. This Order has been included in Appendix I for facility of reference. Appendix II contains a re-statement of the exceptions and modifications.

The text of the constitutional amendments relating to the Constitution (Forty-fourth Amendment) Act, 1978 and the Constitution (Eighty-eighth Amendment) Act, 2003, which have not yet come into force, have been provided in the text at the appropriate places.

NEW DELHI;  
*9th November,* 2015.

DR. G. NARAYANA RAJU,  
*Secretary to the Government of India.*

Case 1:21-cv-04375-PGG   Document 1-30   Filed 05/14/21   Page 7 of 10

## LIST OF ABBREVIATIONS USED

| | | | |
|---|---|---|---|
| Art., arts. | ............................................................ | *for* | Article, articles. |
| Cl., cls. | ............................................................ | " | Clause, clauses. |
| C.O. | ............................................................ | " | Constitution Order. |
| Ins. | ............................................................ | " | Inserted. |
| P., pp. | ............................................................ | " | Page, pages. |
| Pt. | ............................................................ | " | Part. |
| Rep. | ............................................................ | " | Repealed. |
| Sec., ss. | ............................................................ | " | Section, sections. |
| Sch. | ............................................................ | " | Schedule. |
| Subs. | ............................................................ | " | Substituted. |
| w.e.f. | ............................................................ | " | with effect from. |

# PART III

# FUNDAMENTAL RIGHTS

*General*

Definition.

**12.** In this Part, unless the context otherwise requires, "the State" includes the Government and Parliament of India and the Government and the Legislature of each of the States and all local or other authorities within the territory of India or under the control of the Government of India.

Laws inconsistent with or in derogation of the fundamental rights.

**13.** (1) All laws in force in the territory of India immediately before the commencement of this Constitution, in so far as they are inconsistent with the provisions of this Part, shall, to the extent of such inconsistency, be void.

(2) The State shall not make any law which takes away or abridges the rights conferred by this Part and any law made in contravention of this clause shall, to the extent of the contravention, be void.

(3) In this article, unless the context otherwise requires,—

(*a*) "law" includes any Ordinance, order, bye-law, rule, regulation, notification, custom or usage having in the territory of India the force of law;

(*b*) "laws in force" includes laws passed or made by a Legislature or other competent authority in the territory of India before the commencement of this Constitution and not previously repealed, notwithstanding that any such law or any part thereof may not be then in operation either at all or in particular areas.

[1][(4) Nothing in this article shall apply to any amendment of this Constitution made under article 368.]

*Right to Equality*

Equality before law.

**14.** The State shall not deny to any person equality before the law or the equal protection of the laws within the territory of India.

---

[1]Ins. by the Constitution (Twenty-fourth Amendment) Act, 1971, s. 2.

THE CONSTITUTION OF INDIA 37

(*Part V.—The Union.—Arts.* 76—78.)

matters, and to perform such other duties of a legal character, as may from time to time be referred or assigned to him by the President, and to discharge the functions conferred on him by or under this Constitution or any other law for the time being in force.

(3) In the performance of his duties the Attorney-General shall have right of audience in all courts in the territory of India.

(4) The Attorney-General shall hold office during the pleasure of the President, and shall receive such remuneration as the President may determine.

*Conduct of Government Business*

**77.** (1) All executive action of the Government of India shall be expressed to be taken in the name of the President.

(2) Orders and other instruments made and executed in the name of the President shall be authenticated in such manner as may be specified in rules[1] to be made by the President, and the validity of an order or instrument which is so authenticated shall not be called in question on the ground that it is not an order or instrument made or executed by the President.

(3) The President shall make rules for the more convenient transaction of the business of the Government of India, and for the allocation among Ministers of the said business.

  [2]*         *         *         *

**78.** It shall be the duty of the Prime Minister—

  (*a*) to communicate to the President all decisions of the Council of Ministers relating to the administration of the affairs of the Union and proposals for legislation;

  (*b*) to furnish such information relating to the administration of the affairs of the Union and proposals for legislation as the President may call for; and

Conduct of business of the Government of India.

Duties of Prime Minister as respects the furnishing of information to the President, etc.

---

[1]*See* Notification No. S.O. 2297, dated the 3rd November, 1958, Gazette of India, Extraordinary, 1958, Pt. II, Sec. 3 (ii), p. 1315, as amended from time to time.
[2]Cl. (4) was ins. by the Constitution (Forty-second Amendment) Act, 1976, s. 14 (w.e.f. 3-1-1977) and omitted by the Constitution (Forty-fourth Amendment) Act, 1978, s. 12 (w.e.f. 20-6-1979).