# EXHIBIT 31

# GOVERNMENT OF INDIA

## MINISTRY
## OF
## CIVIL AIVTION

> **FUNCTIONS ALLOCATED TO THE MINISTRY**
>
> **AND**
>
> **THEIR DISTRIBUTION AMONG SECTIONS**
>
> **(List of Subjects dealt with by different Sections/Units)**

**MINISTRY OF CIVIL AIVIATION
(NAGAR VIMANAN MANTRALAYA)
Admn (O&M) Section
23th June 2014**

1

## MINISTRY OF CIVIL AVIATION

### CONTENTS

| | PART | PAGE |
|---|---|---|
| I | FUNCTIONS ALLOCATED TO THE MINISRTY (Extracts from the Government of India  (Allocation of Business) Rules,1961 as amended from time to time ) | 1-3 |
| II | SUBJECTS DEALT WITH BY SECTIONS/UNITS | |

| S.No. | Section/Unit | |
|---|---|---|
| 01. | A | 4-5 |
| 02. | Air India | 6-8 |
| 03. | DT | 9 |
| 04. | Economic Regulatory | 10 |
| 05. | Administration | 11-12 |
| 06. | General | 13 |
| 07. | Cash | 14 |
| 08. | Coordination & Welfare | 15-17 |
| 09. | Finance-I | 18 |
| 10. | Hindi | 19 |
| 11. | Vigilance | 20 |
| 12. | Parliament Unit | 21 |
| 13. | Railway Safety (RS) | 22-23 |
| 14. | Aviation Security (AS) | 24-25 |
| 15. | Airport Authority of India (AAI) | 26-27 |
| 16. | Airport Development (AD) | 28 |
| 17. | Director General (DG) | 29-30 |
| 18. | General Aviation (GA) | 31-32 |
| 19. | RTI | 33 |
| 20. | Information and Technology Cell | 34 |

**LIST OF FUNCTIONS ALLOCATED TO THE MINISTRY OF CIVIL
AVIATION AS PER GOVERNMENT OF INDIA, ALLOCATION OF
BUSINESS RULES, 1961 AS AMENDED FROM TIME TO TIME.**

**MINISTRY OF CIVIL AVIATION
(NAGAR VIMANAN MANTRALAY)**
****

1.   Aircraft and air navigation; provision of aerodromes; regulation and organization
     of air traffic and of aerodromes excepting sanitized control of air navigation.

2.   Provision of navigational and other aids relating to air navigation.

3.   Carriage of passengers and goods by air.

4.   Production of aircraft and aircraft components for civil use.

5.   Issuing of technical licenses/certificates/approval for the use of civil aircraft.

6.   Private Air Transport (including Cargo) Industry.

7.   Matters relating to Greenfield airport by State Governments, Private/Joint Sector
     Companies.

8.   International Civil Aviation Organization (ICAO).

9.   International Air Transport Association (IATA).

10.  Commonwealth Air Transport Council (CATC).

11.  Commonwealth Advisory Aeronautical Research Council (CAARC).

12.  Air India Limited and its subsidiaries.

13.  Commission of Railway Safety.

14.  Airports Authority of India (AAI).

15.  Pawan Hans Helicopters Limited (PHHL).

16.  Directorate General of Civil Aviation (DGCA).

17.  Indira Gandhi Rashtriya Uran Akademi (IGRUA).

18.  Bureau of Civil Aviation Security (BCAS).

19.  Implementation of treaties and agreements relating to any of the matters
     specified in this list.

20   Administration of the Aircraft Act, 1934 (22 of 1934).

21.  Administration of the Airports Authority of India Act, 1994 (55 of 1994).

## AGREEMENT (A)  SECTION.

1.      **Bilateral Air Agreements**

i)      Policy, execution, review, revision.

ii)      Deputations/delegations for bilateral air-talks.

iii)     Assistance to foreign airlines.

iv)     Protocol duties.

v)      Matters relating to  ATF  for international flights.

2.      **Indian Aircraft Act/Rules**

i)      Administration, interpretation, amendments.

ii)      Delegation of powers under the Act/Rules.

3.      **Air Services**

i)      Operation  of  scheduled   international air services.

ii)      Temporary   authorization of airlines for operation of international air services.

iii)      Inaugural  flights  except  in  the  case  of   employees of this Ministry.

4.      **International Organizations viz.  International Civil Aviation Organization (ICAO), Commonwealth Air Transport Council  (CATC),  International  Air  Transport Association (IATA) etc.**

i)      Payment of India's contribution.

ii)      Vacancy circulars for ICAO posts and deputation   of officers for employment.

iii)     Deputation  for  participation  in  conferences/meetings  on  matters  connected  with  ICAO etc.

5.      Issues relating to international air fares.

6.      Grant of visa to foreign airlines crew to stay over   in India.

7.      Double Taxation Avoidance Agreement with various countries.

8.      Permission for Air India/Indian/Private Airlines for international services.

9.      Legal matters & Court cases in respect of subject dealt with.

10.     Questions and other Parliamentary   business   in respect of the subjects dealt within the Section.

4

11   Free/concessional air passages or free/concessional transportation of      cargo on international sectors.

12   Permission to foreign registered aircraft/helicopters for staying in India beyond 14 days.

13   Co-ordination   of   international   co-operation proposals   including   proposals for foreign collaboration/training matters relating to ESCAP, ICAO, European Union etc.

