# EXHIBIT 33

# GOVERNMENT OF INDIA

# MINISTRY OF CIVIL AVIATION

<div style="border:2px solid black; padding:20px;">

## CONSOLIDATED DEPARTMENTAL INSTRUCTIONS

## ON

## THE CHANNEL OF SUBMISSION AND LEVEL

## OF

## FINAL DISPOSAL OF VARIOUS CASES

</div>

**ADMN (O&M) Section**
**JUNE 2014**

## MINISTRY OF CIVIL AVIATION

**BROCHURE SHOWING CHANNEL OF SUBMISSION AND LEVEL OF FINAL DISPOSAL OF CASES DEALT VARIOUS SECTION/DIVISIONS.**

### INDEX

| Sl. No. | SECTION/DIVISION/UNIT | PAGES NO. |
|---|---|---|
| 1. | GENERAL INSTRUCTIONS | 03 |
| 2. | AIR INDIA | 04 |
| 3. | AGREEMENT SECTION (A) | 5-6 |
| 4. | AIRPORTS AUTHORITY OF INDIA (AAI) | 07 |
| 5. | AIRPORTS DEVELOPMENT(AD) | 08 |
| 6. | AVIATION SECURITY (AS) | 09 |
| 7 | ADMINISTRATION | 10-13 |
| 8. | CASH SECTION | 14 |
| 9. | COORDINATION & WELFARE (C&W)/SCT/RTI | 15-18 |
| 10. | GENERAL SECTION | 19-20 |
| 11. | GENERAL AVIATION (GA) | 21 |
| 12. | DOMESTIC TRANSPORT (DT) | 22-23 |
| 13. | DIRECTORATE GENERAL (DG) | 24-25 |
| 14. | ECONOMIC REGULATORY (ER) DIVISION | 26 |
| 15. | FINANCE | 27-29 |
| 16. | HINDI SECTION | 30 |
| 17. | PARLIAMENT UNIT (PU) | 31 |
| 18. | RAILWAY SAFETY (RS) | 32-38 |
| 19. | VIGILANCE SECTION | 39 |

MINISTRY OF CIVIL AVIATION

## <u>COMMON GENERAL INSTRUCTIONS FOR ALL SECTIONS</u>

| S.No. | SUBJECT | CHANNEL OF SUBMISSION | FINAL LEVEL OF DISPOSAL |
|---|---|---|---|
| **1.** | **PARLIAMENTARY MATTERS:-** | | |
| i) | Starred Question | **DIR/JS/SECY.** | **Minister** |
| ii) | Un-starred Questions | **US/DIR/JS** | **MOS** |
| iii) | Assurances | **DIR/JS/SECY.** | **Minister** |
| iv) | Calling Attention Motions | **DIR/JS/SECY.** | **Minister** |
| v) | Special Mentions | **DIR/JS/SECY.** | **MOS** |
| vi) | Consultative Committee Brief on Items. | **SO/US/DIR** | **JS** |
| **2.** | **VIP REFERENCES** | **SO/DIR/JS** | **MINISTER** |
| **3.** | **PMO/CAB SECTT. MATTERS** | **US/DIR/JS** | **SECRETARY** |

**4.** On return route the decision making authority should mark the file directly to US/SO of the section unless the decision is different than what is proposed or if the decision making authority decides otherwise.

**5.** All cases requiring concurrence of IFD, approval of/consultation with other Ministries or approval of Cabinet etc. shall be so routed from the appropriate level before final disposal.

**6.** The nomenclature "Director" shall also include "Deputy Secretary" wherever applicable and vice versa.

**7.** Files will be put up by Assistant/Section Officer.

MINISTRY OF CIVIL AVIATION

## AIR INDIA SECTION

| Sl.No. | Subject | CHANNEL OF SUBMISSION | FINAL LEVEL OF DISPOSAL |
|---|---|---|---|
| 1. | Constitution of Boards of Air India and its subsidiary companies. | **US/JS/SECY** | **Minister** |
| 2. | Appointment to Board Level posts in AIL and its subsidiary companies | **US/JS/SECY** | **Minister** |
| 3. | Deputation/Delegation abroad of Chief Executive of AIL | **DIR/SECY** | **Minister** |
| 4. | Disposal of aircraft | **US/DIR/JS/SECY** | **Minister** |
| 5. | EFC/PIB Notes | **US/DIR/JS/SECY** | **Minister** |
| 6. | Import/Export-exemption from duties | **US/DIR/JS** | **Secretary** |
| 7. | Five Year Plan/Annual Plan | **US/DIR/JS** | **Secretary** |
| 8. | Committees of Parliamentary e.g. COPU, Paper laid, Standing Committee | **US/DIR/JS** | **Secretary** |
| 9. | Performance Review Meetings of AI/HCL Ltd. | **US/DIR/JS** | **Secretary** |
| 10. | Issue of entry passes to AIL/HCI Ltd Staff | **SO/DIR** | **JS** |
| 11. | Wage agreements | **SO/US/DIR** | **JS** |
| 12. | Labour matters including strikes | **SO/US/DIR** | **JS** |
| 13. | Monthly/Quarterly Performance Reports | **SO/US/DIR** | **JS** |
| 14. | ATN on C&AG's Report Paras/Committee on draft Audit paras. | **SO/US/DIR** | **JS** |
| 15. | Release of Haj Subsidy | **SO/US/DIR** | **JS** |
| 16. | Requests of travel agency/GSA | **SO/US** | **JS** |
| 17. | Industrial disputes (ID) matters- Ref. to M/o Labour | **SO/US/DIR** | **JS** |
| 18. | Legal matters (Govt. of India Performa party) | **SO/US/DIR** | **JS** |
| 19. | Complaints –Ordinary | **US/DIR** | **JS** |
| 20. | Verification of Character and antecedents of staff of AIL/HCL who stayed abroad. | **SO** | **US** |
| 21. | Reference received under RTI Act | **SO/US** | **CPIO** |

MINISTRY OF CIVIL AVIATION

## AGREEMENT  SECTION

| Sl.No. | Subject | CHANNEL OF SUBMISSION | FINAL LEVEL OF DISPOSAL |
|---|---|---|---|
| 1. | Proposals relating to amendment to the Aircraft, Rules | DIR/JS/Secy. | Minister |
| 2. | **Exemption from provision of Aircraft Rules:-** <br> a)  Routine exemption such as those under Rule 5 etc. <br><br> b)   Exemption under Rule 160 | SO/DIR <br><br><br> DIR/JS/Secy. | JS <br><br><br> Minister |
| 3. | a) Policy matters relating to International Civil Aviation Organization (ICAO) <br><br> b) Day to day routine matters | US/DIR/JS <br><br><br> US/DIR | Secretary <br><br><br> JS |
| 4. | Nomination of officers for ICAO assignment | US/DIR/JS | Secretary |
| 5. | **Establishment matters relating to Representative of India on Council of International Civil Aviation Organization (ICAO):** <br><br> a)  Policy matters, appointment   recall etc.of the ROI <br><br> b)  Day to day routine matters | <br><br><br><br> US/DIR/JS/Secy. <br><br> US/DIR | <br><br><br><br> Minister <br><br> JS |
| 6. | International Civil Aviation Organization vacancies- forwarding of applications | US/DIR | JS |
| 7. | Air Services Agreements Policy matters | DIR/JS/Secy. | Minister |
| 8. | Matters relating to Double Taxation Avoidance Agreements | US/DIR | JS |
| 9. | Matters relating to Joint   Commission Meetings | SO/US | DIR |
| 10. | Payment of contribution to ICAO | SO/US | DIR |
| 11. | Matters relating to Official Language | SO/US | DIR |
| 12. | O&M matters | SO/US | DIR |
| 13. | Grant of Visa to employees of foreign airlines | SO/US | DIR |
| 14. | **Mandatory free/concessional air passages:** <br><br> a)     If the request is to be  agreed and is within the guidelines <br> b)     If the request is to be   rejected because it is not within the guidelines <br><br> c)   If the request is not within the guidelines and is to be covered by discretionary quota | <br><br><br> US/JS/Secy. <br><br> SO/DIR <br><br><br> US/DIR/JS/Secy. | <br><br><br> Minister <br><br> JS <br><br><br> Minister |

