# EXHIBIT 34

## Manual - 7
## Particular of any arrangement that exists for consultation with or representation by the members of the public in relation to the formulation of its policy implementation there of

Air India Limited is a Public Limited Company incorporated under the Companies Act, 1956. Its policies are framed and implemented by the Management and the Board of Directors of the Company.

The Directors on the Board are appointed by the President of India and may have eminent public personalities as non-official Directors. Being a Central Public undertaking, its polices and activities are constantly under close scrutiny of the Press, Public and Parliament.

The Members of Parliament who are the representatives of the Public, safeguard their rights and interests in the two Houses of the Parliament through Parliament Questions, Special Mentions / General Discussions/Debates. Further, there are Parliamentary Committees comprising Members of Parliament, which examine the Company and hold discussions on its functioning and performance from time to time apart from giving suggestions and recommendations relating to the activities of Air India Ltd. The policies and activities of Air India Ltd are, therefore, under constant scrutiny of the public through the above process.