# EXHIBIT 38

ADVERTISEMENT

LOG IN

*Los Angeles Times*

# India Official Comes Bearing Gift for Afghan Airline

LAT ARCHIVES

AUG. 11, 2002 12 AM PT



FROM ASSOCIATED PRESS

KABUL, Afghanistan —　India's foreign minister came to the Afghan capital on Saturday for his first visit to the country and presented his hosts with an unusual gift: the plane he flew in on.

The Air India Airbus 300B4, a 280-passenger, twin-jet airliner, will be the third aircraft in the fleet of Ariana Afghan Airlines, which is slowly resuming operations after the war last fall that drove the Taliban from power.

Indian Foreign Minister Yashwant Sinha said two more jetliners will be provided to the Afghan government by late September as part of India's contribution to the rebuilding of Afghanistan.

Sinha had a fast-paced schedule on the first day of a two-day visit, including meetings with President Hamid Karzai, Defense Minister Mohammed Qassim Fahim, Foreign Minister Abdullah and others.

ADVERTISING



**A West Coast Perspective**　　**$1/8 weeks**　✖

SUBSCRIBE

## Around the Web

Ads by Revcontent



**Top 10 "Golden Deals" Seniors Are Now Entitled To**

SENIOR SAVINGS



**These Twins Were Named "Most Beautiful in the World," Wait Till You See Them Now**

POST FUN



**Grandma Attacked Outside Store In Boston**

SAFEALARM



**Yep! They Are Still Married Today**

YOURBUMP



**Actor Posed with a Fan and Did Not Realize Who She is**

DEFINITION



**Massachusetts in Frenzy: Cannabis Strain Discovery Leaves Doctors Speechless**

SPRUCE CBD

---

**SUBSCRIBERS ARE READING**

USC SPORTS

USC's Song Girls project a glamorous ideal; 10 women describe a different, toxic reality

USC SPORTS

Pictures: USC Song Girls through the years

CALIFORNIA

A lurking earthquake fault has blocked Hollywood's tallest building. Will it ever rise?

HOUSING & HOMELESSNESS

Judge orders L.A. city and county to offer shelter to everyone on skid row by fall

CALIFORNIA

California's coronavirus case rate now the lowest in the continental U.S.

**A West Coast Perspective**     **$1/8 weeks**    ✕

Subscribe for unlimited access

**Follow Us**

Copyright © 2021, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell My Personal Information

**A West Coast Perspective**                    **$1/8 weeks**                    ✖