# EXHIBIT 41

BENCHMARKS CLOSED — Nifty 14,406.15  109.75
NSE GAINER-LARGE CAP — Hindustan Zinc 302.25  17.85
FEATURED FUNDS ★★★★★  5Y RETURN — ICICI Prudential Smallca... 14.07% INVEST NOW
MARKET WATCH

Sign In

# The Economic Times

English Edition ▾ | E-Paper

Special Offer on ET Prime

Home  ETPrime  Markets  News  Industry  RISE  Politics  Wealth  MF  Tech  Jobs  Opinion  NRI  Panache  ET NOW  More ▾

Business News › Ayurvedic massage on board A-I

# Ayurvedic massage on board A-I

PTI    Last Updated: Jun 15, 2002, 03:24 AM IST

**Synopsis**
Air-India will offer ayurvedic massage service to its executive class passengers from December as part of its efforts to spruce up its image, Civil Aviation Minister Syed Shahnawaz Hussain said.

LONDON: Air-India will offer ayurvedic massage service to its executive class passengers from December as part of its efforts to spruce up its image, Civil Aviation Minister Syed Shahnawaz Hussain said.

"In every Air-India flight there will be two expert masseurs from Kerala specialised in ayurvedic massage and they will provide foot and neck massage to passengers in first class and executive class," Hussain told reporters here last evening.

Will lotus bloom in Bengal?  FOLLOW ELECTIONS WITH ET →

Hussain, who had a detailed discussion with the British Transport Secretary Alistair Darling on Wednesday, said he was optimistic about getting additional landing slots for Air India at London's Heathrow airport.

He said British Prime Minister Tony Blair had written to Prime Minister Atal Behari Vajpayee on additional flights from London to Delhi and Mr Vajpayee had, in turn, sought a raise in the number of landing slots for A-I.

"If more slots are available, Air India is prepared to have daily flights from Delhi to London," Hussain said.

Replying to a question, he said his ministry planned to raise Rs 16,000 crore by leasing Delhi, Mumbai, Chennai and Kolkata airports to make them of world class standard. Besides, Delhi and Mumbai airports would be made international hubs like Singapore, Hong Kong and Dubai, he said.

The minister said following a series of measures, Air-India has made a Rs 20 crore profit after being in the red for seven years.

**ETPrime stories of the day**


RECENT HIT
13 mins read


BRANDS
13 mins read


5G
6 mins read

Will lotus bloom in Bengal? FOLLOW ELECTIONS WITH ET

How Tata Motors, M&M learnt the art of R&D despite measly sales. Think low product-development cost.

Sula is synonymous to wine in India. Can it maintain lead as Grover Zampa, Fratelli catch up?

Ringing in the 5G dream: why spectrum pricing, regulations are key to deploying the technology

**IN THE SPOTLIGHT**
Sanjiv Goenka highlighted the recovery of India 

Subscribe to **ETPrime**

| MOST READ | MOST SHARED | |

स्वामी रामदेव की पतंजलि को फ्री में मिल गई रुचि सोया की 60,000 एकड़ जमीन?

Manmohan Singh offers five-point guide to help Modi deal with the pandemic

For rich Indians, Dubai is now a travel and Pfizer vaccine vacation destination

The Fintech solution to small business credit woes

Maharashtra heads for full lockdown as checks fail to curb Covid numbers

More »

## Top Trending Terms

Covid LIVE Updates    Farmers Protest

Mutual Funds    Best Mutual Funds

What Are Open Ended Funds    Tech News

Aadhaar Card    Jack Ma    Barack Obama

Mukesh Ambani    Income Tax Calculator

FD Calculator    Ratan Tata    Elon Musk

Will lotus bloom in Bengal?  FOLLOW ELECTIONS WITH ET

GST   IFSC Code

**NEXT STORY**

# Essential agri commodities exports up 18% in Apr-Feb

ET Bureau    Last Updated: Apr 21, 2021, 11:59 PM IST

**Synopsis**
The commodities which posted significant positive growth in exports were wheat, non basmati rice, soya meal, spices, sugar, raw cotton, fresh and processed vegetables and alcoholic beverages.


However, the balance of trade has favourably increased to ₹1.325 lakh crore as against ₹93,907

Despite the Covid-19 situation world over, the country's export of **essential agricultural commodities** for the April 2020-February 2021 period has increased by 18.49% to ₹2.74 lakh crore as compared with ₹2.31 lakh crore in the same period last year. **Imports** too have shown a rise of 2.93% to ₹1.41 lakh crore during the period.

IN THE SPOTLIGHT
Sanjiv Goenka highlighted the 

Will lotus bloom in Bengal? FOLLOW ELECTIONS WITH ET

However, the balance of trade has favourably increased to ₹1.325 lakh crore as against ₹93,907 crore during the same period in 2019-20.

