# EXHIBIT 43

Jan 11, 2006, 11:24am EST

# Air India Buys 68 Planes From McNerney's Boeing



**Parmy Olson** Former Staff
*AI, robotics and the digital transformation of European business.*



Follow

🕐 This article is more than 10 years old.

It's official. For the thousands of future travelers who will pick Air India to fly between the likes of Bangalore and the U.S. or Europe, some 68 new **Boeing** aircraft will get them there. The company's executive vice president, AllenMulallyAllen Mulally braved Mumbai's near 90 degrees Fahrenheit heat to sign **Air India**'s purchase agreement, valued at an estimated $11 billion at list prices according to the Associated Press.

After months of negotiations, India's authorities have declared it the largest single deal in India's civil aviation history, even with the substantial discount that Air India will probably get for such a large order. And there's another 18 aircraft penciled in for **Air India Express**, the company's low-cost affiliate.

Cookie Preferences

The new planes, most of which will be 787s, will replace Air India's current fleet of 42 aircraft, renowned for being wallpapered in reams of the country's celebrated chintz. The delivery of the aircraft is scheduled to begin in November.

It perhaps comes as little surprise that the state-owned airline has chosen Boeing as its vendor for such a significant deal. After all, India itself has proven to be a loyal customer, with around 80 of India's 180 commercial aircraft having come from Boeing.

Mulally affirmed that by citing his company's commitment to the Indian aviation industry, saying it dated back more than 60 years and that Air India was "a valued and longtime partner." His boss, Chief Executive JamesMcNerneyJames McNerney, must see the potential of that partnership as well. India's aviation sector is growing faster than you can say Maharshtra, with new private airlines taking to the skies and the government moving toward privatization to improve airport infrastructure. Boeing will do its bit by also investing $100 million to set up a new maintenance facility in the country.

It might have been sweltering in Mumbai, but the trip for Mulally was no doubt worth it.

Cookie Preferences

## More Faces In The News



**Parmy Olson**

I cover developments in AI, robotics, chatbots, digital assistants and emerging tech in Europe. I've spent close to a decade profiling the hackers and dreamers who are... **Read More**

Reprints & Permissions

ADVERTISEMENT

Cookie Preferences