# EXHIBIT 52

EDITION    IN                                                                                    Sign In

**INDIA**     Ram Temple In Ayodhya (Https://Timesofindia.indiatimes.com/India/Ram-Mandir-In-Ayodhya)    LAC Face-Off (Https://Timesofindia.indi

TOP SEARCHES    Coronavirus in India (https://timesofindia.indiatimes.com/india/coronavirus-lockdown-in-india-covid-19-vaccine-cases-oxygen-shortage-live-up

NEWS (HTTPS://TIMESOFINDIA.INDIATIMES.COM/)   /   INDIA NEWS (HTTPS://TIMESOFINDIA.INDIATIMES.COM/INDIA)   /   CBI FILES THREE FIRS ON UPA'S AIRCRAFT BUY, AIR INDIA DECISIONS

THIS STORY IS FROM MAY 30, 2017

# CBI files three FIRs on UPA's aircraft buy, Air India decisions

Neeraj Chauhan (https://timesofindia.indiatimes.com/toireporter/author-Neeraj-Chauhan-479216836.cms) / TNN / May 30, 2017, 03:11 IST

FACEBOOK    TWITTER    LINKEDIN    EMAIL    /articleshowprint/58902248.cms)    AA

**UP NEXT**

**1**

CBI files three FIRs on UPA's aircraft buy, Air India decisions (https://timesofindia.indiatim files-3-firs-on-upas-aircraft-buy-air-india-decisions/articleshow/5890216)

**2**

India-Germany ties attract attention after Chancellor Angela Merkel's outburst (https://timesofindia.indiatimes.com/india/india-germany-ties-attract-attention-after-merkels-outburst/articleshow/58902168.cms)

**3**

ADVT: 'Bitcoin is illegal' and other Cryptocurrency myths that you need to stop believing (https://timesofindia.indiatimes.com/spotlight/bitcoin-is-illegal-and-other-cryptocurrency-myths-that-you-need-to-stop-believing/articleshow/82197048.cms)

**4**

CBI questions Shahabuddin on murder of journalist in Siwan (https://timesofindia.indiatimes.com/india/cbi-questions-shahabuddin-on-murder-of-journalist-in-siwan/articleshow/58901533.cms)



**KEY HIGHLIGHTS**

- According to CBI, the original proposal was to buy a total of 28 planes for Air India and Indian Airlines.
- But the UPA government decided to buy 68 for Air India from Boeing, and another 43 for Indian Airlines from Airbus.
- Besides, Air India-Indian Airlines merger is also under CBI lens

NEW DELHI: The CBI has registered three FIRs against unknown officials of the civil aviation ministry and private persons for alleged irregularities in UPA government's purchase of 111 aircraft for Air India and Indian Airlines at a cost of Rs 70,000 crore, leasing of a large number of aircraft by AI without due consideration, and surrendering of the debt-ridden carrier's profit-making routes and schedules to benefit private players.

In addition, the agency has launched a preliminary enquiry (PE) into the 2007 merger of the two public carriers, IA and AI, to ascertain whether the matter needs to be probed further by registering an FIR. The merger followed the decision to place huge orders with Boeing and Airbus, a decision which the agency alleged cost the exchequer "tens of thousands of crores".

CBI had been directed by Supreme Court to probe the decisions based on a PIL filed by activist lawyer Prashant Bhushan. It said that in its three FIRs and one PE, it has booked unknown officials of the civil aviation ministry, Air India and unknown private persons for criminal conspiracy, cheating and under the prevention of corruption Act.

About the purchase of 111 planes, CBI officials said the original

**TRENDING TOPICS**

Corona cases in India (https://timesofindia.indiatimes.com/india/covid-19-daily-cases-touch-3-5-lakh-2760-die-in-24-hours/articleshow/82236321.cms)

Karnataka lockdown (https://timesofindia.indiatimes.com/city/bengaluru/ka lockdown-night-curfew-bangalore-coronavirus-cases-li updates-25-april-2021/liveblog/82238522.cms)

Tamil Nadu Lockdown guidelines (https://timesofindia.indiatimes.com/city/chennai/covid 19-surge-tamil-nadu-announces-more-restrictions-theatres-bars-and-public-worship-wont-be-allowed/articleshow/82232503.cms)

Mann Ki Baat (https://timesofindia.indiatimes.com/india/pm-modis-mann-ki-baat-top-quotes/articleshow/82239686.cms)

Coronavirus India update live (https://timesofindia.indiatimes.com/india/coronavirus-lockdown-in-india-covid-19-vaccine-cases-oxygen-shortage-live-updates-25-april-2021/liveblog/82237941.cms)

