# EXHIBIT 55



Government News  /  Latest Government News  /  Governance

# Vande Bharat Mission: Major airports and ports in India gear up to receive stranded Indians abroad

Air India's flight number IX 452 with 200 passengers on board from Abu Dhabi, as part of the 10 flights on the day-1 evacuation, is expected to reach Cochin International airport in Kerala on Thursday at 9.40 pm. Two naval ships – INS Jalaswha and INS Magar – with 1,000 passengers from Maldives will reach Cochin port on Friday.

ETGovernment    May 07, 2020, 12:11 IST







| NEWS | GOVERNANCE | POLICY | GOVTECH | SMART INFRA | INTERVIEW | GOVCAFE | B |









**By T Radhakrishna**

Amid strict health protocols and high alert, several airports and ports in India are geared up to receive standard Indians abroad on Thursday, beginning the country's biggest evacuation exercise by air and sea.

As part of the Vande Bharat Mission (VBM) and Samudra Setu, adequate arrangements have been made at several airports and ports to receive the returning expatriates and they will be quarantined as per the standard operating protocols (SoPs) and guidelines, issued by the concerned authorities.

According to official information, Air India's flight No. IX 452 with 200 passengers on board from Abu Dhabi is expected to reach Cochin International airport on Thursday at 9.40 pm. The Indian Navy dispatched two ships to Male,

**GOVERNANCE**



18 mins ago

**MP govt approves hiring of 200 additional ambulances**



59 mins ago

**Centre to make changes in CoWIN app to enable use of purchased vaccines for people above 45**

NEWS ∨ | GOVERNANCE | POLICY | GOVTECH ∨ | SMART INFRA ∨ | INTERVIEW | GOVCAFE ∨ | B

first phase of the evacuation operations from May 8, 2020.

ADVERTISEMENT

Virtual Event

### Nationl PSU Virtual Summit 2021



27 May 2021 @ 11:30 PM | Virtual Event

Join ETGovernment PSU Virtual Summit



**Abhay Kumar Singh**
Chairman & Managing Director, National Hydroelectric Power Corporation Ltd



**Vartika Shukla**
Director - Technical, Engineers India Limited

**Register Now** ❯   *Towards Global Competitiveness*

Ministry of Health and Family Welfare, Ministry of Civil Aviation (MoCA), and Ministry of Home Affairs (MHA) are coordinating with the respective State governments. As part of the evacuation measures, the office of Prime Minister Narendra Modi is in touch with Chief Ministers of Gujarat, Kerala, Maharashtra, Telangana, and Delhi and others and is guiding them.

Similarly, state governments held review



1 hr ago

**UP police to take action against those spreading rumours that COVID spreads through 5G trials**



2 hrs ago

**UP govt extends lockdown till May 17**

View More ❯

### EDITOR'S PICK



59 mins ago

**Centre to make changes in CoWIN app to enable use of purchased vaccines for people above 45**

NEWS  GOVERNANCE  POLICY  GOVTECH  SMART INFRA  INTERVIEW  GOVCAFE  B

and-post evacuation plans in their states respectively. In Telangana, its chief secretary Somesh Kumar held a review meeting on arrangements for the arrival of the state's natives. At least seven flights from six countries with about 2,300 passengers are expected to reach Hyderabad as part of the evacuation plan.

At least 10 flights are planned on the first day from various destinations abroad. Besides Cochin, the other cities where the flights are scheduled to land on Thursday are Kozhikode in Kerala, Mumbai in Maharashtra, Hyderabad in Telangana, Ahmedabad in Gujarat, Srinagar in Jammu and Kashmir and Delhi, the capital of India.

From the Gulf countries to Malaysia and the UK to the USA, the multi-agency operation christened 'Vande Bharat Mission' will see the state-owned Air India Express operate as many as 64 flights between May 7 and 13, 2020 in the first phase to ferry around 15,000 Indian nationals from 12 countries. Private Indian airlines are likely to join the repatriation effort after May 13, 2020.


