# **EXHIBIT 58**

| Phase | | | Inbound Flights | | Outbound Flights | |
|---|---|---|---|---|---|---|
| | | | No. of Flights | No. of Passengers Carried | No. of Flights | No. of Passengers Carried |
| Air India Group | Total of Phase 1 | (10 days) | 64 | 12708 | 64 | 3562 |
| | Total of Phase 2 | (29 days) | 325 | 59576 | 325 | 15721 |
| | Total of Phase 3 | (25 days) | 455 | 89243 | 455 | 43577 |
| | Total of Phase 4 | (31 days) | 640 | 114602 | 635 | 52574 |
| | Total of Phase 5 | (31 days) | 738 | 123773 | 734 | 75240 |
| | Total of Phase 6 | (61 days) | 1798 | 250425 | 1798 | 196134 |
| | Total of Phase 7 | (61 Days) | 2372 | 388245 | 2372 | 274782 |
| | Total of Phase 8 | (59 Days) | 2799 | 430616 | 2797 | 383916 |
| | Total of Phase 9 | (31 Days) | 1518 | 237302 | 1518 | 209130 |
| | Total of Phase 10 | (16 Days) | 814 | 113244 | 830 | 113821 |

| Phase - 10 | | Inbound Flights | | Outbound Flights | |
|---|---|---|---|---|---|
| | | No. of Flights | No. of Passengers Carried | No. of Flights | No. of Passengers Carried |
| Air India Group | Total till Apr 15, 2021 | 756 | 105531 | 772 | 106174 |
| Air India | Total till Apr 15, 2021 | 344 | 53486 | 351 | 58148 |
| | On Apr 16, 2021 | 25 | 3753 | 25 | 4427 |
| | Total till Apr 16, 2021 | 369 | 57239 | 376 | 62575 |
| Air India Exp | Total till Apr 15, 2021 | 412 | 52045 | 421 | 48026 |
| | On Apr 16, 2021 | 33 | 3960 | 33 | 3220 |
| | Total till Apr 16, 2021 | 445 | 56005 | 454 | 51246 |
| Air India Group | On Apr 16, 2021 | 58 | 7713 | 58 | 7647 |
| Air India Group | Total till Apr 16, 2021 | 814 | 113244 | 830 | 113821 |
| Air India Group | Total of Phases - 1 to 10 | 11523 | 1819734 | 11528 | 1368457 |