# EXHIBIT 59



Home › COVID-19 › Vande Bharat Mission - List of Flights › Phase 10

# VANDE BHARAT MISSION - LIST OF FLIGHTS

Please note :- This is a dynamic list and is bound to undergo changes based on operational, technical and other considerations. The list should not be considered as final and is only for the purpose of information. This list cannot be quoted for any legal claims. All visitors are advised to counter-check with Air India for confirmation of the flights, timings, dates, destinations and other details.

PHASE 10

| VBM PHASE 10 (as on 16 March 2021) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Receiving State / UT | Country of Origin | Flight No. | Origin | Dep Date | Dep Time | Destination | Arrv Date | Arrv Time | Capacity | Remarks |
| 1 | Delhi | Afghanistan | AI 0244 | Kabul | 07-Mar-21 | 12:10 | Delhi | 07-Mar-21 | 15:15 | 149 | |
| 2 | Delhi | Afghanistan | AI 0244 | Kabul | 14-Mar-21 | 12:10 | Delhi | 14-Mar-21 | 15:15 | 149 | |

4/27/2021                                              Phase 10

| 3 | Delhi | Afghanistan | AI 0244 | Kabul | 21-Mar-21 | 12:10 | Delhi | 21-Mar-21 | 15:15 | 149 | |
| 4 | Delhi | Afghanistan | AI 0244 | Kabul | 02-Mar-21 | 12:10 | Delhi | 02-Mar-21 | 15:15 | 149 | |
| 5 | Delhi | Afghanistan | AI 0244 | Kabul | 09-Mar-21 | 12:10 | Delhi | 09-Mar-21 | 15:15 | 149 | |
| 6 | Delhi | Afghanistan | AI 0244 | Kabul | 16-Mar-21 | 12:10 | Delhi | 16-Mar-21 | 15:15 | 149 | |
| 7 | Delhi | Afghanistan | AI 0244 | Kabul | 23-Mar-21 | 12:10 | Delhi | 23-Mar-21 | 15:15 | 149 | |
| 8 | Delhi | Australia | AI 0301 | Sydney | 01-Mar-21 | 20:30 | Delhi | 02-Mar-21 | 4:10 | 243 | |
| 9 | Delhi | Australia | AI 0301 | Sydney | 08-Mar-21 | 20:30 | Delhi | 09-Mar-21 | 4:10 | 243 | |
| 10 | Delhi | Australia | AI 0301 | Sydney | 15-Mar-21 | 20:30 | Delhi | 16-Mar-21 | 4:10 | 243 | |
| 11 | Delhi | Australia | AI 0301 | Sydney | 22-Mar-21 | 20:30 | Delhi | 23-Mar-21 | 4:10 | 243 | |
| 12 | Delhi | Australia | AI 1301 | Sydney | 29-Mar-21 | 10:45 | Delhi | 29-Mar-21 | 18:35 | 243 | |
| 13 | Kerela | Bahrain | AI 1942 | Bahrain | 04-Mar-21 | 11:15 | Kozhikode | 04-Mar-21 | 18:15 | 149 | |

