# EXHIBIT 60

4/17/2021 Case 1:21-cv-04375-PGG Document 1-60 Filed 05/14/21 Page 2 of 7 Air India salary cut: Air India pilots warn of 'potentially disastrous psychological impact' | India Business News - Times of India

We use cookies and other tracking technologies to provide services while browsing the Website to show personalise content and targeted ads, analyse site traffic and understand where our audience is coming from in order to improve your browsing experience on our Website. By continuing to use our Website, you consent to the use of these cookies and accept our Privacy terms. If you wish to see more information about how we process your personal data, please read our **Cookie Policy (https://timesofindia.indiatimes.com/cookie-policy)** and **Privacy Policy (https://timesofindia.indiatimes.com/privacy-policy/cookiepolicy/80245266.cms)**

EDITION IN DELHI 26°C Sign In

BUSINESS India Business International Business (Https://Timesofindia.Indiatimes.Com/Business/International-Business) Sensex (Https://Ti

Budget (Https://Timesofindia.Indiatimes.Com/Business/India-Business/Budget) IFSC (Https://Timesofindia.Indiatimes.Com/Business/India-Business/Ifsc-Bank-Codes) PAN C

TOP SEARCHES Sensex today (https://timesofindia.indiatimes.com/business/india-business/markets-rebound-from-virus-led-slump-banks-metals-jump/article

NEWS (HTTPS://TIMESOFINDIA.INDIATIMES.COM/) / BUSINESS NEWS (HTTPS://TIMESOFINDIA.INDIATIMES.COM/BUSINESS) / INDIA BUSINESS NEWS (HTTPS://TIMESOFINDIA.INDIATIMES.COM/BUSINESS/INDIA-BUSINESS) / P

THIS STORY IS FROM JULY 23, 2020

# Pay cut: Air India pilots warn of 'potentially disastrous psychological impact'

Saurabh Sinha (https://timesofindia.indiatimes.com/toireporter/author-Saurabh-Sinha-7035.cms) / TNN / Updated: Jul 23, 2020, 23:17 IST

FACEBOOK TWITTER LINKEDIN EMAIL (/articleshowprint/77129881.cms) AA

UP NEXT

1 Pay cut: Air India pilots warn of 'potentially disastrous...

2 A safety net for unexpected and unplanned expenses...

3 Bring home the best Samsung has to offer under 10k! The...

4 UK's satellite tech firm bid with India's Bharti under Parliament...

TOI

(Representative image)

NEW DELHI: Air India's senior most pilots have warned that the airline's "massive forced pay cuts" and compulsory leave without pay (LWP) schemes could have a "potentially disastrous psychological impact" on some employees.

"We shudder to think of the kind of desperate and extreme acts that could be triggered off because of the prevailing situation– as has been repeatedly proven many times in the past.... (the moves) pose an extremely serious threat to flight and public safety," AI's Executive Pilots' Association (EPA) wrote to aviation minister H S Puri on Thursday.

READ ALSO
(https://timesofindia.indiatimes.com/business/india-business/air-india-to-send-some-staffers-for-compulsory-leave-without-pay-up-to-5-years/articleshow/76977324.cms)

Air India to send some staffers on compulsory leave without pay up to 5 years

Air India has approved a...

TRENDING TOPICS

Corona cases in India (https://timesofindia.indiatimes.com/india/covid-19-india-overtakes-brazil-as-worlds-second-worst-hit-country/articleshow/82025244.cms)

Coronavirus symptoms (https://timesofindia.indiatimes.com/india/covid-19-stealthy-virus-beating-rt-pcr-tests-find-docs/articleshow/82040394.cms)

Maharashtra lockdown news (https://timesofindia.indiatimes.com/city/pune/mahara pune-nagpur-thane-covid-19-lockdown-news-live-upc 13-april-2021/liveblog/82041812.cms)

