# EXHIBIT 61

Home | Politics | Movies | Gallery | Videos | Business | Sports | Science/Tech

*The Millennial Media*

Home » National » Opposition MPs ask Puri to withdraw AI's leave without pay scheme

# Opposition MPs ask Puri to withdraw AI's leave without pay scheme

POSTED BY: GOPI    JULY 16, 2020

**SEARCH**

**FOLLOW US**



New Delhi, July 16 (SocialN
Indias move to cut emplo
scheme before its sale is
political controversy as M
Congress have written to
Singh Puri, seeking withdr
sending employees on 'le
years.

Home | Politics | Movies | Gallery | Videos | Business | Sports | Science/Tech

Binoy Viswam, in a letter to Parliamentary Affairs Minister, said that the salary for the roughly 14,000 employees of Air India for the month of June 2020 has still not been disbursed.

"As you can imagine, this non-payment of salary is causing great strife in the lives of the employees and requires immediate redressal," he said.

Further, a notification has been issued stating that employees can be sent on leave without pay for a duration of 6 months to 2 years, with an option of extending it to up to 5 years.

"It is appalling that such peremptory decisions are being made by Air India without any consideration for the wellbeing and lives of its employees. In the name of efficiency, draconian labour practices are being promulgated by Air India management. This is wholly unacceptable," Viswam said.



The CPI MP withdrawal

Home | Politics | Movies | Gallery | Videos | Business | Sports | Science/Tech

"I therefore, urge you to use the power of your office to ensure that the salaries for all employees across Air India and all its subsidiaries, including Alliance Air, are paid immediately. The decision of Air India to introduce this policy of leave without pay must be immediately withdrawn. A pro-active step on your part will bring immense relief to these employees and their families," he said.

Congress Lok Sabha MP Manish Tewari said in a letter to Puri, "The new compulsory leave scheme is a shocking aberration and reeks of a use and throw policy by the airline, at a time when we as a nation should be celebrating our Covid heroes."

"The compulsory leave scheme as I have understood from the circular is an arbitrary unbridled use of power and discretion and borders on unconstitutional use of discretionary powers," he said.

"This kind of compulsory leave scheme, which is actually retrenchment by another name, has been unheard of in any PSU in Independent India," Tewari added.

The Congress leader said that instead of restructuring Air India's top heavy management, the government is hell bent on removing employees. Tewari said while the Prime Minister has asked all employers to take care of the employees during the Covid crisis, "his own Civil Aviation Ministry does not seem to be paying heed to him".

Source: IANS

Facebook Comments

ARCHIVES

Select Month

GALLERY



Telangana Has 1,676 New Positive COVID 19 Cases And Total Cases Are 39,342 As Of July 11th 5PM

Rangam Movie Fame Jiiva's Gypsy Will Release On Aha Video OTT On July 17th

Actress Karishma Tanna Latest Hot And Sexy Stills

Actress Katrina Kaif Birthday 2020 Cakes Cutting Still



0 Comment  Home   Politics   Movies   Gallery   Videos   Business   Sports   Science/Tech

Add a comment...

Facebook Comments Plugin



About Gopi

Gopi Adusumilli is a Programmer. He is the editor of SocialNews.XYZ and President of AGK Fire Inc.

He enjoys designing websites, developing mobile applications and publishing news articles on current events from various authenticated news sources.

When it comes to writing he likes to write about current world politics and Indian Movies. His future plans include developing SocialNews.XYZ into a News website that has no bias or judgment towards any.

He can be reached at gopi



TOP STORIES

Eng vs WI 2nd Test, Day 1: Sibley nears fifty as hosts reach 112/3

Pilot's plea against Speaker's notice goes to HC's division bench

EC decides against postal ballot facility to voters above 65

Why Pak doesn't want this billionaire to be extradited to US

PM Modi to address high-level segment of UNESC on Friday

India gets 2nd consular access to Kulbushan Jadhav

Tiger Woods calls 'Black Lives Matter' movement fantastic

I have no sympathy at all: Holding lashes out at Archer

Eng vs WI 2nd Test, Day 1: Chase removes Burns at stroke of Lunch

Air India plans to institute 60%





Advertisements

Home | Politics | Movies | Gallery | Videos | Business | Sports | Science/Tech

**Like this:**

Like

Be the first to like this.

**Related**



Air India facing a very challenging financial situation: Hardeep Puri
October 14, 2020
In "National"



No opt... Air Ind... privati... Minist...
July 16...
In "Bus...



Home | Politics | Movies | Gallery | Videos | Business | Sports | Science/Tech



**Over 60 AI pilots Covid+, still face 'Wage Cuts': Executive pilots**
July 23, 2020
In "Business"

**Derek O'Brien slams AI's leave without pay scheme**
July 16, 2020
In "National"

**LWP scheme akin to illegal lay-off: AI trade unions**
July 20, 2020
In "Business"

‹ Previous post     Next post ›

### Diabetes Diet Guidelines: 50 Foods to Avoid
test | Sponsored

### The Most Relaxing Farm Game of 2021. No Install
Enjoy farming, stock up and make friends. Taonga is a whole world full of adventure!
Taonga: The Island Farm | Sponsored    [Sign Up]

### Monkey Raised With Cats Has A Most Peculiar Behavior
TravelerDreams | Sponsored



### 12 Unexpected but ...
CookingAmour | Sponsored

### This Is Who Really Ma...
MoneyWise.com | Sponsored

These Co | Home | Politics | Movies | Gallery | Videos | Business | Sports | Science/Tech

History 10 | Spc

## Looking to revamp your intimates? Search for results now

**Shop Bras Online | Search Ads** | Sponsored

## Opening the Portal by Expert Button Presser

Retro Videogame-inspired Music Album. Listen Now!

**Distrokid.com** | Sponsored

## This is What Happens to Your Body if You Eat Ginger Every Day

**Viralzeta** | Sponsored

## 8 Worst Exercises for People Over 40

**BuzzDestination** | Sponsored

## Kipchoge ready for Tokyo, clocks world-leading time in Netherlands - Social News XYZ

Social News XYZ

## 2.61Lakh Covid -19 Ca[...] Crore (Video) - Social[...]

Social News XYZ

## 8 Cutest Exotic Dog[...]

**List Nebula** | Sponsored

## Woman Takes DNA Te[...]



**Living Magazine** | Home | Politics | Movies | Gallery | Videos | Business | Sports | Science/Tech

## Most Ugliest Cars in The World
Buzz Nws | Sponsored

## 96-Year-Old Sells Her House And The Realtor Is Taken Aback
Interesticle | Sponsored

COPYRIGHT 2020 |

