# EXHIBIT 65

**BALANCE SHEET AS AT MARCH 31, 2008**

(Rupees in Million)

| Particulars | Schedule | March 31, 2008 | |
|---|---|---|---|
| **I** **Sources of Funds :** | | | |
| **Shareholders' Funds** | | | |
| a)  Capital | A | 1,450.0 | |
| b)  Reserves and Surplus | B | 78,942.9 | 80,392.9 |
| **Loan Funds** | | | |
| a)  Secured Loans | C | 28,917.5 | |
| b)  Unsecured Loans | D | 155,216.5 | 184,134.0 |
| **TOTAL** | | | 264,526.9 |
| **II** **Application of Funds :** | | | |
| **Fixed Assets** | E | | |
| a)  Gross Block | | 186,545.6 | |
| Less : Depreciation | | 7,601.2 | |
| b)  Net Block | | 178,944.4 | |
| c)  Capital Work-in-Progress | | 39,726.3 | 218,670.7 |
| **Investments** | F | | 901.2 |
| **Current Assets, Loans and Advances** | | | |
| a)  Inventories | G | 10,016.1 | |
| b)  Sundry Debtors | H | 26,134.1 | |
| c)  Cash and Bank Balances | I | 10,845.0 | |
| d)  Other Current Assets | J | 318.9 | |
| e)  Loans and Advances | K | 15,602.0 | |
| | | 62,916.1 | |
| **Less : Current Liabilities and Provisions** | L | | |
| a)  Current Liabilities | | 42,861.8 | |
| b)  Provisions | | 9,234.3 | |
| | | 52,096.1 | |
| **Net Current Assets** | | | 10,820.0 |
| **Profit & Loss Account** | | | 22,261.6 |
| **Deferred Tax Assets (Net)** | | | 11,873.4 |
| **TOTAL** | | | 264,526.9 |
| **Significant Accounting Policies** | S | | |
| **Notes to Accounts** | T | | |

The Schedules referred to herein above form an integral part of the Balance Sheet.
This is the Balance Sheet referred to in our report of even date.

| For and on behalf of | For and on behalf of | For and on behalf of | For and on behalf of the Board | |
|---|---|---|---|---|
| **Kalyaniwalla & Mistry** | **Arun K. Agarwal & Assoc.** | **P.K. Chopra & Co** | sd/- | sd/- |
| Chartered Accountants | Chartered Accountants | Chartered Accountants | **Raghu Menon** | **R.K. Singh** |
| | | | Chairman & Managing Director | Director |
| sd/- | sd/- | sd/- | sd/- | sd/- |
| **Ermin K. Irani** | **Vimal Kumar Jain** | **Samir Chopra** | **S.Chandrasekhar** | **S.Venkat** |
| Partner | Partner | Partner | Director (Finance) | Executive Director-Finance |
| M.No-35646 | M.No-86657 | M.No-87870 | | & Company Secretary |

Place : Mumbai
Date  : 17 December 2008

## SCHEDULES ATTACHED TO AND FORMING PART OF THE BALANCE SHEET

### SCHEDULE : "A" : CAPITAL

(Rupees in Million)

| Particulars | March 31, 2008 |
|---|---|
| **AUTHORISED** | |
| 1,37,56,45,020 Equity Shares of Rs. 10 each. | 13,756.5 |
| 1,24,40,498 Redeemable Preference Shares of Rs. 100 each. | 1,244.0 |
| | 15,000.5 |
| **ISSUED, SUBSCRIBED AND PAID-UP** | |
| 14,50,00,000 Equity Shares of Rs. 10 each fully paid-up. | 1,450.0 |
| (Of the above, 14,49,50,000 Equity Shares have been issued for consideration other than Cash) | |
| | 1,450.0 |

### SCHEDULE : "B" : RESERVES AND SURPLUS

(Rupees in Million)

| Particulars | March 31, 2008 | |
|---|---|---|
| **CAPITAL RESERVE** | | |
| As per Scheme of Amalgamation | 80,280.9 | |
| Less : Transfer to Depreciation (P&L A/c.) | 1,338.0 | |
| | | 78,942.9 |
| | | 78,942.9 |

### SCHEDULE : "C" : SECURED LOANS

(Rupees in Million)

| Particulars | March 31, 2008 |
|---|---|
| A. Foreign Currency Loans from Banks * | 17,966.3 |
| Secured by First priority mortgage/hypothecation of : | |
| One B 777 - 200 LR Aircraft | |
| One B 747 - 300 Aircraft | |
| Two A 310 - 300 Aircraft | |
| and hypothecation of Inventories | |
| B. Other Loans from Banks * | 10,951.2 |
| (Secured by tangible, movable property such as all Inventories and Equipment, present and future) | |
| | 28,917.5 |

\*    Includes Rs. 28917.5 million due for repayment within one year

### SCHEDULE : "D" : UNSECURED LOANS

(Rupees in Million)

| Particulars | March 31, 2008 |
|---|---|
| **From Banks and Financial Institutions  \*\*** | 154,902.5 |
| Guaranteed by the Government of India to the extent of Rs. 41252.6 million | |
| **From a Subsidary Company** | 314.0 |
| | 155,216.5 |

\*\*   Includes Rs. 89147.0 million due for repayment within one year.