# EXHIBIT 66



AIR INDIA

## SCHEDULES ATTACHED TO AND FORMING PART OF THE BALANCE SHEET

### SCHEDULE : "A" : CAPITAL

(Rupees in Million)

| Particulars | As at March 31, 2010 | As at March 31, 2009 |
|---|---|---|
| **AUTHORISED** | | |
| 4,875,645,020 Equity Shares of Rs. 10 each (Previous Year 1,375,645,020 Equity Shares) | 48,756.5 | 13,756.5 |
| 12,440,498 Redeemable Preference Shares of Rs.100 each. (Previous Year 12,440,498 Redeemable Preference Shares) | 1,244.0 | 1,244.0 |
| | 50,000.5 | 15,000.5 |
| **ISSUED, SUBSCRIBED AND PAID UP** | | |
| 945,000,000 Equity shares of Rs.10 each fully paid up (Previous Year 145,000,000 Equity Shares) (Refer Note No. 4) | 9,450.0 | 1,450.0 |
| (Of the above 144,950,000 Equity Shares were issued pursuant of Amalgamation) | | |
| | 9,450.0 | 1,450.0 |

### SCHEDULE : "B" : RESERVES AND SURPLUS

(Rupees in Million)

| Particulars | As at March 31, 2010 | | As at March 31, 2009 | |
|---|---|---|---|---|
| **1. Capital Reserve** | | | | |
| Balance as per last Balance Sheet | - | | 80,280.9 | |
| Add : Additions during the year (Refer Note 14) | 644.3 | | - | |
| | 644.3 | | 80,280.9 | |
| Less : Transfer to General Reserve | - | | 80,280.9 | |
| Less : Transfer to Depreciation (P&L A/c.) (Refer Note 14) | 19.5 | | - | |
| | | 624.8 | | - |
| **2. General Reserve** | | | | |
| Balance as per last Balance Sheet | 633.5 | | - | |
| Add : Transfer from Capital Reserve | - | | 80,280.9 | |
| | 633.5 | | 80,280.9 | |
| Less : Adjustment as per AS-11 Notification | - | | 1,903.2 | |
| Less : Transfer to Profit & Loss Account (Schedule N) | 633.5 | - | 77,744.2 | 633.5 |
| | | 624.8 | | 633.5 |



**AIR INDIA**

## SCHEDULE : "C" : SECURED LOANS

(Rupees in Million)

| Particulars | As at March 31, 2010 | As at March 31, 2009 |
|---|---:|---:|
| **A. Foreign Currency Loans from Banks*** | 1,347.0 | 1,014.4 |
| Secured by hypothecation of relevant aircraft Inventories | | |
| **B. Other Loans from Banks*^** | 64,560.1 | 22,645.1 |
| Secured by | | |
| I. Secured by Hypothecation of inventories other than those in 'A' above, Book Debts, Other Current Assets and Four Aircraft i.e. VT-EQS, EQT, ESA and ESC. | | |
| II. Hypothecation of A-320 Aircraft Registration Nos. VT-EPQ, VT-EPP and VT-EPR | | |
| III. Hypothecation of 19 Aircrafts (7 A-321, 4 A-320 & 8 A-319 Aircrafts) | | |
| Guaranteed by the Government of India to the extent of Rs. 49,168.6 million (Previous Year Rs. Nil) | **65,907.1** | **23,659.5** |

\* Includes Rs. 19,811.5 million due for repayment within one year. (Previous Year Rs. 23,659.5 million)
^ Secured with reference to the insured value of Aircraft.


## SCHEDULE : "D" : UNSECURED LOANS

(Rupees in Million)

| Particulars | As at March 31, 2010 | As at March 31, 2009 |
|---|---:|---:|
| **A. Loans from a Wholly Owned Subsidiary Company** | - | 47.5 |
| **B. Short Term Loans From Banks and Financial Institutions**** | 168,638.1 | 139,619.1 |
| **C. Other Loans From Banks and Financial Institutions**** | 9,123.0 | 29,098.3 |
| Guaranteed by the Government of India to the extent of Rs. 208.2 million (Previous Year Rs. 243.1 million) | | |
| **D. Debentures** | 7,000.0 | - |
| (7,000 Unsecured, Redeemable, Non-convertible Debentures of face value of Rs. 10 lakhs each @ interest rate of 9.13%) (Redeemable on 26th March 2020) (Guaranteed by the Government of India) | | |
| | **184,761.1** | **168,764.9** |

** Includes Rs.173,714.8 million due for repayment within one year. (Previous Year Rs.158,628.5 million)


## SCHEDULE : "E" : FUTURE LEASE OBLIGATIONS

(Rupees in Million)

| Particulars | As at March 31, 2010 | As at March 31, 2009 |
|---|---:|---:|
| **Future Lease Obligations**** | 133,559.6 | 116,887.5 |
| Guaranteed by the Government of India to the extent of Rs. 100,137.2 million (Previous Year Rs. 75,643.6 million) | | |
| | **133,559.6** | **116,887.5** |

*** Includes Rs. 12,398.3 million due for repayment within one year. (Previous Year Rs. 8,300.9 million)