# EXHIBIT 67

## SCHEDULES ATTACHED TO AND FORMING PART OF THE BALANCE SHEET

### SCHEDULE : "A" : CAPITAL

(Rupees in Million)

| Particulars | | As at March 31, 2011 | As at March 31, 2010 |
|---|---|---|---|
| **AUTHORISED** | | | |
| 5,000,050,000 Equity Shares of Rs. 10 each (Previous Year 4,875,645,020 Equity Shares) | | **50,000.5** | 48,756.5 |
| 'Nil' Redeemable Preference Shares of Rs.100 each. (Previous Year 12,440,498 Redeemable Preference Shares) | | - | 1,244.0 |
| | TOTAL | **50,000.5** | 50,000.5 |
| **ISSUED, SUBSCRIBED AND PAID UP** | | | |
| 2,145,000,000 Equity shares of Rs.10 each fully paid up (Previous Year 945,000,000 Equity Shares) (Refer Note No. 3) | | **21,450.0** | 9,450.0 |
| (Of the above 144,950,000 Equity Shares were issued pursuant to Amalgamation) | | | |
| | TOTAL | **21,450.0** | 9,450.0 |

### SCHEDULE : "B" : RESERVES AND SURPLUS

(Rupees in Million)

| Particulars | As at March 31, 2011 | | As at March 31, 2010 | |
|---|---|---|---|---|
| 1. **Capital Reserve** | | | | |
| Balance as per last Balance Sheet | **624.8** | | - | |
| Add : Additions during the year [Refer Note 19 & 37C(b)] | **211.9** | | 644.3 | |
| | **836.7** | | 644.3 | |
| Less : Transfer to Depreciation (P&L A/c.) | **32.0** | | 19.5 | |
| | | **804.7** | | 624.8 |
| 2. **General Reserve** | | | | |
| Balance as per last Balance Sheet | - | | 633.5 | |
| Less : Transfer to Profit & Loss Account (Schedule N) | - | - | 633.5 | |
| - | | | | |
| TOTAL | | **804.7** | | 624.8 |

## SCHEDULE : "C" : SECURED LOANS

(Rupees in Million)

| Particulars | As at March 31, 2011 | As at March 31, 2010 |
|---|---|---|
| A. Foreign Currency Loans from Banks*<br>Secured by hypothecation of : Three B777-300 Aircraft (VT-ALS, ALT & ALU) & One GE Spare Engine | 16,851.1 | 1,347.0 |
| B. Other Loans from Banks*<br>Secured by<br>I. Hypothecation of inventories other than those in 'A' above, Book Debts, Other Current Assets.<br>II. Hypothecation of 11 Aircrafts (2 A-310 Freighter & 9 A-320 Aircrafts)<br>III. Hypothecation of 21 Aircrafts (8 A-321, 4 A-320 & 9 A-319 Aircrafts)<br>Guaranteed by the Government of India to the extent of Rs. 55,226.4 million (Previous Year Rs. 49,168.6 Million) | 89,388.3 | 64,560.1 |
| C. Others*<br>Secured by<br>I. Hypothecation of SAP related Hardware & Software. | 841.0 | - |
| TOTAL | 107,080.4 | 65,907.1 |

\* Includes Rs. 49,828.7 million due for repayment within one year. (Previous Year Rs. 19,811.5 million)
Other Loan from Banks : Over Due Rs.1,108.9 million.

## SCHEDULE : "D" : UNSECURED LOANS

(Rupees in Million)

| Particulars | As at March 31, 2011 | As at March 31, 2010 |
|---|---|---|
| A. Short Term Loans From Banks** | 184,412.2 | 168,638.1 |
| B. Other Loans From Banks**<br>Guaranteed by the Government of India to the exent of Rs. 199.7 million (Previous Year Rs. 208.2 million) | 7,289.5 | 8,914.9 |
| C. Debentures<br>7,000 @9.13% Unsecured, Redeemable, Non-convertible Debentures of face value of Rs. 10 lakhs each (Redeemable on 26th March 2020) (Guaranteed by the Government of India) | 7,000.0 | 7,000.0 |
| D. Others** | 199.7 | 208.1 |
| TOTAL | 198,901.4 | 184,761.1 |

\** Includes Rs.186,599.6 million due for repayment within one year. (Previous Year Rs.173,714.8 million)
Short Term Loans from Banks : Over Due Rs.13,115.6 million.

## SCHEDULE : "E" : FUTURE LEASE OBLIGATIONS

(Rupees in Million)

| Particulars | As at March 31, 2011 | As at March 31, 2010 |
|---|---|---|
| Future Lease Obligations***<br>Guaranteed by the Government of India to the exent of Rs. 91,933.7 million (Previous Year Rs. 100,137.2 million) | 120,308.2 | 133,373.8 |
| TOTAL | 120,308.2 | 133,373.8 |

\*** Includes Rs. 12,454.5 million due for repayment within one year. (Previous Year Rs. 12,212.5 million)