# EXHIBIT 69



**AIR INDIA**

**NOTES FORMING PART OF THE FINANCIAL  STATEMENTS FOR THE YEAR ENDED 31 MARCH 2013**

**NOTE NO. "1" :**

**A.    CORPORATE INFORMATION**

Air India Ltd represents the merged company which came into existence consequent upon the amalgamation of erstwhile Indian Airlines Ltd and erstwhile Air India Ltd as on 1st April 2007.  The amalgamated company was known as National Aviation Company of India Limited (NACIL). The name of the company was changed to "Air India Ltd." w.e.f 24/11/2010. The company provides domestic and international air transport services within India as also across the globe. The aircraft fleet of the company consists of a wide range of aircraft mainly comprising of Airbus and Boeing aircraft such as A-319, A-320, A-321, A-330, B-747, B-777 and B-787. The Airline Industry has generally been affected by economic slowdown coupled with high fuel cost. The company has during the financial year 2011-12 adopted/ implemented a Turnaround Plan (TAP) and a Financial Restructuring Plan (FRP) to improve its operational and financial performance.

During the year the Company has implemented SAP-ERP system of accounting. The accounts of the company for both wide body and narrow body operations were maintained separately till the date of migration and in SAP-ERP effective Jan 2013.

**B.    ACCOUNTING CONVENTION**

i)     These Financial Statements have been prepared on going concern concept on accrual basis (except as specifically stated) under historical cost convention, and are in compliance with generally accepted accounting principles and the Accounting Standards referred to in Section 211 (3C) of the Companies Act, 1956.

ii)    The preparation of financial statements in conformity with generally accepted accounting principles in India requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent liabilities at the date of the financial statements and the reported amounts of revenue and expenses during the reporting period. Differences between the actual results and estimates are recognized in the period in which results are known / materialized.

iii)   The Company being in service sector, there is no specific operating cycle, 12 months period has been adopted as "the Operating Cycle" in-terms of the provisions of Revised Schedule VI to the Companies Act 1956.

**C.    SIGNIFICANT ACCOUNTING POLICIES**

**1.    FIXED ASSETS**

i)     a)    Aircraft are stated at purchase price.

b)    Other assets, including Aircraft Rotables, are capitalized and stated at historical cost.

c)    Other incidental costs including interest wherever applicable, are also capitalized up to the date of commercial operation.

ii)    Expenditure on major modernization/modification/conversion of aircraft, resulting in increased efficiency/ economic life, is capitalized.

iii)   Aircraft Fleet and Equipment under leases, in respect of which substantially all the risks and rewards of ownership are transferred to the Company, are considered as Finance Leases and are capitalized.

iv)    Physical Verification of Assets

Physical Verification of Assets is done on a rotational basis so that every asset is verified once in every two years and the discrepancies observed in the course of the verification are adjusted in the year in which report is submitted.

 **AIR INDIA**

**NOTE "2" : SHARE CAPITAL**

(Rupees in Million)

| Particulars | As at March 31, 2013 | As at March 31, 2012 |
|---|---|---|
| **AUTHORISED**<br>11,000.0 Million Equity Shares of Rs.10 each<br>(Previous Year : 3,500.0 Million Equity Shares) | **110,000.0** | 35,000.0 |
| NIL Preference Shares of Rs.100 each<br>(Previous Year : 750.0 Million Preference Shares) | **-** | 75,000.0 |
| **TOTAL** | **110,000.0** | 110,000.0 |
| **ISSUED, SUBSCRIBED AND FULLY PAID-UP SHARES**<br>9,345.0 Million  Equity Shares of Rs. 10 each<br>(Previous Year : 3,345.0 Million Equity Shares) | **93,450.0** | 33,450.0 |
| **TOTAL** | **93,450.0** | 33,450.0 |

2.1   *The Company is a Government Company with 100% share held by President of India and his nominees, through administrative control of Ministry of Civil Aviation.*

2.2   *Off the above, 144.95 Million equity shares were issued during the year 2007-08 pursuant to Amalgamation*

