# EXHIBIT 71

## NOTE "2" : SHARE CAPITAL

(Rupees in Million)

| Particulars | As at March 31, 2017 | As at March 31, 2016 |
|---|---|---|
| **A. AUTHORISED** | | |
| 30,000.0 Million Equity Shares of Rs.10 each (Previous Year : 25,000.0 Million Equity Shares of Rs.10 each) | **300,000.0** | 250,000.0 |
| | **300,000.0** | 250,000.0 |
| **B. ISSUED, SUBSCRIBED AND FULLY PAID-UP SHARES** | | |
| 26,753.0 Million Equity Shares of Rs. 10 each (Previous Year : 21,496.0 Million Equity Shares of Rs.10 each) | **267,530.0** | 214,960.0 |
| TOTAL | **267,530.0** | 214,960.0 |

B.i) **Reconciliation of number of shares :**

| | (Number of Shares in Million) | | (Share Value Rupees in Million) | |
|---|---|---|---|---|
| Particulars | **2016-17** | 2015-16 | **2016-17** | 2015-16 |
| Equity Shares at the beginning of the year | **21,496** | 17,178 | **214,960.0** | 171,780.0 |
| Add : Equity Shares Allotted during the year | **5,257** | 4,318 | **52,570.0** | 43,180.0 |
| Equity Shares at the end of the year | **26,753** | 21,496 | **267,530.0** | 214,960.0 |

ii) **Term/rights attached to equity shares**

The company has single class of shares i.e. Equity Shares having a par value of Rs. 10 per share. Each holder of equity shares is entitled to one vote per share.

In the event of liquidation of the Company, the holders of equity shares will be entitled to receive remaining assets of the Company, after all the creditors have been paid. The distribution will be in proportion to the number of equity shares held by the shareholders.

iii) **Share Holding Pattern :**

The Company is a Government Company with 100% share held by the President of India and his nominees, through administrative control of Ministry of Civil Aviation.

C. **Share Application Money** : Share application money amounting to Rs.1,372.1 Million (Previous Year: Rs.29,290.0 Million) represents money paid by the Government of India towards capital infusion during 2016-17 but allotment of shares not yet made.

## NOTE "4" : LONG TERM BORROWINGS

(Rupees in Million)

| | Particulars | Non-Current As at March 31, 2017 | Non-Current As at March 31, 2016 | Current* As at March 31, 2017 | Current* As at March 31, 2016 |
|---|---|---|---|---|---|
| I | **Debentures** | **136,000.0** | 136,000.0 | **-** | - |
| II | **Term Loans** | | | | |
| | a) from Banks (Secured) | **116,289.5** | 121,249.6 | **5,065.0** | 2506.8 |
| | b) from Banks (Unsecured) | **25,067.4** | 24,130.7 | **1,652.1** | 5,693.0 |
| | c) from Other Parties (Unsecured) | **218.7** | 233.8 | **10.2** | 10.5 |
| III | **Long Term Maturities of Finance Lease Obligations** | **57,922.8** | 76,449.7 | **16,533.7** | 16,387.4 |
| | **TOTAL** | **335,498.4** | 358,063.8 | **23,261.0** | 24,597.7 |

### 4.1 Debentures

a) 136,000 Redeemable, Unsecured Non-convertible Debentures of face value of Rs.1 Million each (Previous Year : 136,000 Debentures), are guaranteed by Government of India. Maturity Profile and Rate of interest are as set out below :

(Rupees in Million)

| Month of Redemption | Amount to be Redeemed | Rate of Interest |
|---|---|---|
| Dec-2031 | 4,714.0 | 9.08% |
| Nov-2031 | 10,086.0 | 9.08% |
| Sep-2031 | 15,000.0 | 10.05% |
| Dec-2030 | 4,714.0 | 9.08% |
| Nov-2030 | 10,086.0 | 9.08% |
| Dec-2029 | 4,714.0 | 9.08% |
| Nov-2029 | 10,086.0 | 9.08% |
| Dec-2028 | 4,714.0 | 9.08% |
| Nov-2028 | 10,086.0 | 9.08% |
| Dec-2027 | 4,714.0 | 9.08% |
| Nov-2027 | 10,086.0 | 9.08% |
| Sep-2026 | 40,000.0 | 9.84% |
| Mar-2020 | 7,000.0 | 9.13% |
| **Total** | **136,000.0** | |

b) Debenture Redemption Reserve as required under Section 71(4) of the Companies Act, 2013 has not been created in the absence of earned profits by the Company.

