# EXHIBIT 74

BENCHMARKS **CLOSED**  
**Nifty** 14,617.85  36.40

NSE GAINER-LARGE CAP  
**Astral Poly Tech** 1,678.05  152.40

FEATURED FUNDS ★★★★★  
**ICICI Prudential Smallca...**

5Y RETURN  
**14.57 %** INVEST NOW

MARKET WATCH

Sign In

**The Economic Times** | Industry

English Edition ▾ | E-Paper

Special Offer on ET Prime

Home   ETPrime   Markets   News   **Industry**   RISE   Politics   Wealth   MF   Tech   Jobs   Opinion   NRI   Panache   ET NOW   More ▾

Auto ▾   Banking/Finance ▾   Cons. Products ▾   Energy ▾   Renewables   Ind'l Goods/Svs ▾   Healthcare/Biotech ▾   Services ▾   Media/Entertainment ▾   More ▾

Business News › Industry › Transportation › Airlines / Aviation › Air India privatisation will level the playing field in India: IATA Chief

# Air India privatisation will level the playing field in India: IATA Chief

By Mihir Mishra, ET Bureau       Last Updated: Mar 20, 2021, 12:08 PM IST

**Synopsis**
The government is in the process of selling 100% of A[...] international subsidiary Air India Express, as well as 5[...] AISATS.



Alexandre de Juniac, Director General and CEO of IATA

Air Ind[...] much-n[...] **sector** a[...] will equ[...] in the c[...] **International Air Transport Association** (IATA) told ET.



"It will improve the competitive condition in India because no one will be able to claim that they have special support from the government… I have heard many operators complain about the support received by the flag carrier," **Alexandre de Juniac**, Director General and CEO of IATA, said in an interview. "It (divestment of AI) will equalise the competitive landscape in the country."

The government is in the process of selling 100% of **Air India** and its low-cost international subsidiary **Air India Express**, as well as 50% in the ground-handling unit AISATS. It has received initial inquiries from multiple parties after a failed divestment attempt in 2018 and several extensions in 2020.

While many in the industry say that this may not be the right time to divest stake, the government has maintained that the interest shown by prospective buyers is encouraging and New Delhi is likely to ask for financial bids by

**IN THE SPOTLIGHT**
Sanjiv Goenka highlighted the recovery of India 

| **RELATED** | MOST READ | MOST SHARED |

Employee consortium bid for Air India rejected

Air India cancels leaves of pilots with immediate effect

Ajay Singh is keen to board Air India

To expedite disinvestment, Air India to keep offices open on Saturdays

Air India privatisation will bring in much-needed reforms: IATA

Will lotus bloom in Bengal?   FOLLOW ELECTIONS WITH ET →




Sponsored by

In the past, several airlines have complained about special privileges being given to Air India in the form of funding its losses through equity infusion by the government and priority being given to Air India on foreign flights and slots. De Juniac, who has been at the helm at possibly the worst time for the aviation sector, also said that the pandemic has taught the industry to be more prepared by creating dedicated testing facilities at airports and will pave way for digitisation in aviation. Limited international flights through bubble agreements could have helped the sector in India. "India responded by creating bilateral bubbles... that could have been helpful for the sector. However, we are advocating in favour of government financial support for airlines and we regret that the Indian government did not give money to the sector," he said.

**Top Trending Industry Terms**

Oppo A74 Price   L&T   Citigroup
Petrol Price Today   Tata Steel   Airtel
Mahindra & Mahindra   Jio   Pfizer Vaccine
Citibank   Maharashtra Lockdown Updates
Telecom News   Banking News
Finance News   Auto News

( Originally published on Mar 19, 2021 )

READ MORE NEWS ON

Alexandre De Juniac　　Air India Express　　International Air Transport Association　　Air India

Divestment　　Aviation Sector

(Catch all the **Business News**, **Breaking News** Events and **Latest News** Updates on **The Economic Times**.)
Download **The Economic Times News App** to get Daily Market Updates & Live Business News.

**ETPrime stories of the day**



INVESTING　　　　　　　　　RECENT HIT　　　　　　　　　PHARMA



| | | |
|---|---|---|
| Quality stocks provide cushion against the market fall. But does that justify their valuations? | Silence of the lions: Did Ambuja Cements' star independent directors speak up for its shareholders? | How to win the US: Alembic Pharma will have to crack the complex-products game |
| 8 mins read | 9 mins read | 9 mins read |

Subscribe to ETPrime

  Search News, Stock Quotes & NAV

BROWSE COMPANIES: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z
1 2 3 4 5 6 7 8 9

## Trending Now

| | |
|---|---|
| Bharti Airtel | Jiopages |
| IRCTC News | Railways ministry |
| Indian Navy News | Netflix News |
| Ministry of Corporate Affairs | Delhi Metro |
| Reliance Jio | |

## Popular Categories

| | |
|---|---|
| Auto | Banking/Finance |
| Cons. Products | Energy |
| Renewables | Ind'l Goods/Svs |
| Healthcare/Biotech | Services |
| Media/Entertainment | Transportation |
| Tech | Telecom |
| Miscellaneous | CSR |
| Environment | |

## Hot On Web

| | |
|---|---|
| West Bengal elections Live | Indian economy |
| Mukesh Ambani | Covid Live updates |
| Mutual funds SIP 2021 | Sensex today |
| What are multi asset funds | What are balanced mutual funds |
| Global markets | Mutual funds |
| Breaking news | LTC Cash Voucher Scheme |
| SGX Nifty | Sensex Live |
| IRCTC share price | Infosys share price |
| Rupee | |

## In Case You Missed It

| | |
|---|---|
| Oppo A74 Price | L&T |
| Citigroup | Petrol Price Today |
| Tata Steel | Airtel |
| Mahindra & Mahindra | Jio |
| Pfizer Vaccine | Citibank |
| Maharashtra Lockdown Updates | Delhi Rains |
| Russia Covid Vaccine | Indian Navy News |
| Jiopages | AGR dues |
| Auto News | |

## ET Verticals

| | |
|---|---|
| Auto News | Retail News |
| Health News | Telecom News |
| Energy News | IT News |
| Real Estate News | Marketing & Advertising News |
| Technology News | CFO News |
| IT Security News | |

## More From Our Network

| | | |
|---|---|---|
| इकनॉमिक टाइम्स | Pune Mirror | Bangalore Mirror |
| Ahmedabad Mirror | ItsMyAscent | Education Times |
| Brand Capital | Mumbai Mirror | Times Now |
| Indiatimes | महाराष्ट्र टाइम्स | ವಿಜಯ ಕರ್ನಾಟಕ |
| Go Green | AdAge India | Eisamay |
| IGN India | IamGujarat | Times of India |
| Samayam Tamil | Samayam Telugu | Miss Kyra |
| Bombay Times | Filmipop | MX Player |
| Colombia | NBT Gold Podcast | Ei Samay Gold Podcast |
| MX ShareKaro App | MX TakaTak App | |

Will lotus bloom in Bengal? FOLLOW ELECTIONS WITH ET

## Other Useful Links

| | | Services |
|---|---|---|
| About Us | Book your Newspaper Subscription | Longwalks App |
| Create Your Own Ad | Advertise with Us | |
| Terms of Use & Grievance Redressal | Privacy policy | |
| Contact Us | RSS | |
| DNPA Code of Ethics | Do not sell my info | |

Copyright © 2021 Bennett, Coleman & Co. Ltd. All rights reserved. For reprint rights: Times Syndication Service