# EXHIBIT 75

(Rs in crore)

| TABLE SHOWING GRANTS-IN-AID BY MINISTRY OF CIVIL AVIATION - GRANTEE ORGANISATION FOR FINANCIAL YEAR 2020-21 ||||
| Sr. No | Name of the Grantee Organization | Amount | Purpose |
| --- | --- | --- | --- |
| 1. | Air India Assets Holding Limited (SPV) | 2205.00 | The provision is for servicing of loan transferred to SPV as a result of financial restructuring of Air India. |
| 2. | Air India Limited (AIL) | 810.23 | The provision is for purchase of two new aircrafts for special operations. |
| 3. | Regional Connectivity Scheme (RCS) for Creation of Capital Assets | 395.17 | The provision is for revival of un-served and under-served airports. |
| 4. | Airports Economic Regulatory Authority (AERA) | 9.48 | The provision is for Salary and for meeting establishment related expenditure. |
| 5. | Rajeev Gandhi National Aviation University (RGNAU) | 7.32 | The provision is for construction of University building, other related infrastructure Salary and establishment related expenditure. |
| 6. | Indira Gandhi RashtriyaUran Academy (IGRUA) | 0.01 | Token provision for creation of Capital Assets. |
| 7. | Airports Authority of India (AAI) | 0.01 | Token provision for creation of Capital Assets. |