# EXHIBIT 76

We use cookies and other tracking technologies to provide services while browsing the Website to show personalise content and targeted ads, analyse site traffic and understand where our audience is coming from in order to improve your browsing experience on our Website. By continuing to use our Website, you consent to the use of these cookies and accept our Privacy terms. If you wish to see more information about how we process your personal data, please read our **Cookie Policy (https://timesofindia.indiatimes.com/cookie-policy)** and **Privacy Policy (https://timesofindia.indiatimes.com/privacy-policy/cookiepolicy/80245266.cms)**

| EDITION | IN | DELHI | 29°C |  | SIGN IN | (https://timesofindia.indiatimes.com/) |

# THE TIMES OF INDIA

**India** | Ram Temple In Ayodhya (Https://Timesofindia.Indiatimes.Com/India/Ram-Mandir-In-Ayodhya) | LAC Face-Off (Https://Timesofindia.Indiatimes.Com/India/India-China-...)

TOP SEARCHES    Coronavirus in India (https://timesofindia.indiatimes.com/india/coronavirus-india-live-news-covid-19-cases-vaccine-updates/liveblog/82564842.cms)

NEWS (HTTPS://TIMESOFINDIA.INDIATIMES.COM/)   /   INDIA NEWS (HTTPS://TIMESOFINDIA.INDIATIMES.COM/INDIA)   /   FIRST VVIP AIRCRAFT 'AIR INDIA ONE' FOR PRESIDENT, PM TO ARRIVE TOD...

THIS STORY IS FROM OCTOBER 1, 2020

# First VVIP aircraft 'Air India One' for President, PM to arrive today

ANI / Updated: Oct 1, 2020, 17:05 IST

| FACEBOOK | TWITTER | LINKEDIN | EMAIL |   (/articleshowprint/78422961.cms)  AA |

**UP NEXT**

1. First VVIP aircraft 'Air India One' for President, PM to arriv…

2. SC rejects PIL for independent probe into 'mismanagemen…

3. LJP is likely to stay with NDA: Ramdas Athawale…

4. Love You Pappu 2.0: Ex-aide mocks Rahul Gandhi over rebuff to…



NEW DELHI: The first of the two VVIP aircraft Air India One for President, Vice President, and Prime Minister will arrive in India on Thursday.

"The Special Extra Section Flight (SESF) aircraft for country's VVIP is arriving today at Delhi's International Airport," sources in the government told ANI.

Earlier in August, contingents of senior officials of Air India, security officers, and senior government officials had left for United States to accept the delivery of the SESF or VVIP aircraft Air India One.

**TRENDING TOPICS**

Corona cases in India (https://timesofindia.indiatimes.com/india/covid-19-active-cases-drop-for-3rd-day-but-deaths-touch-record-4-2k/articleshow/82562592.cms)

Rishabh Pant (https://timesofindia.indiatimes.com/sports/off-the-field/covid-19-rishabh-pant-turns-to-mowing-to-stay-active-while-indoors/articleshow/82566479.cms)

Black fungal infection (https://timesofindia.indiatimes.com/city/lucknow/black-fungus-adds-to-corona-trauma/articleshow/82561940.cms)

Coronavirus India update live (https://timesofindia.indiatimes.com/india/coronavirus-india-live-news-covid-19-cases-vaccine-updates/liveblog/82564842.cms)

Cyclone in Arabian sea (https://timesofindia.indiatimes.com/india/cyclone-may-hit-west-coast-this-weekend/articleshow/82563318.cms)

Covid 19 vaccine India (https://timesofindia.indiatimes.com/india/covid-

"A joint team of senior officers from National Carrier Air India, VVIP security personnel and senior government officials are on the way to the US to accept the delivery of the VVIP's flight Air India One," top government sources had then told ANI.

Air India One is equipped with an advanced and secured communication system that allows availing audio and video communication functions mid-air without any worries of hacking or being taped," sources familiar with the details told ANI.

The VVIP aircraft B-777 is a replacement of wide-body aircraft Boeing B-747 jumbo aircraft whose call sign is Air India One. The interior design of the aircraft is very attractive, which was modified recently by Boeing, apart from other customisations.

"The aircraft has a big suit/cabin for the VVIP, a mini medical center has also been set up in the aircraft. It also has a standard space for the press. The rear seats are of the Economy class category while the rest of the seats are Business class. B777 aircraft can fly over 17 hours continuously," informed the sources.

Air India will receive the aircraft which will be later handed over to the Indian Air Force (IAF). After that, the new aircraft will be de-registered and fresh registration SOP will be placed in the process because the VVIP aircraft will operate under IAF.

Air India pilots will also be a part of the aircraft operating team till the IAF pilots gain expertise in handling the variant. Air India Engineering Services Limited (AIESL) will take care of the maintenance of the aircraft.

The new Boeing 777 aircraft for VVIPs guest is also equipped with advanced defence systems and will be operated fully by IAF pilots in due course of time.

The colour of Air India Boeing 777 had been totally changed including changes to the design of the aircraft as per the recommendations and further approval by the Prime Minister's Office (PMO).

FACEBOOK  TWITTER  LINKEDIN  EMAIL

PM Modi (https://timesofindia.indiatimes.com/india/pm-modi-cancels-travel-to-uk-for-g7-as-india-

(https://timesofindia.indiatimes.com/india/covid-as-drive-slows-gap-between-jabs-and-vaccine-seekers-grows/articleshow/82510216.cms)

om/business/india-4-29-in-

om/city/hyderabad/t ith-

(https://timesofindia.indiatimes.com/home/education cet-postponed-to-august-28-29/articleshow/82572304

**COVID-19 CASES**   **INDIA**   WORLD
CONFIRMED   DEATHS
23,340,938   254,197

FULL COVERAGE
TPS://TIMESOFINDIA.INDIATIMES.COM/CORONAVIR

**TOP STORIES RIGHT NOW (HTTPS://TIMESOFINDIA.INDIATIMES.COM/**

CITY
1 Live: Maharashtra cabinet recommends extension of lockdown-like curbs till May 3... (https://timesofindia.indiatimes.com/city/pune/maha pune-nagpur-thane-nashik-mumbai-covid-19-lockdown-news-live-updates-11-may-2021/liveblog/82539894.cms)

INDIA
2 Live: Kerala reports 43,529 new Covid cases in highest one-day spike (https://timesofindia.indiatimes.com/india/coronaviru india-live-news-covid-19-cases-vaccine-updates/liveblog/82564842.cms)

INDIA
3 Door-to-door vaccination could have saved many lives, says Bombay HC (https://timesofindia.indiatimes.com/india/door-to-door-vaccination-could-have-saved-many-lives-says-bombay-hc/articleshow/82575177.cms)

WORLD
4 Experts call out WHO for Covid response, say pandemic could have been prevented (https://timesofindia.indiatimes.com/world/rest-of-world/world-could-have-prevented-covid-catastrophe-expert-panel/articleshow/82572948.cms)

INDIA
5 'Get vaccines from all available sources': 12 opposition leaders write to PM Mod... (https://timesofindia.indiatimes.com/india/procure-vaccines-centrally-from-all-sources-12-opposition-leaders-write-to-pm-modi/articleshow/82575745.cms)

MORE LATEST NEWS ›