# EXHIBIT 79



Search

| HOME | INDIAN AVIATION NEWS NET | AVIATION INDIA: CAREERS NEWS | AVIATION INDIA: ARCHIVES | DECISION HEIGHT | ADVERTISE |

Home » air india feb 2007 , indian feb 2007 » Tax act amended for Air India, Indian merger

# Tax act amended for Air India, Indian merger

Saturday, February 17, 2007

New Delhi: The finance ministry has approved a key amendment in the Income Tax Act that will allow the state-run carriers Air India and Indian Airlines to carry forward unabsorbed depreciation once they are merged.
"Based on a cabinet note received from the civil aviation ministry, the finance ministry is amending Section 72A of the Income Tax Act. But this is applicable only for the planned merger of Air India and Indian Airlines," an official said.
"However, it has not been found feasible to extend the benefits of this section to amalgamations of private airlines," the official added.
As per current provisions of the Income Tax Act, merged companies in the airline business are not allowed to carry forward their tax and unabsorbed depreciations for setting up a merged entity.
The civil aviation ministry argued that this crucial provision deterred mergers and acquisitions in the airline business and had also wanted this amendment to extend to other carriers for at least five years.
16/02/07 Times of India

Airshow: Aero India 2021

To Read the News in full at Source, Click the Headline

**Airlines News**
 AirAsia India
 Air India
 Air India Express
 Air Odisha
 GoAir
 IndiGo Airlines
 SpiceJet
 Trujet
 Vistara
 Zoom Air

**Airports News**
 Airport News
**Careers News**
 Aviation Career News
**Crime News**
 Aviation Crimes
**Safety News**
 Accidents, Incidents

Categories: air india feb 2007, indian feb 2007

RELATED POSTS:

**Govt panel clears merger of Air-India and Indian**
Mumbai: The group of ministers (GOM) headed by Foreign Minister Pranab Mukherjee has approved the two-year merger proposal for Air-India (A-I) and Ind... Read More

**Post-merger, A-I, IA to hire new advisor**
Mumbai: Post-merger, Air India and Indian Airlines will hire a change management consultant to enable the employee adapt with new working environment ... Read More

**AI-Indian merger to come under Competition Panel scan**
New Delhi: The merger of Air India and Indian may have been cleared for take-off, but whether the combined entity would

**Popular**

**Air India stake sale: Tata Group ahead of SpiceJet in race for national carrier**
Among the bidders for the beleaguered national carrier, Air India, Tatas are now firmly in the saddle, news reports said. The salt-to-softwa...

**Runway resurfacing work concludes**
Ahmedabad: The runway resurfacing work at Sardar Vallabhbhai Patel International (SVPI) airport concluded at 5pm on Friday. The work took 11...

**Vistara non-stop flights to US: The challenges and opportunities for the Tata-SIA airline**
Vistara, the Tata-Singapore Airlines joint venture, has filed for permissions with the United States Department of Transportation (DOT) to f...