# EXHIBIT 81

4



भारत सरकार
GOVERNMENT OF INDIA

नागर विमानन मंत्रालय

की

अनुदानों की ब्यौरेवार मांगें

DETAILED

# DEMANDS FOR GRANTS

OF

# MINISTRY OF CIVIL AVIATION

FOR

# 2009-2010

1

29

केन्द्र सरकार द्वारा दी गई गारंटी और 31 मार्च, 2008 के अनुसार बकाया दिखाने वाला विवरण
STATEMENT SHOWING GUARANTEES GIVEN BY THE CENTRAL GOVERNMENT AND OUTSTANDING AS ON 31ST MARCH 2008

(लाख रूपयों में)
(In lakhs of Rupees)

| क्रम संख्या | उस संस्था का नाम जिसके लिए गारंटी दी गई है | दी गई गारंटी का स्वरूप और सीमा | ब्याज की दर | दी गई गारंटी की अधिकतम सीमा | 31.3.2008 का गारंटी कृत बकाया रकम | क्या गारंटी के प्रति समंजन के रूप में कोई प्रतिभूतियां सरकार को वचन बद्ध की गई | गारंटियों के अनुसरण में सरकार द्वारा की गई अदायगी यदि कोई हो | वह तारीख जब तक गारंटी वैध है | टिप्पणी |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| S. No. | Name of the Institution for whom guarantee has been given | Nature and Extent of guarantee given | Rate of interest involved if any % p.a. | Maximum amount guaranteed | Sum guaranteed outstanding as on 31.3.2008 | Whether any securities are pledged to Govt. as set off against the guarantees | Payments, if any, made by Govt. in pursuance of the guarantees | Date upto which the guarantee is valid | Remarks |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| I. | एअर इंडिया लिमिटेड NACIL (Air India) | 1. निर्यात विकास निगम एअर इंडिया और इ.डी.सी. कनाडा के बीच दिनांक 16.10.87 को 7.451 मिलियन अमेरिकी डालर ऋण करार प्राधिकार: दिनांक 4.2.87 के फा.सं. एफ - 6(117)/ 86-ई.सी.बी. तथा दिनांक 30.9.1986 के एवी.18045/3/86-एए द्वारा किया गया। Export Development Corporation Loan Agreement dated 16-10-87 between Air India and EDC, Canada, for US$ 7.451 Million, Authority : F-6(117)/86-ECB, dated 4-2-87 and AV.18045/3/86-AA, dated 30-8-1988 | 7.4% | 3281.00 | 624.00 | शून्य NIL | शून्य NIL | March, 2037 | विमान परियोजना Aircraft Project Loan |
| | 2 वही - do - | एबीएन एमो बैंक, सिंगापुर 946.939मिलियन अमरीकी डालर के लिए दिनांक 19.1.2007 को ऋण करार फाइल संख्या-एवी-18019/05/2006-एआई, दिल्ली 19.1.2007 ABN Amro Bank, Singapore Loan Agreement dated 19.1.2007 for US$ 946.939 Million F.No.AV.18019/05/2006-AI dated 19.1.2007 | | 377734.00 | 371987.00 | शून्य NIL | शून्य NIL | January, 2020 | वित्तीय लीज पर विमानों/अतिरिक्त इंजन की खरीद Acquiring aircraft/spare engine on finance lease |

