# EXHIBIT 82

BENCHMARKS **CLOSED**  Sensex 48,832.03  28.35
NSE LOSER-LARGE CAP  IGL 515.15  -9.80
FEATURED FUNDS ★★★★★ ICICI Prudential Long Te...
5Y RETURN 13.87% **INVEST NOW**
**MARKET WATCH**

Sign In

# The Economic Times | Industry
English Edition ▼ | E-Paper

Special Offer on ET Prime

Home  ETPrime  Markets  News  **Industry**  RISE  Politics  Wealth  MF  Tech  Jobs  Opinion  NRI  Panache  ET NOW  More ▾

Auto ▾  Banking/Finance ▾  Cons. Products ▾  Energy ▾  Renewables  Ind'l Goods/Svs ▾  Healthcare/Biotech ▾  Services ▾  Media/Entertainment ▾  More ▾

Business News › Industry › Transportation › Airlines / Aviation › Govt offers Air India with loan against aircraft of Rs 23,286 crore

# Govt offers Air India with loan against aircraft of Rs 23,286 crore

By Mihir Mishra, ET Bureau    Last Updated: Jan 27, 2020, 11:19 PM IST

**Synopsis**
The government is offering 100% of the airline, while reducing the debt of the company to Rs 23,286 crore.



Centre rolls out Air India's disinvestment process, seeks Expression of Interest

New Delhi: The government today has invited bids to sell 100% stake in **Air India** for the second time after a failed attempt in 2018. The last date for submission of bids for the national carrier will be March 17, 2020.

The government, however, has sweetened the deal this time by offering 100% in the airline as well as reducing the debt of the company to about Rs 23,286 crore from Rs 62,000 crore.

The debt left with the company are mainly on account of aircraft purchase, which are against government guarantees but those guarantees will go once the airline is purchased by a new owner.

In 2018, the government had invited bids for sale of 76% in the company but did not get even a single bidder. The government was to hold about 24% in the company with a board membership and there was no proposal to reduce the debt substantially.

**IN THE SPOTLIGHT**

Sanjiv Goenka highlighted the recovery of India


**RELATED** | MOST READ | MOST SHARED

Employee consortium bid for Air India rejected
Air India cancels leaves of pilots with immediate effect
Ajay Singh is keen to board Air India
To expedite disinvestment, Air India to keep offices open on Saturdays
Air India privatisation will bring in much-needed reforms: IATA
Air India privatisation will level the playing field in India: IATA Chief

Ad immigrationdo

Sandra Bullock confirms the rumor today.

VISIT SITE



Sponsored by

In the current offer, the government is offering 100% and has already reduced the debt liabilities of the airline by Rs 29,400 crore from Rs 62,000 crore and will further reduce over Rs 9,300 crore of the total debt and offer the airline with Rs 23,286 crore debt. ET had reported it first that the debt would be in the range of over Rs 20,000 crore

The government will also sell the airline by substantially reducing the liabilities of the company too. The company, which is estimated to have liabilities of Rs 22,000 crore, will be sold with a massive reduction in liabilities. ET had reported it first that the government will take on liabilities of the airline too.

The EoI document says that the government will take away liabilities due to the Income tax department, against customs duty, service tax due to the government of India and guarantee fee or penal charge due to the government of India.

It could not immediately be ascertained as how much would that amount be.

In terms of eligibility criteria, the government has also reduced the net worth criteria for the bidder from earlier Rs 5,000 crore net worth to Rs 3,500 crore net worth.

Like last time, the government has mandated that the new owners will continue to use the 'Air India' brand name and can not change it post the purchase.

In Video: **Centre rolls out Air India's disinvestment process, seeks Expression of Interest**

**Top Trending Industry Terms**

L&T   Citigroup   Petrol Price Today   Tata Steel   Airtel   Mahindra & Mahindra   Jio   Pfizer Vaccine   Citibank   Maharashtra Lockdown Updates   Telecom News   Banking News   Finance News   Auto News

READ MORE NEWS ON

Air India   Air India News   Air India Sale   Air India Bid   Air India Debt   Air India Brand Name   Air India Stake Sale



(Catch all the **Business News**, **Breaking News** Events and **Latest News** Updates on **The Economic Times**.)
Download **The Economic Times News App** to get Daily Market Updates & Live Business News.

### ETPrime stories of the day



OTT

As 'walled gardens' prevent data sharing, OTT players must rely on content, tech to win advertisers

12 mins read



AUTO

How Tata Motors, M&M learnt the art of R&D despite measly sales. Think low product-development cost.

13 mins read



ED-TECH

Prepping for a test: Did Jeff Bezos push Byju Raveendran to hurry the billion-dollar Aakash buy?

9 mins read

Subscribe to **ETPrime**

 Search News, Stock Quotes & NAV

BROWSE COMPANIES: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z
1 2 3 4 5 6 7 8 9

| Trending Now | | Popular Categories | |
|---|---|---|---|
| Bharti Airtel | Jiopages | Auto | Banking/Finance |
| IRCTC News | Railways ministry | Cons. Products | Energy |
| Indian Navy News | Netflix News | Renewables | Ind'l Goods/Svs |
| Ministry of Corporate Affairs | Delhi Metro | Healthcare/Biotech | Services |
| Reliance Jio | | Media/Entertainment | Transportation |
| | | Tech | Telecom |
| | | Miscellaneous | CSR |
| | | Environment | |

| Hot On Web | | In Case You Missed It | |
|---|---|---|---|
| West Bengal elections Live | Wipro Q4 results | L&T | Citigroup |
| Mukesh Ambani | Covid Live updates | Petrol Price Today | Tata Steel |
| Mutual funds SIP 2021 | Sensex today | Airtel | Mahindra & Mahindra |
| What are multi asset funds | What are balanced mutual funds | Jio | Pfizer Vaccine |
| Global markets | Mutual funds | Citibank | Maharashtra Lockdown Updates |
| Breaking news | LTC Cash Voucher Scheme | Delhi Rains | Russia Covid Vaccine |
| SGX Nifty | Sensex Live | Indian Navy News | Jiopages |
| IRCTC share price | Infosys share price | AGR dues | Auto News |



## ET Verticals

| | |
|---|---|
| Auto News | Retail News |
| Health News | Telecom News |
| Energy News | IT News |
| Real Estate News | Marketing & Advertising News |
| Technology News | CFO News |
| IT Security News | |

## More From Our Network

| | | |
|---|---|---|
| इकनॉमिक टाइम्स | Pune Mirror | Bangalore Mirror |
| Ahmedabad Mirror | ItsMyAscent | Education Times |
| Brand Capital | Mumbai Mirror | Times Now |
| Indiatimes | महाराष्ट्र टाइम्स | ವಿಜಯ ಕರ್ನಾಟಕ |
| Go Green | AdAge India | Eisamay |
| IGN India | IamGujarat | Times of India |
| Samayam Tamil | Samayam Telugu | Miss Kyra |
| Bombay Times | Filmipop | MX Player |
| Colombia | NBT Gold Podcast | Ei Samay Gold Podcast |
| MX ShareKaro App | MX TakaTak App | |

## Other Useful Links

| | |
|---|---|
| About Us | Book your Newspaper Subscription |
| Create Your Own Ad | Advertise with Us |
| Terms of Use & Grievance Redressal | Privacy policy |
| Contact Us | RSS |
| DNPA Code of Ethics | Do not sell my info |

## Services

Longwalks App

Copyright © 2021 Bennett, Coleman & Co. Ltd. All rights reserved. For reprint rights: Times Syndication Service

