# EXHIBIT 88



Home / Business / Centre owes Air India nearly ₹500 crore for VVIP flights

Advertisement

### BUSINESS

# Centre owes Air India nearly ₹500 crore for VVIP flights

Civil aviation minister Hardeep Singh Puri on Wednesday told the Rajya Sabha that the government's total dues on account of airfares for VVIP flights stood at ₹498.17 crore at the end of 31 December.

By Rhik Kundu
PUBLISHED ON FEB 05, 2021 12:37 AM IST



air india aircraft

Close

**TRENDING TOPICS**

Coronavirus Live Updates
Covid cases in India
Covid-19 Vaccination
Horoscope Today
Assembly Election News
Delhi Covid Updates
RR vs DC

SHARE
Copy
Whatsapp Twitter Facebook Linkedin

Sign In to continue reading
×
Get free access to newsletters, alerts and recommendations
SIGN IN
Don't have an account? Sign Up
SKIP
Story Saved

OPEN APP