# EXHIBIT 91

Notifications Powered by iZooto



CHANGE LANGUAGE  English     WATCH LIVE TV     DOWNLOAD NEWS18 APP     FOLLOW US ON

**NEWS18 INDIA**

Trending Topics :   #Coronavirus   #AssemblyElections2021   #IPL20

HOME | CORONAVIRUS | POLITICS | INDIA | ENTERTAINMENT | TECH | AUTO | BUZZ | OPINION | VIDEOS | PHOTOS | **TRACKER**

Latest | Lifestyle | Movies | Assembly Elections | IPL 2021 | #RestartRight | Education-Career | Vaccine Tracker | Nerolac | Games | MISSION पानी

NEWS18 » NEWS » INDIA » 'CHOICE BETWEEN DISINVESTMENT OR CLOSING DOWN': HARDEEP PURI ANNOUNCES 100% PRIVATISATION OF AIR INDIA         1-MIN READ

# 'Choice Between Disinvestment or Closing Down': Hardeep Puri Announces 100% Privatisation of Air India



Image for representation.

Hardeep Singh Puri had said on Friday that the government is looking at a new timeline for Air India disinvestment and financial bids will be invited in the coming days.

NEWS18.COM
LAST UPDATED:   MARCH 27, 2021, 19:01 IST
FOLLOW US ON:   Facebook   Twitter   Instagram   Telegram   Google News

U nion minister Hardeep Singh Puri said on Saturday announced that Air India will be completely disinvested and added that the choice is only between disinvestment or closing down the airline company.

"We've decided that Air India will be 100% disinvested. Choice isn't between disinvestment and non-disinvestment, it's between disinvestment and closing down. Air India is a first-rate asset but has an accumulated debt of Rs 60,000 Crore. We need to draw the slate clean" Hardeep Singh Puri said.

The union minister on Friday said that the government is looking at a new timeline for Air India disinvestment and financial bids will be invited in the coming days.

"In the last meeting, on Monday, it was decided that the shortlisted bidders (for Air India disinvestment) be informed that the bids have to come in within 64 days…This time the Govt is determined and there is no hesitation," he said. He added that the disinvestment process is likely to be completed by May or June.

LIVE TV

Notifications Powered by iZooto

**RELATED NEWS**


Vande Bharat Mission Brings Back Over 6.7 Million Indians Since Onset of Covid-19 Pandemic


Hardeep Singh Puri Joins 'Pawri' Club, Tells Why it's Celebration Time for Aviation But Not for Indians

The government has started the process to sell its entire 100 per cent stake in Air India that has been in losses since it merged with Indian Airlines in 2007. "…There is no choice, we either privatise or we close the airline. We run a loss of Rs 20 crore every day despite Air India making money now. Because the mismanagement has resulted in a cumulative debt of Rs 60,000 crore," Puri had said on Friday.

"I don't have the capacity to keep going to Nirmala ji and say please give me some money," he said in an apparent reference to seeking funds to run Air India from the finance minister. He also noted that earlier attempts at Air India privatisation were not successful because the attempts were half-hearted.

TAGS AIR INDIA | HARDEEP SINGH PURI | PRIVATISATION
FIRST PUBLISHED: MARCH 27, 2021, 14:31 IST

**RECOMMENDED FOR YOU**


Vande Bharat Mission Brings Back Over 6.7 Million Indians Since Onset of Covid-19 Pandemic


Hardeep Singh Puri Joins 'Pawri' Club, Tells Why it's Celebration Time for Aviation But Not for Indians


Domestic Flight Prices Set to Increase by 5 Percent as Govt Revises Fare Band Again: Report


India Must Leverage its Growing Air Traffic to Establish Aircraft Leasing Industry: Hardeep Singh Puri


Fare Band, Other Restrictions Likely to be Removed on Aviation Sector: Hardeep Singh Puri

**PHOTOGALLERY**



Notifications Powered by iZooto

Malaika Arora's Hottest Throwback Photos: A Roundup Of The Diva's Sexiest Glam Looks

Priyanka Chopra Misses Husband Nick Jonas And Shares Cute Photo, See The Couple's Best Pics

Notifications Powered by iZooto