14.   maters relating to Non scheduled international operations

15   Tourist Charters  *
     * Vide corrigendum no.I-34/3/99-O&M dated 02/08/99

## AIR INDIA SECTION

**(A)**          **AIR INDIA LIMITED**

1.   Matters relating to Air India including its subsidiaries, such as:-

   i)      General policy and allied matters.

   ii)     Constitution of Board of Directors.

   iii)    Administrative matters including deputations /delegations/training; request for posting/transfers/promotion/housing; SC/ST matters etc; verification of characters & antecedents of employees.

   iv)    Air India employees service regulations/rules, and amendments /interpretations thereof.

   v)     Financial matters including five years/annual plans, annual reports and Accounts, budgetary support/Financing arrangements for capital expenditure/Govt. Guarantees.

   vi)    Investments proposals including purchase/ lease purchase/lease of aircraft and equipments; investment of funds abroad;   duty exemptions.

   vii)   Performance review/monitoring of targets;

   viii)  Labour welfare; wage revision; strikes/Industrial  disputes; Grievances of employees.

   ix)    Matters  relating to fares  and  freight  rates /concessional fares.

   x)     Grant    of    free/concessional    passages    and    transportation of cargo.

   xi)    Matters  relating to air services/carriage of cargo; priority quota of Seats;

   xii)   CSA/passenger/cargo Services agents and  related  matters.

   xiii)  Advisory Committees, passenger facilitation.

   xiv)  Passengers complaints/suggestions.

   xv)    Board meetings.

   xvi)  VIP references on matters handled in the Section.

   xvii) International operations of Air India except the `designation' and utilization of entitlements/traffic rights" available for Indian carriers.

   xviii) Deputation/delegation of Air India and its subsidiaries officials for participation in conferences/meetings on matters with ICAO and Bilateral air agreements.

   xix)    Directions to Air India (on International    Services)    for    grant    of free/concessional air passage/air transportation.

   xx)    Annual Reports and laying of accounts before Parliament.

2.            Co-ordination of Pawan Hans, Air India & Alliance Air.

3.            Legal matters and court cases, audit reports/observations in respect of subjects dealt within the Section.

4.            Parliament Questions, reports of Parliamentary Committees and other related matters in respect of subjects dealt within the Section.

5.            Meetings of Committee constituted on matters relating to subjects specified above.

6.            Matters relating to Vayudoot

7.            Disinvestment, allocation of shares, issues of bonds etc of Air India.

8.            Drafting of legislation on subjects handled in the Section.

9.            Permission to travel by Private Airline by Government Servants/Officers.

**(B)**       **HOTEL CORPORATION OF INDIA.**

(1)       Constitution of the Board of Directors.

(2)       Duty tours of Managing Director.

(3)       Sale/ disinvestments of Centaur Hotels at Delhi & Srinagar & chefair flight catering Units of Delhi & Mumbai.

(4)       Annual Reports and accounts laying before Parliament.

**(C)**       **AIR INDIA CHARTERS LTD.**

(1)       Constitution of the Board of Directors.

(2)       Annual Reports and accounts laying before Parliament

**(D)**       **AIR INDIA AIR TRANSPORT SERVICES LIMITED.**

(1)       Constitution of the Board of Directors.

(2)       Annual Reports and accounts laying before Parliament

**(E)**       **ALLIANCE AIR**

(1)       Constitution of Board of Directors.

(2)       Annual Reports and accounts laying before Parliament

**(F)**       **AIR INDIA ENGINEERING SERVICES LIMITED.**

(1)       Constitution of the Board of Directors.

(2)      Annual Reports and accounts laying before Parliament.

**(G)      BUDGETARY MATTERS RELATING TO AIR INDIA**

a)      Preparation/Examination   of   Budgetary   Estimates/Revised Estimates/Supplementary grants.

**(H)      OTHER SUBJECT**

(1)      Preparation of comments on the agenda items      for the Board Meetings of Air India, AICL, AIATSL, AIESL and HCIL.

(2)      Parliament Questions, other Parliamentary matters in respect of the work   mentioned   above.

(3)      Complaints/VIP references relating to Air India and HCI etc.

(4)      Legal matters & court cases relating to Air India and HCI etc.

(5)      Performance review, Annual Plan, Annual Action Plan etc. in respect of Air India.

(6)      Meeting of Think Tank on subjects concerning AI Section.

(7)      Facilitation matters.

(8)      Haj Air Travel Arrangements.

(9)      Cargo matters exclusively relating to Air India.

(10)     Disinvestment, allocation of shares, issue of bonds etc.  of Air India and HCI.

## DT SECTION

1.  All matters relating to Domestic Air Transport   Industry (except IA).

2.  Meeting of Aircraft Acquisition Committee.

3.  Import/Export   of   aircraft/spares   by   private   parties/State Governments/flying Club.

4.  Air links in North East Region.

5.  Civil Aviation Development fund.

6.  All   matters   relating   to   manufacture   of Aircraft/Components and establishment of maintenance facilities - Aviation and   allied   industrial development.

7.  Co-ordination   between   Public   Sector   and   Private   Sector   Domestic Airlines.

8.  Passengers   complaints/suggestions   from domestic passengers.

9.  Meeting of Committee/Bodies in respect of subjects specified above

10.  VIP references on matters handled in the Section.

11.  Legal   matters   and   Court   Cases, audit reports/observations in respect of subjects dealt    within the Section.