MINISTRY OF CIVIL AVIATION

| | | | |
|---|---|---|---|
| | of the Minister | | |
| | d)      Extension of validity period | **SO/US** | **DIR** |
| | e)      Cargo within guidelines | **SO/US** | **DIR** |
| 15. | **Permission to foreign aircraft for staying in India beyond 2 months:-**<br>a)  upto 6 months<br>b)  upto 1 year<br>c)  Beyond 1 year | **SO/US/DIR**<br>**SO/ DIR/JS**<br>**DIR/JS/Secy.** | **JS**<br>**Secretary**<br>**Minister** |
| 16. | **Non scheduled operations:-**<br><br>a)  Policy matters<br>b)  Others | **SO/ DIR/JS**<br>**SO/US/DIR** | **Secretary**<br>**JS/Secretary** |
| 17. | Relaxation of the conditions stipulated in Tourist Charter Guidelines | **SO/US/DIR** | **JS/Secretary** |
| 18. | Relaxation of the stipulated period for application for permission for non-scheduled flights. | **SO/US/DIR** | **JS** |
| 19. | **Coordination of international cooperation proposals including proposals for foreign collaboration/ training matters relating to ESCAP, ICAO, EU etc:-**<br><br>a)      Policy matters<br>b)      Others | **SO/DIR/JS**<br>**SO/US/DIR** | **Secretary**<br>**JS/Secretary** |
| 20. | **Allocation of Traffic Rights:-**<br><br>a)  National carriers<br>b)  Private carriers | **SO/DIR**<br>**US/DIR/JS** | **JS**<br>**Secretary** |
| 21. | **Code share by Airlines: -**<br><br>a)  National Carriers<br>b)   Private Carriers | **SO/US/DIR**<br>**SO/DIR/JS** | **JS**<br>**Secretary** |
| 22. | **All foreign deputations relating to MCA:-**<br><br>a)  **Upto Directors**<br>b)  **JS & Above** | **SO/DIR/JS**<br>**SO/DIR/JS/SECY** | **Secretary**<br>**Minister** |

MINISTRY OF CIVIL AVIATION

## **AAI SECTION**

| Sl.No | Subject | CHANNEL OF SUBMISSION | FINAL LEVEL OF DISPOSAL |
|---|---|---|---|
| 1. | **Administrative/Policy matters:-** | | |
| | a) AAI Act Amendments | **SO/DIR/JS/Secy** | **Minister** |
| | b) Formulation/amendments of AAI Rules/Regulations | **SO/DIR/JS/Secy** | **Minister** |
| | c) Appointment of Chairman, Airports Appellate Tribunal | **SO/US/JS/Secy.** | **Minister** |
| | d) Appointment of Board Members | **US/Dir/JS/Secy.** | **Minister** |
| | e) Annual reports/Annual Accounts of AAI to be laid in Parliament | **SO/DIR/JS/Secy.** | **Minister** |
| | f) Cabinet Notes and other policy matters | **SO/DIR/JS/Secy** | **Minister** |
| 2. | PIB/EFC/SFC for construction of aerodromes/ airstrips/ civil enclaves/ runways/ taxiway/ aprons/ terminal buildings/ residential accommodation, office accommodation. | **US/DIR/JS** | **Secretary** |
| 3. | Transfer of Aerodromes | **SO/US/Jt.Secy.** | **Secretary** |
| 4. | Land acquisition for aerodromes/disposal of surplus land at aerodromes. | **US/DIR/JS/Secy** | **Minister** |
| 5. | **Parliamentary matters:-** | | |
| | a) Briefs for Parliamentary Committee etc and conveying of facts | **SO/US/Dir** | **Joint Secretary** |
| | b) Briefs for COPU | **SO/US** | **Joint Secretary** |
| | c) Conveying of facts | **SO/US/** | **Joint Secretary** |
| 6. | **Audit objections/Audit Paras:-** | | |
| | a) Ordinary cases | **SO** | **US** |
| | b) PAC matters | **SO/Dir/JS** | **Secretary** |
| | c) C&AG's Audit Paras | **SO/US/Dir** | **Joint Secretary** |
| 7. | Legal matters and court cases | **SO/US/DIR** | **Joint Secretary** |
| 8. | **Reports/Returns:-** | | |
| | a) Material for Annual Reports | **SO/US/DIR** | **Joint Secretary** |
| | b) Monthly/Fortnightly Report to Cabinet /PMO | **SO/US/DIR** | **Joint Secretary** |
| | c) O&M | **SO/US** | **Director** |

7

MINISTRY OF CIVIL AVIATION

**AD SECTION**

| Sl.No. | Subject | CHANNEL OF SUBMISSION | FINAL LEVEL OF DISPOSAL |
|---|---|---|---|
| 1. | Policy issues relating to restructuring of JVC Airports | **SO/Dir/JS/Secy.** | **Minister** |
| 2. | Other issues relating to Restructuring of JVC Airports | **SO/US/Dir** | **Joint Secretary** |
| 3. | Policy issues relating to setting up of Greenfield airports | **SO/Dir/JS** | **Secretary** |
| 4. | All other issues relating to setting up of Greenfield airports | **SO/US/Dir** | **Joint Secretary** |
| 5. | Forwarding of information Relating to JVC Airport to PMO.  Planning Commission etc. | **SO/Dir** | **Joint Secretary** |
| 6. | Facilitation matters at airports | **SO/Dir** | **Joint Secretary** |
| 7. | Implementation of AERA orders/ Issue of Directions to AERA | **SO/Dir/JS** | **Secretary** |
| 8. | Issues related to AERA Appellate Authority | **SO/Dir/JS** | **Secretary** |

MINISTRY OF CIVIL AVIATION

## AS SECTION

| Sr.No. | Subject | CHANNEL OF SUBMISSION | FINAL LEVEL OF DISPOSAL |
|---|---|---|---|
| 1. | **Aviation Security**: <br><br> a)Relaxation of instructions on Security <br><br> b)Schemes/Projects relating to BCAS | <br><br> **DIR/JS/Secy** <br><br> **US/DIR/JS** | <br><br> **Minister** <br><br> **Secretary** |
| 2. | Other Policy issues: | **DIR/JS/Secy.** | **Minister** |
| 3. | **Framing/Amendment of Recruitment Rules for posts in BCAS:** <br><br> **Recruitment Rules**:- <br><br> Group 'C' <br><br> Group 'A'&'B' posts /(Below JS Level) <br><br><br> Group "A" & "B" (JS & above) <br><br> (Framing of or important amendments to Recruitment rules for posts of Heads of Department Or Service Rules for Organized Services) <br><br> **(The above delegation powers on "Recruitment Rules" for various categories has been approved by HMCA vide this Ministry's OM No. I-29/1/2003-O&M dated 29th July 2016.** | <br><br><br> **SO/US/DIR** <br><br><br> **US/DIR/JS** <br><br><br> **DIR/JS/Secy** | <br><br><br> **JS** <br><br><br> **Secretary** <br><br><br> **Minister** |
| 4 | Creation of posts | **DIR/JS/Secy** | **Minister** |

MINISTRY OF CIVIL AVIATION

## **ADMINISTRATION**

| Sl.No | Subject | CHANNEL OF SUBMISSION | FINAL LEVEL OF DISPOSAL |
|---|---|---|---|
| 1. | **Recruitment Rules**:- | | |
| | Group 'C' | **SO/US/DIR/JS** | **JS** |
| | Group 'A'&'B' posts /(Below JS Level) | **US/DIR/JS** | **Secretary** |
| | Group "A" & "B" (JS & above) (Framing of or important amendments to Recruitment rules for posts of Heads of Department Or Service Rules for Organized Services) | **DIR/JS/SECY** | **MINISTER** |
| | **(The above delegation powers on "Recruitment Rules" for various categories has been approved by HMCA vide this Ministry's OM No. I-29/1/2003-O&M dated 29th July 2016.** | | |
| 2. | **Pension/Gratuity**:- All grades | **SO/US** | **DIR** |
| 3. | **Joint Consultative Machinery:-** Office Council | **SO/US/DIR** | **JS** |
| 4. | **Departmental Promotion Committee:-** Group 'B' (Gazetted) | **US/DIR/JS** | **Secretary** |
| | Group 'B' (Non-Gazetted) | **SO/US/DIR** | **JS** |
| | Group 'C' | **SO/US** | **DIR** |
| | Group 'D' | **SO/US** | **DIR** |
| 5. | **Verification of character and antecedents** | **SO/US** | **DIR** |
| 6. | **Fixation of Pay/RP( pay will be fixed in consultation with Integrated Finance where this is required under the existing instructions)** | **SO/US** | **DIR** |
| 7. | **Appointment/Promotion/ Permanency**:- Group 'A' | **DIR/JS/Secy** | **Minister** |
| | Group 'B' (Gazetted) | **US/DIR/JS** | **Secretary** |
| | Group 'B' (Non-Gazetted) | **SO/US/DIR** | **JS** |
| | Group 'C' | **SO/US** | **DIR** |
| | Group 'D' | **SO** | **US** |