The commodities which posted significant positive growth in **exports** were wheat, non basmati rice, soya meal, spices, sugar, raw cotton, fresh and processed **vegetables** and alcoholic **beverages**.

| RELATED | MOST READ | MOST SHARED |

Farm exports could grow 20% in 2021-22, say exporters

Goyal calls upon exporters to reach $400 bn merchandise exports this fiscal

Global demand boost for Indian exporters

China's exports, imports seen staying buoyant in March

US adds Chinese supercomputer centers to export blacklist

CBIC issues verification regulations for new importers, exporters



**Top Trending News**

Narendra Modi    Moderna Vaccine

Raghav Chadha | Finance Ministry
Farmers Protest | Bharat Bandh
Best Tax Saving Funds | Economy News
Warren Buffett | India News | Breaking News
Delhi News | Mumbai News | Bangalore News
Kolkata News | Latest News | News Headlines



READ MORE NEWS ON

Essential Agricultural Commodities   Beverages   Imports   Exports   Vegetables

(Catch all the **Business News**, **Breaking News** Events and **Latest News** Updates on **The Economic Times**.)
Download **The Economic Times News App** to get Daily Market Updates & Live Business News.

### ETPrime stories of the day

Will lotus bloom in Bengal? FOLLOW ELECTIONS WITH ET



**PHARMA**

Toxic trade-off: how firing a burst of drugs to kill a virus can make people easy prey for superbugs

7 mins read



**INVESTING**

With nearly 500% returns in a year, Shakti Pumps is riding a wave of its own. What lies ahead?

9 mins read



**INVESTIGATION**

How a Shree Cement promoter transferred INR3,000 crore shares to private entities for a pittance

8 mins read

Subscribe to **ETPrime**

**NEXT STORY**

# Finance minister Nirmala Sitharaman urges India Inc to wait & watch

ET Bureau    Last Updated: Apr 21, 2021, 11:53 PM IST

**Synopsis**

Will lotus bloom in Bengal?    FOLLOW ELECTIONS WITH ET →



The finance minister promised to look into suggestions made by the industry towards mitigating the impact to the economy to save livelihoods alongside lives.

Finance minister **Nirmala Sitharaman** on Wednesday assured **India Inc** of full government support to overcome the impact of the **pandemic** while commending the Indian industry for its extreme forbearance, patience and perseverance.

Sitharaman made these remarks in two separate virtual interactions with industry captains, organised by the Confederation of Indian Industry (**CII**) and **Ficci**.

"I am sure all of us together will understand how best to now ramp up and sustain the growth momentum, which all of us are keen to see between the last quarter and this quarter," she said.

The finance minister noted that the government has extended the Emergency Credit Line Guarantee Scheme (ECGLS 2.0) for sectors like hospitality, aviation, travel, tourism and hotels faced great difficulty since the start of the pandemic.



**IN THE SPOTLIGHT**
Sanjiv Goenka highlighted the recovery of India

**RELATED**   MOST READ   |   MOST SHARED

India Inc on the jab to vaccinate staff above 45

India Inc brimming with opportunities for tech jobs: Indeed

India Inc scorecard to reflect Covid hits & misses

India Inc puts hiring plans in slow lane

India Inc, policymakers to log in for ET Awards tomorrow

India Inc. homes in on hybrid work plan

Agencies

Will lotus bloom in Bengal?   FOLLOW ELECTIONS WITH ET →



**Top Trending News**

Narendra Modi | Moderna Vaccine
Repo Rate | Adar Poonawalla
Raghav Chadha | Finance Ministry
Farmers Protest | Bharat Bandh
Best Tax Saving Funds | Economy News
Warren Buffett | India News | Breaking News
Delhi News | Mumbai News | Bangalore News
Kolkata News | Latest News | News Headlines

She assured the industry that the government is taking all measures to deal with the second wave of the pandemic and urged them to wait and watch for the next few days to assess the situation.

Sitharaman also assured seamless supply of medical oxygen to states. "Measures that the government is taking include importing medical oxygen, round the clock working of the oxygen filling stations and allowing containers used for nitrogen and argon to be used for oxygen," she said.

The finance minister emphasised on the need for adopting micro containment strategy to deal with the pandemic and noted that, "unlike last time we now have important tools such as vaccines and medicines".

She said the government is taking steps to help ramp up capacity of Remdesivir to 7.8 million vials per month from 3.6 million vials now.



"Some of these measures include rapid clearances for new capacities, stopping exports, stopping the exports of APIs and formulations used in the manufacture of this life saving drug, and allowing EoUs and manufacturers located in SEZs to also sell in the domestic market," she said.