Maharashtra lockdown news (https://timesofindia.indiatimes.com/city/pune/mahara pune-nagpur-thane-nashik-mumbai-covid-19-lockdow news-live-updates-25-april-2021/liveblog/82238193.cms)

Delhi lockdown news (https://timesofindia.indiatimes.com/city/delhi/live-news-lockdown-in-delhi-night-curfew-covid-cases-noida-gurgaon-ghaziabad-temperature-pollution-25-april-2021/liveblog/82238343.cms)

West Bengal Election 2021 (https://timesofindia.indiatimes.com/india/west-bengal-election-2021-voting-6th-phase-live-updates/liveblog/82189756.cms)

proposal was to buy a total of 28 planes for Air India and Indian Airlines. But the government finally decided to buy 68 for Air India from Boeing, and another 43 for Indian Airlines from Airbus.

The twin decisions triggered a controversy, with the Comptroller & Auditor General (CAG) terming the decision to purchase planes through debt a "recipe for disaster", noting that the decision was taken when the airlines were "in a crisis". The federal auditor also criticised the decision to lease planes, saying they were leased from private operators even while the process to acquire new planes was underway.

The CAG criticised the merger as ill-timed and said that the financial case for merger was not "adequately validated".

CBI said the FIRs were based on the preliminary inquiries it conducted in the light of the SC's directive and the findings of the CAG and Parliament's Public Accounts Committee, which was also critical of the decisions. "The acquisition was done to benefit private companies," CBI alleged in its FIR into the acquisition of planes.

"The entire acquisition (for both Air India and Indian Airlines) was to be funded through debt (to be repaid through revenue generation), except for a relatively small equity infusion of Rs 325 crore for Indian Airlines. This was a recipe for disaster and should have raised alarm signals in ministry of civil aviation, Public Investment Board and the Planning Commission", the CAG report had stated.

It further said: "This increase in numbers does not withstand audit scrutiny, considering the market requirements obtaining then or forecast for the future, as also the commercial viability projected to justify the acquisition. The acquisition appears to be supply-driven."

CBI's second FIR has been registered to probe what it called "irregular leasing of large number of aircraft by Air India without due consideration, proper route study and marketing or price strategy". The decision benefited private carriers, the CBI alleged

The third FIR has been lodged to investigate AI for giving up profit making routes and timings in favour of national and international private airlines, which again led to a huge loss to the national carrier but came as a boon to private operators.

Sources said the PE into the decision to merge the two airlines – the process for which started on March 16, 2006 – would focus on those who were running the civil aviation ministry at the time. Subsequently, a presentation was made to Prime Minister Manmohan Singh on March 22, 2006, in which the chairman and managing directors of Indian Airlines and Air India, the deputy chairman of the Planning Commission and the civil aviation secretary were also present.

The move to merge AI and IA was initiated in 2006 by the civil aviation ministry under Praful Patel and was cleared by a group of ministers which included Pranab Mukherjee and P Chidambaram, before being formally approved by the Manmohan Singh Cabinet.

▶ WATCH

Ravindra Jadeja (https://timesofindia.indiatimes.com/sports/cricket/ipl/top-stories/watch-ravindra-jadeja-hits-record-equalling-37-final-over/articleshow/82243479.cms)

India Oxygen supply news (https://timesofindia.indiatimes.com/india/medical-oxygen-supply-up-5-since-tuesday-govt-wants-monitoring-wastage-reduced/articleshow/82237403.cms)

**TOP STORIES RIGHT NOW (HTTPS://TIMESOFINDIA.INDIATIMES.COM/H**

INDIA
1. Covid-19: In one week, India adds 22.5 lakh cases, deaths surge 89% (https://timesofindia.indiatimes.com/india/covid-19-in-one-week-india-adds-22-5-lakh-cases-deaths-surge-89/articleshow/82249240.cms)

INDIA
2. Covid-19: Second wave has shaken country, says PM Modi (https://timesofindia.indiatimes.com/india/covid-19-second-wave-has-shaken-country-says-pm-modi/articleshow/82249466.cms)

INDIA
3. Covid live: Determined to help India in its time of need, says Joe Biden (https://timesofindia.indiatimes.com/india/coronavirus-lockdown-in-india-covid-19-vaccine-cases-oxygen-shortage-live-updates-25-april-2021/liveblog/82237941.cms)

INDIA
4. Ordered only 'fake' Covid posts blocked, not critical ones: IT ministry (https://timesofindia.indiatimes.com/india/ordered-only-fake-covid-posts-blocked-not-critical-ones-it-ministry/articleshow/82249535.cms)