2 hrs ago
**MP govt's 'Main Ek Doctor - Main Ek Volunteer' app looks to rope in doctors from across the globe for online Covid-19 consultations**


2 hrs ago
**Kerala e-pass website traffic balloons many times, police rejects 15,761 e-pass requests**


5 hrs ago
**Former Andhra Pradesh DGP Bayyarapu Prasada Rao passes away in USA**


5 hrs ago
**E-pass must for emergency travel in Andhra Pradesh during curfew hours**

NEWS  GOVERNANCE  POLICY  GOVTECH  SMART INFRA  INTERVIEW  GOVCAFE  B

**Future Ready Digital Ecosystem**

# DigiTech Conclave 2021

16 July 2021 @ 12:00 AM | Virtual Event

Join ETGovernment DigiTech Conclave 2021

**Register Now** >



## Samudra Setu

As part of the Samudra Setu (Sea Bridge), the Indian Navy dispatched two ships to Male, the capital of Maldives to commence the first phase of the evacuation operations from May 8, 2020.

According to official communication, at least 1,000 or more people are expected to be evacuated in the first ship in naval ships, INS Jalaswha and INS Magar. The evacuated passengers are expected to reach Cochin port on Friday.

## Protocols and Guidelines

In Kerala, thermal scanners have been erected at the airports for the screening of the passengers and for quarantine facilities, while 4,000 houses with water, electricity and bath attached facilities have been arranged in Kerala. Similar

**ETGovernment Chai Pe Charcha with Asim Arun, IPS**



Each week, we interact with a new guest, discussing interesting topics. This week we...



16 days ago

**ETGovernment Chai pe Charcha with Naveen Jain, IAS**



19 days ago

**ETGovernment Chai Pe Charcha with Satyajeet Rajan, IAS (Rtd)**



19 days ago

**ETGovernment Chai pe Charcha with IAS officer Dr. Pallavi Jain Govil**

| NEWS | GOVERNANCE | POLICY | GOVTECH | SMART INFRA | INTERVIEW | GOVCAFE | B |

Gujarat, Karnataka, Maharashtra, Telangana, and Jammu and Kashmir.

The pilots and the cabin crew of the first batch of Air India Express evacuation flight were imparted training on handling of in-flight operations at the time of the covid-19 pandemic. Doctors and nurses of a government medical college (GMC) hospital in Cochin along with experts in handling covid-19 patients briefed the 12 airline staff including four pilots.

The pilots and cabin crew were provided training on donning and doffing of Personal Protective Equipment (PPE) suits, infection control practices to be followed in-flight and also the management of anticipated health emergencies during the flight, hospital authorities said here. A practical demonstration of both donning and doffing of PPE suits according to the protocol was also given to the crew.

As per the Government of India's guidelines and SOPs, all the evacuated passengers will have to undergo 13 days institutional quarantine.

Follow and connect with us on Twitter, Facebook, Linkedin



# MP govt approves hiring of 200 additional ambulances

*The Madhya Pradesh government has approved the hiring of 200 additional ambulances for taking coronavirus patients to the hospitals.*

IANS     May 10, 2021, 17:56 IST

+ Click Here to Read This Story

# Centre to make changes in CoWIN app to enable use of purchased vaccines for people above 45

*AP's health secretary AK Singhal said the Centre was positive on his request and the changes will be effected in CoWIN within a couple of days.*

ETGovernment     May 10, 2021, 17:15 IST

| 🏠 | NEWS ⌄ | **GOVERNANCE** | POLICY | GOVTECH ⌄ | SMART INFRA ⌄ | INTERVIEW | GOVCAFE ⌄ | B |

# UP police to take action against those spreading rumours that COVID spreads through 5G trials

*The Uttar Pradesh Police has directed all commissioners, DIGs and superintendents of police to initiate action against those spreading rumours that COVID-19 infection spreads through 5G trials.*