4/27/2021 Phase 10

| 14 | Maharashtra | Bahrain | AI 1942 | Kozhikode | 04-Mar-21 | 18:50 | Mumbai | 04-Mar-21 | 20:40 | 149 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Telangana | Bahrain | AI 1988 | Bahrain | 05-Mar-21 | 11:15 | Hyderabad | 05-Mar-21 | 18:10 | 149 | |
| 16 | Delhi | Bahrain | AI 940 | Bahrain | 06-Mar-21 | 1:45 | Delhi | 06-Mar-21 | 8:10 | 149 | |
| 17 | Tamil Nadu | Bahrain | AI 1986 | Bahrain | 07-Mar-21 | 11:15 | Chennai | 07-Mar-21 | 18:15 | 149 | |
| 18 | Kerela | Bahrain | AI 1942 | Bahrain | 11-Mar-21 | 11:15 | Kochi | 11-Mar-21 | 18:15 | 149 | |
| 19 | Maharashtra | Bahrain | AI 1942 | Kochi | 11-Mar-21 | 18:50 | Mumbai | 11-Mar-21 | 20:40 | 149 | |
| 20 | Telangana | Bahrain | AI 1988 | Bahrain | 12-Mar-21 | 11:15 | Hyderabad | 12-Mar-21 | 18:10 | 149 | |
| 21 | Delhi | Bahrain | AI 940 | Bahrain | 13-Mar-21 | 1:45 | Delhi | 13-Mar-21 | 8:10 | 149 | |
| 22 | Karnataka | Bahrain | AI 1986 | Bahrain | 14-Mar-21 | 11:15 | Bengaluru | 14-Mar-21 | 18:00 | 149 | |
| 23 | Kerela | Bahrain | AI 1942 | Bahrain | 18-Mar-21 | 11:15 | Kozhikode | 18-Mar-21 | 18:15 | 149 | |
| 24 | Maharashtra | Bahrain | AI 1942 | Kozhikode | 18-Mar-21 | 18:50 | Mumbai | 18-Mar-21 | 20:40 | 149 | |

| 25 | Telangana | Bahrain | AI 1988 | Bahrain | 19-Mar-21 | 11:15 | Hyderabad | 19-Mar-21 | 18:10 | 149 |
| 26 | Delhi | Bahrain | AI 940 | Bahrain | 20-Mar-21 | 1:45 | Delhi | 20-Mar-21 | 8:10 | 149 |
| 27 | Tamil Nadu | Bahrain | AI 1986 | Bahrain | 21-Mar-21 | 11:15 | Chennai | 21-Mar-21 | 18:15 | 149 |
| 28 | Kerela | Bahrain | AI 1942 | Bahrain | 25-Mar-21 | 11:15 | Kochi | 25-Mar-21 | 18:15 | 149 |
| 29 | Maharashtra | Bahrain | AI 1942 | Kochi | 25-Mar-21 | 18:50 | Mumbai | 25-Mar-21 | 20:40 | 149 |
| 30 | Telangana | Bahrain | AI 1988 | Bahrain | 26-Mar-21 | 11:15 | Hyderabad | 26-Mar-21 | 18:10 | 149 |
| 31 | Delhi | Bahrain | AI 940 | Bahrain | 27-Mar-21 | 1:45 | Delhi | 27-Mar-21 | 8:10 | 149 |
| 32 | Kerala | Bahrain | IX 1574 | Bahrain | 01-Mar-21 | 12:00 | Trivandrum | 01-Mar-21 | 19:10 | 177 |
| 33 | Kerala | Bahrain | IX 1474 | Bahrain | 02-Mar-21 | 12:00 | Kochi | 02-Mar-21 | 19:05 | 177 |
| 34 | Kerala | Bahrain | IX 1376 | Bahrain | 03-Mar-21 | 12:00 | Kozhikode | 03-Mar-21 | 19:00 | 177 |
| 35 | Kerala | Bahrain | IX 1790 | Bahrain | 08-Mar-21 | 12:00 | Kannur | 08-Mar-21 | 18:55 | 177 |

4/27/2021                                                                                     Phase 10