RR vs PBKS (https://timesofindia.indiatimes.com/sports/cricket/ipl stories/ipl-2021-pbks-vs-rr-sanju-samsons-ton-ends-in heartbreak-as-punjab-kings-beat-rajasthan-royals/articleshow/82042254.cms)

Corona vaccine update (https://timesofindia.indiatimes.com/india/covaxin-covishield-both-work-against-uk-strain/articleshow/82040136.cms)

Coronavirus India update live (https://timesofindia.indiatimes.com/india/coronaviru lockdown-in-india-covid-19-vaccine-cases-live-updates-12-april-2021/liveblog/82023278.cms)

West Bengal Election 2021 (https://timesofindia.indiatimes.com/india/west-bengal-elections-2021-live-updates-12-april-2021/liveblog/82023308.cms)

Karnataka lockdown news (https://timesofindia.indiatimes.com/city/bengaluru/k lockdown-night-curfew-in-bangalore-coronavirus-cas updates-13-april-2021/liveblog/82041976.cms)

KKR vs MI (https://timesofindia.indiatimes.com/sports/cricket/ipl

https://timesofindia.indiatimes.com/business/india-business/pay-cut-air-india-pilots-warn-of-potentially-disastrous-psychological-impact/articleshow/771… 1/6

The airline has come out with a policy to send employees on LWP for up to five years. On Wednesday, AI had cut the pay of its cockpit and cabin crew with retrospective effect from April 1, 2020, till further orders. While the airline management puts the reduction at 40%, pilots say their flying allowance — which comprises a majority of their total pay — has been slashed by almost 85%.

**READ ALSO**

(https://timesofindia.indiatimes.com/business/india-business/air-india-slashes-crew-salary-by-40-pilots-say-effective-cut-is-85/articleshow/77108423.cms)

**Air India slashes crew salary by 40%; pilots say effective cut is 85%**

Air India has cut the pay ...

A captain with 10 years of command on a wide body aircraft will now take home about Rs 2.1 lakh, from Rs 5.5 lakh earlier, say senior pilots. "A co-pilot will now take home Rs 30,000 instead of Rs 1.4 lakh earlier," said a pilot.

In a series of tweets, Air India said: "...unlike other carriers which have laid off large number of their employees, no AI employee will be laid off. There has been no reduction in the basic pay, DA and HRA of any category of employees. Rationalisation of allowances had to be implemented on account of the difficult financial condition of the airline that were exacerbated by Covid-19."

Air India @airindiain

Recent decisions of AirIndia Board regarding rationalization of staff cost were reviewed in a meeting at @MoCA_goi this evening.The meeting reiterated that unlike other carriers which have laid off large number of their employees,no employee of AirIndia will be laid off. (1/3)

6:44 PM · Jul 23, 2020 · Twitter for Android

Air India @airindiain

There has been no reduction in the Basic pay, DA and HRA of any category of employees. The rationalization of allowances had to be implemented on account of the difficult financial condition of the airline that were exacerbated by COVID-19.(2/3)

6:44 PM · Jul 23, 2020 · Twitter for Android

(https://timesofindia.indiatimes.com/sports/cricket/ipl/stories/kkr-vs-mi-preview-ipl-2021-kolkata-knight-riders-face-tough-test-against-mumbai-indians/articleshow/82042804.cms)

UPPSC PCS Result (https://timesofindia.indiatimes.com/home/education/2020-result-declared-for-combined-state/upper-subordinate-services-exam-heres-link/articleshow/82036010.cms)

TOP STORIES RIGHT NOW (HTTPS://TIMESOFINDIA.INDIATIMES.COM/

CITY
1 How Covid virus is settling deep down in lungs, making diagnosis tough (https://timesofindia.indiatimes.com/city/delhi/how-virus-is-settling-deep-down-in-lungs/articleshow/82038587.cms)

INDIA
2 Live: Over 12.6L active Covid cases; recovery rate dips to 89.5% (https://timesofindia.indiatimes.com/india/coronavirus-lockdown-in-india-covid-19-vaccine-cases-live-updates-12-april-2021/liveblog/82023278.cms)