2.3   *Reconciliation of number of shares outstanding at the beginning and end of the reporting period are given below:*

| Particulars | (Number of Shares in Million) | | (Share Value Rupees in Million) | |
|---|---|---|---|---|
| | **2012-13** | *2011-12* | **2012-13** | *2011-12* |
| *Equity Shares at the beginning of the period* | **3,345.0** | *2,145.0* | **33,450.0** | *21,450.0* |
| *Add : Equity Shares Allotted during the period* | **6,000.0** | *1,200.0* | **60,000.0** | *12,000.0* |
| *Equity Shares at the end of the period* | **9,345.0** | *3,345.0* | **93,450.0** | *33,450.0* |

2.4   *During the year the Company has converted 750.0 Million preference shares of Rs. 100/- each to 7,500.0 Million equity shares of Rs.10/- each ranking pari-passu with the existing equity shares, which has been approved by the Shareholders in the Extra Ordinary General Meeting held on 30th April 2012.*

2.5   *Term/rights attached to equity shares*

*The company has single class of share capital i.e. Equity Shares having a par value of Rs. 10 per share. Each holder of equity shares is entitled to one vote per share. The company declares and pays dividends in Indian rupees. The dividend proposed by the Board of Directors is subject to the approval  of the shareholders in the ensuing Annual General Meeting.*

*In the event of liquidation of the company, the holders of equity shares will be entitled to receive remaining assets of the company, after distribution of all preferential amounts. The distribution will be in proportion to the number of equity shares held by the shareholders.*

**AIR INDIA**

## NOTE "3" : RESERVES AND SURPLUS

(Rupees in Million)

| Particulars | As at March 31, 2013 | As at March 31, 2012 |
|---|---|---|
| 1. **CAPITAL RESERVE** | | |
| Balance as per Last Balance Sheet | **1,258.3** | 804.7 |
| Add : Additions during the year | **-** | 489.2 |
| Less : Transfer to the Statement of Profit and Loss as reduction from Depreciation (Refer Note 21) | **55.7** | 35.6 |
| **Closing Balance** | **1,202.6** | 1,258.3 |
| 2. **SURPLUS / (DEFICIT) in the Statement of Profit & Loss** | | |
| Balance as per last financial statements | **(199,140.0)** | (123,542.6) |
| Loss for the year | **(54,901.6)** | (75,597.4) |
| **Net deficit in the Statement of Profit & Loss** | **(254,041.6)** | (199,140.0) |
| **TOTAL (1+2)** | **(252,839.0)** | (197,881.7) |

*3.1  Fixed Assets includes cost of B-777 and B-787 simulator and Nagpur MRO Land received from Boeing has been credited to Capital Reserve. The proportionate depreciation provided on the amount credited, has been charged to Capital Reserve.*

## NOTE "4" :  LONG TERM BORROWINGS

(Rupees in Million)

| Particulars | Non-Current | | Current | |
|---|---|---|---|---|
| | As at March 31, 2013 | As at March 31, 2012 | As at March 31, 2013 | As at March 31, 2012 |
| **I Bonds / Debentures** | **136,000.0** | 62,000.0 | **-** | - |
| **II Term Loans** | | | | |
| a) from Banks (Secured) | **123,912.5** | 114,598.2 | **1,302.2** | - |
| b) from Banks (Unsecured) | **3,749.2** | 4,226.2 | **890.6** | 6,768.2 |
| c) from Other Parties (Secured) | **-** | - | **-** | 144.0 |
| d) from Other Parties (Unsecured) | **217.3** | 211.7 | **8.6** | 8.0 |
| **III Finance Lease Obligations** | **117,796.4** | 125,184.4 | **15,778.7** | 15,501.4 |
| **TOTAL** | **381,675.4** | 306,220.5 | **17,980.1** | 22,421.6 |

**4.1    Bonds/Debentures**

136,000 Redeemable, Unsecured Non-convertible Debentures of face value of Rs.1 Million each (Previous Year : 62,000 Debentures), are guaranteed by Government of India.  Maturity Profile and Rate of interest are as set out below :