**4.2(a) Details of Secured Term Loans from Banks are as under :**

(Rupees in Million)

| Sr No. | Restructuring Lender | As at 31.03.2017 | As at 31.03.2016 |
|---|---|---|---|
| 1 | Allahabad Bank | 2,793.9 | 2,841.7 |
| 2 | Andhra Bank | 3,361.7 | 3,434.8 |
| 3 | Bank of Baroda | 12,551.8 | 12,768.1 |
| 4 | Bank of India | 16,337.9 | 16,795.8 |
| 5 | Canara Bank | 8,071.8 | 8,340.3 |
| 6 | Central Bank of India | 8,939.6 | 9,082.8 |
| 7 | Corporation Bank | 7,258.2 | 7,384.2 |
| 8 | Dena Bank | 1,315.2 | 1,313.7 |
| 9 | The Federal Bank Limited | 1,974.7 | 2,040.2 |
| 10 | IDBI Bank Limited | 4,183.8 | 4,256.3 |
| 11 | Indian Bank | 4,177.0 | 4,247.5 |
| 12 | Indian Overseas Bank | 6,824.1 | 6,974.2 |
| 13 | Oriental Bank of Commerce | 8,528.8 | 8,680.3 |
| 14 | Punjab National Bank | 11,772.4 | 11,971.9 |
| 15 | Punjab & Sind Bank | 2,653.1 | 2,696.3 |
| 16 | State Bank of India | 6,360.7 | 6,461.8 |
| 17 | Syndicate Bank | 6,145.6 | 6,231.6 |
| 18 | UCO Bank | 5,587.3 | 5,675.1 |
| 19 | United Bank of India | 2,516.9 | 2,559.8 |
| | **TOTAL** | **121,354.5** | 123,756.4 |

For all Secured Term Loans from Banks, interest rate is linked to respective Bank's Prime Lending Rate / Base Rate / Libor plus Margin. These loans are repayable in Quarterly Instalments starting from 31st December 2013 and ending in 30th September 2026. Disclosure as regards amount of repayment installment and rate of interest are not made due to complexity of repayment schedules and confidentiality clause with the banks as regards interest rate.

All Term Loans from above Banks are secured by Hypothecation of 29 aircraft and 12 immovable properties at market value and all Current Assets (Previous Year 29 aircrafts, 12 immovable properties and all Current Assets). However equitable mortgage for 7 immovable properties with banks are yet to be created.

**4.2(b)** Total Unsecured Term Loan from Banks of Rs.26,719.5 Million (Previous Year Rs.29,823.7 Million) has been guaranteed by the Government of India.

(Rupees in Million)

| Equal Number of Loan Instalments | Amount of Loan as at 'March 31, 2017 | Rate of Interest | Starting Month of Repayment | Month of Maturity |
|---|---|---|---|---|
| Bullet | 4,478.3 | Libor + 1.45 /2.5 | Sep-2016 | Sep-2021 |
| 17 | 897.0 | Libor + 2.13455 | Apr-2015 | Apr-2021 |
| 17 | 987.2 | Libor + 2.15 | Mar-2015 | Mar-2021 |
| 16 | 1,103.7 | Libor + 1.55 | Mar-2016 | Mar-2021 |
| 16 | 1,221.0 | Libor + 1.55 | Mar-2016 | Mar-2021 |
| 07 | 17,859.7 | Libor + 1.80 | Jun-2016 | Mar-2020 |
| 01 | 172.6 | Libor + 4.01% | Jan-2016 | Jul-2017 |
| **TOTAL** | **26,719.5** | | | |

**4.2(c)** Unsecured Term Loan from Others of Rs.228.9 Million (Previous Year Rs. 244.3 Million) are guaranteed by the Government of India.

(Rupees in Million)

| Equal Number of Loan Instalments | Amount of Loan as at 'March 31, 2017 | Rate of Interest | Starting Month of Repayment | Month of Maturity |
|---|---|---|---|---|
| 46 | 157.9 | Interest Free | Oct-1990 | Oct-2039 |
| 40 | 71.0 | Interest Free | Oct-1987 | Mar-2037 |
| **TOTAL** | **228.9** | | | |

**4.3** Long Term Maturities of Finance Lease Obligations of Rs.74,456.5 Million (Previous Year Rs.92,837.1 Million) are guaranteed by the Government of India to the extent of Rs.60,565.1 Million (Previous Year Rs.74,901.3 Million)

(Rupees in Million)

| Number of Equated Loan Instalments | Amount of Loan as at March 31, 2017 | Rate of Interest | Starting Month of Repayment | Month of Maturity |
|---|---|---|---|---|
| 42 | 12,349.0 | Libor + 0.24 | Aug-2011 | Jul-2022 |
| 66 | 23,313.0 | Libor + 0.93 | Mar-2010 | Sep-2021 |
| 16 | 16,200.3 | Libor + 0.75 | Feb-2008 | Feb-2021 |
| 25 | 4,556.0 | Libor - 0.05+0.55 | Jan-2009 | May-2020 |
| 33 | 6,951.1 | 2.46% to 2.89% Fixed | Oct-2007 | Dec-2019 |
| 11 | 11,087.1 | Libor + 0.75 | Mar-2007 | Dec-2019 |
| **TOTAL** | **74,456.5** | | | |

\* Current maturities of long term borrowings have been grouped under the head Other Current Liabilities (Refer Note No.5)