2

30

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| II. | इंडियन एयरलाइंस लिमिटेड | 1. ए-320 सिमुलेटर की खरीद के लिए वित्त व्यवस्था हेतु 12.6 मिलियन अमरीकी डालर | | | | | | | |
| 1. | INDIAN AIRLINES LIMITED | के लिए निर्यात विकास निगम, कनाडा के साथ ऋण करार, प्राधिकार: | | | | | | | |
| | | एफ.6/55/88-ईसीबी दिनांक 4.5.88 | | | | | | | विमान परियोजना ऋण |
| | | Loan agreement with Export Development Corporation Canada for US$ 12.6 million to finance purchase of A-320 Simulator, Authority: F-6/55/88-ECB, dated 4-5-88 | 7.4% | 5026.00 | 1351.00 | शून्य NIL | शून्य NIL | Upto October 2039 | Aircraft Project Loan |
| 2. | | ए-320 विमान परिवार के 43 विमानों के लिए 518.65 मिलियन अमरीकी डालर के लिए केएफडब्ल्यू, जर्मनी के साथ ऋण करार। यूओ सं.12(37)-बी(एसडी)05 दिनांक15.1.2007 - 206889 रूपये | | | | | | | विमान परियोजना ऋण |
| | | Loan agreement with KfW Germany for US$ 518.65 Million for 43 number of A320 aircraft family project U.O. No.12(37)-B(SD)05 dated 15.1.2007 - Rs.206889 | 0.5 | 206889.00 | 74455.00 शून्य Nil | | शून्य Nil | Upto Dec., 2019 | Aircraft project Loan |
| 3. | | ए-320 विमान परिवार के 43 विमानों के लिए 82.48 मिलियन अमरीकी डालर के लिए केएफडब्ल्यू, जर्मनी के साथ ऋण करार। यूओ सं.12(37)-बी(एसडी)05 दिनांक14.11.2007 - 206889 रूपये | | | | | | | विमान परियोजना ऋण |
| | | Loan agreement with KfW Germany for US$ 82.48 Million for 43 number A320 aircraft family account project U.O. No.F.12(37)-B(SD)/2005 dated 14.11.2007 | 0.5 | 32903.00 | 9767.00 | शून्य Nil | शून्य Nil | Upto Feb. 2021 | Aircraft project Loan |

3



भारत सरकार

# GOVERNMENT OF INDIA

नागर विमानन मंत्रालय

की 2021-22

अनुदानों की ब्यौरेवार मांगें

# DETAILED

# DEMANDS FOR GRANTS

# OF

# MINISTRY OF CIVIL AVIATION

# FOR

# 2021-2022

4

31

केन्द्र सरकार द्वारा दी गई गारंटी और 31 मार्च, 2020 के अनुसार बकाया दिजाने वाला विवरण

Statement showing Guarantees given by the Central Government and outstanding as on 31.03.2020

(हजार रूपयों में)
(In thousands of Rupees)