12.   Parliament Questions, reports   of   Parliamentary   Committees and other related matters in respect of   subjects dealt within the Section.

13.  Drafting of various Civil Aviation Acts on the subjects specified above.

14.  Civil Aviation issues relating to tourism.

15.  Foreign Direct Investment (FDI) policy in Civil Aviation Sector.
(vide   Admn.   Office   Order   No.A.60015/11/2002-Admn.   Dated 23.11.2004).

## ECONOMIC REGULATORY (ER) DIVISION

1.     **Domestic Airlines Tariff related issues,**

2.     **All Matters relating to Economic Advisory council of the Ministry of Civil Aviation.**

3.     **Matters relating to National Transport Development Policy Committee.**

4.     **Aviation University (Education & Training).**

## ADMINISTRATION  SECTION

A.        **ADMINISTRATION**

1.        Establishment matters relating to Ministers and  their personal staff.

2.        Cadre administration in respect of CSS/CSCS/CSSS persons working in the Ministry (Main), Directorate General of Civil Aviation, Bureau of Civil Aviation Security and Office of Chief Commissioner of Railway Safety and Officers working in Finance-II Section located in M/o Tourism.

3.        Establishment matters pertaining to officers and staff working in Ministry (Main).

4.        Creation of posts, framing and review of recruitment   rules and recruitment to the posts in the Ministry    (Main) and for which the Ministry is the cadre authority.

5.        Maintenance of dossiers of CRs in respect of officers and staff belonging to CSS, CSCS and CSSS working in the Ministry (Main),DGCA, BCAS and O/o   CCRS.

6.        Sanction of travels by air for non-entitled officers   (for which Ministry is the cadre authority).

7.        Sanction for all types of advances, loans, honorarium, etc.

8.        Appointment of son/daughter/near relative of a Govt. Servant on compassionate grounds.

9.        UPSC/Institute of Secretariat Training & Management - Typing tests and invigilation duty.

10.        Engagement of casual labour.

11.        Maintenance of Service Books, Leave Accounts, Increments, Maintenance of nomination forms etc.

12.        Medical Service Rules, issue of CGHS cards and   matters connected therewith.

13.        Review of cases in respect of:

i)        All   officers & staff working in the Ministry.

ii)        Group  "A" and "B" officers working  in   Directorate General of Civil Aviation, CCRS and BCAS.

iii)        Officers belonging to CSS/CSCS/CSSS.

14.        Pension cases  on  superannuation/voluntary   retirement, etc.

15.        Vacancy circulars in respect of CSS, CSCS, CSSS.

16.        Nomination for training courses.

17.        Membership of Central Secretariat Library **-** forwarding of applications.

18.        Administration of Group Insurance Scheme.

19.        Maintenance of Record Room.

20.        Maintenance of Central Registry.

21.        All service matters in respect of Departmental Canteen employees.

22.        Questions and other Parliamentary work in respect of the subjects dealt within the Section.

23.        Court cases in respect of the subjects dealt within     the Section.

24.        Training programmes circulated by DOPT and other Ministries/Organizations in respect of all categories of staff including IAS and CSS Officers (except Computer Training Programmes).

25.        Distribution of work among Officers and Sections in the Ministry (Main). (vide Admn office order No. A.60015/11/2002-Admn, dated 10/07/2002)

26.        All O&M Work. (vide Admn Office order No. A-60015/19/2012-Admn dated 7th May 2012)

## GENERAL SECTION

1.         Purchase/Procurement and supply   of   stationary, liveries, engagement diaries, calendars, etc.

2.         Procurement, supply   and maintenance of office   equipment, furniture, air-conditioners, desert   coolers, room-coolers, fans, water-coolers, heaters/ sun flows, tube lights and emergency light.

3.         Office accommodation and residential accommodation (General Pool).

4.         Care-taking arrangements.

5.         Telephones and connected equipment, Telex, Intercom, Newscan, etc.  It includes procurement, installation   and maintenance, etc.

6.         Procurement and maintenance of Computers, Duplicating Machine and Photocopy machine etc.

7.         Staff cars - procurement, maintenance, scrutiny of   logbooks, supply of petrol, etc.  Duties of staff  car drivers.

8.          Processing   of temporary/photo passes (Identity Card) issued by the M.H.A. for the CSS staff.

9.         Issue of No Demand Certificate to the staff on retirement/transfer.

10.          Publications, newspapers, magazines, books, etc.purchase and supply of.

11.          Issue of guarantee for electric and water charges.

12.         Issue of permits for taking out typewriters and other items outside the security zones.

13.         Departmental Security (internal) matters.

14.         Purchase and distribution of consumable items.

15.         Purchase of cycles and its maintenance.

16.         Collection of passport, visa-note from M.E.A.  and   its endorsement.

17.         Store - maintenance, verification and declaration of items of stores as unserviceable and their disposal.

18.         Questions   and   other Parliamentary business in respect of matters dealt within the section.

## CASH SECTION

1.       Preparation of bills, drawal and disbursement of all types of payments in respect of officers and staff of the  Ministry,   such as Children Education Allowance, reimbursement of tution fee, T.A., LTC,  OTA Conveyance,        entertainment        advances,       medical   claims, advance/withdrawal   from   GPF,   HBA, scooter/Car/motor/cycle/fan etc.