MINISTRY OF CIVIL AVIATION

| 8. | **Creation of Posts**:-<br> Group 'A' 'B' & 'C' | **DIR/JS/FA/Secy** | **Minister** |
|---|---|---|---|
| | Creation of posts for new Assets | **DIR/JS/FA** | **Secretary** |
| | (Subject to the general and specific instructions issued by the M/O Finance and DOP&T) | | |
| 9. | **Advances/Withdrawals:** | | |
| | Cycle, Fan, Festival | **SO/US** | **DIR** |
| | Motor Car, Scooter/Motor Cycle/Computer* | **SO/US** | **DIR** |
| | House Building Advances | **SO/US** | **DIR** |
| | GPF advance/withdrawals | **SO/US** | **DIR** |
| **\*(if the applicant is competent to sanction advance in his case, the next higher officer will approve.** | | | |
| 10. | **Establishment Matters**:-<br>i) Delegation/Deputation of officer for training, attending conferences, etc. abroad:- | | |
| | Officers of the level upto Director & equivalent | **DIR/JS/FA** | **Secretary** |
| | Officers of the level of Joint Secretary & above<br>(Refer Office Order No. I-29/1/2003-O&M(Admn dated 19.08.2013) | **DIR/JS/FA/SECY** | **Minister** |
| | **ii) Training within India:-**<br>**Group 'A'** | **US/DIR/JS** | **Secretary** |
| | Group 'B' | **SO/US/DIR** | **JS**<br>**DIR** |
| | Group 'C' | **SO/US** | **DIR** |
| | Group 'D' | **SO/US** | **DIR** |
| | **iii) Administrative Matter relating to CSS/CSSS/CSCS/General Civil Service:-**<br>Group 'A' | **DIR/JS/SECY** | **Minister** |
| | Group 'B' (Gazetted) | **US/DIR/JS** | **Secretary** |

MINISTRY OF CIVIL AVIATION

| | | |
|---|---|---|
| Group 'B' (Non-gazetted) | **SO/US/DIR** | **JS** |
| Group 'C' | **SO/US** | **DIR** |
| Group 'D' | **SO/US** | **DIR** |
| iv)      **Dispensation with the Medical Certificate on first appointment (FR 10)** | **SO/US/DIR** | **JS** |
| v)  **Transfer on Lien: (FR-14)** | | |
| Gazetted | **SO/US/DIR** | **JS** |
| Non Gazetted | **SO/US** | **DIR** |
| vi)      **Posting/Transfers:-** | | |
| Group 'A' | **US/DIR/JS** | **Secretary** |
| Group 'B'(Gazetted) | **SO/US/DIR** | **JS** |
| Group 'B'(NG)/Group 'C' | **SO/US** | **DIR** |
| Group 'D' | **SO/US** | **DIR** |
| vii)      **Permission for undertaking work for private/public body etc. and acceptance of fee (SR 11)** | **SO/US/DIR** | **JS** |
| viii)      **Travel by air by non-entitled officers (SR 48 B)** | **US/DIR/FA** | **Secretary** |
| ix)      **Grant of Leave/LTC*/Joining Time** | | |
| **All grades** | **SO/US** | **DIR** |
| **\*(Head of Department (HOD) is competent to sanction advance, in his case the next higher authority)** | | |
| x)      **Confirmation:** | | |
| Group 'B' (Gazetted/NG) | **SO/US/DIR** | **JS** |
| Group 'C' | **SO/US** | **JS** |
| Group 'D' | **SO/US** | |

MINISTRY OF CIVIL AVIATION

| | | |
|---|---|---|
| xi)  **Forwarding of application: Group 'A'** | **US/DIR/JS** | **Secretary** |
| Group 'B' and 'C' | **SO/US/DIR** | **JS** |
| Group 'D' | **SO/US** | **DIR** |
| xii)  **Appointment on Compassionate grounds** | **US/DIR/JS** | **Secretary** |
| xiii)  **Intimation under Conduct Rules:-** | | |
| Secretary | **DIR/JS/Secy** | **Minister** |
| JS & Addl Secretary | **US/DIR/JS** | **Secretary** |
| Upto Director Level | **SO/US/DIR** | **JS** |
| All Group B (Gazetted/Non Gazetted) & Group C | **SO/US** | **DIR** |
| **(This item has been modified vide this Ministry's Office Order NO. I-29/1/2003-O&M(Admn) dated 19.02.2017.** | | |
| xiv)  **All service matters in respect of R.G. Bhavan Departmental Canteen Employees** | **SO/US** | **DIR** |
| xv)  **Engagement of casual labours** | **SO/US** | **DIR** |

MINISTRY OF CIVIL AVIATION

## <u>CASH SECTION</u>

| SI.No. | Subject | CHANNEL OF SUBMISSION | FINAL LEVEL OF DISPOSAL |
|--------|---------|----------------------|------------------------|
| 1. | **Drawl and disbursement of All type of payments in respect of officers and staff of the Ministry such as:-** | | |
| | a) Reimbursement of tuition fee. | **SO** | **Dir** |
| | b) TA/LTC, Conveyance | **SO** | **Dir** |
| | c) Medical | **SO** | **US in certain cases Dir** |
| | d) Advance/Withdrawal from GPF, OTA/HBA/Car/Motor Cycle | **SO** | **Dir** |
| 2. | Income Tax calculations and return | **SO** | **SO** |
| 3. | Budget of Ministry (Main) , which includes preparation of BE, RE and booking of expenditure under various sub-heads reconciliation and preparation with PAO of monthly expenditure Statement. | **SO** | **Dir** |
| 4. | Maintenance of Cash Book Acquaintance Rolls, Contingent Register etc., Preparing Contingent bills) | **Cashier** | **SO** |
| 5. | Drawl of loans and advances sanctioned to AAI, drawl of grants-in-aid to IGURA & subsidy to Air India for Haj Charter Operation. | **Cashier** | **SO** |
| 6. | Procurement, issuing and maintenance of Accounts of service Postage Stamps. | **Cashier** | **SO** |
| 7. | Verification of service and necessary entries in the service book. | **SO** | **SO** |
| 8. | GPF-Maintenance of Accounts, Transfer of Accounts, Issue of new Account No. and other Records and final payment, Issue of annual GPF a/c Statement | **SO** | **SO** |
| 9. | Long term/short term advance - watch the recoveries and calculation of interest. | **SO** | **SO** |
| 10. | CGEGIS- Maintenance of Accounts and payment | **SO** | **Dir** |
| 11. | Collection of fee in connection with Right to Information Act and depositing with Bank. | **Cashier** | **SO** |

MINISTRY OF CIVIL AVIATION

## C&W SECTION

| S. No. | Subject | CHANNEL OF SUBMISSION | FINAL LEVEL OF DISPOSAL |
|---|---|---|---|
| 1. | Annual Report. | **SO/Dir/JS** | **Secretary** |
| 2. | Citizen Charter. | **US/Dir/JS** | **Secretary** |
| 3. | Result Frame Work Documents. | **US/Dir/JS** | **Secretary** |
| 4. | Examination of draft bills/ordinances/draft Cabinet Notes/ Acts. received from various State Govts. and various administrative Ministries/Deptt. which do not pertain to any particular Section/ Deptt. and require coordination. | **Dir/JS/Secy** | **Minister** |
| 5. | Monthly Summary for the Cabinet. | **SO/US/Dir** | **JS** |
| 6. | References received from other Ministries /Deptts. calling for information of various types. | **SO/US/Dir** | **JS/ Secretary** |
| 7. | Monthly D.O. letter to  Cabinet Secy./ Secy. to P.M. | **US/Dir/JS** | **Secretary** |
| 8. | Dissemination of Administrative Circulars/ Orders/instructions on various Matters received from Nodal Ministries/ Departments /Org. | **SO** | **US/JS** |
| 9. | Participation in National and International fairs/ Exhibitions and Seminars. | **SO/US/Dir** | **JS/ Secretary** |
| 10. | Distribution of Republic Day  and Independence Day Passes, Calendars and Diaries etc. | **SO** | **US** |
| 11. | Implementation of the decisions of the Cabinet /Cabinet Committee – submission of monthly Report –Reg. | **SO/Dir/JS** | **Secretary** |
| 12. | Submission of returns on Employment of family members of Govt. servants in foreign missions and foreign organizations abroad (while the officer | **SO/US** | **Dir** |