The finance minister promised to look into suggestions made by the industry towards mitigating the impact to the economy to save livelihoods alongside lives.

Uday Kotak, CII president and managing director of Kotak Mahindra Bank, emphasised on ramping up research to identify and tackle the new mutants and to upgrade the vaccines. He also suggested building India's capacity in terms of supplies and medical infrastructure to address any possible future waves.

Uday Shankar, president of Ficci, said some clarity may be needed over essential and non-essential supply of goods, and stressed on the need to support the MSME sector which is currently facing difficulty.

READ MORE NEWS ON

India Inc    Cii    Uday Kotak    Nirmala Sitharaman    Ficci    Pandemic

(Catch all the **Business News**, **Breaking News** Events and **Latest News** Updates

Will lotus bloom in Bengal?   FOLLOW ELECTIONS WITH ET

Business News.

## ETPrime stories of the day



PHARMA

Toxic trade-off: how firing a burst of drugs to kill a virus can make people easy prey for superbugs

7 mins read



INVESTING

With nearly 500% returns in a year, Shakti Pumps is riding a wave of its own. What lies ahead?

9 mins read



INVESTIGATION

How a Shree Cement promoter transferred INR3,000 crore shares to private entities for a pittance

8 mins read

Subscribe to **ETPrime**

 Search News, Stock Quotes & NAV

BROWSE COMPANIES: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z
1 2 3 4 5 6 7 8 9

Will lotus bloom in Bengal?  FOLLOW ELECTIONS WITH ET

## Trending Now

| | |
|---|---|
| Covid vaccine Live news | Priyanka Gandhi |
| Yoshihide Suga | Chidambaram |
| Uttarakhand covid restrictions | K Sudhakar |
| Rahul Gandhi | J&J vaccine |
| What is a Green card | Tax slab |
| What is an H-1b visa | Sovereign gold bond |
| Best ELSS funds | Large cap funds 2021 |
| Best mid cap funds 2021 | What are debt mutual funds |
| Aadhaar card guide | |

## Popular Categories

| | |
|---|---|
| Covid Updates | Assembly Elections 2021 |
| News Live! | Markets Live ! |
| Stock Screener | MF Screener |
| Old Vs New Tax Regime | Candlestick Screener |
| Sunday ET | |

## Hot On Web

| | |
|---|---|
| Remdesivir | Donald Trump |
| Rahul Gandhi | Is stock market closed today |
| Covid Live updates | Mutual funds SIP 2021 |
| What are multi asset funds | What are balanced mutual funds |
| Global markets | Mutual funds |
| Breaking news | LTC Cash Voucher Scheme |
| SGX Nifty | Sensex Live |
| IRCTC share price | Infosys share price |
| Rupee | |

## In Case You Missed It

| | |
|---|---|
| Zakir Hussain Hospital Nashik | Goa Night Curfew |
| Canada immigration | West Bengal elections |
| Coronavirus Live updates | China news |
| Infosys | Agartala night curfew |
| Amit Shah | Remdesivir |
| Joe Biden | Tax savings guide 2021 |
| Arbitrage funds | Large & mid cap funds 2021 |
| Best aggressive hybrid funds 2021 | HDFC balanced advantage fund |
| Mutual funds | |

Will lotus bloom in Bengal? FOLLOW ELECTIONS WITH ET →

## ET Verticals

| | |
|---|---|
| Auto News | Retail News |
| Health News | Telecom News |
| Energy News | IT News |
| Real Estate News | Marketing & Advertising News |
| Technology News | CFO News |
| IT Security News | |

## More From Our Network

| | | |
|---|---|---|
| इकनॉमिक टाइम्स | Pune Mirror | Bangalore Mirror |
| Ahmedabad Mirror | ItsMyAscent | Education Times |
| Brand Capital | Mumbai Mirror | Times Now |
| Indiatimes | महाराष्ट्र टाइम्‌ | ವಿಜಯ ಕರ್ನಾಟಕ |
| Go Green | AdAge India | Eisamay |
| IGN India | IamGujarat | Times of India |
| Samayam Tamil | Samayam Telugu | Miss Kyra |
| Bombay Times | Filmipop | MX Player |
| Colombia | NBT Gold Podcast | Ei Samay Gold Podcast |
| MX ShareKaro App | MX TakaTak App | |

## Other Useful Links

| | |
|---|---|
| About Us | Book your Newspaper Subscription |
| Create Your Own Ad | Advertise with Us |
| Terms of Use & Grievance Redressal | Privacy policy |
| Contact Us | RSS |
| DNPA Code of Ethics | Do not sell my info |

## Services

Longwalks App

Copyright © 2021 Bennett, Coleman & Co. Ltd. All rights reserved. For reprint rights: Times Syndication Service