BUSINESS
5. Industries to divert liquid oxygen for medical use (https://timesofindia.indiatimes.com/business/india-business/industries-to-divert-liquid-oxygen-for-medical-use/articleshow/82249710.cms)

MORE LATEST NEWS ›

**CBI registers enquiry to probe Air India-Indian Airlines merger**




## Quick Links

| | | |
|---|---|---|
| CORONAVIRUS IN MUMBAI | FARM BILL 2020 | FARMERS PROTEST |
| CORONAVIRUS IN DELHI | CORONAVIRUS IN BANGALORE | CORONAVIRUS SYMPTOMS |
| CORONAVIRUS IN INDIA | WEST BENGAL ELECTIONS 2021 | CORONAVIRUS NEWS |
| SOLAR ECLIPSE | NPR | WHAT IS NRC |
| CAB BILL | CAB AND NRC | ASSAM ELECTION 2021 |
| PODCAST NEWS | LOK SABHA | TAMIL NADU ELECTION 2021 |
| CONGRESS | BJP NEWS | KERALA ELECTIONS 2021 |
| INDIAN ARMY | ISRO NEWS | SUPREME COURT |



logo (https://timesofindia.indiatimes.com/)

| | |
|---|---|
| About us (https://www.timesinternet.in) | RSS (https://timesofindia.indiatimes.com/rss.cms) |
| Create Your Own Ad (https://www.ads.timesinternet.in/expresso/selfservice/loginSelfService.htm) | Newsletter (https://timesofindia.indiatimes.com/newsletterhome.cms) |
| Terms of Use and Grievance Redressal Policy (https://www.indiatimes.com/termsandcondition) | Feedback (https://timesofindia.indiatimes.com/feedback.cms) |
| | ePaper (https://epaper.timesgroup.com/TOI/TimesOfIndia/index.html?a=c) |
| Privacy policy (https://www.indiatimes.com/privacypolicy) | Sitemap (https://timesofindia.indiatimes.com/sitemap.cms) |
| Advertise with us (https://timesinternet.in/advertise/marketing) | Archives (https://timesofindia.indiatimes.com/archive.cms) |

**FOLLOW US ON**

**OTHER TIMES GROUP NEWS SITES**

| | |
|---|---|
| The Economic Times (https://economictimes.indiatimes.com) | Times Now (https://www.timesnownews.com/) |
| Hindi Economic Times (https://economictimes.indiatimes.com/hindi) | Times Now Hindi (https://www.timesnowhindi.com/) |
| Navbharat Times (https://navbharattimes.indiatimes.com) | TimesPoints (https://www.timespoints.com/#/products?utm_source=TOI&utm_medium=Footer&utm_campaign=TOI_Footer) |
| Maharashtra Times (https://maharashtratimes.com/) | |
| Vijaya Karnataka (https://vijaykarnataka.com/) | Indiatimes (https://www.indiatimes.com/) |
| Telugu Samayam (https://telugu.samayam.com/) | Brand Capital (http://brandcapital.co.in/) |
| Tamil Samayam (https://tamil.samayam.com/) | Education Times (http://www.educationtimes.com/) |
| Malayalam Samayam (https://malayalam.samayam.com/) | Times Food (https://recipes.timesofindia.com/?_ga=2.136800816.1428222683.1593400724-amp-NKUM-n_c6RPY3lfy9MKZw1pfqLblvF469YKIurBFWMVAL1su-edve8E2rJu4yhmC) |
| Ei Samay (https://eisamay.indiatimes.com/) | |
| I am Gujarat (https://www.iamgujarat.com/) | Miss Kyra (https://www.misskyra.com/) |

**POPULAR CATEGORIES**

| | | | |
|---|---|---|---|
| Headlines (https://timesofindia.indiatimes.com/home) | India News (https://timesofindia.indiatimes.com/india) | Health & Fitness Tips (https://timesofindia.indiatimes.com/life-style/health-fitness) | Indian TV Shows (https://timesofindia.indiatimes.com/tv/hindi) |
| Sports News (https://timesofindia.indiatimes.com/sports) | World News (https://timesofindia.indiatimes.com/world) | **HOT ON THE WEB** | Celebrity Photos (https://photogallery.indiatimes.com/celebs) |
| Business News (https://timesofindia.indiatimes.com/business) | Bollywood News (https://timesofindia.indiatimes.com/entertainment) | Disha Patani (https://timesofindia.indiatimes.com/entertainment/hindi/bollywood/news/stylish-bodycon-dresses-to-steal-from-disha-patanis-wardrobe/photostory/82216001.cms) | Nidhhi Agerwal (https://timesofindia.indiatimes.com/entertainment/...) |

stories/nidhhi-agerwal-steams-up-the-internet-with-irresistible-postures/photostory/82219429.cms)