PTI     May 10, 2021, 16:40 IST

➕ Click Here to Read This Story

# UP govt extends lockdown till May 17

*The Uttar Pradesh government has decided to extend the lockdown till May 17 in the state to break the chain of coronavirus infections, the government said here on Sunday.*

IANS     May 10, 2021, 16:00 IST

➕ Click Here to Read This Story

# Kerala e-pass website traffic balloons many times,

| NEWS | GOVERNANCE | POLICY | GOVTECH | SMART INFRA | INTERVIEW | GOVCAFE | B |

## police rejects 15,761 e-pass requests

The state police that had warned people against unnecessary flooding the e-pass website has so far issued 81,797 e-passes and rejected 15,761 requests.

ETGovernment    May 10, 2021, 15:48 IST

➕ Click Here to Read This Story

## 10 Oxygen generation plants to come up in J-K soon, says LG Manoj Sinha

Jammu and Kashmir Lieutenant Governor Manoj Sinha on Sunday informed that 10 additional oxygen generation plants will soon come up in the union territory with the intervention of the Central government.

ANI    May 10, 2021, 15:27 IST

➕ Click Here to Read This Story

## Delhi Metro services to remain suspended till May 17 morning

The Delhi Metro services will remain completely closed till 5 am on May 17, as the national capital enters into an extended period of lockdown with strict restrictions to curb the spread of coronavirus.

ANI    May 10, 2021, 14:52 IST

| NEWS | GOVERNANCE | POLICY | GOVTECH | SMART INFRA | INTERVIEW | GOVCAFE | B |

# Mamata Banerjee ministry to have 43 ministers, Amit Mitra also included

The Mamata Banerjee government ministry will be expanded on Monday morning, with the induction of 24 cabinet ministers, 10 ministers of state with independent charge and another 9 ministers of state, as per the list released on Sunday.

IANS    May 10, 2021, 14:15 IST

+ Click Here to Read This Story

# Gagandeep Singh Bedi appointed as Greater Chennai's Corporation Commissioner

Senior IAS official Gagandeep Singh Bedi has been appointed as Greater Chennai's Corporation Commissioner on Sunday.

ANI    May 10, 2021, 13:41 IST

+ Click Here to Read This Story

# Former Andhra Pradesh

| NEWS ⌄ | GOVERNANCE | POLICY | GOVTECH ⌄ | SMART INFRA ⌄ | INTERVIEW | GOVCAFE ⌄ | B

# DGP Bayyarapu Prasada Rao passes away in USA

*Rao was awarded the Indian Police Medal for meritorious service in 1997 and the President's Police Medal for distinguished service in 2006.*

ETGovernment    May 10, 2021, 13:13 IST

➕ Click Here to Read This Story

### SUPPORTING PARTNER:



### INDUSTRY NEWS

Retail News • Auto News • Health News • Telecom News • Energy News • IT News • Real Estate News • Technology News • CFO News • IT Security News • BFSI News • Marketing & Advertising News • Hospitality News • Travel News • HR News • Legal News

| CONTACT US | SIGN UP FOR | FOLLOW US |
|---|---|---|
| **ADVERTISE WITH US** | **ETGOVERNMENT NEWSLETTER** | **@ETGOVERNMENT** |
| We have various options to advertise with us including Events, Advertorials, Banners, Mailers, Webinars etc. | Get ETGovernment's top stories every morning in your email inbox. | Follow @ETGovernment for the latest news, insider access to events and more. |
| Please *contact us* to know more details. | 225000+ Industry Leaders read it everyday |    |
| | Your Email | |
| | JOIN NOW | |
| | ☐ I have read Privacy Policy and Terms & | |



About Us • Contact Us • Advertise with us • Newsletter • RSS Feeds • Embed ETGovernment.com Widgets on your Website • Privacy Policy • Terms & Conditions • Guest-Post Guidelines • Sitemap

Copyright © 2021 ETGovernment.com. All Rights Reserved.