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1488 | Delhi | USA | AI 0126 | Chicago | 16-Mar-21 | 13:30 | Delhi | 17-Mar-21 | 14:15 | 319 |
| 1489 | Telangana | USA | AI 0108 | Chicago | 17-Mar-21 | 21:30 | Hyderabad | 18-Mar-21 | 0:40 | 225 |
| 1490 | Delhi | USA | AI 0104 | Washington DC | 17-Mar-21 | 11:30 | Delhi | 18-Mar-21 | 11:05 | 243 |
| 1491 | Delhi | USA | AI 0102 | New York | 17-Mar-21 | 13:30 | Delhi | 18-Mar-21 | 12:40 | 319 |
| 1492 | Maharashtra | USA | AI 0144 | Newark | 17-Mar-21 | 12:45 | Mumbai | 18-Mar-21 | 13:00 | 243 |
| 1493 | Delhi | USA | AI 0174 | San Francisco | 17-Mar-21 | 10:30 | Delhi | 18-Mar-21 | 15:15 | 319 |
| 1494 | Delhi | USA | AI 0184 | San Francisco | 18-Mar-21 | 21:30 | Delhi | 19-Mar-21 | 2:15 | 225 |
| 1495 | Delhi | USA | AI 0106 | Newark | 18-Mar-21 | 12:15 | Delhi | 19-Mar-21 | 11:25 | 319 |
| 1496 | Delhi | USA | AI 0126 | Chicago | 18-Mar-21 | 13:30 | Delhi | 19-Mar-21 | 14:15 | 319 |
| 1497 | Delhi | USA | AI 174 | San Francisco | 18-Mar-21 | 10:30 | Delhi | 19-Mar-21 | 15:15 | 225 |
| 1498 | Delhi | USA | AI 0104 | Washington DC | 19-Mar-21 | 11:30 | Delhi | 20-Mar-21 | 11:05 | 243 |

4/27/2021                                                                                                           Phase 10

| 1499 | Delhi | USA | AI 0102 | New York | 19-Mar-21 | 13:30 | Delhi | 20-Mar-21 | 12:40 | 319 | |
| 1500 | Maharashtra | USA | AI 0144 | Newark | 19-Mar-21 | 12:45 | Mumbai | 20-Mar-21 | 13:00 | 243 | |
| 1501 | Delhi | USA | AI 0126 | Chicago | 19-Mar-21 | 13:30 | Delhi | 20-Mar-21 | 14:15 | 319 | |
| 1502 | Delhi | USA | AI 0174 | San Francisco | 19-Mar-21 | 10:30 | Delhi | 20-Mar-21 | 15:15 | 319 | |
| 1503 | Delhi | USA | AI 0110 | Chicago | 19-Mar-21 | 22:30 | Delhi | 20-Mar-21 | 23:15 | 225 | |
| 1504 | Karnataka | USA | AI 0176 | San Francisco | 20-Mar-21 | 21:30 | Bengaluru | 21-Mar-21 | 3:45 | 225 | |
| 1505 | Delhi | USA | AI 0106 | Newark | 20-Mar-21 | 12:15 | Delhi | 21-Mar-21 | 11:25 | 319 | |
| 1506 | Delhi | USA | AI 0126 | Chicago | 20-Mar-21 | 13:30 | Delhi | 21-Mar-21 | 14:15 | 319 | |
| 1507 | Delhi | USA | AI 0104 | Washington DC | 21-Mar-21 | 11:30 | Delhi | 22-Mar-21 | 11:05 | 243 | |
| 1508 | Delhi | USA | AI 0102 | New York | 21-Mar-21 | 13:30 | Delhi | 22-Mar-21 | 12:40 | 319 | |
| 1509 | Maharashtra | USA | AI 0144 | Newark | 21-Mar-21 | 12:45 | Mumbai | 22-Mar-21 | 13:00 | 243 | |