INDIA
3 Covid-19: While many go maskless, others are doubling down on staying safe (https://timesofindia.indiatimes.com/india/wearing-double-masks-to-crowded-places-keep-virus-away-say-experts/articleshow/82040435.cms)

SPORTS
4 Sakariya: From financial struggles to big IPL break (https://timesofindia.indiatimes.com/sports/cricket/ipl/stories/chetan-sakariya-from-struggling-to-meet-cricket-expenses-to-ipl-stardom/articleshow/82047028.cms)

BUSINESS
5 Centre's indirect tax collections rise over 12% in FY21 (https://timesofindia.indiatimes.com/business/india-business/centres-indirect-tax-collections-rise-over-12-in-fy21/articleshow/82047458.cms)

MORE LATEST NEWS ›

RELATED STORIES

1 Air India pilots question lack of parity in proposed pay cuts (https://timesofindia.indiatimes.com/business/india-business/air-india-pilots-question-lack-of-parity-in-proposed-pay-cuts/articleshow/77001983.cms)

"Flying crew will be paid as per the actual number of hours flown. As domestic and international operations expand to reach pre-Covid levels and the financial position of Air India improves, the rationalisation of allowances will be reviewed," it added.

Air India
@airindiain

Flying crew will be paid as per the actual number of hours flown. As domestic and international operations expand to reach pre-COVID levels and the financial position of Air India improves, the rationalization of allowances will be reviewed.(3/3)

6:44 PM · Jul 23, 2020 · Twitter for Android

The EPA has pointed out that over 60 AI pilots have tested corona positive when rostered for operating Vande Bharat Mission flights. "...unlike other wars, the enemy (coronavirus) has accompanied the warriors (crew members) home to affect their family members with devastating effect. At least one pilot has lost a family member to Covid-19 and those of many others have been infected," the letter says.

Executive pilots, who are the senior most pilots, have "requested that grave risks being taken by the AI pilot"s and their families to keep this airline afloat are recognised and such desperate, shorts-sighted and discriminatory measures that are being resorted to, in order to look at short term solutions to tide over the precarious fiscal situation are rescinded immediately."

ADVERTISEMENT

▶ WATCH **Air India refutes pay cut rumours, assures no employee will be laid off**

FACEBOOK TWITTER LINKEDIN EMAIL

Top Comment

K **Konda Sullanna**
268 days ago

**Do they expect to be paid in full when the airline industry is on death bad ??? Better privatise Air India and get rid of this white elephant**

READ COMMENTS

END OF ARTICLE

## NEWS IN BRIEF (HTTPS://TIMESOFINDIA.INDIATIMES.COM/BRIEFS/BUSINESS)

EXPLORE BRIEFS (https://timesofindia.indiatimes.com

2 AI pilots warn of 'unprecedented magnitude' situation as salary dues mount & mas... (https://timesofindia.indiatimes.com/business/india-business/ai-pilots-warn-of-unprecedented-magnitude-situation-as-salary-dues-mount-massive-pay-cuts-proposed/articleshow/77069065.cms)

3 Retired Air India pilot succumbs to corona; 200 crew members either positive or ... (https://timesofindia.indiatimes.com/business/india-business/retired-ai-pilot-succumbs-to-corona-200-crew-members-either-positive-or-quarantined/articleshow/76231382.cms)

## POPULAR FROM BUSINESS (HTTPS://TIMESOFINDIA.INDIATIMES.COM/B

1 Now, even defaulters can borrow more (https://timesofindia.indiatimes.com/business/india-business/now-even-defaulters-can-borrow-more/articleshow/82109619.cms)

2 Offer withdrawal: Tata Motors pays damages to CEO-designate (https://timesofindia.indiatimes.com/business/india-business/offer-withdrawal-tata-motors-pays-damages-to-ceo-designate/articleshow/82108601.cms)