**AIR INDIA**

(Rupees in Million)

| Period of Maturity | No of instalments as at March 31, 2013 | Amount Payable on Redemption | Rate of Interest | Amount of instalments due as at March 31, 2013 |
|---|---|---|---|---|
| Dec-2031 | NA | 4,714.0 | 9.08% | NIL |
| Nov-2031 | NA | 10,086.0 | 9.08% | NIL |
| Sep-2031 | NA | 15,000.0 | 10.05% | NIL |
| Dec-2030 | NA | 4,714.0 | 9.08% | NIL |
| Nov-2030 | NA | 10,086.0 | 9.08% | NIL |
| Dec-2029 | NA | 4,714.0 | 9.08% | NIL |
| Nov-2029 | NA | 10,086.0 | 9.08% | NIL |
| Dec-2028 | NA | 4,714.0 | 9.08% | NIL |
| Nov-2028 | NA | 10,086.0 | 9.08% | NIL |
| Dec-2027 | NA | 4,714.0 | 9.08% | NIL |
| Nov-2027 | NA | 10,086.0 | 9.08% | NIL |
| Sep-2026 | NA | 40,000.0 | 9.84% | NIL |
| Mar-2020 | NA | 7,000.0 | 9.13% | NIL |
| | **TOTAL** | **136,000.0** | | |

**4.2    Details of restructured Secured Term Loans from Banks are as under :**

(Rupees in Million)

| Sr. No. | Restructuring Lender | As at 31.03.2013 | As at 31.03.2012 |
|---|---|---|---|
| 1 | Allahabad Bank | **2,906.9** | 2,664.2 |
| 2 | Andhra Bank | **3,513.0** | 3,201.6 |
| 3 | Bank of Baroda | **13,089.9** | 11,989.0 |
| 4 | Bank of India | **15,768.0** | 14,279.0 |
| 5 | Canara Bank | **8,532.8** | 7,819.5 |
| 6 | Central Bank of India | **9,302.8** | 8,525.5 |
| 7 | Corporation Bank | **7,565.1** | 6,928.9 |
| 8 | Dena Bank | **1,377.5** | 1,252.2 |
| 9 | The Federal Bank Limited | **1,850.6** | 1,647.2 |
| 10 | IDBI Bank Limited | **4,360.5** | 3,996.3 |
| 11 | Indian Bank | **4,356.2** | 3,991.0 |
| 12 | Indian Overseas Bank | **7,109.4** | 6,556.2 |
| 13 | Oriental Bank of Commerce | **8,891.9** | 8,152.5 |
| 14 | Punjab National Bank | **12,252.4** | 11,311.5 |
| 15 | Punjab & Sind Bank | **2,760.6** | 2,531.0 |
| 16 | State Bank of India | **6,731.6** | 6,165.0 |
| 17 | Syndicate Bank | **6,409.8** | 5,861.3 |
| 18 | UCO Bank | **5,814.1** | 5,328.5 |
| 19 | United Bank of India | **2,621.6** | 2,397.8 |
| | **TOTAL** | **125,214.7** | 114,598.2 |

All Term Loans from above Banks are secured by following 28 aircrafts and 12 immovable properties and all Current Assets (Previous Year 29 aircrafts, 12 immovable properties and all Current Assets). However equitable mortgage for 12 immovable properties with banks are yet to be created :

**Aircrafts :-**

| | | | | | |
|---|---|---|---|---|---|
| 1) A310-F/VT-EQT | 2) A319/VT-SCP | 3) A319/VT-SCQ | 4) A319/VT-SCR | 5) A319/VT-SCS | 6) A319/VT-SCT |
| 7) A319/VT-SCU | 8) A319/VT-SCV | 9) A319/VT-SCW | 10) A319/VT-SCX | 11) A320/VT-ESA | 12) A320/VT-ESC |
| 13) A320/VT-ESD | 14) A320/VT-ESE | 15) A320/VT-ESF | 16) A320/VT-ESG | 17) A320/VT ESI | 18) A320/VT-ESJ |
| 19) A320/VT-ESK | 20) A320/VT ESL | 21) A320/VT-EDC | 22) A321/VT-PPN | 23) A321/VT-PPO | 24) A321/VT-PPQ |
| 25) A321/VT-PPV | 26) A321/VT-PPW | 27) A321/VT-PPX | 28) B787-800/VT-ANH. | | |