| क्रम संख्या S.N. | उस संस्था का नाम जिसके लिएगारंटी दी गई है Name of the institution for whom guarantee has been given | दी गई गारंटी का स्वरूपऔर सीमा Nature and Extent of Guarantee (with no. and date of the sanction in the case of new items) | ब्याज की दर Rate of Interest involved, if any, % p.a. | दी गई गारंटी कीअधिकतम सीमा Maximum amount of Guarantee for which government has entered into agreement | 31.3.2020 का गारंटीगारंटी रकम बकाया Sums Guaranteed and outstanding as on 31.03.2020 | क्या गारंटी के प्रतिसमंजन के रूप में कोई प्रतिभूतियां सरकार को बंधक रख दी गई Whether any securities are pledged to Government at set off against the guarantees | गारंटियों के अनुसारमें सरकार द्वाराकी गई अदायगीयदि कोई हो Payments, if any, made by Government in pursuance of the guarantees | टिप्पणी Remarks |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 1. | Air India Ltd. (Previously NACIL) 'एयर इंडिया लिमिटेड (पूर्व में NACIL) | निर्यात विकास निगम, कनाडा, Export Development Corporation, Canada, F-6(117) 86- ECB dated 04.02.1987, USD Mill. 7.451 i.e. Rs.53.80 crores | Not specified in the MOF approval | 538000 | 69700 | NIL | NIL | ए310 के लिए सिम्युलेटर For A 310 Simulator |
| 2. | -do- | सिटी बैंक एनए, यूएसए (इस ऋण को एबीएन अमरो द्वारा सिटी बैंक एनए को स्वीकृत किया गया, Citibank N.A. USA (This loan has been novated ABN Amro Bank to Citibank. N.A.) AV18019/05/2006- AI dated 19.01.07 USD Mill. 826.550 i.e. Rs.5967.69 crore | 0.50% | 59676900 | Nil | Nil | Nil | वित्त पट्टे पर विमान / स्पेयर इंजन का अधिग्रहण Acquiring Aircraft/ spareengine on finance lease (The loans have been fully repaid during the F.Y. 2019-20.) |
| 3. | -do- | स्टैंडर्ड चार्टर्ड बैंक, न्यूयॉर्क, Standard Chartered Bank, New York, AV.18019/05/2006-AI. Dt. 09.06.2008, USD Mill 342.933 i.e. Rs. 2,474.26 crores | 0.50% | 24759800 | Nil | Nil | Nil | -same as above- (The loans have been fully repaid during the F.Y. 2019-20.) |
| 4. | -do- | जेपी मॉर्गन चेस, न्यूयॉर्क, J P Morgan Chase, New York, AV.18019/05/ 2006-AI. Dt. 25.01.2010 USD Mill 830.837 i.e. Rs.5,994.49crore | 0.50% | 59986400 | Nil | Nil | Nil | -same as above- (The loans have been fully repaid during the F.Y. 2019-20.) |
| 5. | -do- | स्टैंडर्ड चार्टर्ड बैंक, मुंबई, Standard Chartered Bank,Mumbai, AV.18019/05/ 2006-AI. Dt.11.03.2010 Rs.700.00 crores | 0.50% | 7000000 | Nil | Nil | Nil | -same as above- (The loans have been fully repaid during the F.Y. 2019-20.) |
| 6. | -do- | एलआईसी / ईपीएफओ, LIC/EPFO, AV.18019/4/2012-AI dt.10.10.2012 Rs.7,400.00 crores | 1.00% | 74000000 | 74000000 | Nil | Nil | एफआरपी उधारदाताओं के अल्पावधि ऋण की चुकौती Repayment of short term loan of RFP |
| 7. | -do- | सिटी बैंक एनए, यूएसए, Citibank N.A. USA, AV.18019/00 1/2010-AI dt. 06.06.2011, USD Mill 366.192 i.e Rs.2,643.91 crore | 0.50% | 26439100 | Nil | Nil | Nil | -same as above- (The loans have been fully repaid during the F.Y. 2019-20.) |
| 8. | -do- | स्टैंडर्ड चार्टर्ड बैंक,Standard Chartered Bank, AV.18019/00 1/2010-AI dt.06.06.2011, USD Mill 69.065 i.e. Rs.498.65 crore | 0.50% | 4986500 | Nil | Nil | Nil | -same as above- (The loans have been fully repaid during the F.Y. 2019-20.) |
| 9. | -do- | इन्वेस्टेक बैंक पीएलसी, Investec Bank Plc, F-12(29)- (SD)/2005 dt 1.8.2013, USD Mill 444.614 i.e. Rs. 2632.51 crore | 0.50% | 26325100 | 13480200 | Nil | Nil | 4 विमानों की बिक्री और पट्टे पर वापसी (लीजबैक) Sale & Lease Back of 4 aircraft |