2.       Income tax calculations and returns.

3.       Budget of Ministry (Main), which includes preparation   of B.E., R.E. and booking of expenditure under various sub-heads, Reconciliation and preparation  with PAO of monthly expenditure statement.

4.       Issue of monthly pay slips/Last Pay Certificate.

5.       Maintenance  of  Cash  Book, Acquittance Rolls, Contingent Register etc.

6.       Drawal of loans and advances sanctioned to AAI,   drawal of grants-in-aid to IGRUA & drawal of subsidy to Air India for Haj Charter Operation.

7.       Procurement, issuing and maintenance of accounts of Service Postage Stamps.

8.       Verification of service and necessary entries in the Service Books.

9.       Local Internal Audit of the auditable records of the Ministry.

10.       General Provident Fund - Maintenance of Accounts, transfer of Accounts, Issue of new Account No., and other records and final payment, issuing annual GPF accounts statements.

11.      Long term/short terms advance - watch the recoveries   and Calculation of interest.

12.      CGEGIS-   Maintenance    of    Accounts    and    payment    on retirement/resignation.

13.      Collection of fee in connection with Right to Information Act and depositing it with RBI.

## COORDINATION & WELFARE (C&W) SECTION

A.          **COORDINATION & WELFARE**

    1.          Monthly DO letter to P.M./Cabinet.

    2.          Monthly summary for the Cabinet.

    3.          Monthly report to the Cabinet regarding implementation of decisions of the Cabinet.

    4.          Annual Report.

    5.          National fairs and exhibitions.

    6.          Labour matters where coordination of both Govt. Departments and Public Sector Undertakings is involved.

    7.          Examination of draft bills/ordinances received from various State Governments and administrative Ministries/Departments, which do not pertain to any particular section and require coordination.

    8.          Dissemination of administrative circulars and all types of information emanating from various Ministries/Departments to the various attached and subordinate offices/Public Sector Undertakings under this Ministry.

    9.          References received from other Ministries/Departments calling for information of various types (except information for answering Parliament Questions) requiring collection of information/material from various Sections/Offices under the control of this Ministry and its consolidation. (O.M. No.2/4/2003-C&W dated 14/05/2003) except the receipts/ references containing matters relating to only to sections which should be handled by the section to whom the substantive/major part of issue pertains.

    10.          Framing of Results Framework Document (RFD).

B.          **WELFARE MATTERS**

    .          (i). Staff welfare:

Nomination of Staff Welfare Officer for looking into and redressal of grievance relating to Ministry's staff.

(ii). Welfare for older persons:

(a) Nomination of Nodal Officer for implementation of these instructions, monitoring position of grievances of older persons/senior citizens etc.

15

(b) Dissemination/Circulation of instructions received from Ministry of Social Justice & Empowerment for welfare of older persons/senior citizens etc.

(iii). <u>Women Welfare</u>:

(a) Setting up of Women Cell, nomination of Nodal Officer, for various women welfare matters in the Ministry.

(b) Dissemination of instructions/orders regarding women welfare/ empowerment prevention of discrimination against women etc. to various organizations/PSUs under the control of this Ministry.

(c) Setting up of complaints Committee to examine the complaints of sexual harassment, of women at work place, obtaining reports for various organizations under the Ministry etc.

(d) Quarterly Progress report on welfare of Minorities.

11. Sports activities organized by the Central Secretariat Sports Control Board.

12. Vacancy notices except pertaining to CSS & ICAO and other international organizations received from other Ministries/Departments.

13. Parliament Questions on matters of miscellaneous nature not specifically allotted to any particular section or when more than two sections/organizations are involved.

14. Request for advertisements received from various sources.

**C.**     **<u>PUBLIC GRIEVANCE CELL</u>**.

15. Dissemination and implementation of instructions received from Directorate of Public Grievances under Cabinet Secretariat, Department of AR&PG, Department of Pension & Pensioner Welfare etc in regard to setting up of Public Grievance Redressal Machinery in each office, appointment of Public Grievances Officers (PGOS), looking into complaints/grievances, addressed to PGO in the Ministry, Citizen's Charter etc.

16. All work relating to Coordination of attached/subordinate offices and Public Sector Undertakings when more than two organizations are involved.

**D.**     **<u>SC/ST CELL</u>**

17. All matters pertaining to dissemination of instructions regarding the safeguards provided to Scheduled Castes/Tribes and other Backward Class employees/Physically handicapped person, Ex servicemen in the Ministry, Attached/ Subordinate Offices and Public Sector Undertakings/Autonomous Bodies under the control of the Ministry, inter-alia involving the following:-

(a) Consolidate Annual Return for SC/ST/OBC to be sent to DoPT
(b) Consolidate Annual Return for Persons with Disabilities to be sent to Ministry of Social Justice & Empowerment.
(c) Special Recruitment Drives for SCs/STs.
(d) Annual Inspection of Reservation Rosters of all attached/subordinate offices and Public Sector   Undertakings under this Ministry.
(e) Nomination of Liaison Officer for the Ministry.
(f) Vetting of proposals received from Admn Section regarding assessment of vacancies vis-à-vis reservations of SC/ST/OBC in different posts/cadre.

18.    Liaise with NIC(CA) regarding work pertaining to information Technology and related matter (O/o No. A.60015/01/99-Admn. dated 01.03.2000)

19.    Allocation of Business Rules, modification thereto, review/modification of functions allocated to MCA etc. (Admn o/o No. A.60015/11/2002-Admn., dated 10/07/2002).