MINISTRY OF CIVIL AVIATION

| | | | |
|---|---|---|---|
| | is posted in India) to be sent to External Affairs. | | |
| 13. | ACC Appointments Monthly returns about the status of vacancies and proposals in the PSUs/autonomous bodies (online). | **SO/US/Dir** | **JS** |
| 14. | Monthly status of ACC cases with regard to (a) pending proposals, (b) compliance of ACC decisions & directions. | **SO/Dir/JS** | **Secretary** |
| 15. | Request for advertisement received from various sources. | **SO/US** | **Dir** |
| 16. | Welfare of women- submission of Half yearly and Annual data/information. | **SO/Dir/JS** | **Secretary** |
| 17. | Welfare of Senior Citizen. | **SO/US/Dir** | **JS** |
| 18. | Weekly Senior Level Officers Meeting | **US/Dir/ JS** | **Secretary** |
| 19. | Compilation of information on PMO/VIP/Deliverables /RFD etc. for weekly meetings as follow-up to Senior Level Officers meeting. | **SO/US/Dir** | **Secretary** |
| | **SCT Cell** | | |
| 20. | Annual Report reg. Representation of SC/ST/OBC in Central Govt. Service. | **SO/US** | **Dir** |
| 21. | Complaints from Associations for non-observance of reservation orders. | **SO/US** | **Dir** |
| 22. | Representations from SCs/STs employees reg. harassments. | **SO/US/Dir** | **JS** |
| 23. | Monitoring of reservation orders for posts reserved for SCs/STs. | **SO/US** | **Dir** |
| 24. | Inspection of rosters maintained by the Deptt. and all the Organisations under its control. | **SO/US** | **Dir** |
| 25. | Annual return for physically | **SO/US** | **Dir** |

MINISTRY OF CIVIL AVIATION

| | | | |
|---|---|---|---|
| | handicapped persons. | | |
| 26. | Annual/ Half yearly return for Ex-servicemen. | **SO** | **US** |
| 27. | Monitoring of reservation orders for posts reserved for physically handicapped. | **SO/US** | **Dir** |
| 28. | Monitoring of reservation orders for posts reserved for Ex-servicemen. | **SO/US** | **Dir** |
| 29. | Recruitment of Minorities in Govt. Services-Quarterly report  to be sent to Ministry of Home Affairs (Minorities Cell) | **SO/US** | **Dir** |
| 30. | Prime Minister's New 15-Point Programme for the Welfare information relating to total Number of employees relating to Minorities. | **US/Dir/JS** | **Secretary** |
| 31. | Prime Minister's New 15-Point Programme for the Welfare of Minorities-Annual Report. | **US/Dir/JS** | **Secretary** |
| 32. | Special Recruitment Drive launched for filling up the backlog reserved vacancies of SCs, STs and OBCs-Half yearly and Annual Report. | **US/Dir./JS** | **Secretary** |
| 33. | Nomination of the Liaison Officer for the works relating to the welfare of SCs/STs, Physically Handicapped Persons and Ex-Servicemen in the Ministry. | **SO/US/Dir** | **JS** |
| | **Public Grievances** | | |
| 34. | Forwarding of Grievances received from various sources  to concerned organization/ Admn. Section for redressed. | **SO/US** | **Dir** |
| 35. | Issue of suitable communication to the petitioner/DPG/DARPG etc. reg. Redressal of the Grievance/closure of | **SO/US** | **Dir** |

MINISTRY OF CIVIL AVIATION

| | | | |
|---|---|---|---|
| | the case. | | |
| 36. | Formulation Citizen"s Charter in respect of Ministry & its Organisations/Admn. Section. | **US/ Dir/JS** | **Secretary** |
| 37. | Circulation of the consolidated report on pending PG cases to all Organization . | **SO** | **US/Dir** |
| 38. | Circulation of various instructions/Guidelines received from DPG/DARPG etc. regarding Public Grievances Redress Machinery (PGRM). | **SO** | **US/Dir./JS** |
| 39. | Appointment of Public Grievance Officer in the Ministry. | **SO/Dir/JS** | **Secretary** |
| 40. | Matters relating to women welfare looking into reports/ of Women complaints of sexual Cell/Complaints harassment etc. | **SO/US** | **Chairperson of women Cell/JS/Secy.** |
| 41. | Constitution of Women Cell, Nomination of Nodal Officer in the Ministry (main) for looking after matters relating to women welfare. | **SO/Dir/JS** | **Secretary** |
| 42. | Constitution of Complaints Committee to look into Complaints of sexual harassment of women at work place, nomination of Chairperson /Nodal Officer etc. | **SO/Dir/JS** | **Secretary** |
| | **RTI Cell** | | |
| 43. | Application for information Under RTI Act, 2005 Registering, Opening of file and issuing letter to concerned CPIOs. | **SO** | **US** |
| 44. | 1st Appeal under RTI Act, registering of Appeal. | **Concerned CPIO** | **Concerned Appellate Authority** |
| 45. | All other RTI related matters. | **SO/US/Dir** | **JS** |

MINISTRY OF CIVIL AVIATION

## GENERAL SECTION

| Sl.No. | Subject | CHANNEL OF SUBMISSION | FINAL LEVEL OF DISPOSAL |
|---|---|---|---|
| 1. | **Sanction of new residential telephones**:-<br>a)Non-entitled Officers<br><br>b)Entitled Officers | SO/HOO(US)/HOD/<br><br>SO/HOO(US) | JS<br><br>HOD(DIR) |
| 2. | **Expenditure of contingencies**:-<br>Recurring & non-recurring<br>Up to Rs. 1000/-<br><br>More than Rs.1000/-(in each case)<br>For above | SO<br><br>SO/HOO(US) | HOO(US)<br><br>HOD(DIR) |
| 3. | **Writing of Losses:-**<br>a)Irrecoverable losses of Stores for public money (Rs.10,00,000 for losses of stores not due to theft, fraud and negligence and Rs.1,00,000 for other cases). Loss of Revenue or irrecoverable loans and advances (Upto 50,000).<br><br>b)Deficiencies and depreciations in the value of stores upto 50,000). | SO/HOO(US)/HOD(DIR<br><br><br><br><br><br><br>SO/HOO(US)/HOD(DIR | JS<br><br><br><br><br><br><br>JS |
| 4. | **Disposal of obsolete surplus and unserviceable stores** | SO/ HOO(US) | HOD(DIR) |
| 5. | **Printing and binding** | SO/ HOO(US) | HOD(DIR) |
| 6. | **Local purchase of stationary** | HOO(US)/HOD(DIR)/<br>JS<br>(As per competence/DFPR) | FA |
| 7. | **Motor Vehicle(Staff Car):-**<br>a)Purchase<br><br>b)Maintenance, upkeep and repairs | HOD(DIR)/JS/FA<br><br>SO/HOO | SECRETARY<br><br>HOD(DIR) |
| 8. | **Furniture and fixture, purchase & repair** | SO/HOO(US)/HOD(DIR<br>(As per competence/DFPR) | JS |
| 9. | **Purchase of official/non-official publication:-** | SO/HOO(US) | HOD(DIR) |
| 10. | **Repair/maintenance of computers and other machines:-**<br>a)Upto Rs.1000/- per annum in each case.<br><br>b)Above Rs.1,000/-per annum in each case | SO/HOO(US)<br><br>SO/HOO(US) | HOD(DIR)<br><br>HOD(DIR) |
| 11. | **Telephone charges** | SO/HOO(US) | HOD(DIR) |
| 12. | **Local purchase of rubber stamps and other seals** | SO/HOO(US) | HOD(DIR) |

MINISTRY OF CIVIL AVIATION

| 13. | **Supply of uniforms, badges and other articles of clothing and washing allowances** | **SO/HOO(US)/HOD(DIR** | **JS** |
|---|---|---|---|
| 14. | **Expenditure on entertainments and light refreshments** | **SO/HOO(US)** | **HOD(DIR)** |
| 15. | **Supply of Identity cards(Photo/temporary)** <br><br> a)Casual Labourers <br><br> b) Temporary/Permanent Employees | <br><br> **SO** <br><br> **SO/HOO(US)/HOD(DIR (As per MHA Instructions)** | <br><br> **HOO(US)** <br><br> **JS (As per MHA's circulars issued from time to time.** |