Drinking Too Much Water (https://timesofindia.indiatimes.com/life-style/health-fitness/web-stories/the-side-effects-of-drinking-too-much-water/photostory/82148733.cms)

Triple Mutation (https://timesofindia.indiatimes.com/life-style/health-fitness/health-news/coronavirus-new-triple-covid-mutation-found-in-india-heres-what-we-know-of-this-new-variant/photostory/82196981.cms)

Coronavirus Test (https://timesofindia.indiatimes.com/life-style/health-fitness/health-news/coronavirus-test-what-is-ct-count-in-a-covid-19-test-what-does-it-tell-you-about-your-infection/articleshow/82243330.cms)

Kartik Aaryan (https://timesofindia.indiatimes.com/enter

**TOP TRENDS**

Corona cases in India (https://timesofindia.indiatimes.com/india/19-daily-cases-touch-3-5-lakh-2760-die-in-24-hours/articleshow/82236321.cms)

Karnataka lockdown (https://timesofindia.indiatimes.com/city/b lockdown-night-curfew-bangalore-coronavirus-cases-live-updates-25-april-2021/liveblog/82238522.cms)

Tamil Nadu Lockdown guidelines (https://timesofindia.indiatimes.com/city/c 19-surge-tamil-nadu-announces-more-restrictions-theatres-bars-and-public-worship-wont-be-allowed/articleshow/82232503.cms)

Mann Ki Baat (https://timesofindia.indiatimes.com/india/ modis-mann-ki-baat-top-quotes/articleshow/82239686.cms)

Coronavirus India update live (https://timesofindia.indiatimes.com/india/ lockdown-in-india-covid-19-vaccine-cases-oxygen-shortage-live-updates-25-april-2021/liveblog/82237941.cms)

Maharashtra lockdown news (https://timesofindia.indiatimes.com/city/p pune-nagpur-thane-nashik-mumbai-covid-19-lockdown-news-live-updates-25-april-2021/liveblog/82238193.cms)

Delhi lockdown news (https://timesofindia.indiatimes.com/city/d news-lockdown-in-delhi-night-curfew-covid-cases-noida-gurgaon-ghaziabad-temperature-pollution-25-april-2021/liveblog/82238343.cms)

West Bengal Election 2021 (https://timesofindia.indiatimes.com/india/ bengal-election-2021-voting-6th-phase-live-updates/liveblog/82189756.cms)

aaryan-shares-his-first-post-since-dostana-2-controversy-happy-fans-say-finally-you-posted/articleshow/82212404.cms)

Kangana Ranaut (https://timesofindia.indiatimes.com/enter ranaut-applauds-the-indian-air-force-for-their-contribution-in-the-fight-against-covid-19/articleshow/82212785.cms)

Sruthi Haasan (https://timesofindia.indiatimes.com/enter stories/shruti-haasan-shares-unseen-pictures-kamal-haasan-to-santanu-hazarika/photostory/82175884.cms)

Bhumi Pednekar (https://timesofindia.indiatimes.com/enter stories/bhumi-pednekars-inspirational-weight-loss-journey/photostory/82180283.cms)

Raiza Wilson (https://timesofindia.indiatimes.com/enter stories/raiza-wilsons-stylish-pictures/photostory/82178996.cms)

Ravindra Jadeja (https://timesofindia.indiatimes.com/sports stories/watch-ravindra-jadeja-hits-record-equalling-37-in-final-over/articleshow/82243479.cms)

India Oxygen supply news (https://timesofindia.indiatimes.com/india/ oxygen-supply-up-5-since-tuesday-govt-wants-monitoring-wastage-reduced/articleshow/82237403.cms)

Weekly horoscope (https://timesofindia.indiatimes.com/astrol horoscope-25-april-to-01-may-2021-check-predictions-for-all-zodiac-signs/articleshow/82208948.cms)

SRH vs DC (https://timesofindia.indiatimes.com/sports blog/sunrisers-hyderabad-vs-delhi-capitals-srh-vs-dc-live-score-ipl-2021-20th-match-chennai/liveblog/82242981.cms)

IPL 2021 Schedule (https://timesofindia.indiatimes.com/sports stories/ipl-2021-time-table-full-schedule-time-table-fixtures-and-venues/articleshow/81376771.cms)

Oxygen shortage in India (https://timesofindia.indiatimes.com/india/ indias-oxygen-shortage/articleshow/82157669.cms)

Farmers protest in India (https://timesofindia.indiatimes.com/india/ protest)