4/27/2021 Phase 10

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1510 | Delhi | USA | AI 0126 | Chicago | 21-Mar-21 | 13:30 | Delhi | 22-Mar-21 | 14:15 | 319 |
| 1511 | Delhi | USA | AI 0174 | San Francisco | 21-Mar-21 | 10:30 | Delhi | 22-Mar-21 | 15:15 | 319 |
| 1512 | Delhi | USA | AI 0184 | San Francisco | 22-Mar-21 | 21:30 | Delhi | 23-Mar-21 | 2:15 | 225 |
| 1513 | Delhi | USA | AI 0106 | Newark | 22-Mar-21 | 12:15 | Delhi | 23-Mar-21 | 11:25 | 319 |
| 1514 | Delhi | USA | AI 0126 | Chicago | 22-Mar-21 | 13:30 | Delhi | 23-Mar-21 | 14:15 | 319 |
| 1515 | Karnataka | USA | AI 0176 | San Francisco | 23-Mar-21 | 21:30 | Bengaluru | 24-Mar-21 | 3:45 | 225 |
| 1516 | Delhi | USA | AI 0106 | Newark | 23-Mar-21 | 12:15 | Delhi | 24-Mar-21 | 11:25 | 319 |
| 1517 | Delhi | USA | AI 0126 | Chicago | 23-Mar-21 | 13:30 | Delhi | 24-Mar-21 | 14:15 | 319 |
| 1518 | Telangana | USA | AI 0108 | Chicago | 24-Mar-21 | 21:30 | Hyderabad | 25-Mar-21 | 0:40 | 225 |
| 1519 | Delhi | USA | AI 0104 | Washington DC | 24-Mar-21 | 11:30 | Delhi | 25-Mar-21 | 11:05 | 243 |
| 1520 | Delhi | USA | AI 0102 | New York | 24-Mar-21 | 13:30 | Delhi | 25-Mar-21 | 12:40 | 319 |

4/27/2021                                                                                           Phase 10

| 1521 | Maharashtra | USA | AI 0144 | Newark | 24-Mar-21 | 12:45 | Mumbai | 25-Mar-21 | 13:00 | 243 |
| 1522 | Delhi | USA | AI 0174 | San Francisco | 24-Mar-21 | 10:30 | Delhi | 25-Mar-21 | 15:15 | 319 |
| 1523 | Delhi | USA | AI 0184 | San Francisco | 25-Mar-21 | 21:30 | Delhi | 26-Mar-21 | 2:15 | 225 |
| 1524 | Delhi | USA | AI 0106 | Newark | 25-Mar-21 | 12:15 | Delhi | 26-Mar-21 | 11:25 | 319 |
| 1525 | Delhi | USA | AI 0126 | Chicago | 25-Mar-21 | 13:30 | Delhi | 26-Mar-21 | 14:15 | 319 |
| 1526 | Delhi | USA | AI 174 | San Francisco | 25-Mar-21 | 10:30 | Delhi | 26-Mar-21 | 15:15 | 225 |
| 1527 | Delhi | USA | AI 0104 | Washington DC | 26-Mar-21 | 11:30 | Delhi | 27-Mar-21 | 11:05 | 243 |
| 1528 | Delhi | USA | AI 0102 | New York | 26-Mar-21 | 13:30 | Delhi | 27-Mar-21 | 12:40 | 319 |
| 1529 | Maharashtra | USA | AI 0144 | Newark | 26-Mar-21 | 12:45 | Mumbai | 27-Mar-21 | 13:00 | 243 |
| 1530 | Delhi | USA | AI 0126 | Chicago | 26-Mar-21 | 13:30 | Delhi | 27-Mar-21 | 14:15 | 319 |
| 1531 | Delhi | USA | AI 0174 | San Francisco | 26-Mar-21 | 10:30 | Delhi | 27-Mar-21 | 15:15 | 319 |

4/27/2021 Phase 10

| 1532 | Delhi | USA | AI 0110 | Chicago | 26-Mar-21 | 22:30 | Delhi | 27-Mar-21 | 23:15 | 225 | |
| 1533 | Karnataka | USA | AI 0176 | San Francisco | 27-Mar-21 | 21:30 | Bengaluru | 28-Mar-21 | 3:45 | 225 | |
| 1534 | Delhi | USA | AI 0106 | Newark | 27-Mar-21 | 12:15 | Delhi | 28-Mar-21 | 11:25 | 319 | |
| 1535 | Delhi | USA | AI 0126 | Chicago | 27-Mar-21 | 13:30 | Delhi | 28-Mar-21 | 14:15 | 319 | |



Terms & Conditions   Privacy Policy   Copyright Policy   Hyperlinking Policy   Accessibility Statement   Help

© Content Owned by Ministry of External Affairs, Government of India.
Visitors: 167729475 , Page last updated on: 16/3/2021

Working hours at Headquarters 9:00 A.M. To 5:30 P.M.