3 Walmart-owned e-tailer Flipkart set to acquire Cleartrip in distress sale (https://timesofindia.indiatimes.com/videos/business-owned-e-tailer-flipkart-set-to-acquire-cleartrip-in-distress-sale/videoshow/82064876.cms)

4 WPI inflation spikes to over 8-year high of 7.39% in March (https://timesofindia.indiatimes.com/videos/business-inflation-spikes-to-over-8-year-high-of-7-39-in-march/videoshow/82086073.cms)

VIEW MORE ›

## MORE FROM TOI

1 Blue Java Banana and what it tastes like (https://timesofindia.indiatimes.com/life-style/food-news/what-is-blue-java-banana-and-what-it-tastes-like/articleshow/82000573.cms)

2 Late night snacks can impact performance in the office? (https://timesofindia.indiatimes.com/life-style/food-news/late-night-snacks-can-impact-performance-in-the-office/articleshow/82020689.cms)

3 Gadgets To Delight Your Tech-Loving Kid (https://timesofindia.indiatimes.com/most-searched-products/electronics/miscellaneous/10-cutting-edge-gadgets-to-delight-your-tech-loving-kid/photostory/81952817.cms?utm_source=TOI&utm_campaign=TOIRHSCON

4 School From Home Accessories (https://timesofindia.indiatimes.com/most-searched-products/combos/school-from-home-accessories-18-online-class-essentials-for-your-kids/articleshow/81630988.cms?utm_source=TOI&utm_campaign=TOIRHSCON

4/17/2021 Air India salary cut: Air India pilots warn of 'potentially disastrous psychological impact' | India Business News - Times of India
Case 1:21-cv-04375-PGG Document 1-60 Filed 05/14/21 Page 5 of 7

/briefs/business)

**Offer withdrawal: Tata Motors pays damages to CEO-designate**

Tata Motors has compensated German national Marc Llistosella, whom it had hired to lead the company but withdrew the offer before he could take charge, it is learned. On Feb 12, Tata Motors announced the appointment of Llistosella as its chief executive. But it said a month later that he will not be joining the Mumbai-based company. Tata Motors didn't give any reason for the change.

(https://timesofindia.indiatimes.com/business/india-business/offer-withdrawal-tata-motors-pays-damages-to-ceo-designate/articleshow/82108601.cms)

**Tata Sons exits BPM biz, offloads Conneqt stake**

Tata Sons has sold its remaining 30% in the business process management (BPM) unit Conneqt to Quess Corp — majority owned by Indian-Canadian businessman Prem Watsa — for Rs 208 crore.

(https://timesofindia.indiatimes.com/business/india-business/tata-sons-exits-bpm-biz-offloads-conneqt-stake/articleshow/82108550.cms)

**Petrol, diesel price unchanged fo consecutive day**

Fuel prices in the country remained unc Saturday as oil marketing companies de on a pause mode and analyse the global developments on oil prices before effecti revision. Accordingly, the pump price of diesel remained at Rs 90.40 a litre and R litre respectively in Delhi. Prices had falle paisa and 14 paisa on Thursday.

(https://timesofindia.indiatime business/petrol-diesel-price-unchanged-for-second-conse day/articleshow/82112878.cms)

https://timesofindia.indiatimes.com/business/india-business/pay-cut-air-india-pilots-warn-of-potentially-disastrous-psychological-impact/articleshow/771… 4/6