**Immovable Properties :**

1) Building at Old Airport, Kalina, Mumbai
2) Air India Building, Nariman Point, Mumbai
3) Land at CIDCO Plot, Nerul, Navi Mumbai

**AIR INDIA**

4)   Building at NITC, Santacruz, Mumbai
5)   Land at Baba Kharak Singh Marg, New Delhi
6)   Staff Quarters - Vasant Vihar, New Delhi
7)   Freehold land and Residential flats at Palavanthangal Village & IA Staff Housing Colony, Chennai
8)   Unit No. 264, 297, 310, 489, 631, 678, 684, 714, Asiad Village Complex, New Delhi
9)   Land at DLF, Qutab Enclave, Phase-III, Gurgaon, Haryana
10)  Airlines House, 113, Gurudwara Rakabganj Road, Delhi
11)  Freehold Vacant No. 504, Annasalai / Teynampet, Chennai
12)  Freehold Land (CTE Complex) and Buildings, Hyderabad

For all Secured Term Loans from Banks, interest rate is linked to respective Bank's Prime Lending Rate / Base Rate / Libor plus Margin. These loans are repayable in Quarterly Instalments starting from 31st December 2013 and-ending in 30th September 2026.  Disclosure as regards amount of repayment instalment and rate of interest are not made due to complexity of repayment schedules and confidentiality clause with the banks as regards interest rate.

**4.3**   Overdue interest payment on Secured Term Loans from Banks as on 31st March 2013 is Rs. 52.1 Million (Previous Year : Rs.NIL Million).

**4.4**   Unsecured Term Loan from Banks of Rs.4,639.8 Million (Previous Year Rs.10,994.4 Million) are guaranteed by the Government of India to the extent of Rs.3,749.2 Million (Previous Year Rs.3,513.7 Million)

(Rupees in Million)

| Period of Maturity | No of Loan instalments | Amount of Loan as at March 31, 2013 | Rate of Interest | Amount of instalments due as at March 31, 2013 | Amount of interest due as at March 31, 2013 | Amount of instalments due as at March 31, 2012 | Amount of interest due as at March 31, 2012 |
|---|---|---|---|---|---|---|---|
| Sep-16 | NA | 3749.2 | Libor + 1.45 /2.5 | NIL | NIL | NIL | NIL |
| Feb-14 | 5 | 890.6 | BPLR - 0.50 | 178.1 | 11.1 | 178.1 | 66.3 |

**4.5**   Secured Term Loan from Others of Rs.NIL Million (Previous Year Rs.144.0 Million) are secured by Hypothecation of SAP related Hardware & Software.

**4.6**   Unsecured  Term Loan from Others of Rs.225.9 Million (Previous Year Rs.219.8 Million) are guaranteed by the Government of India to the extent of Rs.225.9 Million (Previous Year Rs.219.8 Million)

(Rupees in Million)

| Period of Maturity | No of Loan instalments | Amount of  Loan  as at March 31, 2013 | Rate of Interest | Amount of instalments due as at March 31, 2013 |
|---|---|---|---|---|
| Oct-2039 | 52 | 155.1 | Interest Free | NIL |
| Mar-2037 | 48 | 70.8 | Interest Free | NIL |

**4.7**   Finance Lease Obligations of Rs.133,575.1 Million (Previous Year Rs.140,685.8 Million) are guaranteed by the Government of India to the extent of Rs.109,678.4 Million (Previous Year Rs.95,955.1 Million)

(Rupees in Million)

| Period of Maturity | No of Loan instalments | Amount of Loan  as at March 31, 2013 | Rate of Interest | Amount of instalments due  as at March 31, 2013 |
|---|---|---|---|---|
| Jul-22 | 74 | 17,254.4 | Libor + 0.24 | NIL |
| Sep-21 | 102 | 34,809.2 | Libor + 0.93 | NIL |
| Feb-21 | 32 | 23,387.0 | Libor + 0.75 | NIL |
| May-20 | 57 | 12,079.2 | Libor - 0.05 | NIL |
| Dec-19 | 107 | 28,056.1 | Fixed | NIL |
| Dec-19 | 27 | 17,989.2 | Libor + 0.75 | NIL |

**4.8**   Current maturities of long term borrowings have been grouped under the head Other Current Liabilities (Refer Note No.5)