5

32

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| 10. | -do- | ड्यूश बैंक, Deutsche Bank, F-12(29)- (SD)/2005 dt 1.8.2013, USD Mill 321.436 i.e. Rs. 1779.27 crore | 0.50% | 17792700 | 8490200 | Nil | Nil | 3 विमानों की बिक्री और पट्टे पर वापसी (लीजबैक) एमएसएन 36276/277/278 Sale & Lease Back of 3 aircraft |
| 11. | -do- | ड्यूश बैंक, Deutsche Bank, F-12(29)- (SD)/2005 dt 2.12.2014, USD Mill 449.651 i.e.Rs. 3102.08 crore | 0.50%` | 31020800 | 14933300 | Nil | Nil | 4 बी 787विमानों की बिक्री और पट्टे पर वापसी (लीजबैक) Sale & Lease back of 4 aircraft B 787 |
| 12. | -do- | स्टैंडर्ड चार्टर्ड बैंक, Standard Chartered Bank, GOI Agreement Dt 31.03.2015, USD Mill 40.00 i.e. Rs. 288.80 crore | 0.50% | 2888000 | Nil | Nil | Nil | जीएनएक्सस्पेयर इंजन 956504,956550 की खरीद Purchase of 2 Gnx Spare Engine 956504,956550 2 (The loans have been fully repaid during the F.Y. 2019-20.) |
| 13. | -do- | इन्वेस्टेक बैंक पीएलसी, Investec Bank Plc, F-12(3)- B(SD)/2013 Dt 10.02.2015 USD Mill 118.063 i.e. Rs. 852.41 crore | 0.50% | 8524100 | 5793000 | Nil | Nil | 1 बी 787विमान की बिक्री और पट्टे पर वापसी, Sale & Lease back of 1 aircraft B 787 |
| 14. | -do- | स्टैंडर्ड चार्टर्ड बैंक, Standard Chartered Bank, GOI Agreement Dt 10.03.2016, USD Mill 38.089 i.e. Rs.275 crore | 0.50% | 2750000 | Nil | Nil | Nil | 2 जीएनएक्स स्पेयर इंजन 956761, 956671 की खरीद, Purchase of 2 Gnx Spare Engine 956761, 956671 (The loans have been fully repaid during the F.Y. 2019-20.) |
| 15. | -do- | ड्यूश बैंक, Deutsche Bank, AV.18019/1/2 014-AI dt. 08.06.2016, USD Mill 366.227 i.e.Rs.2,644.16 crore | 0.50% | 26441600 | 19142500 | Nil | Nil | 3 विमानों की बिक्री और पट्टे पर वापसी (लीजबैक) 36287, 36273, 36274 Sale & Lease back of 3 aircraft 36287, 36273, 36274 |
| 16. | -do- | ड्यूश बैंक, Deutsche Bank, AV. 18019/1/2014-AI dt 08.06.2016 USD Mill 375.587 i.e. Rs.2,711.74 crore | 0.50% | 27117400 | 20415800 | Nil | Nil | 3 विमानों की बिक्री और पट्टे पर वापसी (लीजबैक) 36289, 36291, 36293, Sale & Lease back of 3 aircraft 36289, 36291, 36293 |
| 17. | -do- | ड्यूश बैंक, Deutsche Bank AV. 18019/1/2014-AI dt 08.06.2016 USD Mill 372.480 i.e. Rs.2,689.31 crore | 0.50% | 26893100 | 20258800 | Nil | Nil | 3 विमानों की बिक्री और पट्टे पर वापसी(लीजबैक) 36288, 36290, 36292, Sale & Lease back of 3 aircraft 36288, 36290, 36292 |
| 18. | -do- | इन्वेस्टेक बैंक, Investec Bank, 23.08.2017, USD Mill 123.00 i.e. Rs.888.06 crore | 0.50% | 8880600 | 8880600 | Nil | Nil | 25 वें विमान के लिए ब्रिज ऋण, Bridge Loan for 25th Acft |
| 19. | -do- | इन्वेस्टेक बैंक, Investec Bank, 30.08.2017, USD Mill 123.00 i.e. Rs.888.06 crore | 0.50% | 8880600 | 8880600 | Nil | Nil | 26 वें विमान के लिए ब्रिज ऋण, Bridge Loan for 26th Acft |
| 20. | -do- | इन्वेस्टेक बैंक, Investec Bank, 11th October 2017, USD Mill 123.00 i.e.Rs.888.06 crore | 0.50% | 8880600 | 8880600 | Nil | Nil | 27 वें विमान के लिए ब्रिज ऋण, Bridge Loan for 27th Acft |
| 21. | -do- | इन्वेस्टेक बैंक, Investec Bank, 27th November 2017, USD Mill 105.00 i.e. Rs.758.10 crore | 0.50% | 7581000 | 7581000 | Nil | Nil | 22 वें विमान के लिए ब्रिज ऋण, Bridge Loan for 22nd Acft |
| 22. | -do- | एससीबी, एफएबी, मेश्रेक, SCB, FAB, Meshreq, 13th December 2017, USD Mill 212.50 i.e. Rs.1,534.25 crore | 0.50% | 15342500 | 15162000 | Nil | Nil | 23 वें,24 वीं विमान के लिए ब्रिज ऋण, Bridge Loan for 23rd and 24th Acft |