### FINANCE SECTION

1.        All financial proposals relating to Ministry of Civil Aviation (Main Sectt.), as well as that of all Attached & Subordinate Offices/Public Sector Undertakings/Autonomous Bodies under the Ministry of Civil Aviation.

2.        Examination of investment proposals for appraisal by SFC/EFC/PIB.

3.        Examination of all proposals having financial implications requiring approval of competent authorities under Delegation of Financial Power Rules (Secretary/MCA/FM/CCEA/Cabinet etc.)

4.        Examination of all proposals relating to formulation/review of five Year Plans/Annual Plans of Ministry/Attached & Subordinate Offices/Public Sector Undertakings/Autonomous Bodies.

5.        Budget Co-ordination including security of BE and RE proposals and preparation and printing of Detailed for Grants of Ministry of Civil Aviation.

6.        Supplementary Demands and appropriation/re-appropriation of funds/accounts/Surrender of Savings.

7.        Preparation and printing of Outcome Budget.

8        Vetting and monitoring of replies/ATN relating to the Audit Report/Audit Paras included in Reports of C&AG/PAC/ COPU etc.

9.        Co-ordination of briefs/replies to Parliamentary Standing Committee on Transport relating to Detailed Demands for Grants.

10.        Delegation and review of financial powers to   attached and subordinate offices/Public Sector Undertakings/Autonomous Bodies.

11.        Examination of proposals for loans and advances, Government Guarantees, disinvestments, allocation of shares, issue of bonds etc in respect of Ministry as well as all Attached & Subordinate Offices/Public Sector Undertakings/Autonomous Bodies under the Ministry of Civil Aviation.

12.        Vetting of MOU with PSU"s

13.        Estimates for Revenue Receipts for inclusion in Budget.

## HINDI SECTION

1.          **Translation work**: This includes translation of Cabinet notes, replies to Parliament Questions; implementation reports of Parliament Assurances, recommendations of C.O.P.U. statements made in the Parliament and all other general orders, notifications, Annual report of the Ministry, Performance Budget, etc.

2.          Implementation of Official Language Policy:

      i)          Ensuring the compliance of statutory and administrative requirements of Official Language Policy by the Ministry (Main) and its attached and subordinate offices/Undertakings/Corporations.

      ii)         Holding meetings of the Nagar Vimanan Hindi Salahkar Samiti under the Chairmanship of the Minister of Civil Aviation.

      iii)        Scheme of writing books in Hindi on Civil Aviation subjects.

      iv)         Incentive scheme for promoting use of Hindi - awarding of shields and trophies, etc.

      v)          Providing assistance to Parliamentary Committee on Official Language during its visits to various offices/undertakings under the Ministry.

      vi)         Holding meetings of the Official Language Implementation Committee.

      vii)        Quarterly Progress Report on progressive use of Hindi in the Ministry and compilation of reports received from various offices/corporations under the Ministry.

      viii)       Training in Hindi/Hindi Typing/Hindi Stenography under the Hindi Teaching Scheme.

3.          Miscellaneous work relating to use of Hindi:

      i)          Inspection of Sections of the Ministry and the Departments/Undertakings under the Ministry.
      ii)         Organizing workshops etc.
      iii)        Organizing Hindi fortnight.
      iv)         Purchase of Hindi books and magazines for the Library, etc.

4.          Meeting of Think Tank on subjects mentioned above.

## **VIGILANCE SECTION.**

1.      All Vigilance matters in respect of the Staff and officers working in the Ministry (Main), Vigilance matters of Gazetted Officers where President is the Disciplinary Authority, and all Ministerial Staff (CSS, CSCS & CSSS) in respect of Directorate General of Civil Aviation, Bureau of Civil Aviation Security (BCAS) and Commission of Railway Safety (CRS).

2.      Monitoring of vigilance work done in Public Sector Undertakings/their Subsidiaries, complaints vis-à-vis disciplinary cases against Board Level Officers of these PSUs and their subsidiaries.

3.      Consultation and coordination with Central Vigilance Commission (CVC). Union Public Service Commission (UPSC), Central Bureau of Investigation (CBI).

4.      Issue of Vigilance clearances.

5.      Various periodical reports and returns on Vigilance matters sent to DOPT/CVC/CBI.

6.      Circulation of guidelines/instruction on vigilance matters received from Deptt. Of Personnel & Training/ Central Vigilance Commission/ Department of Public Enterprises (DPE) etc.

7.      Appointment of Chief Vigilance Officers (CVOs) & other Vigilance Personnel on deputation basis in attached/subordinate offices, Public Sector Undertakings/Autonomous bodies under the administrative control of this Ministry.

8.      Maintenance of Annual CRs of Heads of Department of DGCA, CCRS, BCAS and Board Level appointees of all organizations (other than IAS & IPS Officers).

## PARLIAMENT UNIT

1.      Collection and coordination of replies to Parliament Questions.  Notices for Calling Attention, Short Notices Questions, Half Hour Discussions, etc.

2.      Convening meetings of Consultative Committee of the Parliament.

3.      Work relating to all Departmental Parliamentary Committee.

4.      Keeping watch on the Assurances given to the Parliament.

5.      Collection, processing, coordination      and      dissemination of information in regard to Assurances   of other Ministries/Departments.