MINISTRY OF CIVIL AVIATION

## GA SECTION

### INDIRA GANDHI RASHTRIYA URAN AKADEMI

| Sl. No. | Subject | CHANNEL OF SUBMISSION | FINAL LEVEL OF DISPOSAL |
|---|---|---|---|
| 1. | Appointment to the post of Director, IGRUA | US/DIR/JS/Secy | Minister |
| 2. | Release of funds and foreign exchange to IGRUA | SO/US/DIR | JS |
| 3. | Purchase of aircraft for IGRUA | US/DIR/JS | Secretary |
| 4. | Memorandum of Association, rules and regulations for IGRUA | SO/US/DIR | JS |
| 5. | Pay scales and allowances for IGRUA employees | SO/US/DIR | JS |
| 6. | Policy matters | US/DIR/JS | Secretary |
| 7. | Miscellaneous and routine matters | SO/US | DIR |

### PAWAN HANS LIMITED

| Sl. No. | Subject | CHANNEL OF SUBMISSION | FINAL LEVEL OF DISPOSAL |
|---|---|---|---|
| 8. | Appointments;- | | |
| | a) Appointments to Board level posts | DIR/JS/Secy | Minister |
| | b) Board Constitution | DIR/JS/Secy | Minister |
| 9. | Reports:- | | |
| | a) Annual Report and Audit Report | SO/US/DIR | JS |
| | b) Annual Plan/Five Year Plans | US/DIR/JS | Secretary |
| | c) Monthly, Fortnightly Reports for the Cabinet/PM | SO/US/DIR | JS |
| | d) Quarterly Performance Reports | US/DIR/JS | Secretary |

MINISTRY OF CIVIL AVIATION

**DT SECTION**

| Sl. No. | Subject | CHANNEL OF SUBMISSION | FINAL LEVEL OF DISPOSAL |
|---|---|---|---|
| 1. | National Civil Aviation Policy | **DIR/JS/Secy** | **Minister** |
| 2. | Domestic Air Transport | | |
| | a) FDI Policy | **DIR/JS/Secy** | **Minister** |
| | b) Initial NOC for operating air services: | | |
| | (i)      Schedule Services | **US/DIR/JS** | **Secretary** |
| | (ii)      Other Services | **US/DIR/JS** | **Secretary** |
| | c)  In-principle approval for import/ acquisition of aircraft by scheduled operator | **US/DIR/JS** | **Secretary** |
| | d) NSOP / SOP / Extension in permission to operate SOP & NSOP air services | **US/DIR/JS** | **Secretary** |
| | e) Verification of Character/ Antecedent by MHA for Directors of Airlines | **SO/US/DIR** | **JS** |
| 3. | Manufacture of aircraft/component/ establishment of maintenance facility | | |
| | a) Application for manufacture of aircraft | **SO/US/DIR** | **JS** |
| | b) Establishment of maintenance facilities | **SO/US/DIR** | **JS** |
| 4. | Reports/Returns:- | | |
| | a) Annual Report and Audit Report | **SO/US/DIR** | **JS** |
| | b) Monthly, Fortnightly Reports for the Cabinet/PM | **SO/US/DIR** | **JS** |
| | c) Other Monthly/Quarterly Reports/ Returns | **SO/US/DIR** | **JS** |
| | d) Quarterly progress report on Official Language | **SO** | **US** |
| 5. | Legal matters:- | | |
| | a) Legal matters/Court case | **US/DIR** | **JS/Secretary** |
| | b) Miscellaneous | **US/DIR** | **JS** |
| 6. | Matters related to Foreign Investment Promotion Board (FIPB):- | | |

MINISTRY OF CIVIL AVIATION

|  | a) Matters involving policy decisions | **DIR/JS/Secy** | **Minister** |
|---|---|---|---|
|  | b) Other matters | **SO/US/DIR** | **JS** |
| 7. | Matter relating to Air Connectivity in North-East Region | **SO/US/DIR** | **JS** |

MINISTRY OF CIVIL AVIATION

## **DG SECTION**

| S. No. | Subject | INITIATING LEVEL | CHANNEL OF SUBMISSION | FINAL LEVEL OF DISPOSAL |
|---|---|---|---|---|
| 1. | **Administrative Matters** (i)      Creation of Posts | SO | **Dir/JS/Secy** | **Minister** |
| | **Recruitment Rules**:- | | | |
| | Group 'C' | SO | **US/Dir** | **JS** |
| | Group 'A'&'B' posts /(Below JS Level) | SO | **US/Dir/JS** | **Secretary** |
| | Group "A" & "B" (JS & above) (Framing of or important amendments to Recruitment rules for posts of Heads of Department Or Service Rules for Organized Services) | SO | **Dir/JS/Secy** | **Minister** |
| | **(The above delegation powers on "Recruitment Rules" for various categories has been approved by HMCA vide this Ministry's OM No. I-29/1/2003-O&M dated 29th July 2016.** | | | |
| | (ii)      Appointment/promotion (a) Group "A" posts in DGCA | SO | Dir/JS/Secy | **Minister** |
| | (iii)      Confirmation/resignation/ voluntary retirement (a) Group "A" (b) Group "B", "C" & "D" | SO SO | Dir/JS/Secy US/Dir/JS | **Minister** Secretary |
| 2. | Matters related to flying/gliding and ballooning clubs subvention grants-in-aid, management, procurement of aircraft/equipment | SO | **US/Dir/JS** | **Secy** |
| 3. | Framing of Rules and Regulations conferring to General Instructions issued by Government | SO | **US** | **Dir** |
| 4. | Framing of Special Rules/Regulations | SO | **US/Dir** | **JS** |
| 5. | References other than those from VIPs | SO | **US/Dir** | **JS** |
| 6. | Cabinet Notes | SO | **Dir/JS/Secy** | **Minister** |
| 7. | **Aviation Safety** (a) Setting up Court/Committee | SO | **Dir/JS/Secy** | **Minister** |

MINISTRY OF CIVIL AVIATION

|     |                                                                                                                          |    |              |           |
| --- | ------------------------------------------------------------------------------------------------------------------------ | -- | ------------ | --------- |
|     | of Inquiry<br>(b) Accident Investigation Reports:-<br>(i) Accident Investigation Conducted by Court of Inquiry/Committee of Inquiry | SO | **Dir/JS/Secy** | **Minister** |
|     | (ii) Accident Investigation conducted by Inspector of Accidents                                                          | SO | **US/Dir/JS** | **Secatary** |
|     | (c) Information on Air Accidents/Incidents                                                                                | SO | **US/Dir**   | **JS**    |
|     | (d) Policy matters                                                                                                        | SO | **Dir/JS/Secy.** | **Minister** |
| 8.  | Appeal Cases (Pilot Licensing)                                                                                           | SO | **US/Dir/JS** | **Secretary** |
| 9.  | Replies of Audit Para                                                                                                    | SO | **US/Dir/JS** | **JS**    |
| 10. | (i) Court cases and legal matters (filing of affidavit etc)                                                              | SO | **US/Dir/JS** | **Secretary** |
|     | (ii) Court cases and legal matters (forwarding)                                                                          | SO | **US/Dir**   | **JS**    |
| 11. | Laying of Annual Reports of ACI                                                                                          | SO | **Dir/JS**   | **Minister** |
| 12. | Material for Annual report of Ministry                                                                                    | SO | **US/Dir**   | **JS**    |

MINISTRY OF CIVIL AVIATION

## ECONOMIC REGULATORY (ER) DIVISION

| S. No. | Subject Matters | CHANNEL OF SUBMISSION | FINAL LEVAL OF DISPOSAL |
|---|---|---|---|
| 1. | First and Second reminder to go at US level on all subjects | **Asstt** | **Under Secretary** |
| 2. | Third reminder to go at DS/DIR level on all subjects | **Asstt.** | **Deputy Secretary** |
| 3. | Minutes of the meeting taken by EA | **SO** | **Deputy Secretary** |
| 4. | Minutes of the meeting taken by Secretary | **US/Dir/EA** | **Secretary** |
| 5. | Proposals initiating sanctions for expenditure | **SO/US/Dir** | **Economic Advisor** |
| 6. | Proposals to IFD after in-principle approval is obtained | **SO** | **Deputy Secretary** |
| 7. | Meeting Notice | **Asstt.** | **Under Secretary** |
| 8. | Progress of work monitoring (Secretary level) | **SO/Dir** | **Economic Advisor** |
| 9. | Progress reports to Cabinet Secretary/PMO | **SO/Dir/EA** | **Secretary** |
| 10. | Policy Papers* | **US/Dir/EA** | **Secretary** |
| 11. | Comments on Policy Papers* | **Dir/EA** | **Economic Advisor** |