News (https://timesofindia.indiatimes.com/news)

Horoscope today (https://timesofindia.indiatimes.com/astrol today-25-april-2021-check-astrological-prediction-for-aries-taurus-gemini-

cancer-and-other-signs/articleshow/82209585.cms)

**TRENDING TOPICS**

Corona cases in India (https://timesofindia.indiatimes.com/india/ 19-daily-cases-touch-3-5-lakh-2760-die-in-24-hours/articleshow/82236321.cms)

Karnataka lockdown (https://timesofindia.indiatimes.com/city/b lockdown-night-curfew-bangalore-coronavirus-cases-live-updates-25-april-2021/liveblog/82238522.cms)

Tamil Nadu Lockdown guidelines (https://timesofindia.indiatimes.com/city/c 19-surge-tamil-nadu-announces-more-restrictions-theatres-bars-and-public-worship-wont-be-allowed/articleshow/82232503.cms)

Mann Ki Baat (https://timesofindia.indiatimes.com/india/ modis-mann-ki-baat-top-quotes/articleshow/82239686.cms)

Coronavirus India update live (https://timesofindia.indiatimes.com/india/ lockdown-in-india-covid-19-vaccine-cases-oxygen-shortage-live-updates-25-april-2021/liveblog/82237941.cms)

**LIVING AND ENTERTAINMENT**

iDiva (https://www.idiva.com/?host=TOI)

MensXP.com (http://mensxp.com)

Femina (http://www.femina.in)

ETimes (https://timesofindia.indiatimes.com/etime

Grazia (http://www.grazia.co.in)

Zoom (https://www.zoomtventertainment.com/)

Travel Destinations (https://timesofindia.indiatimes.com/travel

Bombay Times (http://www.bombaytimes.com)

Cricbuzz.com (http://cricbuzz.com)

Filmfare (http://www.filmfare.com)

Online Songs (https://gaana.com/newrelease)

**SERVICES**

Ads2Book (https://www.ads2book.com/? ref=timesofindia)

Bank Exam App (https://play.google.com/store/apps/details id=co.gradeup.android&hl=en&u

CouponDunia (http://www.coupondunia.in/)

Dineout (https://www.dineout.co.in/)

Magicbricks (http://www.magicbricks.com/)

TechGig (http://www.techgig.com)

TimesJobs (http://www.timesjobs.com/)

Step by Step Pizza Recipe (https://recipes.timesofindia.com/recipes/pizza/rs569

Maharashtra lockdown news (https://timesofindia.indiatimes.com/city/pune/mah pune-nagpur-thane-nashik-mumbai-covid-19-lockdown-news-live-updates-25-april-2021/liveblog/82238193.cms)

Delhi lockdown news (https://timesofindia.indiatimes.com/city/delhi/live-news-lockdown-in-delhi-night-curfew-covid-cases-noida-gurgaon-ghaziabad-temperature-pollution-25-april-2021/liveblog/82238343.cms)

West Bengal Election 2021 (https://timesofindia.indiatimes.com/india/west-bengal-election-2021-voting-6th-phase-live-updates/liveblog/82189756.cms)

Ravindra Jadeja (https://timesofindia.indiatimes.com/sports/cricket/i stories/watch-ravindra-jadeja-hits-record-equalling-37-in-final-over/articleshow/82243479.cms)

India Oxygen supply news (https://timesofindia.indiatimes.com/india/medical-oxygen-supply-up-5-since-tuesday-govt-wants-monitoring-wastage-reduced/articleshow/82237403.cms)

TV (https://timesofindia.indiatimes.com/tv/hindi)

Lifestyle (https://timesofindia.indiatimes.com/life-style)

Longwalks App (https://longwalks.onelink.me/OzWN/longwalksapp)

Newspaper Subscription (https://subscribe.timesgroup.com/subscription)

Food News (https://timesofindia.indiatimes.com/life-style/food-news)

Times Prime (https://www.timesprime.com? utm_source=TOI_Sites&utm_medium=et&amp

Whats Hot (https://www.whatshot.in/)

Bollywood News (https://play.google.com/store/apps/details? id=in.til.popkorn)

Times Mobile (http://www.timesmobile.in/)

Remit 2 India (https://www.remit2india.com/sendmoneytoindia/h

Astro Speak (http://www.astrospeak.com)

Gadgets Now (https://www.gadgetsnow.com/)

Careers (http://careers.timesgroup.com/)

Colombia (https://www.colombiaonline.com/)

Copyright © 2021 Bennett, Coleman & Co. Ltd. All rights reserved. For reprint rights: Times Syndication Service

END OF ARTICLE