FROM AROUND THE WEB

RECOMMENDED BY

**Our hearts go out to Angelina Jolie.**

AD HEATPEAK

**My child cries out in pain due to her spinal deformity. Help**

AD Ketto

**12 best beach cities in the world to retire.**

AD Beaming Notes

**Sandra Bullock confirms the rumor today.**

AD immigrationdo

**Doctors Unveiled A Secret Of Weight Loss Upto 1 Kg Per...**

AD Keto

**The best places to retire in India.**

AD Beaming Notes

**Play online games during coronavirus lockdown**

AD Gamezop

**I can't afford to save my child from a spine disorder....**

AD Ketto

**Our hearts go out to Angelina Jolie.**

AD HEATPEAK

**Sad news confirmed for Sandra Bullock.**

AD immigrationdo

**Drink 1 cup before bed, watch your body fat melt li...**

AD Keto

**The best places to retire in India.**

AD Beaming Notes

**Does Mohenjo Daro still hold many secrets?**

The Times Of India

**To few Indians, Covid-19 is not a pandemic but a scam.**

The Times Of India

**Gang from Bihar duping women with 'gold polish'...**

The Times Of India

**Confirmed! Kartik to be replaced in Dostana 2**

The Times Of India

## Quick Links

ELSS MUTUAL FUNDS BENEFITS (HTTPS://TIMESOFINDIA.I... INCOME TAX REFUND STATUS (HTTPS://TIMESOFINDIA.IN... ITR FILING LAST DATE (HTTPS://TIMESOFINDIA.INDIATIMES...
HOME LOAN EMI TIPS (HTTPS://TIMESOFINDIA.INDIATIME... HOME LOAN REPAYMENT TIPS (HTTPS://TIMESOFINDIA.IN... PRADHAN MANTRI AWAS YOJANA (HTTPS://TIMESOFINDI...
TOP UP LOAN FEATURES (HTTPS://TIMESOFINDIA.INDIATI... INCREASE HOME LOAN ELIGIBILITY (HTTPS://TIMESOFINDI... HOME LOAN ON PF (HTTPS://TIMESOFINDIA.INDIATIMES.C...
TAX SAVING FIXED DEPOSIT (HTTPS://TIMESOFINDIA.INDIA... LINK AADHAAR WITH ITR (HTTPS://TIMESOFINDIA.INDIATI... ATAL PENSION YOJANA (HTTPS://TIMESOFINDIA.INDIATIM...
AADHAAR CARD (HTTPS://TIMESOFINDIA.INDIATIMES.CO... SBI (HTTPS://TIMESOFINDIA.INDIATIMES.COM/BUSINESS/B... RELIANCE COMMUNICATIONS (HTTPS://TIMESOFINDIA.IN...
MUKESH AMBANI (HTTPS://TIMESOFINDIA.INDIATIMES.CO... INDIAN BANK IFSC CODE (HTTPS://TIMESOFINDIA.INDIATI... IDBI IFSC CODE (HTTPS://TIMESOFINDIA.INDIATIMES.COM/...
INDUSIND IFSC CODE (HTTPS://TIMESOFINDIA.INDIATIME... YES BANK IFSC CODE (HTTPS://TIMESOFINDIA.INDIATIMES... VIJAY BANK IFSC CODE (HTTPS://TIMESOFINDIA.INDIATIM...
SYNDICATE BANK IFSC CODE (HTTPS://TIMESOFINDIA.INDI... PNB IFSC CODE (HTTPS://TIMESOFINDIA.INDIATIMES.COM... OBC IFSC CODE (HTTPS://TIMESOFINDIA.INDIATIMES.COM...
KARUR VYSYA BANK IFSC (HTTPS://TIMESOFINDIA.INDIATI... IOB IFSC CODE (HTTPS://TIMESOFINDIA.INDIATIMES.COM/... ICICI IFSC CODE (HTTPS://TIMESOFINDIA.INDIATIMES.COM...
HDFC BANK IFSC CODE (HTTPS://TIMESOFINDIA.INDIATIM... CANARA BANK IFSC CODE (HTTPS://TIMESOFINDIA.INDIAT... BANK OF BARODA IFSC (HTTPS://TIMESOFINDIA.INDIATIM...
BANK OF AMERICA IFSC CODE (HTTPS://TIMESOFINDIA.IN... BOM IFSC CODE (HTTPS://TIMESOFINDIA.INDIATIMES.CO... ANDHRA BANK IFSC CODE (HTTPS://TIMESOFINDIA.INDIA...
AXIS BANK IFSC CODE (HTTPS://TIMESOFINDIA.INDIATIME... SBI IFSC CODE (HTTPS://TIMESOFINDIA.INDIATIMES.COM/... GST (HTTPS://TIMESOFINDIA.INDIATIMES.COM/BUSINESS/...