6

33

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| 23. | -do- | एससीबी एफएबी मेश्रेक, SCB, FAB, Meshreq, AV.18050/50/2011-AI dt 08.03.2018, USD Mill 135.00 i.e. Rs.974.70 crore | 0.50% | 9747000 | 9747000 | Nil | Nil | 15 वाँ 777-300 के लिए ब्रिज ऋण, Bridge Loan for 15th 777-300 |
| 24. | -do- | विभिन्न बैंक बीओबी- 443 करोड़ स्बीओबी- 1732 करोड़ यूको-825 करोड़ रु Various Banks* AV/18050/50/2011-AI dated 23.05.2018 Rs.3000 crore 8/2017-AI INR 3,000crore | 1.00% | 30000000 | 30000000 | Nil | Nil | कार्यशील पूंजी, Working Capital |
| 25. | -do- | विभिन्न बैंकपीएनबी- 3750 करोड़ स्बीओआई- 1500 करोड़ स्इंडसइंड- 421.28 करोड़ रु Various banks (PNB- INR 3750 cr, BOI-INR 1500 cr and Indusind- INR 421.28 cr AV/18050/50/2011-AI dated 22.09.2017 Rs.6250.00 crore | 1.00% | 62500000 | 56712800 | Nil | Nil | कार्यशील पूंजी, Working Capital |
| 26. | -do- | सिटी बैंकअन्य बैंकों के साथ सिंडिकेशन में Citibank in syndication with other dated, USD Mill 300.00 i.e. Rs. 2164.50 Crore | 1.20% | 21645000 | 3492060 | Nil | Nil | कार्यशील पूंजी, Working Capital |
| 27. | -do- | यूको UCO, AV/18050/50/2011-AI(pt) dated 22.06.2018 further extended on various years | 1.00% | 10000000 | 10000000 | Nil | Nil | कार्यशील पूंजी, Working Capital |
| 28. | -do- | बीओबी BOB, AV/18050/50/2011-AI(pt) dated 20.08.2018 | 1.00% | 15000000 | 15000000 | Nil | Nil | कार्यशील पूंजी, Working Capital |
| 29. | -do- | पीएसबी PSB, 17046/368/2017-AI dated 20.12.2019 | 1.00% | 5000000 | 5000000 | Nil | Nil | कार्यशील पूंजी, Working Capital |
| 30. | -do- | पीएसबी PSB, 17046/7/2020-AI dated 26.02.2020 | 1.00% | 5000000 | 5000000 | Nil | Nil | कार्यशील पूंजी, Working Capital |
| 31. | -do- | पीएसबी PSB, 17046/368/2017-AI dated 07.02.2020 | 1.00% | 5000000 | 5000000 | Nil | Nil | कार्यशील पूंजी, Working Capital |
| 32. | -do- | आंध्रा बैंक Andhra Bank,18050/50/2011-AI dt. 23.03.2020 | 1.00% | 7000000 | 7000000 | Nil | Nil | कार्यशील पूंजी, Working Capital |
| 1 | एयर इंडिया लिमिटेड (पूर्ववर्ती इंडियन एयरलाइंस) Air India Limited (erstwhile Indian Airlines ) | ईडीसी, कनाडा, EDC, Canada, F-6(55)/88-ECB dated 4.5.88, USD Mill 12.60 i.e. Rs.15.28 crore | | 152800 | 152800 | Nil | Nil | ए320 परियोजना, A320 project |
| 2 | -do- | केएफडब्ल्यू, जर्मनी, KfW, Germany, UO No 12(37)- B(SD) 05 dated 15.01.2007, USD 518.65 Mill i.e. Rs.3,744.65 crore | 0.50% | 37446500 | Nil | Nil | Nil | 43 नए ए320 श्रेणी विमान परियोजना, 43 new A320 family aircraft project (The loans have been fully repaid during the F.Y. 2019-20.) |
| 3 | -do- | केएफडब्ल्यू जर्मनी, KfW Germany, UO No 12(37)-B(SD)05 dated 14.11.07 USD 601.13 Mill i.e. Rs. 4,340.19crore | 0.50% | 43401900 | Nil | Nil | Nil | 43 नए ए320 श्रेणी विमान परियोजना, 43 new A320 family aircraft project (The loans have been fully repaid during the F.Y. 2019-20.) |