6.      Providing secretarial assistance to the Minister and Members of Consultative Committee   in   matters relating to Parliament Work.

**RAILWAY SAFETY (RS) SECTION**

1.      All co-coordinating work of the Commission of Railway   Safety (CRS).

2.      Appointment/promotion/confirmation    of    Chief    Commissioner, Commissioners and Dy. Commissioners of Railway Safety

3.      Pension cases etc. of officers of Commission of Railway Safety and Staff of RS' Section:

4.      Posting and transfers of officers of the CRS.

5.      Determination of jurisdiction of offices of the C.R.S.

6.      Deputation of officers of C.R.S.  abroad.

7.      Maintenance of service books/records of officers of C.R.S.

8.      Sanctioning advances/loans to officers of C.R.S.

9.      Framing of Recruitment Rules in respect of posts of C.R.S.

10.     Representation/reservation in services and posts in the subordinate offices of C.R.S.

11.     Creation of posts in Commission of Railway Safety .

12.     Preparation/Examination of budgetary estimates/Revised Estimates /Supplementary grants.

13.     Allotment of Govt.  Accommodation to staff of  Hqrs.  of C.R.S.

14.     Audit objections relating to offices of the CRS and „RS‟ Section.

15.     Maintenance of G.P.F.  accounts of Group „D' staff of  `RS' Section.

16.     Sanctioning children educational assistance and some other advances to staff of "RS" Section.

17.     Preparation of salary and all other types of bills in respect of officers and staff of Hqrs.  office, drawal of money from bank and its disbursement.

18.     Preparing cheques of bills received from CRS, N.E. Circle, Lucknow and Technical Wing, Lucknow.

19.     Procurement of stationery, stores, furniture, fixtures etc. for Hqrs. office.

20.     Livery for Group "D" staff of Hqrs.  Office.

21.     Maintenance of Record Room of the Hqrs.  of C.R.S.

22.     All house keeping jobs of the Headquarters.

23.     Issue of CGHS Cards etc.  to staff of `RS' Section.

24.            Safety devices on Railways.

25.            Work relating to procurement and  issue  of  Railway passes and P.T.Os.

26.            Procurement of Technical Books and Publications.

27.            Questions   and   other   Parliamentary   business pertaining to the CRS

28.            Court cases relating to the  subjects  dealt  within  the Section.

29.            Annual Report of C.R.S.

30.            Railway Accident Investigation Reports - follow up action.

31.            Work related to Official Language

32.            Publication of Abstract

33.            Dealing with RTI Act.

34.            Maintenance and updating of website.

**AVIATION SECURITY (AS)  SECTION**

A.    AVIATION SECURITY

    1.    Policy matters relating to aviation security including matters relating to ICAO on Civil Aviation Security.

    2.    Establishment matters of BCAS.

        (a)  Creation/continuation of posts.

        (b)  Framing/Amendment in Recruitment Rules.

        (c)  Appointments

        (d)  Pay fixation/revision of pay scales.

        (e)  Deputation of officer to  foreign assignments/training abroad under various  programmes.

        (f)  Other miscellaneous matters relating to administration and establishment of BCAS.

        (g)  Audit objections/paras.

    3.    Appointment for the post of Director (Security) in PSUs under this Ministry (AAI/NACIL/PHHL).

B.    AIRPORT SECURITY

        (a) Anti-hijacking measures.

        (b) Security checks, inspection reports of aerodromes by security teams of I.B.
        (c) Inspections  for  security  of  VIPs traveling by air.

C.    BUDGETARY MATTERS RELATING TO BCAS

        (a)  Preparation/Examination  of  budgetary estimates/Revised Estimates/Supplementary grants.

        (b)   Approval for purchase of various equipments etc.  for BCAS.

        (c)   Release of foreign exchange.

D.    OTHER ITEMS:-

    1.    Questions and other Parliamentary business relating to all matters of Aviation Security.

    2.    Legal matters and Court cases pertaining to this Section..

E.      Drafting of legal framework on the subjects mentioned above.

F       Meeting of Advisory Committee on Civil Aviation Security.

## AAI SECTION

1.        **Matters relating to**:

        a) AAI Act, 1994.
        b) Formulation / amendments of AAI Rules / Regulations
        c) Constitution of AAI Appointment / Resignation of Members and notification in official gazettes.
        d) Annual Reports / Annual Accounts of AAI.

2.        Projects / Works for upgradation / development of existing aerodromes / airstrips / civil enclaves including construction of runways / taxiway / aprons / terminal buildings / residential accommodations, office accommodation at all AAI airports.

3.        Land Acquisition for Aerodromes / Disposal of Surplus Land at Aerodromes (*)

4.        Parliamentary matters pertaining to AAI, Briefs for Parliamentary Committee, COPU and Consultative Committee.

5.        Reference received from Prime Minister's Secretariat and MPs and other VIPs - involving policy matters pertaining to AAI.

6.        Audit Objections / Audit Paras pertaining to AAI.
        a) Ordinary cases
        b) PAC matters
        c) C&AG's Audit paras

7.        Legal Matters and Court Cases pertaining to AAI.

8.        Reports / Returns pertaining to AAI.

        a) Material for Annual Reports
        b) Monthly / Fortnightly Report to Cabinet / PM
        c) O&M Returns

9.        Cargo matters pertaining to AAI.(*)

10.        Export Promotion pertaining to AAI. (*)

11.        Renaming of airports and declaration of domestic airports as International airports.

12.        Procurement of various equipments essential for smooth navigation and landing of aircraft, tender cases, court cases etc.