  *Note-On Items 10 & 11, US/DS may seek the help of Young Professionals.*

MINISTRY OF CIVIL AVIATION

## <u>FINANCE SECTION</u>

| Sl.No. | Subject | CHANNEL OF SUBMISSION | FINAL LEVEL OF DISPOSAL |
|---|---|---|---|
| 1. | Budget proposals of Ministry of Civil Aviation | US/DIR | FA |
| 2. | Formulation of Annual/Five Year Plan | DIR/EA/FA | Secretary |
| 3. | Compilation of Budget – Both Plan & Non-Plan | US | Dir |
| 4. | Budget proposals relating to loans and advances Government Servants | US | Dir |
| 5. | Notes on Demands for Grants | US | Dir |
| 6. | Write up on Plan Budget | US | Dir |
| 7. | Finalization of Details Demands for Grants | US/DIR | FA |
| 8. | Supplementary Demands for Grants | US/DIR/FA | Secretary |
| 9. | Surrender & Re-appropriation proposals | US(F)/DIR/FA | Secretary |
| 10. | Work relating Economic Survey | US/DIR/EA | FA |
| 11. | Review of Guarantees and Quarterly Report of Guarantees | US/DIR | FA |
| 12. | Internal and Extra Budgetary Resources Budget Estimates of the PSUs | US(F)/DIR | FA |
| 13. | Proposals for opening of New Heads/Sub-Heads in Demands for Grants. | US(F)/DIR | FA |
| 14. | Proposal for drawal of advance from Contingency Fund of India | US/DIR/FA | Secretary |
| 15. | Monitoring of expenditure both Plan & Non- Plan | US/DIR | FA |
| 16. | Material for Finance Minister's Budget Speech | DIR/EA/FA | Secretary |
| 17. | Taxation related suggestions for inclusion in Union Budget | DIR/EA/FA | Secretary |
| 18. | FRBM Related Reports and Returns to be submitted to Ministry of Finance | US/DIR/EA | FA |
| 19. | Preparation & Monitoring of Outcome Budget. | US/DIR/EA | FA |
| 20. | Information for Parliament Questions requested by Finance Ministry/D.P.E. etc. | US/DIR | FA |
| 21. | Draft Audit paras/CAG Paras/Inspection Report – vetting of ATN | US/DIR | FA |
| 22. | Misc. Budget matters | SO | US |

27

MINISTRY OF CIVIL AVIATION

| 23. | Periodical reports and returns to IWSU/C&W Section and other Sections | **SO** | **US** |
|---|---|---|---|
| 24. | Financial proposals relating to Contingent Expenditure of Department in excess of the powers delegated to Head of Department | **SO/US/DIR** | **FA** |
| 25. | Sanction of expenditure on residential telephone in excess of permissible limits | **SO/US/DIR** | **FA** |
| 26. | Comments on Cabinet Notes received from other Ministries/other Division of MCA | **SO/US/DIR** | **FA** |
| 27. | Employment of Casual Labour in the Department / Attached Offices | **SO/US/DIR** | **FA** |
| 28. | Provision of Residential Telephone to Non-entitled Officers/Provision of STD facility to non entitled officers | **SO/US/DIR** | **FA** |
| 29. | Entertainment expenditure in connection with lunch/dinners hosted by Secretary/Minister etc. | **SO/US/DIR** | **FA** |
| 30. | Creation of posts and Review of Manpower etc. | **US/DIR/FA** | **Secretary** |
| 31. | Release of Grants-in-aids, Budgetary support etc. | **SO/US/DIR** | **FA** |
| 32. | Deputation of officers on foreign assignments/tours/training etc. | **DIR/FA/Secretary** | **Minister** |
| 33. | Release of Grants-in-aids to the Department Canteen/Recreation Club, etc. | **SO/US/DIR** | **FA** |
| 34. | Investment / Expenditure proposals beyond the delegated powers to attached offices. | **SO/US/DIR** | **FA** |
| 35. | Investment/Expenditure proposals requiring approval of SFC | **US/DIR/FA** | **Secretary** |
| 36. | Investment/Expenditure proposals requiring approval of EFC:<br>a) Chaired by Secretary (CA)<br>b) Chaired by Secretary (Exp) | <br><br>**US/DIR/FA**<br>**US/DIR/FA** | <br><br>**Secretary**<br>**Secretary** |
| 37. | Investment / Expenditure proposals requiring approval of PIB | **US/DIR/FA** | **Secretary** |
| 38. | Disinvestments of PSUs and related issues | **US/DIR/FA** | **Secretary** |
| 39. | Proposals for release of Haj Subsidy | **SO/US/DIR** | **FA** |
| 40. | Fixation of pay of officers etc. | **SO/US/DIR** | **FA** |
| 41. | Continuation of Temporary Posts | **SO/US/DIR** | **FA** |
| 42. | Revival of posts | **SO/US/DIR** | **FA** |
| 43. | Revision of Pay Scales/ Allowances/ Wage Settlements etc | **US/DIR/FA** | **Secretary** |
| 44. | Air travel by non-entitled officers | **US/DIR/FA** | **Secretary** |

MINISTRY OF CIVIL AVIATION

| 45. | Finalization of Annual Action Plan | US/DIR | FA |
|---|---|---|---|
| 46. | Submission of Board Meeting Agenda Papers | US/DIR/FA | Secretary |
| 47. | Recording & Review of Files | FO | US |
| 48. | Proposal of Private Airlines Operators for consideration by Aircraft Acquisition Committee | SO/US/DIR | FA |
| 49. | General Circulars & Guidelines | SO | US |
| 50. | Any other case where advise is Sought:<br><br>a) Where precedents are not available or rules are note clear;<br>b) Where precedents are available and/or rules are clear | <br><br>SO/US/DIR<br><br>SO/US | <br><br>FA<br><br>DIR |

MINISTRY OF CIVIL AVIATION

## HINDI SECTION

| Sl. No. | Subject | CHANNEL OF SUBMISSION | FINAL LEVEL OF DISPOSAL |
|---|---|---|---|
| 1. | **Translation Work** <br> (i) Routine Translation Work including un starred Parliament questions of the Ministry <br><br> (ii) starred Parliament questions | **AD(OL)** <br><br> **AD(OL)** | **DD(OL)** <br><br> **Director(OL)** |
| 2. | Translation work related to Minister's Office and other VIP matters | **AD(OL)** | **Director (OL)** |
| 3. | **IMPLEMENTATION OF OFFICIAL LANGUAGE POLICY:-** <br><br> i) Ensuring the compliance of statutory and administrative requirements of official language policy | **AD(OL)/ DD(OL)/ DIR(OL)** | **Joint Secretary** |
|  | ii) Appointments to/Meeting of Hindi Salahkar Samiti | **DIR(OL)/JS/ Secretary** | **Minister** |
|  | iii) Holding meetings of the Official Language Implementation Committee and action taken on the minutes of the meeting | **AD(OL)/ DIR(OL)/ JS** | **Secretary** |
|  | iv) Inspections by the Parliamentary Committee on official language | **AD(OL)/ DIR(OL) / JS** | **Secretary** |
|  | v) Quarterly Progress Reports on official Language policy | **AD(OL)/ DD(OL)/DIR(OL)** | **Joint Secretary** |
|  | vi) Hindi Training matters | **AD(OL)/ DD(OL)/DIR(OL)** | **Joint Secretary** |
|  | vii) Hindi Incentive schemes | **AD(OL)/ DD(OL)/DIR(OL)** | **Joint Secretary** |
|  | viii) Inspections of official language policy in the Ministry, Undertakings and attached subordinate offices | **AD(OL)/ DD(OL)/DIR(OL)** | **Joint Secretary** |
|  | ix) Hindi Workshops | **AD(OL)/ DD(OL)/ DIR (OL)** | **Joint Secretary** |
|  | x) Hindi *pakhwada* celebration | **AD(OL)/ DD(OL)/ DIR(OL)** | **Joint Secretary** |
|  | xi) All other matters relating to official language policy | **AD(OL)/ DD(OL)/ DIR (OL)** | **Joint Secretary** |