4/17/2021 Air India salary cut: Air India pilots warn of 'potentially disastrous psychological impact' | India Business News - Times of India

logo (https://timesofindia.indiatimes.com/)

About us (https://www.timesinternet.in)

Create Your Own Ad (https://www.ads.timesinternet.in/expresso/selfservice/loginSelfService.htm)

Terms of Use and Grievance Redressal Policy (https://www.indiatimes.com/termsandcondition)

Privacy policy (https://www.indiatimes.com/privacypolicy)

Advertise with us (https://timesinternet.in/advertise/marketing)

RSS (https://timesofindia.indiatimes.com/rss.cms)

Newsletter (https://timesofindia.indiatimes.com/newsletterhome.cms)

Feedback (https://timesofindia.indiatimes.com/feedback.cms)

ePaper (https://epaper.timesgroup.com/TOI/TimesOfIndia/index.html?a=c)

Sitemap (https://timesofindia.indiatimes.com/sitemap.cms)

Archives (https://timesofindia.indiatimes.com/archive.cms)

**POPULAR CATEG**

Headlines (https:/

Sports News (http

Business News (h business)

India News (https

World News (http

**FOLLOW US ON**

**OTHER TIMES GROUP NEWS SITES**

The Economic Times (https://economictimes.indiatimes.com)

Hindi Economic Times (https://economictimes.indiatimes.com/hindi)

Navbharat Times (https://navbharattimes.indiatimes.com)

Maharashtra Times (https://maharashtratimes.com/)

Vijaya Karnataka (https://vijaykarnataka.com/)

Telugu Samayam (https://telugu.samayam.com/)

Tamil Samayam (https://tamil.samayam.com/)

Malayalam Samayam (https://malayalam.samayam.com/)

Ei Samay (https://eisamay.indiatimes.com/)

I am Gujarat (https://www.iamgujarat.com/)

Times Now (https://www.timesnownews.com/)

Times Now Hindi (https://www.timesnowhindi.com/)

TimesPoints (https://www.timespoints.com/#/products?utm_source=TOI&utm_medium=Footer&utm_campaign=TOI_Footer)

Indiatimes (https://www.indiatimes.com/)

Brand Capital (http://brandcapital.co.in/)

Education Times (http://www.educationtimes.com/)

Times Food (https://recipes.timesofindia.com/?_ga=2.136800816.1428222683.1593400724-amp-NKUM-n_c6RPY3Ify9MKZw1pfgLblvF469YKIurBFWMVAL1su-edve8E2rJu4yhmC)

Miss Kyra (https://www.misskyra.com/)

**TOP TRENDS**

Corona cases in Ir india-overtakes-b country/articlesho

Coronavirus symp stealthy-virus-bea

Maharashtra lock (https://timesofin thane-covid-19-lo 2021/liveblog/820

RR vs PBKS (https stories/ipl-2021-pb punjab-kings-bea

Corona vaccine u covishield-both-w

Coronavirus India (https://timesofin covid-19-vaccine-

West Bengal Elec bengal-elections-

Karnataka lockdo (https://timesofin night-curfew-in-b 2021/liveblog/820

KKR vs MI (https:/ stories/kkr-vs-mi- against-mumbai-

**LIVING AND ENT**

iDiva (https://www

MensXP.com (htt

Femina (http://ww

ETimes (https://tin

Grazia (http://www

Zoom (https://ww

Travel Destinatior

Bombay Times (h

Cricbuzz.com (htt

Filmfare (http://w

Copyright © 2021 Bennett, Coleman & Co. Ltd. All rights reserved. For reprint rights: Times Syndication Service

https://timesofindia.indiatimes.com/business/india-business/pay-cut-air-india-pilots-warn-of-potentially-disastrous-psychological-impact/articleshow/771… 6/6