7

34

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| 4 | -do- | करोड़ रु की एनडीसी श्रृंखला 1 NDC Series 1 of Rs. 4000 crore U.O. No.12(37)-B(SD)/2005 dt.6.5.2011 | 0.50% | 40000000 | 40000000 | Nil | Nil | 43 नए ए320 श्रेणी विमान परियोजना, 43 new A320 family aircraft project |
| 5 | -do- | करोड़ रु की एनडीसी श्रृंखला 2 NDC Series 2 of Rs. 1500 crore U.O. No.12(37)-B(SD)/2005 dt.6.5.2011 | 0.50% | 15000000 | 15000000 | Nil | Nil | 43 नए ए320 श्रेणी विमान परियोजना, 43 new A320 family aircraft project |
| 1 | एयर- इंडिया एक्सप्रेस लि. (पूर्व में एयर इंडिया चार्टर्स लि.) Air-India Express Ltd. | सिटी बैंक एनए यूएसए (2011 में एबीएन एमरो द्वारा सिटी बैंक एनए को यह ऋण दिया गया ) Citibank N.A. USA (This loan has been novated by ABN Amro to Citibank N.A. in 2011) AV18019/0 5/2006- AI dated 19-01-07 USD Mill. 340.615+49.611=390.226 i.e. Rs.2817.43 crores | 0.50% | 28174300 | Nil | Nil | Nil | वित्त पट्टे पर विमान / अतिरिक्त इंजन अधिग्रहण, Acquiring Aircraft / spare engine on finance lease (The loans have been fully repaid during the F.Y. 2019-20.) |
| 2 | -do- | स्टैंडर्ड चार्टर्ड बैंक से ऐपलबैंक के लिए बचत नवस्थापन, Apple Bank for savings novated from Standard Chartered Bank AV.18019/ 05/2006-AI dated 09-06-08, USD Mill 178.841 i.e. Rs.1291.23 crore. | 0.50% | 12912300 | 579900 | Nil | Nil | वित्त पट्टे पर विमान / अतिरिक्त इंजन अधिग्रहण, Acquiring Aircraft / spare engine on finance lease |
| 3 | -do- | जेपी मॉर्गन चेस, न्यूयॉर्क, J P Morgan Chase, New York, AV.18019/ 05/2006-AI, dated 25-01-2010 USD Mill 109.720 i.e.Rs.792.18 crores | 0.50% | 7921800 | 1276400 | Nil | Nil | वित्त पट्टे पर विमान / अतिरिक्त इंजन अधिग्रहण, Acquiring Aircraft / spare engine on finance lease |
| 4 | -do- | स्टैंडर्ड चार्टर्ड बैंक, मुंबई,Standard Chartered Bank, Mumbai, AV.18019/05/2006-AI dated 11-03-2010, Rs.95.00crores | 0.50% | 950000 | Nil | Nil | Nil | वित्त पट्टे पर विमान / अतिरिक्त इंजन अधिग्रहण, Acquiring Aircraft / spare engine on finance lease (The loans have been fully repaid during the F.Y. 2019-20.) |
| 1 | भारतीय विमानपत्तन प्राधिकरण Airports Authority of India | निर्यात विकास, कनाडा (भाग ए: ब्याज @ 6.811% प्रति वर्ष और भाग बी ब्याज: @ 0% प्रति वर्ष) EXPORT DEVELOPMENT, CANADA (Tranche A: interest @6.81% p.a. and Tranche B interest : @0% p.a.) F.6(139)/93-ECB dt. 05.11.93 s 120.14 crore | 1.20% | 1201400 | 327200 | Nil | Nil | हवाई अड्डे का आधुनिकीकरण, दिल्ली और मुंबई हवाई अड्डों पर यातायात सेवाएं, Modernisation of Airport, Traffic Services at Delhi and Mumbai Airports |
| 2 | -do- | INSTITUTO DE CREDITO SPAIN ( ब्याज @ 0.25% प्रति वर्ष), INSTITUTO DE CREDITO SPAIN (interest @ 0.25% p.a.), F.6(139)/93-ECB dt. 05.11.93 Rs 25.14 crore | 1.20% | 251400 | 62800 | Nil | Nil | हवाई अड्डे का आधुनिकीकरण, दिल्ली और मुंबई हवाई अड्डों पर यातायात सेवाएं, Modernisation of Airport, Traffic Services at Delhi and Mumbai Airports |
| 3 | -do- | डायल/मायल, DIAL/MIAL 12(23)-B (SD)/08 dated 19.12.2008 Rs133.98 crore | 1.20% | 1339800 | 1339800 | Nil | Nil | डायल और मायल के साथ राज्य समर्थन समझौते के तहत गारंटी Guarantee under state support agreement entered with DIAL and MIAL |

8