14.        All matters related to levy of Passenger Service Fee including exemption there from.

15.        Ground handling policy and related matters at all airports.

16.         All matters relating to Airspace Management including Inter-Ministerial issues.

17.         Greenfield airports in NE Region.

18.         Preparation/Examination of budgetary Estimates/Revised Estimates/Supplementary Grants.

**19.**         **All matters relating to Airports Appellate Tribunal (AAT)**


(*) These items fall within AAI functions unless Government level policy /approval is required.

## AIRPORT DEVELOPMENT (AD) SECTION

1.  City side development of select non-metro Airports.

2.  Preparation of Model Concession Agreement (MCA) for

    (i)    Greenfield airports

    (ii)   City side development of airports.

3.  Formulation of guidelines for Greenfield airports.

4.  City connectivity of airports.

5.  All existing and new PPP/Private Airports including CSI Airport, Mumbai and IGI Airport, New Delhi.

6.  Greenfield airports excluding those in North-Eastern Region.

7.  Setting up of PPP Cell in the Ministry and formulation of PPP policy and procedure.

8.  Exploration of PPP option in areas like strengthening of training institutes.

9.  Implementation of e-Trade Project.

10. Establishment of Airport Economic Regulatory Authority and other related matters.

11. **All matters relating to Airport Economic Regulatory Authority Appellate Tribunal (AERAAT).**

## **DIRECTOR GENERAL (DG) SECTION**

**A.**        **DIRECTORATE GENERAL OF CIVIL AVIATION:-**

1.        Establishment matters of DGCA (excluding    those relating to CSS, CSSS and CSCS) which includes:-

    i)  Creation of posts, recruitment  rules, appointments,  pay  fixation, promotions, confirmations, resignations/voluntary  retirements.

    ii)  Revision of pay scales.

    iii) Investigation into belated claims.

    iv)  Deputation    of    officers    of DGCA  to    foreign assignment/training under various programs, viz.  UNDP, LTEC, Colombo Plan, etc.

    v)  Permission to fly by air to non entitled officers.

    vi)  Grant of Flying Allowance.

    vii) Other miscellaneous matters   (establishments and administrative) where   DGCA has any difficulty/doubt or is not  the  competent authority).

2.        Delegation of Powers (administrative) to  DGCA.

3        Matters relating to service associations/union, JCM (Joint Consultative Machinery) Meeting pertaining to DGCA.

4.        Matters relating to Flying. Gliding and Ballooning Clubs Subvention /grant-in-aid, management, procurement of aircraft/ equipment, establishment of flight training school/flying academy.

5.        Civil Aviation training facilities under UNDP/ICAO and Colombo Plan (including training to foreign nationals in India).

6.        Employment of trained commercial pilots.

7.        Design and development of aircraft/helicopters by Research and Development,  Dte of DGCA.

**B.**        **AVIATION SAFETY**
        (o/o No. A.60015/1/99-Admn. Dated 08.01.2002)

1.        Action Plan on bird hits.

2.        Investigation  into  accident/incident of aircraft.

3.        Setting up of Court/Committee of Inquiry.  Hold inquiries into accidents involving  aircraft.

4.        Safety of VVIP flights.

5.        Miscellaneous matters   relating   to air safety.

6        Matters relating to Civil Aviation Safety Advisory Council (CASAC)

C.        **BUDGETARY MATTERS RELATING TO DGCA.**

D.        **ESTABLISHMENT OF CIVIL AVIATION AUTHORITY.**

E.        **ESTABLISHMENT OF INDEPENDENT ACCIDENT AND INVESTIGATION BOARD.**

F.        **Air Club of India**

G.        **Flying Club**

## GENERAL AVIATION (GA) SECTION

**A.**       **GENERAL AVIATION**

**B.**       **INDIRA GANDHI RASHTRIYA URAN AKADEMI (IGRUA)**

    1.       Release of funds to IGRUA.

    2.       Purchase of aircraft for IGRUA.

    3.       Memorandum of  Association. Rules and Regulations for new Central Flying School.

    4.       Establishment matters of  IGRUA**.**

    5.       Expenditure Finance Committee proposal for IGRUA.

    6.       Pay  Scales  and  allowances for IGRUA employees.

    7.       ICAO **-** UNDP Projects **-** IGRUA.

    8.       Policy matters of IGRUA including Management Contract of IGRUA with M/s CAE.

**C.**       **ESTABLISHMENT OF NATIONAL FLYING TRAINING INSTITUTE AT GONDIA (MAHARASHTRA)**

**D.**       **OTHER MATTERS:-**

    1.       Questions and other Parliamentary business in respect of the subjects dealt within the Section.

    2.       Court cases in respect of the subjects dealt within the Section.

    3.       O&M Returns.

    4.       Drafting of various Civil Aviation Acts concerning subjects mentioned above.

    5.        Institute of Aviation Management **-** Air University, Journal on Civil Aviation.

    6.       Meeting of Think Tank on subjects mentioned above.

**E.**       **PHHL INCLUDING INTEGRATED HELICOPTER SERVICES TO NORTH EASTERN REGION AND PURCHASE/LEASING OF HELICOPTERS.**

    1.       Disinvestment, allocation of shares, issue of bonds etc. of PHHL

**F**.       **BUDGETARY MATTERS RELATING TO IGRUA, PHHL**

    Preparation/Examination of budgetary Estimates/Revised Estimates/ Supplementary Grants.