MINISTRY OF CIVIL AVIATION

## PARLIAMENT UNIT

| S.No | SUBJECT | CHANNEL OF SUBMISSION | FINAL LEVEL OF DISPOSAL |
|---|---|---|---|
| 1. | Collection and coordination of replies to Parliament Questions, Notice for Calling Attention, Short Notice Questions, Half an hour discussion etc. | Parl. Asstt | SO/US |
| 2. | Marking of questions to Sections. | SO/US | DirJS |
| 3. | Consultative Committee | US/ Dir/ JS/ Secy | Minister |
| 4. | Finalization of Minutes of Consultative Committee | US/ Dir/ JS/ Secy | Minister |
| 5. | Action Taken Report on the Minutes of the Consultative Committee | US/ Dir/JS/Secy | Minister |
| 6. | Opening speech of Minister for Consultative Committee | US/ Dir/JS/ Secy | Minister |
| 7. | Preparation of booklet for the Meeting of the Consultative Committee (Folders etc.) | Parl. Asstt. | SO |
| 8. | Preparation of President's Address | US/Dir/JS/ Secy | Minister |
| 9. | Keeping watch/maintaining records of all special Mentions and matters under Rule 377 | Parl. Asstt./SO/US | Dir |
| 10. | Keeping watch/maintaining records of all assurances given in both the Houses | Parl. Asstt./SO/US | Dir |
| 11. | Collection, processing, coordination, and dissemination of information in regard to assurances of other Ministries. | SO/US/Dir | JS |
| 12. | Providing Secretarial Assistance/information to Minister, Members of Consultative Committee and all other Deptts./PSUs under the control of Ministry in the matters relating to parliamentary work | Parl. Asstt. | Parl. Asstt./ SO |
| 13 | Transfer of Question to Ministries/Deptts. | SO/US/ Dir | JS |

MINISTRY OF CIVIL AVIATION

### RS SECTON

**Part.I**

**I)   Items which are to be handled in CCRS Office Lucknow & Ministry (Sl. No.1 to 23)**

| Sl.No. | Subject | CHANNEL OF SUBMISSION | FINAL LEVEL OF DISPOSAL |
|---|---|---|---|
| **A.** | **Recruitment Rules**:- | | |
| 1. | Group 'C' | **SO/US/DIR/JS** | **JS** |
| | Group 'A'&'B' posts /(Below JS Level) | **US/DIR/JS** | **Secretary** |
| | Group "A" & "B" (JS & above) | **DIR/JS/SECY** | **MINISTER** |
| | (Framing of or important amendments to Recruitment rules for posts of Heads of Department Or Service Rules for Organized Services) | | |
| | **(The above delegation powers on "Recruitment Rules" for various categories has been approved by HMCA vide this Ministry's OM No. I-29/1/2003-O&M dated 29th July 2016.** | | |
| 2. | Departmental Promotion Committee (DPC) | | |
| | Group A | **DIR/JS/Secy** | **Minister** |
| | Group  B | **Dir/JS/Secy** | **Minister** |
| 3. | Seniority list of Group "A" Officers | **DIR/JS/Secy** | **Minister** |
| 4. | Appointment/promotion/confirmation of Group "A" Officers | **DIR/JS/Secy** | **Minister** |
| 5. | Creation of Posts (subject to the instructions issued by Ministry of Finance and Deptt. of Personnel and Training. | **US/DIR/JS** | **Secretary** |
| 6. | **Training/Deputations**: | | |
| | a)  Delegation/deputation of officers for training attending conferences etc. abroad | **DIR/JS/Secy** | **MINISTER** |
| | b)   Training within India –if any fees is | **US/DIR** | **JS** |

32

MINISTRY OF CIVIL AVIATION

|  |  |  |  |
|---|---|---|---|
|  | to be        paid. Group 'A'<br>c)   Training for others within India | **US/DS** | **JS** |
| 7. | **Alteration of date of birth (Group A)** | **US/DIR/JS** | **Secretary** |
| 8. | **Review of cases after 50/55 years under FR 56 (j):-**<br>Group 'A' & 'B'<br><br>Group 'C' | **DIR/JS/Secy**<br><br>**US/DIR** | **Minister**<br><br>**JS** |
| 9. | Re-employment of Group DIR/JS/Secy. Minister 'A' | **US/DIR/JS/Secy** | **Minister** |
| 10. | Permission for undertaking work for private/public bodies etc. and acceptance of fee (SR 11) | **US/DIR** | **JS** |
| 11. | Travel by air by non-entitled officers | **US/DIR/JS** | **Secretary** |
| 12. | **Grant of leave:-**<br><br>CCRS | **US/DIR/JS** | **Secretary** |
| 13. | **Forwarding of applications:-**<br><br>Employees belonging to CSS/CSSS/CSCS | **US/DIR** | **JS** |
| 14. | Application for Appointment on compassionate Grounds in the Commission | **US/DIR** | **JS** |
| 15. | Engagement – Casual Labours | **US/DIR** | **JS** |
| **B.** | **CASH AND GENERAL MATTERS** |  |  |
| 16. | Non-entitled officers in Commission of Railway Safety | **US/DIR** | **JS** |
| 17. | Motor Vehicle Purchase | **US/DIR/JS** | **Secretary** |
| 18. | Action on Audit Para's | **SO/HOO/CCRS/US/DIR/JS** | **Secretary** |
| **C.** | **BUDGET** |  |  |
| 19. | Financial    proposals    relating    to contingent   expenditure   of   Deptt.   in | **US/DIR** | **JS** |

MINISTRY OF CIVIL AVIATION

| | | | |
|---|---|---|---|
| | excess of powers delegated to the Head of Department | | |
| 20. | Continuation of temporary posts-processing cases in respect of Commission of Railway Safety | **US/DIR** | **JS** |
| 21. | Revision of Pay Scale/ Allowance proposals relating to Commission of Railway Safety | **US/DIR** | **JS** |
| **D.** | **VIGILANCE MATTERS** | | |
| 22. | Acquisition or disposal of immovable property returns – group 'A' | **US/DIR/JS** | **Secretary** |
| **E.** | **TECHNICAL MATTERS** | | |
| 23. | (a) Laying of Annual Report of Commission of Railway Safety in Parliament | **US/DIR/JS/Secy** | **Minister** |

**Part II**

**II) Items which are to be handle exclusively in CCRS Office Lucknow (Sl. No. 24 to 72)**

| Sl.No. | Subject | CHANNEL OF SUBMISSION | FINAL LEVEL OF DISPOSAL |
|---|---|---|---|
| **A.** | **ESTABLISHMENT MATTERS** | | |
| 24 | Pension/Gratuity Group A, B, C and D | **SO/Dy. CRS(G)** | **CCRS** |
| 25. | **Review of cases after 50/55 years under FR 56 (j) :–**<br><br>Group 'D' | **SO** | **Dy.CRS (G)** |
| 26. | **Grant of leave:-**<br><br>Group 'A', Group 'B'<br>Group 'C' & 'D' | **SO**<br>**--** | **Dy.CRS (G)**<br>**SO** |
| 27. | **Forwarding of applications:**<br><br>Employees belonging to cadres other than CSS/CSSS/CSCS | **SO/DY.CRS(G)** | **CCRS** |
| 28. | **Fixation of pay of Group "A" Officers** | **SO/DY.CRS(G)** | **CCRS** |