G.               **HELICOPTER OPERATIONS**

H.               **SEAPLANES ISSUES.**

I.          **All matters relating to PHHL including Constitution of Board of Directors, all administrative matters except appointment to be made with the approval of ACC, deputations /delegations/training; request for posting/transfers/promotion/housing; SC/ST matters etc; verification of characters & antecedents of employees.**

J.          **Aviation University (Education Training)**

## RTI CELL

1.      Receiving of Applications under RTI Act, 2005.

2.      Providing Secretariat assistance to CPIO.

3.      Regularly providing information to NIC, given by CPIO to the requester for uploading the same on the website of the Ministry.

4.      Registration of Request on RTI-MIS and updating the same.

5.      Receiving of 1st Appeal filed by appellant & processing the Appeal.

6.      Registration of Appeal on RTI-MIS and updating the same.

7.      Providing Secretariat assistance to Appellate Authority.

8.      Processing cases of second Appeal filed in CIC, preparing affidavit of Department and handling other consequential work.

9.      Preparation of Quarterly Reports in respect of applications received by CPIO.

10.     Preparation of Quarterly Reports in respect of appeals received by Appellate Authority.

11.     Calling for Quarterly reports from all Organizations under this Ministry.

12.     Monitoring/Updation of Manuals, prescribed under RTI Act in respect of all organizations under this Ministry.

13.     Monitoring of Manuals prescribed under RTI Act in respect of this Ministry.

14.     Circulation of all correspondence received from CIC to all organizations under this Ministry.

15.     Compiling Annual Reports & sending is to CIC.

16.     **To compile and send a consolidated reply to the applicant where more than one CPIO is involved.**

17.     All other matter relating to RTI Act.

## IT CELL

1.  Matters relating to e- Governance.

2.  Matters relating to e- Portal prepared by TCS

3.  Implementation of website of Ministry of Civil Aviation.

4.  Liaise with NIC (CA) reg.  work pertaining  to Information Technology and related matters.

5.  All other IT related matters except procurement of computers and peripherals.

**SUBSEQUENT AMENDMENTS/ADDITIONS MADE AFTER THE ISSUE OF BOOKLET**

| S.No. | Subject | Transferred | | Remarks |
|---|---|---|---|---|
| | | From | To | |
| 1. | Tourist Charters | AI Section | A Section | Vide corrigendum no. I-34/3/99-O&M dt.02.08.1999. |
| 2. | Liaise with NIC (CA) re. Work pertaining to IT & related matters. | O&M Section | NIC (CA)/C&W | Vide Office Order no. A-60015/1/99-Admn. Dt.01.03.2000 |
| 3. | Review of delegation of financial & administrative powers | O&M Section | Finance Section | Vide Office Order No. A-60015/1/99-Admn. Dt 09.08.2000. |
| 4. | AVIATION SAFETY (Accidents & Incidents) | AS Section | DG Section | Vide Office Order no. A-60015/1/99-Admn. Dt.08.01.2002 |
| 5. | Appointment of Chief Security Officers in PSUs | O&M (Vig) | AS Section | Vide Office Order No. A-60015/11/2002-Admn. Dt 03.06.2002. |
| 6. | Monitoring of MOU with PSUs (The order though dt.24.12.97 does not find place in the booklet) on work distribution among various sections issued in 1998. | --- | Finance. I Section | Incorporated vide Admn. Section″s Clarification vide note no. A-60015/1/2002-Admn. Dated 14/06/2002 |
| 7. | Allocation of Business Rules, modifications thereto, review/modification of functions allocated to the Ministry of Civil Aviation etc. | --- | C&W | Incorporated vide Admn. Section″s Office Order no. A-60015/11/2002-Admn. Dated 10.07.2002. |
| 8. | Distribution of work between Ministers, amongst Officers and Sections in the Ministry (main Sectt.) | --- | Admn. Section | Incorporated vide Admn. Section″s Office Order no. A-60015/11/2002-Admn. Dated 10.07.2002. |
| 9. | Revision of Booklet on "Functions allocated to the Ministry & their distribution amongst Sections" including dealing with references/disputes between Sections about the interpretation of any item(s) of work allotted to them, as per Booklet. | --- | O&M Section | Incorporated vide Admn. Section″s Office Order no. A-60015/11/2002-Admn. Dated 10.07.2002. |
| 10 | "Foreign Direct investment (FDI) policy in Civil Aviation Sector. | --- | DT Section | Vide Office Order No.A.60015/11/2002-Admn. Dt.23.11.2004 |
| 11. | All O&M Work. | Finance | Admn | vide Admn Office order No. A-60015/19/2012-Admn dated 7th May 2012) |
| 12. | The work relating to IGRUA, PHHL and NFTI, Gondia has been taken out of DG section and given to GA Section | DG section | GA Section | Vide Admn Order No. A-60015/27/2011-Admn dated 8.9.2011. |
| 13. | The work relating to Domestic Airlines Tariff, Economic Advisory council of the MOCA, and NTDPC | -- | ER Division | The establishment of an Economic Regulatory (ER) Division created in the Ministry vide Admn Order No. A-60015/28/2010-Admn dated 16th December 2010. |