MINISTRY OF CIVIL AVIATION

| 29. | **Advance/withdrawals:-** | | |
|---|---|---|---|
| | a) Purchase of cycle in respect of RS section Staff | **Asstt/SO** | **Dy. CRS(G)** |
| | b) Purchase of fan | **Asstt/SO** | **Dy. CRS (G)** |
| | c) Purchase of Motor Car Group "A" (except CCRS) | **SO/Dy.CRS (G)** | **CCRS** |
| | d) House Building Advance for group A, B, C and D (except CCRS) | **SO/Dy. CRS(G)** | **CCRS** |
| | e) GPF Advance/Withdrawals Group A, B,C and D ( incase of CCRS, Secy will approve**)** | **SO/Dy.CRS(G)** | **CCRS** |
| 30. | **Posting/Transfer – Group "A" above the level of SAG** | **US/DS/JS/SECY** | **MINISTER** |
| 30A. | **Posting/Transfer of Group "A" officers other than those mentioned in item NO. 30.** **(Item NO. 30 & 30A modified vide Section's Order No. I-29/1/2003-O&M (Admn) dated 24.08.2015)** | **Dy.CRS(G)/CRS** | **CCRS** |
| 31. | Grant of Honorarium | **SO/Dy. CRS (G)** | **CCRS** |
| 32. | To prescribe a Govt. Servant's Headquarters | **SO/Dy. CRS (G)** | **CCRS** |
| 33. | Joining time | **SO/Dy. CRS (G)** | **CCRS** |
| 34. | Service Books – Group A, B, C and D | **SO** | **HOO (as per competence)** |
| 35. | Increment | **SO** | **HOO (as per competence)** |
| 35A. | Training with in India if no fee is to be paid GOA | **SO/Dy. CRS(G)** | **CCRS** |
| B. | **CASH AND GENERAL MATTERS** | | |
| 36. | **Expenditure on contingencies and purchase of stores:** | | |
| | **Head of Office** | | |
| | Recurring upto Rs. 1000 (per month, in each case) Non- recurring up to Rs. 5000 (in each case) | **SO** | **Dy. CRS (G)( to include Ministry and IF wing wherever required).** |
| | **Head of Departments** | | |
| | Recurring upto Rs. 25000 (per annum in each case) Non- recurring up to Rs. 60000 (in each case) | **SO/DY.CRS(G)** | **CCRS( to include Ministry and IF wing wherever required).** |

MINISTRY OF CIVIL AVIATION

| 37. | **Sanction of new residential telephones:-**<br><br>Entitled officers in Commission of Railway Safety | **SO/DY. CRS(G)** | **CCRS** |
|---|---|---|---|
| 38. | **Motor Vehicles:**<br><br>Maintenance | **SO/HOO(Dy.CRS(G )** | **CCRS** |
| 39. | Writing off Losses | **SO/DY.CRS(G)** | **CCRS** |
| 40. | Disposal of obsolete stores in RS Section | **SO/DY.CRS(G)** | **CCRS** |
| 41. | Printing and Binding | **SO/DY.CRS(G)** | **CCRS** |
| 42. | Local Purchase of Stationery | **SO/DY.CRS(G)** | **HOO/CCRS As per competence (to include Ministry & IF Wing wherever required)** |
| 43. | Furniture and fixtures and repairs – RS Section | **SO/DY.CRS(G)** | **HOO/CCRS As per competence (to include Ministry & IF Wing wherever required)** |
| 44. | **Publication :-**<br><br>a) Purchase of Official Publications<br>b) Non-Official Publication | **SO/DY.CRS(G)**<br><br>**SO/DY.CRS(G)** | **CCRS**<br><br>**CCRS** |
| 45. | Repairs and maintenance of equipment etc in RS Section | **SO/Dy.CRS (G)** | **HOO/CCRS As per competence (to include Ministry & IF Wing wherever required)** |
| 46. | Freight and demurrage charges | **SO/DY.CRS(G)** | **HOO/CCRS As per competence (to include Ministry & IF Wing wherever required)** |
| 47. | Telephone Charges | **SO/DY.CRS(G)** | **HOO/CCRS As per competence (to include Ministry & IF Wing wherever required)** |
| 48. | Local Purchase of rubber Stamp | **SO/DY.CRS(G)** | **HOO/CCRS As per competence (to include Ministry & IF Wing wherever required)** |
| 49. | Purchase of Service postage Stamps | **SO/DY.CRS(G)** | **HOO/CCRS As per competence (to include Ministry** |

MINISTRY OF CIVIL AVIATION

| | | | & IF Wing wherever required) |
|---|---|---|---|
| 50 | Supply of Uniforms to Grade D in RR Section | SO/DY.CRS(G) | CCRS |
| 51. | Expenditure on entertainment | SO/DY.CRS(G) | CCRS |
| 52. | Drawal and disbursement of Salary/TA/Contingencies and Short-term advances in respect of Railway Safety Section | Cashier | SO in his capacity as DDO or DDO. |
| 53. | Issuing cheques for salary/TA/Contingencies to Commissioner of Railway Safety, NE Circular and Technical Wing. | Dealing hand /SO | Cheque Drawing DDO as per Govt instructions. |
| 54. | Reconciliation of Accounts with pay and Accounts office | Dealing Hand | SO/DDO |
| C. | BUDGET | | |
| 55. | Revised and Budget estimates in respect of Commission of Railway Safety | SO/DY.CRS (G) | CCRS |
| 56. | Re-appropriation of Accounts and surrender of savings in respect of Commission of Railway Safety | SO/DY.CRS (G) | CCRS |
| 57. | Periodical reports to integrated finance on progress of expenditure in Commission of Railway Safety | SO | Dy.CRS(G) |
| 58. | Performance Budget furnishing material in respect of Commission of Railway Safety to Integrated Finance | SO | Dy.CRS(G) |
| 59. | Distribution of Budget Allotment among units of Commission of Railway Safety | SO/DY.CRS (G) | CCRS |
| 60. | Mis. Budget matters | SO | HOO/DY.CRS(G) |
| 61. | Retention of Government accommodation beyond the permissible period | SO/Dy.CRS(G)/CCRS | Dte of Estates/ Rly. Authorities |
| D. | VIGILANCE MATTERS | | |
| 62. | Furnishing of various vigilance reports and returns in respect of Commission of Railway Safety | SO/Dy.CRS | CCRS |
| E. | TECHNICAL MATTERS | | |
| 63. | According technical sanctions to railway works, wagons and locomotives | SO/Dy.CRS | CCRS |
| 64. | Railways Accident Investigation Reports follow up action | SO/Dy.CRS | CCRS |
| 65. | Preparation of Annual Report of the Commission | SO/Dy.CRS | CCRS |
| F. | COORDINATION WORK | | |
| 66. | Activities of the Commission of Railway | SO/Dy.CRS(G) | CCRS |

MINISTRY OF CIVIL AVIATION

|  | Safety – Monthly D.O. letter to Secretary | | |
|---|---|---|---|
| 67. | Monthly summary for the Cabinet – Furnishing material for | **SO/Dy.CRS(G)** | **CCRS** |
| 68. | Furnishing various reports and returns in Commission of Railway Safety to Coord. Section, SCT Cell, PRU etc | **SO/Dy.CRS(G)** | **CCRS** |
| 69. | Liaison with local CGEWCC at Lucknow | **SO/Dy.CRS(G)** | **CCRS** |
| 70. | Distribution of Independence Day invitation Cards | **--** | **PS/Dy.CRS(G)/CCRS** |
| **G.** | **RECORDS** | | |
| 71. | Maintaining the Records Room of 'RS' Section | **Dealing hand** | **SO** |
| **H.** | **SECURITY** | | |
| 72. | Security in the Office Building | **Caretaker/SO/ CRS (G)** | **CCRS** |

MINISTRY OF CIVIL AVIATION

## **VIGILANCE SECTION**

| SI.No. | Subject | CHANNEL OF SUBMISSION | FINAL LEVEL OF DISPOSAL |
|---|---|---|---|
| 1. | **Complaints having vigilance angle relating to non-gazettted/gazetted officers under the Ministry of Civil Aviation:** | | |
| | i.  Upto US level | **SO/US** | **CVO** |
| | ii.  Upto JS Level. | **SO/Dir** | **CVO** |
| | iii.  Above JS | **SO/Dir** | **CVO** |
| 2. | **Complaints pertaining to employees of public sector undertaking under the administrative control of Ministry of Civil Aviation:** | | |
| | i.  For board level officers | **SO/ US/ /Dir** | **CVO** |
| | ii.  For non-Board level officers | **SO /US/ Dir** | **CVO** |
| 3. | i) Disciplinary cases having vigilance angle | **Section/DIR/CVO/ Secy** | **Concerned Disciplinary Authority** |
| | ii) Disciplinary cases having no vigilance angle i.e. for Administrative lapses. | **Section/DIR/CVO/ Secy** | **Concerned Disciplinary Authority** |
| 4. | Appointment of Chief Vigilance Officer/other Chief Vigilance Personnel on deputation basis in Public Sector Undertakings etc. under the administrative control of this Ministry. | **Section/CVO/Secy.** | **Minister** |
| 5. | Various Vigilance Reports and Returns | **SO/US** | **CVO** |
| 6. | Assistance to CBI | **SO/Dir** | **CVO** |
| 7. | General Vigilance Admn. | **SO/Dir** | **CVO** |
| 8. | Vigilance Clearance:- | **SO/US** | **CVO** |